IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSUE ZAVALA, | § | |
| | § | |
| *Plaintiff,* | § | CIV. A. NO. |
| | § | <u>4:25-CV-01213-O-BP</u> |
| | § | |
| v. | § | |
| | § | |
| AT&T SERVICES, INC., | § | |
| | § | |
| *Defendant.* | § | |

## <u>AMENDED MOTION FOR EXTENSION</u>

TO THE HONORABLE JUDGE:

Non-party CWA Local 6201 moves for a 14-day extension of the deadline to respond to Plaintiff Zavala's motion to compel (Dkt. 17 (Apr. 20, 2026)). The current deadline is May 11, 2026. The requested deadline is May 25, 2026.

Good cause exists to extend the deadline. CWA Local 6201 is not a party to this lawsuit. The union retained the undersigned counsel on Friday, May 8, 2026, to respond to the subpoena and motion to compel. Counsel immediately contacted Plaintiff and Defendant's counsel to confer about this extension. Counsel is reviewing the circumstances leading to the motion to compel but needs a brief extension to fully review the situation, meet with his client, and prepare Local 6201's response.

The motion to compel involves defects in the underlying subpoena and service of process, the scope of Rule 45(d) objections, and other issues relating

to Plaintiff's sweeping and multifarious records request. This brief extension will allow Local 6201 to prepare its response and brief these issues. No deadline in the Court's February 2, 2026 Scheduling order will be effected. Discovery does not close under February 20, 2027. *See* Dkt. 13, para. 6. No prejudice will result to any party due to this brief extension.

### AMENDED CERTIFICATE OF CONFERENCE

On May 8, 2026, the undersigned counsel emailed Plaintiff Josue Zavala and Defendant's counsel about the requested extension. Mr. Zavala responded that afternoon saying that he does not oppose an extension to May 22, 2026. On May 11, 2026, the undersigned attempted to call Defendant's counsel, leaving a voice message. Defendant's counsel responded shortly after with an email indicating that Defendant is not opposed. Because Mr. Zavala consented only to the partial extension (to May 22, 2026), the motion is partially opposed.

### CONCLUSION

The Court should grant the requested 14-day extension to reset Local 6201's response deadline to May 25, 2026. No prejudice will result to any party due to this brief extension, and good cause exists to allow this non-party's recently retained attorney time to prepare a response.

Dated:        May 11 , 2026                   Respectfully submitted,

                                             GILLESPIE SANFORD LLP

                                             4803 Gaston Ave.
                                             Dallas, Texas 75246
                                             Tel:    214.800.5111
                                             Fax:    214.838.0001

                                             By: _____

                                                James D. Sanford
                                                Texas Bar No. 24051289
                                                Email: jim@gillespiesanford.com

                                             ATTORNEYS FOR NON-PARTY
                                             CWA LOCAL 6201

## CERTIFICATE OF SERVICE

I certify that on May 11, 2026, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas, using the court's electronic case files system. The electronic case files system sent a "Notice of Electronic Filing" to Plaintiff and Defendant's counsel of record, who have consented to accepting the notice as service by electronic means.

_____

3