IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSUE ZAVALA, | § | |
| | § | |
| *Plaintiff*, | § | CIV. A. NO. |
| | § | 4:25-CV-01213-O-BP |
| | § | |
| v. | § | |
| | § | |
| AT&T SERVICES, INC., and | § | |
| CWA LOCAL 6201, | § | |
| | § | |
| *Defendants*. | § | |

**APPENDIX IN SUPPORT OF CWA LOCAL 6201's RULE 12(b)(6) MOTION TO DISMISS**

Defendant CWA Local 6201 files this Appendix in Support of its Rule 12(b)(6) Motion to Dismiss. *See* Local Rule 7.1(i).


| | |
|---|---|
| **Declaration of Monica Gipson** | APP 0001-0003 |
| **Attachment 1 – 2017 Collective Bargaining Agreement** | APP 0005-0270 |
| **Attachment 2 – CWA Constitution** | APP 0272-0333 |

Dated: September _9_, 2026

Respectfully submitted,

GILLESPIE SANFORD LLP

4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001

By: ______________________
James D. Sanford
Texas Bar No. 24051289
Email: jim@gillespiesanford.com

ATTORNEYS FOR DEFENDANT
CWA LOCAL 620

**CERTIFICATE OF SERVICE**

I certify that on September _9_, 2026, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas, using the court's electronic case files system. The electronic case files system sent a "Notice of Electronic Filing" to Plaintiff and Defendant AT&T's counsel of record, who have consented to accepting the notice as service by electronic means.

______________________

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSUE ZAVALA, | § | |
| | § | |
| *Plaintiff*, | § | CIV. A. NO. |
| | § | 4:25-CV-01213-O-BP |
| | § | |
| v. | § | |
| | § | |
| AT&T SERVICES, INC., and | § | |
| CWA LOCAL 6201, | § | |
| | § | |
| *Defendants*. | § | |

**DECLARATION**

I make the following declaration in accordance with 28 U.S.C. § 1746, subject to the penalties for perjury:

1. My name is Monica Gipson. I reside in Ft. Worth, Tarrant County, Texas. I am fully competent to make this declaration. The facts below are based on my personal knowledge or Local 6201's business records. I would and could testify to them if called upon to do so.

2. I am the Vice President for Communications Workers of America Local 6201. I have been in that position since elected in March 2024.

3. Local 6201 is a local labor organization affiliated with and chartered by the Communications Workers of America, AFL-CIO ("CWA"). Local 6201's office is at 421 South Adams, Fort Worth, Texas 76104. Local 6201 is the direct collective bargaining representative for certain AT&T employees, including clerical and administrative support staff, office coordinators, warehouse assistants, and premises technicians. Local 6201 represents fewer than 1,000 employees in Tarrant County and Johnson County. The Local has no legal or paralegal on staff. In 2026, our staff comprises one employee and three elected officers: President Loren Williams, Secretary-Treasurer Michael Dupree, and me. The Local's operations are funded by member dues.

4. Loren Williams became Local 6201 President in March 2024. Tommy White was the prior president, serving from October 2022 to March 2024.

5. I have not served on any CWA district, regional, or international committee or in any role at the district or international level. Since I became an elected officer of Local 6201, no officer or employee of Local 6201 has served on any regional or international committee of CWA. None served on CWA's Executive Board or District 6's Arbitration Review Panel in that period.

6. As I say above, Local 6201 has a single administrative staff person. I know Jose Lozano, who is a staff person for CWA – District 6. Mr. Lozano is not employed by Local 6201. He works for District 6 and did so in the period of Mr. Zavala's DML (#D-124-23-ATTSW) and termination (#D-022-24-ATTSW) grievances.[1]

7. **Attachment 1** is a true and correct copy of the 2017 Labor Agreement (2017 CBA) that Communication Workers of America, AFL-CIO, negotiated with the company (including AT&T Services, Inc.) The company and CWA have since reached a newer CBA (the "2025 CBA"). The 2017 CBA applied to Mr. Zavala at the time of his discharge.

8. CBA Article IX covers the grievance process. Article IV of the 2017 Agreement of General Application covers arbitrations. Arbitration of grievances over dismissal and disciplinary suspension occurs only after "all steps in the 'Formal Grievance' procedure … shall have been undertaken and completed…." CBA Art. IX, at 198. The CBA says that the "Union"—referring to Communications Workers of America—may "elect to submit a [covered] matter … to arbitration…."

9. **Attachment 2** is a true and correct copy of the Communication Workers of America (CWA) Constitution (amended Aug. 2025). Article XIII defines the process for chartering locals. CWA Const. Art. XIII § 1 at 20. Section 9 establishes the "Authority, Duties and Obligations of Locals." CWA Const. Art. XIII § 9 at 23. Among the powers and duties of a CWA local union is to "process grievances through the step below the lop level of the grievance procedure preceding arbitration, where applicable…." CWA Const. Art. XIII § 9(r) at 24.

10. The CWA Constitution also affords members like Zavala an Internal Appeals Process. CWA Const., INTERNAL APPEALS PROCEDURES at

---

[1] These numbers are used in the grievance process beginning at the Local level. From my observation, District 6 assigns its own internal file numbers to grievances that are appealed through CWA's Internal Appeals Process. CWA appeal #6-25-063 corresponds to Mr. Zavala's termination grievance and #6-25—035 corresponds to the DML grievance.

53. My understanding is that Mr. Zavala took advantage of this internal appeals process after District 6 decided not to arbitration his DML and termination grievances.

11. My understanding is that there is a two-step Formal Grievance Process spelled out in the 2017 CBA. The Formal Grievance Process includes two steps. The "General Level" is the second step and occurs above the level of Local 6201. The General Level in the Formal Grievance Process is overseen by District 6 and the CWA District 6 Vice President. Derrick Osobase was District 6 Vice President in 2024-2025.

12. In my experience and observation as a Local 6201 officer, the Local's officers and representatives are not involved in decision-making about the Formal Grievance Process or arbitration decisions. That was the case for Mr. Zavala's termination and DML grievances, just as it would be for any other member of Local 6201.

13. I make this declaration in support of the Local's *Rule 12(b)(6) Motion to Dismiss and Brief in Support.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: September 8, 2026

Monica Gipson

Monica Gipson

# ATTACHMENT 1

# 2017 LABOR AGREEMENTS

AT&T

Southwest

*and*

CWA

# Communications Workers of America

**Southwestern Bell Telephone Company**
**AT&T Services, Inc.**
**DIRECTV, LLC**



ALLIED PRINTING TRADES UNION LABEL COUNCIL CHICAGO, ILL. 357

TO EMPLOYEES:

Here is your copy of the Labor Agreements between the Communications Workers of America ("CWA" or the "Union") and Southwestern Bell Telephone Company, AT&T Services, Inc., and DIRECTV, LLC (collectively referred to as the "Company" or "Management"). The Communications Workers of America is the official bargaining representative for all employees in your collective bargaining unit. This official relationship carries with it serious obligations and responsibilities which the Company and the Union are determined to fulfill. As a sign of good faith between the Company and the Union, a "Responsible Union-Company Relationship" clause is included in the Agreements which also govern your wages, hours, and working conditions. This clause reads:

"ARTICLE VIII
RESPONSIBLE UNION-COMPANY
RELATIONSHIP

The Company and the Union recognize that it is in the best interests of both parties, the employees, and the public that all dealings between them continue to be characterized by mutual responsibility and respect. To ensure that this relationship continues and improves, the Company and the Union and their respective representatives at all levels will apply the terms of this Agreement fairly in accord with its intent and meaning and consistent with the Union's status as exclusive bargaining representative of all employees in the Bargaining Unit. Each party shall bring to the attention of all employees in the Bargaining Unit, including new hires, their purpose to conduct themselves in a spirit of responsibility and respect and the measures they have agreed upon to ensure adherence to this purpose.

Further, during the orientation of new hires, each party will bring to the attention of new employees the relationship between the parties and the Union's role as the bargaining representative of employees."

Company representatives, particularly the first level of supervision, have the day-to-day responsibility to deal reasonably and in good faith with Union representatives. To continue the tradition of responsible relations between the Company and the Union, it is the intent of both organizations to deal with one another at all levels in a sincere, honest, and businesslike manner.

COMMUNICATIONS
WORKERS OF AMERICA

By: ____________________
Claude Cummings, Jr.
Vice President
District 6

SOUTHWESTERN BELL
TELEPHONE COMPANY
AT&T SERVICES, INC.
DIRECTV, LLC

By: ____________________
Joe Croci
Vice President
Labor Relations

# 2017 LABOR AGREEMENTS

AT&T

Southwest

*and*

CWA

# Communications Workers of America

**Southwestern Bell Telephone Company**
**AT&T Services, Inc.**
**DIRECTV, LLC**

# 2017 DEPARTMENTAL AGREEMENT


| Article | Title | Page |
|---|---|---|
| I. | Recognition and Establishment of the Unit | 1 |
| II. | Classification of Employees | 2 |
| III. | New Job Titles | 4 |
| IV. | Basis of Compensation | 6 |
| V. | Cost-Of-Living Allowance | 13 |
| VI. | Hours of Work | 13 |
| VII. | Work Schedules | 21 |
| VIII. | Holidays | 23 |
| IX. | Vacations | 26 |
| X. | Excused Work Days | 35 |
| XI. | Absences From Duty | 37 |
| XII. | Seniority | 42 |
| XIII. | Job Vacancy | 43 |
| XIV. | Promotional Pay Treatment | 48 |
| XV. | Temporary Work in Higher Positions | 51 |
| XVI. | Travel | 56 |
| XVII. | Force Adjustment | 68 |
| XVIII. | Severance Payments | 83 |
| XIX. | Grievances | 89 |
| XX. | Union Representation | 92 |
| XXI. | Agency Shop | 92 |
| XXII. | Deduction of Union Dues | 93 |
| XXIII. | Notice of Promotions and Transfers of Union Officers, Elected Stewards, and Designated Representatives | 95 |
| XXIV. | Safety and Health | 96 |
| XXV. | Contract Work | 97 |
| XXVI. | Prior Agreements | 98 |
| XXVII. | Duration | 99 |
| | Appendix A | 100 |
| | Appendix B | 103 |

| Article | Title | Page |
|---|---|---|
| | Appendix C | 115 |
| | Supplemental Statements | 127 |
| | Appendix D | 136 |
| | Appendix E | 142 |
| | Appendix F | 146 |
| | Appendix G | 154 |
| | Appendix I | 158 |
| | Supplemental Statements | 165 |
| | Appendix J | 178 |
| | Supplemental Statements | 181 |


## 2017 AGREEMENT OF GENERAL APPLICATION


| | | |
|---|---|---|
| I. | Collective Bargaining Procedure | 195 |
| II. | Service Interruption | 196 |
| III. | Unusual Grievances | 197 |
| IV. | Arbitration | 197 |
| V. | Expedited Arbitration | 200 |
| VI. | Leaves of Absence for Union Representatives on Union Business | 203 |
| VII. | Pensions, Disability Benefits, and Death Benefits | 208 |
| VIII. | Responsible Union-Company Relationship | 209 |
| IX. | Nondiscrimination | 209 |
| X. | Technology Change | 210 |
| XI. | Common Interest Forums | 212 |
| XII. | Training/Retraining | 214 |
| XIII. | Prior Agreement | 217 |
| XIV. | Duration | 218 |

## OTHER AGREEMENTS



Page

Memorandum of Understanding Regarding Part-Time Employees ........................................... 219
Motor Vehicle Usage Program .................... 223
Memorandum of Agreement (Armed Forces Leave of Absence) ........................................... 225

## MISCELLANEOUS

Monthly Benefit Tables For Pensions ........................................... 230
The Strategic Alliance Statement of Renewed Commitment to the Principles of Cooperative Union-Management Relations ............................ 235

# INDEX

-O-BP Document 37 Filed 09/09/26 Page 15 o

Page

A

Absences From Duty .......... 37
Funerals .......... 39
Grievance Meetings .......... 89
Illness
Number of Waiting Days .......... 41
Payment .......... 41
Jury, Witness, Voting, and Election Duty .......... 39
Leaves of Absence .......... 37
Military Training and Emergency Duty .......... 38
Quarantine .......... 42
Absentee .......... 25
Active Duty in Armed Forces .......... 225
Adequate Rest .......... 17
Agency Shop .......... 92
Agreement of General Application .......... 195
Americans with Disabilities Act (ADA) .......... 210
Appendix A .......... 100
Appendix B .......... 103
Appendix C .......... 115
Appendix D .......... 136
Appendix E .......... 142
Appendix F .......... 146
Appendix G .......... 154
Appendix I .......... 158
Appendix J .......... 178
Arbitration
Expedited .......... 200
Regular .......... 197
Assigned Overtime .......... 19
Assignment of Nonworking Days .......... 16

APP 0013 6201-JZ 00009

Page

**A**

Authorization for Union Dues ........ 93
Authorized Holidays ........ 10, 23
Automobile Mileage Expense ........ 66

**B**

Basis of Compensation ........ 6
Appendix I Employees ........ 166
Appendix J Employees ........ 182
Bilingual Differential ........ 54

**C**

Callout Time ........ 16
Calls for Special Duty ........ 68
Carfare Payments ........ 21
Classification Differentials (See
Temporary Work in Higher Positions) ........ 51
Classification of Employees
Regular Employees ........ 2
Temporary Employees ........ 2
Occasional Employees ........ 2
Full-Time Employees ........ 3
Part-Time Employees ........ 3, 219
Term Employees ........ 182
Clerical Employees
Night Differentials ........ 11
Wage Rates (Appendix E) ........ 142
Wage Rates (Appendix I) ........ 161
Collective Bargaining Procedure ........ 195

-O-BP Document 37 Filed 09/09/26 Page 17 o

**C**

Common Interest Forums .......................................... 212
Compensation ........................................................... 6
Console Operators
Overtime ............................................................... 10
Contract Work ........................................................... 97
Cooperative Union-Management Relations ............ 235
Cost-Of-Living Allowance .................................... 13

**D**

Day Tours ............................................................... 15
Deduction of Union Dues ......................................... 93
Departmental Agreement .......................................... 1
Designated Holiday .................................................. 23
Differentials ............................................................. 11
Dismissals
Arbitration of ........................................................ 198
Severance Payments ............................................. 83
Divided Tours—Extra Payments .............................. 21
Downgrade ............................................................... 69
Dues .......................................................................... 92
Duration of Agreements ....................................... 99, 218

**E**

Election Duty ........................................................... 39
Employment Terminations ........................................ 83
After Leave of Absence ........................................ 83
Amount of Payment .............................................. 84
Reasons for Payment ............................................ 83
Treatment if Rehired ............................................. 88
Exchanges and Job Vacancy
Scopes (Appendix F) ............................................ 146
Additions to Exchange List ............................... 5
Excused Work Days ................................................. 35
Expanded Force Adjustment Area ........................... 70
Expedited Arbitration ............................................... 200
Extra Payments on Divided Tours ........................... 21

APP 0015 6201-JZ 00011

-O-BP Document 37 Filed 09/09/26 Page 18 o

Page

**F**

Floating Holidays .......... 23
Force Adjustment .......... 68
Downgrade .......... 69
Expanded Force Adjustment Area .......... 70
Force Adjustment Area .......... 70
Involuntary Severance Payment Table .......... 86
Job Group .......... 69
Lateral Transfer .......... 69
Layoffs .......... 77
Maximum Rate of Pay .......... 69
Moving Expenses .......... 81
Procedures .......... 71
Reassignment Pay Protection Plan (RPPP) .......... 77
Recall Rights .......... 82
Reduction in Force Before Layoffs .......... 71
Reemployment—Wage Credit .......... 83
Rehire Rights .......... 82
RPPP Payout Table .......... 78
Seniority .......... 69
Surplus Transfer Request .......... 70
Surplus Work Group .......... 69
Temporary Layoff .......... 83
Voluntary Severance Candidate Request .......... 70
Voluntary Severance Payment Table .......... 87
Wage Treatment .......... 77
Full-Time Employees .......... 3
Full-Time Tours .......... 14
Funerals .......... 39

**G**

Grievances .......... 89
Formal Grievance .......... 89
Informal Grievance .......... 92
Pay for Attendance at Meetings .......... 91
Time Limit for Filing .......... 89

APP 0016 6201-JZ 00012

-O-BP Document 37 Filed 09/09/26 Page 19 o

**G**


- Time Limit for Meetings to be Scheduled ........... 90
- Travel To and From Meetings ........... 91
- Unusual ........... 197


**H**


- Holidays ........... 23
  - Absentee ........... 25
  - Authorized ........... 23
  - Designated ........... 23
  - Eligibility ........... 24
  - Falling on Sunday ........... 24
  - Floating ........... 23
  - Part-Time Employees ........... 25
  - Pay
    - Holiday Allowance ........... 24
    - Time Worked ........... 24
  - Tours ........... 24
  - Within a Vacation Period ........... 27
- Hours of Work ........... 13
  - Additional Payment for Night Work on Christmas Eve and New Year's Eve— Appendix D ........... 21
  - Adequate Rest ........... 17
  - Appendix A Employees ........... 15
  - Appendix D Employees ........... 16
  - Appendix I Employees ........... 169
  - Assigned Overtime ........... 19
  - Assignment of Nonworking Days ........... 16
  - Callout Time ........... 16
  - Extra Payments on Divided Tours ........... 21
  - Normal Work Week ........... 13
  - On Call Duty ........... 19
  - Relief Periods ........... 20
  - Standby Duty ........... 18
  - Tours ........... 13


APP 0017 6201-JZ 00013

-O-BP Document 37 Filed 09/09/26 Page 20 o

Page

**I**

Illness
- Associated with Vacation .................................... 29
- First Seven Days ............................................... 42
- Payment for Absence ......................................... 42
- Preceding or Following a Holiday ........................ 25
- Waiting Period .................................................. 41

Immediate Family ................................................ 39
Involuntary Severance Payment Table .................... 86
IRS-Allowed Travel Maximums .............................. 68

**J**

Job Groups (Appendix G)
- Additions, Deletions, or Rearrangements to Job Groups ................................................... 5

Job Groups List ................................................... 154
Job Titles
- Establishing New Job Titles ................................ 4
- Establishing Wage Levels .................................... 4
- Notification to the Union .................................... 4

Job Vacancy ........................................................ 43
- Employee Retreats ............................................. 47
- Job Vacancy Requests ........................................ 43
- Order of Consideration ...................................... 46
- Selection .......................................................... 46
- Time-In-Title and Location ................................. 43
- Vacancy Definition ............................................ 45

Job Vacancy Scopes (Appendix F) .......................... 146
Jury, Witness, Voting, and Election Duty .............. 39

**L**

Laundry .............................................................. 63
Layoffs ............................................................... 77
Lateral Transfer ................................................... 69
Leaves of Absence ............................................... 37
- Union Business .............................................. 38, 203

Lodging Expense .................................................. 61

APP 0018 6201-JZ 00014

-O-BP Document 37 Filed 09/09/26 Page 21 o

Page

**M**

Maximum Rates .................................................. 6
Memorandum of Agreement
(Armed Forces) .................................................. 225
Military Duty
Active Duty .................................................. 225
Training and Emergency Duty .............................. 38
Minimum Rates .................................................. 6
Motor Vehicle Usage Program ................................ 68, 223
Moving Expenses .................................................. 81

**N**

Net Credited Service .................................................. 42
Tie-Breaker .................................................. 42
Night Differentials .................................................. 11
Cable Splicing Technicians .................................. 11
Company Schools .................................................. 12
Operating Employees .................................................. 12
Part-Time Employees .................................................. 12
Night Tours .................................................. 15
Night Work Rotation – Cable Splicers ...................... 134
Nondiscrimination .................................................. 209
Nonworking Day .................................................. 16
Normal Tour .................................................. 13
Normal Work Week .................................................. 13
Notice of Promotions and Transfers of Union
Officers, Elected Stewards, and
Designated Representatives .................................. 95

**O**

Occasional Employees .................................................. 2
On Call Duty .................................................. 19
Operating Employees
Additional Payment for Night Work—
Christmas Eve and New Year's Eve ................ 21
Assignment of Hours .................................................. 16
Carfare Payments .................................................. 21

APP 0019 6201-JZ 00015

-O-BP Document 37 Filed 09/09/26 Page 22 o

Page

O


Night Differentials .......... 12
Night Tours .......... 16
Relief Periods .......... 20
Seniority Lists .......... 16
Sunday Work .......... 10
Outside Contractors .......... 97
Overnight Temporary Assignment .......... 59
Overnight Travel Allowance .......... 65
Overtime
Assigned .......... 19
Authorized Holidays .......... 10
Central Office Assistants .......... 10
Console Operators .......... 10
Non-Operating Employees .......... 8
Operating Employees .......... 9
Part-Time Employees .......... 9
Sunday Work .......... 10


P


Parking .......... 62
Partial Per Diem Allowance .......... 64
Part-Time Employees
Classification .......... 3
Equivalent Work Week .......... 3
Excused Work Days .......... 35
Holidays .......... 25
Memorandum of Understanding .......... 219
Night Differential .......... 12
Overtime .......... 9
Sunday Work .......... 11
Tours .......... 14
Vacations .......... 30
Pension Band Tables .......... 230
Pensions, Disability Benefits, and Death Benefits .......... 208
Per Diem Allowance .......... 59
Personal Car Use—Company Business .......... 66
Personal Car Use—Reimbursement .......... 67


APP 0020 6201-JZ 00016

-O-BP Document 37 Filed 09/09/26 Page 23 o

Page

## P

Prior Agreements ........................................ 98, 217
Progression Plan ........................................ 6
  During Total Disability ........................................ 7
  Following Upgrading ........................................ 7
    Specific Job Titles
      Building Maintainer ........................................ 7
      Driver-Tractor Trailer ........................................ 8
  Promotions and Transfers of Union Officers, Elected Stewards, and Designated Representatives ........................................ 95
  Promotional Pay Treatment ........................................ 48
    Titles and Step Down Guide ........................................ 49

## R

Rates of Pay ........................................ 6
Reassignment Pay Protection Plan (RPPP) ........................................ 77
  RPPP Payout Table ........................................ 78
Recall Rights ........................................ 82
Recognition and Establishment of the Unit ........................................ 1
Reduction in Force (Force Adjustment) ........................................ 68
Reemployment—Wage Credit ........................................ 83
Regular Employees ........................................ 2
Regular Place of Reporting ........................................ 56
Regular Reporting Zone ........................................ 57
Rehiring After Layoff ........................................ 82
Relief Differential ........................................ 54
Relief Periods ........................................ 20
Responsible Union-Company Relationship ........................................ 209
Retreats ........................................ 47

## S

Safety and Health ........................................ 96
Same Day Temporary Assignment ........................................ 58
Same Day Travel Allowance ........................................ 58
Seniority ........................................ 42, 69
Service Interruption ........................................ 196
Sessions ........................................ [illegible]

APP 0021 6201-JZ 00017

-O-BP Document 37 Filed 09/09/26 Page 24 o

Page

S

Severance Payments .......... 83
Dismissal .......... 84
Involuntary Severance Payment Table .......... 86
Rehired Employees .......... 88
Resignations .......... 84
Voluntary Severance Payment Table .......... 87
Shortened Tours .......... 14
Sickness (See Illness) .......... 40
Standby Duty .......... 18
Sunday Tours .......... 15
Sunday Work .......... 10
Supervisor's Manual .......... 135
Supplemental Statements
Appendix C .......... 127
Appendix I .......... 165
Appendix J .......... 181
Surplus Transfer Request .......... 70
Surplus Work Group .......... 69

T

Technology Change .......... 210
Telephone Calls Home .......... 67
Temporary Employees .......... 2
Temporary Layoff .......... 83
Temporary Work in Higher Positions .......... 51
Appendix I Employees .......... 176
Bilingual Differential .......... 54
Clerical .......... 51
Craft .......... 52
Noncraft .......... 53
Operating .......... 53
Relief Differential:
Appendix B-Contact .......... 54
Appendix I-Contact .......... 54
All Other .......... 55
Termination Pay .......... 88
Tie-breaker, NCS .......... 42

APP 0022 6201-JZ 00018

-O-BP Document 37 Filed 09/09/26 Page 25 o



T

Time-In-Title and Location .................................... 43
Tours
Defined .................................................. 14
Assignment of
Appendix A .............................................. 15
Appendix D .............................................. 16
Holiday .................................................. 24
Trade Time (Less Than Ten Minutes) ..................... 8
Training/Retraining .................................... 214
Travel ................................................... 56
Calls for Special Duty .................................. 68
Changes in IRS-Allowed Travel Maximums ....... 68
Laundry .................................................. 63
Overnight Temporary Assignment ...................... 59
Overnight Travel Allowance ............................ 65
Parking .................................................. 62
Partial Per Diem Allowance ............................. 64
Per Diem Allowance ...................................... 59
Personal Car Usage on Company Business ......... 66
Personal Car Use—Reimbursement .................... 67
Regular Place of Reporting .............................. 56
Regular Reporting Zone .................................. 57
Residence ................................................ 57
Same Day Temporary Assignment ..................... 58
Same Day Travel Allowance ............................ 58
Telephone Calls Home .................................... 67
Travel Day ............................................... 58

U

Uniformed Services Leave ................................ 225
Union Dues ............................................... 93
Union Leaves of Absence ......................... 38, 203
Union Representation .................................... 92
Unusual Grievances ...................................... 197
Use of Personal Car ...................................... 66

APP 0023 6201-JZ 00019

-O-BP Document 37 Filed 09/09/26 Page 26 o

V

Vacations .......... 26
Buy-Back .......... 34
Eligibility .......... 26
Day-At-A-Time .......... 30
Holiday During Vacation .......... 27
Illness During Vacation .......... 29
Leaves of Absence Prior to Vacation .......... 29
Pay
Full-Time Employees .......... 30
Part-Time Employees .......... 30
Rescheduling Vacation Due to Illness .......... 29
Reserve Week .......... 32
Scheduling .......... 30
Separation Prior to Vacation .......... 28
Voluntary Severance Candidate Request .......... 70
Voluntary Severance Payment Table .......... 87
Voting Duty .......... 39

W

Wage Administration
Basis of Compensation .......... 6
Cost-Of-Living Allowance .......... 13
Promotional Pay Treatment .......... 48
Wage Schedules .......... 6
Wage Rates
Appendix A .......... 102
Appendix B .......... 107
Appendix C .......... 118
Appendix D .......... 138
Appendix E (Clerical, Appendices A, B, C & D) 142
Appendix I .......... 160
Appendix J .......... 179
Witness in Court .......... 39
Work Day .......... 14
Work Groups—Force Adjustment .......... 69

APP 0024 6201-JZ 00020

-O-BP Document 37 Filed 09/09/26 Page 27 o

Page

W

Work Schedules .................................................... 21
Change of Day Off or Scheduled Hours .............. 23
Nonworking Days .............................................. 16
Scheduled Tour and Hours ................................. 22
Work Stoppage .................................................... 196
Work Week .......................................................... 13

APP 0025 6201-JZ 00021

# 2017 DEPARTMENTAL AGREEMENT

THIS AGREEMENT is made as of March 2, 2017 and effective as of April 9, 2017, by and between COMMUNICATIONS WORKERS OF AMERICA (hereinafter called the "Union"), and SOUTHWESTERN BELL TELEPHONE COMPANY, a Delaware corporation, AT&T SERVICES, INC., a Delaware corporation, and DIRECTV, LLC, a California limited liability company (hereinafter collectively called the “Company” or “Management”). The Union and the Company agree, subject to any applicable provisions of the 2017 Settlement AGREEMENT, as follows:

## ARTICLE I
## RECOGNITION AND ESTABLISHMENT OF THE UNIT

Section 1. The Company hereby continues to recognize the Union as sole collective bargaining agent for those employees of the Company with the job titles and job classifications listed in Appendices A, B, C, D, I, and J of this Agreement and as subsequently established under Article III of this Agreement, excluding confidential and professional employees, guards, and supervisors as defined in Section 2.(11) of the National Labor Relations Act, as amended.

Section 2. Nothing herein shall be construed as authorizing the inclusion of any employee or employees not properly includible in the above-described Bargaining Unit, nor shall be construed as a waiver or forbearance on the part of the Union of any right to represent any employee or employees properly includible in such Bargaining Unit as contemplated under the National Labor Relations Act as now or hereafter amended or superseded.

Section 3. The provisions contained in Articles I through XXVII of this Agreement apply to all Bargaining Unit employees, except as indicated to the contrary.

## ARTICLE II
## CLASSIFICATION OF EMPLOYEES

(For Appendix J employees, refer to Appendix J, Supplemental Statement 1.)

Section 1. For the purpose of this Agreement, all employees are classified into one of the classifications as defined in Section 2.

Section 2.

a. **Regular Employees.** A regular employee is one who is engaged for the usual activities of the business and whose employment is reasonably expected to continue for longer than twenty-four (24) months, although it may be terminated earlier by action on the part of the Company or the employee.

b. **Temporary Employees.** A temporary employee is one who is engaged for a specific project or a limited period, with the definite understanding that his or her employment is to terminate upon completion of the project or at the end of the period, and whose employment is expected to continue for more than three (3) consecutive weeks, but not more than twenty-four (24) months.

c. **Occasional Employees.** An occasional employee is one who is engaged on a daily basis for a period of not more than three (3) consecutive weeks; or for a cumulative total of not more than thirty (30) days, in any calendar year, regardless of the length of daily or weekly assignments. An occasional employee who actually works or is engaged to work in excess of three (3) consecutive weeks or thirty (30) days in a calendar year shall be reclassified as a regular or a temporary, full-time or part-time employee as appropriate.

Section 3. Employees who are classified as Regular or Temporary as defined in Section 2. above, will be further

APP 0027 6201-JZ 00023

classified as either full-time or part-time as defined below:



a. **Full-Time.** A full-time employee is one who is employed and scheduled to work forty (40) hours (or its equivalent for Operating employees) in a calendar week, except for Appendix J employees.

b. **Part-Time.** A part-time employee is one who is employed and normally scheduled to work less hours per average month than a comparable full-time employee in the same job title, classification, and work group working the same normal daily tour.

Note A. The classification of a part-time employee is based on the employee's "part-time equivalent work week" which shall be initially determined by dividing the employee's anticipated scheduled hours per month by 4.35 and rounding the result to the next higher whole number. (Illustration: 68 hours per month divided by 4.35 equals 15.6, rounded to a "part-time equivalent work week" classification of 16.)

Note B. The "part-time equivalent work week" classification of each part-time employee shall be recalculated by the Company no less often than every six (6) months on April 1 and October 1 of each year, based on the actual average number of hours worked per month during the preceding six (6)-month period. The recalculated "part-time equivalent work week" classification shall be placed in effect if it differs by more than plus or minus three (+/–3) hours from the employee's current "part-time equivalent work week" classification, or if it would change the employee's current premium payment percentage for the Medical, Dental, and Vision Plans, as described in the "Memorandum of Understanding Regarding Part-Time Employees," in the 2017 Labor Agreements, paragraph 5., a., b., and c. Any hours worked which

are paid at the overtime rate shall not be counted in computing the average number of hours worked.



## ARTICLE III
NEW JOB TITLES

Section 1. Whenever the Company determines it appropriate to create a new job title in the Bargaining Unit or restructure an existing job title, it shall notify the Vice President of the Union in writing. Restructure, for purposes of this Article, shall be limited to those situations in which the restructure of the duties of an existing job title is so significant that the associated job description is no longer representative of the major functions of the restructured job. Such notification shall include the job title, the job description of the duties for such job title, and the initial Wage Schedule for such job title. The initial Wage Schedule shall be classified as temporary.

Section 2. Following such notice to the Union, the Company may proceed to staff such job title.

Section 3. The Union shall have the right, within thirty (30) days from receipt of notice from the Company, to initiate negotiations concerning the initial Wage Schedule established as temporary by the Company.

a. If negotiations are not so initiated within thirty (30) days as outlined in Section 3. above, the temporary designation shall be removed. If negotiations are so initiated, and agreement is reached between the parties within sixty (60) days following the receipt of notice from the Company, the agreed-upon Wage Schedule shall immediately replace the Wage Schedule designated as temporary.

b. If negotiations are so initiated and the parties are unable to reach agreement within sixty (60) days following re-

ceipt of notice from the Company, the issue of an appropriate Wage Schedule shall be subject to a binding mediation process. A mediation conference shall be held as soon as possible following the conclusion of negotiations, but no later than ninety (90) days from receipt of notice from the Company.

(1) If agreement is reached in the mediation process, the agreed-upon Wage Schedule shall immediately replace the Wage Schedule designated as temporary.

(2) If no agreement is reached in the mediation process, each party shall submit a final proposed permanent Wage Schedule to the mediator at the conclusion of the mediation conference. The mediator shall determine which of the final submissions is appropriate, taking into account the facts, discussions and arguments presented by the parties during the conference. The Wage Schedule designated by the mediator shall immediately replace the Wage Schedule designated as temporary.

c. The mediator used in the mediation process referred to in paragraph b. above, shall be selected by mutual agreement from a list of five (5) mediators compiled by the American Arbitration Association. Such individuals on the list shall possess acknowledged expertise in the area of job evaluation.

Section 4 The Company agrees to notify in writing the Vice President of the Union of the addition of an Exchange to Appendix F, Exchanges and Job Vacancy Scopes, of the Departmental Agreement when the Company intends to initially locate employees in such Exchange.

Section 5. The Company agrees to notify in writing the Vice President of the Union of any additions, deletions, or rearrangements to the Job Groups contained in Appendix G

of the Departmental Agreement. Following such notice to the Union, the Company may implement the identified modifications to the Job Groups for the purposes of Article XVII, Force Adjustment, application. Within thirty (30) days from receipt of notice from the Company, the Union shall have the right to initiate negotiations with the Vice President-Labor Relations concerning such Job Group modifications.

## ARTICLE IV

BASIS OF COMPENSATION

(For Appendix I employees, refer to Appendix I, Supplemental Statement 1.)

(For Appendix J employees, refer to Appendix J, Supplemental Statement 2.)

Section 1. **Rates of Pay.**

a. The Wage Schedules for all job titles shall be as set forth in Appendices A through E.

b. **Minimum Rates.** Each employee who enters the service of the Company shall begin employment at the minimum wage rate for the appropriate job title and schedule, except that appropriate allowance over such minimum rate may be made by the Company for an employee who has had previous experience or training considered to be of value.

c. **Maximum Rates.** The applicable maximum rates are set forth in the Wage Schedules included as Appendices A through E.

Section 2. **Progression Plan.** Progression increases shall be in accordance with the following:

a. Increase to the next higher rate as provided for in the applicable Wage Schedules included as Appendices A through E shall be after a progression interval equal to

APP 0031 6201-JZ 00027

the difference in months between 1) the wage length of service shown by the applicable Wage Schedule for such next higher rate, and 2) that shown for the employee's current wage rate.

b. Increase dates will be at six (6) month intervals, or at such other intervals as may be specified in the applicable Wage Schedules.

c. No wage increase shall become effective during a period of total disability which is continuous for eight (8) days or more.

d. **Progression Following Upgrading.** The length of consideration intervals for progression increases following upgrading shall be as provided in the Wage Schedules for the classification or job to which upgraded. The consideration interval for the first progression increase following upgrading shall begin with the date previously established for progression on the schedule of the job or classification from which upgraded except that if the wage rate step is established as the result of a step down from maximum as provided in Article XIV, Promotional Pay Treatment, of the 2017 Departmental Agreement, a new progression date shall be established in accordance with paragraph a. preceding.

Section 3. The following treatment shall be accorded to the job titles of Building Maintainer and Driver-Tractor Trailer:

a. **Building Maintainer.** In those buildings where three (3) or more regular full-time House Service Maintainers are employed and where the title of Building Mechanic or Air Conditioning Specialist is not currently in use, not to exceed one (1) employee from the regular House Service Maintainer force in any such building shall be assigned the title Building Maintainer. Building

Maintainers shall continue to perform house service work, and any of the duties normally performed by Building Maintainers shall be carried out by House Service Maintainers to the extent required.

b. **Driver-Tractor Trailer.** The basic weekly wage rates for Driver-Tractor Trailer shall be twenty-five (25) dollars higher than each corresponding step of the Supplies Attendant's Schedule. The amount of increase and progression interval shall be that which would apply for a Supplies Attendant rate, which is lower by twenty-five (25) dollars. In determining what wage rate shall apply in the event a Driver-Tractor Trailer is transferred to another occupation, the rate of the Driver-Tractor Trailer shall be used for purposes of determining the applicable new rate.

Section 4 **Overtime at One and One-Half Times the Basic Hourly Rate.**

a. Except for Operating employees, certain part-time employees identified in paragraph c. below, Console Operators, and Central Office Assistants, compensation at the rate of one and one-half ($1^1/_2$) times the basic hourly rate shall be paid to employees for all time of ten (10) minutes or more worked at the Company's request either before or after the scheduled tour (except on an Authorized Holiday), or for work time in excess of forty (40) hours worked on scheduled tours (except on an Authorized Holiday) in any calendar week (except as may be otherwise required by law).

Note: Time worked less than ten (10) minutes in excess of scheduled tours shall be treated as normal trade time, and the time shall not be accounted for on work reports. This is in recognition of the fact that because of practical considerations or uncontrollable circumstances, employees occasionally will quit work a few minutes before or after the end of their scheduled tour.

APP 0033 6201-JZ 00029

Such differences in work time shall be "traded out" on days following, in the same week. Trade time must be made up within the calendar week or else paid for as work time.

Trade time applies also to that travel time defined as work time. If employees are returned to a designated place of reporting less than ten (10) minutes after the close of a scheduled tour, such time, defined as work time, may be traded out during that current week. Trade time not traded out during the current week shall be paid for as work time.

It is the general policy of the Company to avoid the necessity of using trade time as far as practicable.

b. Compensation for Operating employees shall be at the rate of one and one-half ($1\frac{1}{2}$) times the basic hourly rate for time worked in excess of a full-time tour on any one (1) day or time worked during a calendar week in excess of the number of hours that constitute a full work week except for three (3) or more consecutive Sundays worked as set forth in Section 5.b. of this Article and for work in excess of a full-time tour on an Authorized Holiday (except as may be otherwise required by law).

c. Compensation to a part-time employee hired on or after January 1, 1981, for hours worked in excess of an equivalent normal daily tour or work week for a comparable full-time employee shall be at the applicable overtime rate for a comparable full-time employee based on such part-time employee's basic hourly rate. Any employee who is on the active payroll of the Company as of December 31, 1980, and who works part-time on or after January 1, 1981, shall thereafter continue, during the current term of employment, to be paid on the same basis as provided in paragraph a. preceding.

-O-BP Document 37 Filed 09/09/26 Page 37 o

d. Compensation for Console Operators and Central Office Assistants shall be at the rate of one and one-half ($1^1/_2$) times the basic hourly rate for all time of ten (10) minutes or more worked at the Company's request in excess of eight (8) hours on any day or for time worked in excess of forty (40) hours in any calendar week (except as may be otherwise required by law).

e. **Authorized Holidays.** For all employees, either time worked or not worked but excused without loss of pay on an Authorized Holiday observed Monday through Saturday, up to the length of a normal tour, shall be considered as work time for the purpose of determining hours in excess of the number of hours that constitute a normal work week at the basic rate in the calendar week; provided, however, that such treatment shall not apply where the employee is an "absentee" as defined in Article VIII, Section 4, Holidays, of the 2017 Departmental Agreement, or is treated as absent on the Holiday under Article XI, Absences From Duty, of the 2017 Departmental Agreement.

f. **Overtime at Two Times the Basic Hourly Rate.** Where an employee, at the Company's request, works overtime for which the rate of one and one-half ($1^1/_2$) times the basic hourly rate is otherwise applicable under Section 4, paragraphs a., b., c., and d. preceding, and such overtime worked exceeds nine (9) hours in a calendar week, compensation for such overtime in excess of nine (9) hours in that week shall be paid, instead, at the rate of two (2) times the basic hourly rate.

Section 5. **Sunday Work.**

a. Except for Operating employees and those part-time employees identified in paragraph c. below, employees scheduled to work a Sunday tour shall be paid at the rate of one and one-half ($1^1/_2$) times the basic hourly rate for the first eight (8) hours worked.

APP 0035 6201-JZ 00031

b. For Operating employees, Sunday work shall be paid for at the rate of one and one-half ($1\frac{1}{2}$) times the basic hourly rate for the normal tour worked, except that if an Operating employee works on three (3) or more consecutive Sundays all at the direction of Management, such work on the third and subsequent consecutive Sundays shall be paid for at twice the basic hourly rate. When an Operating employee shall work on Sunday as a result of a trade of assignments by mutual agreement with another employee, no such time worked shall be construed as Sunday work in determining the number of consecutive Sundays worked.

c. Part-time employees hired on or after January 1, 1981, and who work in Customer Service Centers, Phone Booths (Kiosks), DM/DR (Direct Marketing/Direct Response) Centers and any equivalent retail sales or service center operation, payment for all hours worked, except for overtime hours worked, shall be made at the equivalent basic hourly rate for a comparable full-time employee working a normal daily tour in the same job title, classification, and work group. Any employee who is on the active payroll of the Company as of December 31, 1980, and who works part-time on or after January 1, 1981, shall thereafter continue, during the current term of employment, to be paid on the same basis as provided in paragraph a. preceding.

Section 6. **Night Differentials.**

a. A night differential shall be paid to employees for each scheduled night tour worked in the amount of ten (10) percent of the employee's basic day's pay except for Cable Splicing Technicians, Operating employees and certain part-time employees identified in paragraph d. below.

b. Cable Splicing Technicians scheduled to work less than four (4) consecutive night tours in a series of consecu-

tive scheduled work days shall be paid at the rate of one and one-half (1½) times the basic hourly rate without the night differential for such night tours worked. When scheduled to work four (4) or more consecutive night tours in a series of consecutive scheduled work days, such employees shall be paid at the rate of one and one-half (1½) times the basic hourly rate without the night differential for the first three (3) such night tours worked, and at the basic hourly rate plus the night differential and any payment otherwise applicable for each succeeding consecutively scheduled night tour worked.

c. Operating employees shall receive extra payments for the normal work week as follows:

| | |
|---|---|
| For employees working tours ending after 6 p.m. and not later than 9 p.m. | $ 1.50* |
| For employees working tours ending after 9 p.m. excluding all night employees | $ 2.50* |
| For all night employees | $21.00 |

* Extra payment at the weekly rate of $2.50 for tours 7.5 hours in length.

d. Night differentials will not be paid to part-time employees hired on or after January 1, 1981, and who work in Customer Service Centers, Phone Booths (Kiosks), DM/DR (Direct Marketing/Direct Response) Centers and any equivalent retail sales or service center operation. However, any employee who is on the active payroll of the Company as of December 31, 1980, and who works part-time on or after January 1, 1981, shall thereafter continue, during the current term of employment, to be paid on the same basis as provided in paragraph a. preceding.

e. **Night Differentials–Company Schools.** Night differentials to the extent normally applicable shall be paid to

-O-BP Document 37 Filed 09/09/26 Page 40 o

an employee regularly scheduled for night tours, for scheduled tours paid within the first week when assigned by the Company on scheduled day tours in a Company school.

## ARTICLE V
## COST-OF-LIVING ALLOWANCE

(Application of the provisions of this Article is suspended effective April 9, 2017 through April 10, 2021.)

The amount of the May 1, 2012 adjustment shall be 0.5 times the increase above four percent (4%) in the U.S. Department of Labor Statistics "CPI-W" (1982-84 = 100) for December 2011 over December 2010. The adjustment will be added to the general wage increase and applied exponentially with no change to starting wages.

## ARTICLE VI
## HOURS OF WORK

(For Appendix I employees, refer to Appendix I, Supplemental Statement 2.) (For Appendix J employees, refer to Appendix J, Supplemental Statement 3.)

Section 1. **Normal Work Week.** Forty (40) hours consisting of five (5) scheduled tours of eight (8) hours each, or five (5) full-time tours for Operating employees, shall constitute the normal work week; however, if service requirements demand, the forty (40) scheduled hours may be spread over any six (6) days in the calendar week. Tours may fall on any days of the week necessary to meet service requirements.

Section 2. **Normal Tour.**

a. Except for Operating employees, a tour for full-time employees shall be considered as consisting of two (2) sessions, each of which shall not be less than three (3) hours, nor more than five (5) hours in length, exclusive of overtime periods. When the nature of the employee's assignment requires constant attention at the post of

APP 0038 6201-JZ 00034

duty, the tour is assumed to be divided into two (2) sessions.

-O-BP Document 37 Filed 09/09/26 Page 41 o

b. For Operating employees, eight (8) hours of time on duty shall constitute the normal full-time tour of work except tours shall be shortened as follows:

Note 1: The normal full-time tour for Operators, Central Office Clerks, and Service Assistants who are under the supervision of the Manager-Operator Services shall be seven and one-half ($7^1/_2$) hours of time on duty, which shall be compensated for on the basis of eight (8) hours' pay.

Note 2: The full-time tour ending in the evening shall be shortened as follows:

For Operating employees, the normal full-time tour for tours ending after 7 p.m. but not after 10 p.m. shall be seven (7) hours in length, and for tours ending after 10 p.m. shall be six (6) hours in length, which shall be compensated for on the basis of eight (8) hours' pay.

c. A work day shall be the day on which a tour or session shall start. All time scheduled, assigned, or worked during or contiguous to a tour shall be considered as falling on the day the tour started.

Section 3.

a. **Full-time Tours.** Full-time tours of work shall be divided into two (2) sessions.

b. **Part-time Tours.** Part-time tours may be assigned. For employees whose job titles are shown in Appendix D, such tours shall be not less than three (3) hours in length.

APP 0039 6201-JZ 00035

c. **Day Tours.** A day tour shall be one which falls wholly within the period from 6 a.m. to 6 p.m.

d. **Night Tours.** A night tour shall be one which falls wholly or partially between the hours of 6 p.m. and 6 a.m.

e. **Sunday Tours.** A Sunday tour shall be one which starts at or after 12 midnight Saturday and before 12 midnight Sunday.

Section 4 **For Employees Whose Job Titles are Shown in Appendix A.**

a. **Assignment of Tours.** Subject to the needs of the business and abilities of the employees involved, employee preference in the assignment of tours shall be taken into account in order of seniority among full-time employees within the affected work group.

b. **Opportunities for Choice of Tours.** Opportunities for choice of tours will be arranged for at six (6)-month intervals unless abnormal conditions exist.

c. **Additions to Work Group.** Employees hired, upgraded, transferred in, reinstated from leave of absence, or otherwise added to an affected work group shall at the time of addition be assigned to an available tour within the work group. When a new choice of tours is selected by the work group, assignment of tours for these employees shall be as provided in paragraph a. preceding.

d. **Seniority Lists.** Upon request to his/her supervisor, any employee within the affected work group, or any authorized representative of the Union, shall be advised of the seniority dates of employees within the work group.

Section 5. **For Employees Whose Job Titles are Shown in Appendix D.**

a. **Assignment of Hours.** Insofar as the service requirements will permit, employee preference in each office in order of seniority shall be taken into account in the assignment of hours.

b. **Seniority Lists.** The supervisor in charge of a central office will show to any employee who is employed in that office, or to any authorized representative of the Union, on request, the order of seniority established for expression of preference for hour assignment in that office.

c. **Night Tours.** Insofar as possible, night tours will be assigned to those people to whom they are acceptable. If it is necessary to assign to night work people to whom such work is not acceptable, such assignments will be made in inverse order of seniority among those people who are qualified for night work.

Section 6. **Assignment of Nonworking Days.** Assignment of nonworking days shall take into account both the service requirements and the preferences of the employees.

Section 7. **Callout Time.**

a. Employees who report for special duty at the Company's request on a scheduled day off or fifteen (15) minutes or more after release at the completion of their regular scheduled tour, shall be paid at the rate applicable to such work time for a minimum of two (2) hours except that this minimum shall not apply if the special time worked on such duty immediately precedes regular scheduled tours.

b. If an employee is required to report for special duty at a designated hour and adequate notice is given, the time

between notification and the time required to reach the place of reporting for the job shall not be counted as work time unless such notification is given between 12 midnight and 5 a.m. If called between midnight and 5 a.m., work time shall be counted from the time called. A telephone call to anyone at the employee's place of residence shall constitute sufficient notice.

-O-BP Document 37 Filed 09/09/26 Page 44 o

c. When an employee is called outside of scheduled hours for immediate special duty involving service emergencies, work time shall begin at the time of notification and shall include the necessary travel time going to the job and returning home after release on the job; provided, however, that if the special duty extends into the employee's next scheduled tour, the time required to return home shall not be so included.

d. Without changing the provisions of paragraphs a., b. or c. preceding, covering "callouts" for special duty, an employee who is directed by the Company to report for work on a day not scheduled as a work day shall be entitled to perform any work which he or she may be directed to do by the supervisor throughout the hours specified in such direction in each case where such employee reports for duty at the appointed time, weather conditions permit the performance of the work, the physical condition and conduct of the employee permit such employee to satisfactorily perform the work, and a sufficient period of time for adequate rest has elapsed since the employee last worked.

e. **Adequate Rest.** Paragraph d. preceding, and Article VII, Work Schedules, both provide that the employee shall be entitled to work provided that the physical condition and conduct of the employee permit such employee to satisfactorily perform the work, and a sufficient period of time for adequate rest has elapsed since the employee last worked.

APP 0042 6201-JZ 00038

-O-BP Document 37 Filed 09/09/26 Page 45 o

It is not possible to specifically evaluate "a sufficient period of time for adequate rest," as this is dependent upon the nature of the work being performed, the conditions under which the work is performed, and the employee's physical condition. In general, under ordinary circumstances, sixteen (16) hours of work may be performed without an intervening period of rest. Normally eight (8) hours should be allowed for adequate rest between such a work period and the next work period.

The following examples illustrate how this clause might reasonably be applied for a normal person under ordinary circumstances:

Example 1

An employee works his or her regular tour from 8 a.m. to 5 p.m. He or she is needed to carry out emergency work and continues to work, with only meal time intervening, until 12 midnight, at which time the employee is released. A sufficient time for adequate rest would be from 12 midnight until 8 a.m. the next morning. In the same instance, if the employee had continued to work beyond midnight until 3 a.m., then that employee would not be expected to work his or her normal tour from 8 a.m. to 5 p.m., but would be permitted to come on duty at 11 a.m. and work the remainder of the tour (with adequate time out for meal) until 5 p.m.

Example 2

If an employee who normally works from 8 a.m. to 5 p.m. is called out at 4a.m. and works until 8 a.m., the employee will, of course, be expected to work his or her normal tour in addition to the period from 4a.m. to 8 a.m.

f. **Standby Duty.** An employee required by the Company to remain on standby duty on Company premises

APP 0043 6201-JZ 00039

-O-BP Document 37 Filed 09/09/26 Page 46 o

during an emergency, as determined by the Company, shall be paid until released, at the rate applicable to such work time.

Section 8. **On Call Duty.**

a. On Call Duty is defined as being assigned to be available for a callout during a designated seven (7) day period.

b. When management determines the need for a work group to have someone on call, management will solicit volunteers to be a part of the on-call pool on a six (6) week basis. Management will assign these qualified volunteers to the on-call schedule. If, at the discretion of the Company, there are insufficient volunteers among the Group 1 Craft employees whose predominant functions comprise the installation/maintenance of PBX equipment and the RMATS technicians, the Company may assign qualified employees to on-call duty by inverse order of seniority. The employee must be available to report for duty as required during the seven (7) day period assigned.

c. An employee assigned to on-call duty shall be compensated for each week so worked at the rate of fifteen percent (15%) of the employee's basic week's pay. If circumstances prevent the employee from fulfilling on-call responsibilities, the employee must immediately inform the supervisor. Compensation will be adjusted for the time the employee was unable to be on call. Subject to management approval, employees may volunteer for on-call duty for less than seven (7) days. Such employees will be compensated on a pro-rata basis. On-call employees actually called out to work shall be paid at the appropriate rate for all time worked.

Section 9. **Assigned Overtime.** For assigned overtime at the end of a tour, the employee must receive two (2) hours

APP 0044 6201-JZ 00040

notice prior to the end of the tour. Excluding work on an Authorized Holiday, an employee will not be assigned to work overtime, either on a scheduled day or a nonscheduled day, in excess of nine (9) hours in a calendar week during nine (9) months in a calendar year or in excess of twelve (12) hours in a calendar week during three (3) months in a calendar year unless the employee consents to such overtime assignment, with the following exceptions:

a. in case of emergency — such as an event of national, state or local importance, fire, explosion, or other catastrophe, severe weather conditions, major cable or equipment failure, or an act of God, etc.;

b. long-term service difficulties;

c. the employee involved is the "employee on job"; or

d. the employee is directed or assigned to work on a day not scheduled as a work day, in which case the employee will remain on duty as required during the hours so directed.

The Company shall specify the months, which need not be contiguous, by Department and location, in which the overtime limitations referred to above shall apply.

Section 10. **Relief Periods.**

a. Employees, except for Operating employees, shall be assigned or allowed one (1) fifteen (15)-minute relief period to start not less than one (1) hour from the beginning or end of each session when working in Company buildings unless unusual conditions develop.

b. For Operating employees, a fifteen (15)-minute relief period in each session shall be assigned or allowed in each office. Fifteen (15) minutes of relief away from the operator workstation shall be allowed at times when

APP 0045 6201-JZ 00041

only one (1) employee is on duty in an office, subject to the demands of the service.

c. Employees shall be assigned or allowed one (1) fifteen (15)-minute relief period during each session of overtime worked which is more than two (2) consecutive hours in excess of an employee's regularly scheduled tour when working in Company buildings unless unusual conditions develop. Such relief period shall be scheduled by Management.

Section 11. **Extra Payments on Divided Tours.** When an employee works both sessions of a divided tour in which the sessions are separated by three (3) hours or more, the Company will reimburse the employee in the amount of two (2) dollars per tour for transportation expense.

Section 12. **Additional Payment for Night Work on Christmas Eve and New Year's Eve — Appendix D.** On Christmas Eve and on New Year's Eve, in addition to payment at the basic rate and other payments applicable for night work, payment of three (3) dollars shall be made for each assigned tour worked ending after 7 p.m. to 9 p.m., inclusive, and payment of four (4) dollars shall be made for each assigned tour worked ending after 9 p.m.

## ARTICLE VII
WORK SCHEDULES
(Except Operating Employees, Console Operators, and Central Office Assistants)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 3.)

Section 1. Subject to any changes made prior to 12 noon of each Friday, work scheduled for the next calendar week shall be officially posted or furnished by the Company to show the scheduled tours the employee is to work that week, the starting and ending time of each of the tours making up

his or her scheduled work week, and the length of the period to be allowed for meals. If no change is so posted or furnished prior to the time specified above, the schedule in effect for the employee for the last calendar week assigned to work shall be considered as that employee's work schedule for the next calendar week. Except as to scheduled time when excused with pay, each such employee shall be entitled to work throughout the work schedule applicable to him/her during the next calendar week, provided that the physical condition and conduct of the employee permit such employee to satisfactorily perform his/her regular work, and a sufficient period of time for adequate rest has elapsed since the employee last worked. The term "regular work" hereinabove shall be deemed to include the work which the supervisor may direct the employee to perform.

Such work schedules may not include more than five (5) eight (8)-hour tours per week for any such employee. In those calendar weeks during which an Authorized Holiday is observed (Monday through Saturday), each such Authorized Holiday shall be included as one (1) of the five (5) eight (8)-hour tours for a full-time employee.

If it is known, prior to the time that the weekly work schedule is officially posted or furnished as provided above, that it will be necessary for an employee to work on Sunday of that scheduled week, Sunday shall be treated as one of the normally scheduled work days as addressed in Section 1., Article VI, Hours of Work.

Section 2. **Scheduled Tour and Scheduled Hours.** A scheduled tour shall be one appearing in a work schedule posted or furnished as provided in Section 1. above. Any time not included within the hours appearing on such schedule shall be considered as outside scheduled hours except that the provisions of Article IV, Basis of Compensation, Section 4.c., shall apply to part-time employees hired on or after January 1, 1981.

Section 3. **Change of Day Off or Scheduled Hours at Request of Employee.** Scheduled tours or any of the hours of such tours may with the approval of the supervisor be changed, if for personal reasons, other than sickness, an employee wishes to shift his/her day off or wishes to change any of the hours of his/her scheduled tour or session, provided service and coverage requirements as determined by Management permit and that such change does not involve the payment of premium overtime to the employee making the request or to any other employees involved. If replacement of the employee making the request is necessary, it will, with the approval of the supervisor, be the responsibility of that employee to arrange an exchange of tours or hours with some other employee having the necessary qualifications. In order to prevent misunderstandings, a form or memorandum shall be signed by the supervisor and the employee(s) involved, acknowledging the fact that the change of tours or hours is made at the employee's request. When scheduled tours or hours are changed at the employee's request, neither the employee making the request nor any other employees involved in the change shall be entitled to any premium overtime pay otherwise applicable for such time worked.

## ARTICLE VIII
HOLIDAYS
(For Appendix I employees, refer to Appendix I, Supplemental Statement 3.)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 4)

Section 1. **Authorized Holidays.** Ten (10) Authorized Holidays shall be observed as follows:

New Year's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Day After Thanksgiving
Christmas Day
Designated Holiday (See Note below)
Two (2) Floating Holidays (See Note below)

APP 0048 6201-JZ 00044

Note: Each employee who could complete six (6) months of service within the calendar year shall be eligible for one (1) Designated Holiday and two (2) Floating Holidays. An eligible employee will designate three (3) days in the same calendar year, or prior to April 1 of the following year, other than a Sunday or another Authorized Holiday, for the days to be observed as the employee's Designated Holiday and Floating Holidays. Unlike other Authorized Holidays, Management cannot require an employee to work on his/her Designated Holiday or Floating Holidays.

When an Authorized Holiday falls on Sunday, it shall be observed on the following Monday.

Section 2. **Holiday Tours.** Holiday tours are those which begin on the Authorized Holiday.

Section 3. **Holiday Pay.**

a. Insofar as service requirements permit, full-time employees (except absentees) shall be excused from duty without loss of pay on an Authorized Holiday. A part-time employee (except an absentee) shall receive a prorated holiday allowance based on the relationship of the employee's equivalent work week classification to the normal work week of a comparable full-time employee in the same job title, classification, and work group.

Note: An employee who meets the requirements of Section 3.a. above shall be eligible for a holiday allowance for New Year's Day if he/she is on the active payroll on the preceding December 31.

b. Employees, except certain part-time employees shown in paragraph c. below, required to work on an Authorized Holiday shall be paid for their work (in addition to their holiday allowance) at the rate of one and one-

-O-BP Document 37 Filed 09/09/26 Page 52 o

half ($1\frac{1}{2}$) times the basic hourly rate for the first eight (8) hours worked (for the normal full-time tour for Operating employees listed in Appendix D) and thereafter at the rate of two and one-half ($2\frac{1}{2}$) times the basic hourly rate for additional hours worked on an Authorized Holiday. At the employee's option, and with advance notice to Management, employees scheduled to work on an Authorized Holiday may, in lieu of the immediately preceding pay treatment, select a day off later in the calendar year or a day prior to April 1 of the following calendar year, other than Sunday or another Authorized Holiday. Employees selecting this option will be paid at the applicable rate for all hours worked.

One (1) night differential (extra payment for night work for Operating employees listed in Appendix D) shall also be paid to employees (except absentees) either excused from working or required to work a night tour on an Authorized Holiday in accordance with Section 6. of Article IV, Basis of Compensation.

c. Part-time employees hired on or after January 1, 1981, and who work in Customer Service Centers, Phone Booths (Kiosks), DM/DR (Direct Marketing/Direct Response) Centers and any equivalent retail sales or service center operation who are required to work on an Authorized Holiday shall be paid for their work (in addition to their holiday allowance) at the equivalent basic hourly rate for a comparable full-time employee working a normal daily tour in the same job title, classification, and work group.

Section 4 **Absentee.** An "absentee" for the purpose of this Article is an employee who (a) does not work on the Authorized Holiday and who is absent from assigned work on the scheduled work day next preceding and the scheduled work day next following the Holiday, without being excused by the supervisor prior to such absence, or (b) is absent on

APP 0050 6201-JZ 00046

the Holiday without being excused by the supervisor prior to such absence.



Section 5. None of the provisions of this Article shall be applicable to any employee whose particular term of employment is to be three (3) weeks or less.

## ARTICLE IX
## VACATIONS

(For Appendix I employees, refer to
Appendix I, Supplemental Statement 4.)
(For Appendix J employees, refer to
Appendix J, Supplemental Statement 5.)

Section 1. **Vacation Eligibility.** Subject to the provisions of Sections 3., 4., 8., and 9. hereof, vacations with pay shall be granted during the vacation year to each employee, except upon dismissal for misconduct, who shall have completed a period of six (6)-months' employment since date of engagement or reengagement, whichever is later, and who has performed work for the Company within the vacation year, as follows:

a. One (1) week's vacation to any such employee who has completed six (6) months or more but less than twelve (12) months of service;

b. Two (2) weeks' vacation to any such employee who has completed twelve (12) months of service but who could not complete seven (7) years of service within the vacation year, provided that if such employee initially completes six (6) months' service and twelve (12) months' service within the same vacation year only two (2) weeks of vacation shall be granted in that vacation year, with the first week granted after completion of six (6) months of service and the second week granted after completion of twelve (12) months of service;

c. Three (3) weeks' vacation to any such employee who

could complete seven (7) or more but less than fifteen (15) years of service within the vacation year;

d. Four (4) weeks' vacation to any such employee who could complete fifteen (15) or more but less than twenty-five (25) years of service within the vacation year; or

e. Five (5) weeks' vacation to any such employee who could complete twenty-five (25) or more years of service within the vacation year.

Note A: Where eligibility for a vacation week under either of the first two subparagraphs of this Section first occurs on or after December 1 of a vacation year, such vacation week may be granted in the next following vacation year provided it is completed prior to April 1 and completed prior to the start of vacation for such following year.

Note B: The service prescribed above shall be the Net Credited Service as determined by the pension plan administrator.

Note C: The vacation year shall begin on December 31 and end on the following December 30.

Section 2. **Holiday Falling Within a Vacation Week.** When an Authorized Holiday falls in a week during which an employee is absent on vacation, an additional day of vacation with pay shall be granted later, in either the same vacation year or prior to April 1 of the following vacation year. When such additional day of vacation is for the Authorized Holiday of Christmas Day, it may also be granted immediately preceding the vacation. Such additional day of vacation will be selected in seniority order within each vacation group subsequent to the scheduling of full vacation weeks and should be granted to the extent practicable consistent with force requirements and the needs of the business.

-O-BP Document 37 Filed 09/09/26 Page 55 o

Section 3. **Separations Prior to Vacation Through Dismissal, Layoff, Resignation, Retirement, or Death.**

If, before receiving the vacation to which he or she has accrued, an employee is dismissed (except for reason of misconduct) or resigns, such employee shall be entitled to an allowance in cash equal to and in lieu of such vacation.

Payment for unused accrued vacation will be computed based on the chart below. To determine the number of "accrued" current year vacation hours for employees who have completed at least six months of service and who are eligible to be paid in lieu of, see the following chart:

| Month Employee Leaves Company or (Credited Months) | Annual Eligible Vacation Hours (See eligibility above for number of eligible weeks) | | | | |
|---|---|---|---|---|---|
| | 5 Days or 1 Week (40 Hrs) | 10 Days or 2 Weeks (80 Hrs) | 15 Days or 3 Weeks (120 Hrs) | 20 Days or 4 Weeks (160 Hrs) | 25 Days or 5 Weeks (200 Hrs) |
| | Number of "Earned" Current Year Vacation Hours | | | | |
| Jan. (1) | 3 | 7 | 10 | 13 | 17 |
| Feb. (2) | 7 | 13 | 20 | 27 | 33 |
| Mar. (3) | 10 | 20 | 30 | 40 | 50 |
| Apr. (4) | 13 | 27 | 40 | 53 | 67 |
| May (5) | 17 | 33 | 50 | 67 | 83 |
| Jun. (6) | 20 | 40 | 60 | 80 | 100 |
| Jul. (7) | 23 | 47 | 70 | 93 | 117 |
| Aug. (8) | 27 | 53 | 80 | 107 | 133 |
| Sep. (9) | 30 | 60 | 90 | 120 | 150 |
| Oct. (10) | 33 | 67 | 100 | 133 | 167 |
| Nov. (11) | 37 | 73 | 110 | 147 | 183 |
| Dec. (12) | 40 | 80 | 120 | 160 | 200 |

In cases of layoff, retirement or death, payment in lieu of vacation shall be made to either the employee or the employee's estate as if the employee had accrued vacation for the entire year.

APP 0053 6201-JZ 00049

-O-BP Document 37 Filed 09/09/26 Page 56 o

Section 4 **Leaves of Absence Prior to Vacation.** An employee who goes on a leave of absence before receiving the vacation to which such employee has become entitled shall, at the employee's election, prior to the time of leaving be given such vacation. If an employee does not elect to take such vacation prior to going on a leave of absence and does not return to work within the vacation year, the employee shall, upon written application to the Company within the vacation year, be entitled to receive an allowance in cash equal to and in lieu of the vacation to which he or she was entitled at the time of leaving.

Section 5. **Illness Associated with Vacation.**

a. An employee who becomes ill and notifies his/her supervisor before the beginning of his/her vacation period (normally Saturday midnight) may have that vacation period cancelled and rescheduled.

b. An employee who becomes ill during a vacation period, and notifies his/her supervisor before the beginning of any subsequent contiguous week, may have such subsequent contiguous week cancelled and rescheduled.

c. Such rescheduled vacation week(s) as set out in paragraphs a. and b. above, may not be carried over into the next vacation year, except as provided in Section 1., Note A, and shall be scheduled taking into account both the service requirements and preferences of the employee. The Company may at its option require satisfactory medical evidence to substantiate the illness referred to in paragraphs a. and b. above. For all purposes, the first day of absence under this Section shall be the first day previously scheduled as vacation in the cancelled vacation week.

Section 6. **Vacation Pay for Full-time Employees.** Full-time employees shall be paid for each week of vacation at the basic rates of pay (including any night differentials, to the extent normally applicable to the employees' regularly scheduled tours) for the time constituting a full-time work week at the time of their vacations.

Section 7. **Vacation Pay for Part-time Employees.** Part-time employees who work regularly shall be paid for vacations on the basis of the time which constitutes their normal work week at the time of their vacations at the basic rates of pay (including any night differentials to the extent normally applicable to the employees' regularly scheduled tours).

Section 8. **Time Off Scheduling.**

a. Scheduling of vacations for the vacation year shall be in seniority order within the vacation group and should be granted to the extent practicable consistent with force requirements and the needs of the business.

b. Insofar as service requirements permit, employees may split their vacations into periods of not less than one (1) week except as provided in paragraph c. below. Vacations shall usually start on the first day of the calendar week.

c. (1) Employees may elect to take one (1) week of vacation [five (5) paid vacation days] on a day-at-a-time basis at the time the vacation schedule is initially assigned. Employees eligible for three (3) or more weeks of vacation may elect to take two (2) weeks of vacation on a day-at-a-time basis at the time the vacation schedule is initially assigned. Employees eligible for four (4) or more weeks of vacation may elect to take three (3) weeks of vacation on a day-at-a-time basis at the time the vacation schedule is initially assigned. Individual vacation days may be

taken in half-day increments. The actual days to be scheduled on a day-at-a-time, or half-day increment basis, will be assigned subsequently. After all employees have expressed their preferences for full weeks, those employees who had elected this option will be given the opportunity to express a preference for an available vacation week(s) as a reserve week(s) from the vacation schedule. The period during which this reserve week(s) may be scheduled shall extend through the last full calendar week of March of the following vacation year, and will be assigned in accordance with paragraph a. above.

Employees engaged or reengaged after the schedule has been posted, and who will become eligible for vacation within the vacation year, may elect to schedule one (1) week of vacation on a day-at-a-time basis, two (2) weeks of vacation on a day-at-a-time basis if eligible for three (3) weeks of vacation, or three (3) weeks of vacation on a day-at-a-time basis if eligible for four (4) or more weeks of vacation at the time of their addition to the group.

(2) Individual vacation days and days to be taken in half-day increments (exclusive of Authorized Holidays) to be deducted from the employee's reserve week(s) may be granted to employees on the basis of the earliest request without regard to seniority. If the employee has not received all five (5) days of vacation, or ten (10) or fifteen (15) days of vacation, if applicable, on a day-at-a-time or half-day increment basis prior to the scheduled reserve week(s), those vacation days or half-day increments remaining will be scheduled and taken during such week(s).

(3) Individual vacation days or vacation days taken in half-day increments, will be granted to an employee while on Company duty outside the exchange where the employee's Regular Place of Reporting is located. In such event, the employee shall be entitled to receive no more compensation, allowances, or expense reimbursement than such employee would receive if located in the same exchange as his or her Regular Place of Reporting.

d. Vacation schedules (subject to change) shall be posted or furnished once a year prior to December 31 of the vacation year.

e. As stated in paragraph c.(1) above, employees must first express preferences for full weeks of vacation in seniority order within the vacation group and must also, at the time of expressing such preferences, indicate whether they elect to take one (1) week of vacation on a day-at-a-time basis, or two (2) weeks of vacation on a day-at-a-time basis if eligible for three (3) weeks of vacation, or three (3) weeks of vacation on a day-at-a-time basis if eligible for four (4) or more weeks of vacation.

In a subsequent interview by Management, also in seniority order within the vacation group, employees must select a specific reserve vacation week(s) (if such election has been made). During this subsequent interview, employees may also select a Designated Holiday and Floating Holidays as provided in Article VIII of this Agreement; full day-at-a-time vacation days, as provided in paragraph c.(1) above; additional days of vacation, as provided in Section 2. of this Article; and full Excused Work Days (whether paid or not paid), as provided in Article X of this Agreement.

In addition to the time off scheduled above, employees shall also select "reserve time" in this subsequent interview. "Reserve time" shall equate to all time off (other than scheduled weeks of vacation) whether or not scheduled above. The period during which the reserve time may be scheduled shall extend through March 31 of the following vacation year. Any time off not taken by an employee prior to the scheduled reserve time must be taken during the scheduled reserve time for that employee.

Employees who do not select specific days in this subsequent interview and employees who elect to take half-day increments, will be granted such days or half-day increments, force requirements and the needs of the business permitting, on the basis of the earliest request ("first come, first served") to the employees' immediate supervisor.

Except for Management-designated Excused Work Days, for administrative purposes but not for pay purposes, all time off subject to scheduling under this provision shall be treated in the same manner as vacation time.

Section 9.

a. Upon written request by the employee and by specific prior Management approval in each case, subject to service requirements and for a cause deemed sufficient by Management, an employee may be granted the vacation to which he/she is otherwise entitled for a vacation year, without performing work for the Company in that year, provided such vacation is contiguous to and continuous with the employee's vacation for the preceding year; or

b. Subject to the conditions applicable to vacation scheduling, and upon specific Management approval in each case, an employee may be scheduled and granted the vacation to which he or she is otherwise entitled for a vacation year, without performing work for the Company in that year, provided such vacation begins with the first week of the vacation year which includes the days Monday through Friday.

c. In the event an employee, in accordance with Section 1. of this Article, is assigned a vacation week which begins during the last week of December of the vacation year, that portion of such vacation week which falls in the next vacation year shall be treated as though it occurred in the vacation year in which the week began for purposes of vacation eligibility.

Section 10. **Vacation Buy Back.** When necessary due to service requirements, such as those outlined in Article VI, Hours of Work, Section 9., Assigned Overtime, paragraphs a. and b., Management may offer an employee with at least fifteen (15) years of service the opportunity to sell his/her vacation back to the Company as follows:

a. An employee eligible for four (4) weeks' vacation under the provisions of Section 1.d. of this Article may be paid in lieu of one (1) week [or up to five (5) day-at-a-time vacation days] of unused vacation.

b. An employee eligible for five (5) weeks' vacation under the provisions of Section 1.e. of this Article may be paid in lieu of two (2) weeks [or up to ten (10) day-at-a-time vacation days] of unused vacation.

Note: The offer of pay in lieu of vacation pursuant to this Section shall be effective only if agreed to by the employee.

# ARTICLE X
## EXCUSED WORK DAYS
(For Appendix J employees, refer to Appendix J, Supplemental Statement 6.)

Section 1. **Eligibility.**

a. Each full-time employee who has at least six (6) months of Net Credited Service on the first day of the vacation year shall be eligible for four (4) Excused Work Days with pay and one (1) Excused Work Day without pay during such vacation year. Each full-time employee who has less than six (6) months service on the first day of the vacation year, or who is hired after the first day of the vacation year, shall be eligible for two (2) Excused Work Days with pay and one (1) Excused Work Day without pay to be scheduled and taken after six (6) months of service is completed. Excused Work Days may be taken in two (2)-hour increments.

Note: Two (2)-hour increments for Operating employees with shortened tours shall be one-fourth ($^1/_4$) of the total number of hours comprising the full-time tour as defined in Article VI, Hours of Work, Section 2., Normal Tour.

b. Part-time employees who fulfill the service requirements of Section 1.a. above, shall be eligible for Excused Work Days on a pro rata basis, based upon the ratio of any such part-time employee's equivalent work week to the normal work week of a comparable full-time employee.

Section 2. **Pay Treatment for Paid Excused Work Day Not Worked.** Employees who do not work on their paid Excused Work Day or two (2)-hour increment thereof shall be paid for the day as if for a normal or standard day or two (2)-hour increment worked provided they are on the active payroll of the Company on that Excused Work Day or two (2)-hour increment.

-O-BP Document 37 Filed 09/09/26 Page 63 o

Section 3. **Excused Work Day Designated by the Company.** One (1) paid Excused Work Day in each calendar year may be designated by the Company for employees in an administrative work group (as designated by the Company) or in any larger group, including the entire Company. Employees (except occasional employees) in any such group for which an Excused Work Day is designated by the Company and who are not otherwise eligible for a paid Excused Work Day shall be excused and paid for such designated day provided they are on the active payroll of the Company on the designated Excused Work Day.

Section 4 **Selection.** Employee choice of Excused Work Days (including the unpaid Excused Work Day, if desired) will be in seniority order within each vacation group, and will be granted to the extent practicable consistent with force requirements and the needs of the business. Such selection will be subsequent to the scheduling of full vacation weeks. Excused Work Days not scheduled at that time, and the Excused Work Days with pay (and the Excused Work Day without pay, if desired) to be taken in two (2)-hour increments will be selected subsequently on the basis of the earliest request to the employee's supervisor. The period during which these Excused Work Days may be scheduled shall extend through March 31 of the following calendar year.

Section 5. **Employees Absent for Other Reasons on Their Paid Excused Work Days.** Employees who are on vacation or absent with pay on their paid Excused Work Day or two (2)-hour increment thereof for reasons other than having observed it as an Excused Work Day shall have their paid Excused Work Day or two (2)-hour increment thereof rescheduled if a vacation day would have been rescheduled under the same circumstances.

APP 0061 6201-JZ 00057

Section 6. **Employees Who Agree to Work on Their Paid Excused Work Days.** If employees agree to work on their paid Excused Work Day or two (2)-hour increment thereof and the Company determines that the day or two (2)-hour increment cannot be rescheduled, they shall be paid as applicable in accordance with the following:

a. Employees who agree to work before the work schedule becomes fixed shall receive one (1)-day's pay or two (2)-hours' pay in lieu of their Excused Work Day or two (2)-hour increment thereof and shall in addition be paid in accordance with the provisions of this Agreement covering work on a scheduled day of work.

b. Employees who agree to work after the work schedule becomes fixed shall receive one (1)-day's pay or two (2)-hours' pay in lieu of their Excused Work Day or two (2)-hour increment thereof and shall in addition be paid in accordance with the provisions of this Agreement covering work on a nonscheduled day.

c. Time worked by an employee on his/her Excused Work Day or two (2)-hour increment thereof shall be considered time worked on a regular scheduled day of work for all purposes, except as is otherwise expressly provided in this Article.

## ARTICLE XI
## ABSENCES FROM DUTY

Section 1. **Leaves of Absence.**

a. Insofar as the requirements of the service permit, leaves of absence without pay will be granted upon request for good cause and for reasonable lengths of time. The intention of the employee with respect to return to work shall be established in writing between the employee and the Company at the time the leave is granted and a copy shall be furnished the employee at the time the leave is granted.

-O-BP Document 37 Filed 09/09/26 Page 65 o

b. Leave of absence procedures for Union representatives on Union business as established by the current Agreement of General Application between the Union and the Company shall be applicable to such employees in the Bargaining Unit.

Section 2. **Military Training Duty and Emergency Duty.**

a. The provisions of this Section apply only to regular and temporary employees who are members of the National Guard, Air National Guard, Army Reserve, Air Force Reserve, Naval Reserve, Marine Corps Reserve, Coast Guard Reserve, or any other category designated by the President of the United States in time of war or emergency.

b. An employee called 1) for training duty in any organization listed in paragraph a., or 2) for emergency duty in the National Guard, Air National Guard, or any other category designated by the President of the United States in time of war or emergency, if such duty requires absence during hours in which he/she otherwise would be on scheduled Company duty, shall be excused or granted a leave of absence for such cause for a period or periods not exceeding in the aggregate fifteen (15) calendar days in the same calendar year or for such period(s) as required by law.

c. Except for that group under paragraph a. defined as "any other category designated by the President of the United States in time of war or emergency," if absence on such leave is continuous, difference in pay shall be allowed for not exceeding the first eleven (11) scheduled work days falling within the period of the excused absence. If the absence is not continuous, difference in pay shall be allowed for the number of scheduled work days falling within the periods of excused absence, but not to exceed the first eleven (11) such days within the calendar year. Time absent for training duty under paragraph

APP 0063 6201-JZ 00059

b.(1) and time absent for emergency duty under paragraph b.(2) shall be treated separately with no effect of one upon the other as to eligibility for pay treatment.

d. The term "difference in pay," as used in paragraph c. for hours absent on a scheduled work day means the excess, if any, of Company pay at the employee's basic hourly rate for such absent time (plus any night differentials, to the extent normally applicable) over the hourly equivalent of the employee's government pay obtained by dividing the monthly government pay rate by two hundred and forty (240). For this purpose, government pay shall be the monthly rate of compensation including basic pay and, where quarters allowances are received because of dependents, the excess, if any, of such allowances established for members of the armed forces with dependents over those established for members of the armed forces of equal rank without dependents.

Section 3. **Jury, Witness, Voting, and Election Duty.** Employees shall be allowed pay for necessary scheduled time absent due to jury, witness, or election duty. Payment for such absent time shall consist of basic pay and any extra payments for night work which would otherwise have been received had the regular scheduled tour been worked. Subject to the provisions of any applicable State or Federal law, any employee entitled to vote shall be excused from Company duty on election day for the necessary time required to vote without deduction in pay for such absence.

Section 4 **Funerals.**

a. In accordance with (1) and (2) below, employees shall be allowed pay for absence from scheduled time because of death in their immediate family. Payment for such absent time shall consist of basic pay and any extra payments for night work which would otherwise have been received had the regular scheduled tour been worked. The term "imme-

diate family" as used herein is defined as consisting of wife, husband, daughter, son, daughter-in-law, son-in-law, mother, father, mother-in-law, father-in-law, brother, sister, brother-in-law, sister-in-law, grandmother, grandfather, grandson, granddaughter, stepmother, stepfather, stepson, stepdaughter, parent of employee's dependent child, great-grandmother, great-grandfather, great-grandson, great-granddaughter, legally recognized partner, or any other relative living in the same household as the employee.

(1) In the event of a death in the immediate family as noted in paragraph a. above, an employee will be allowed pay for absence from scheduled time, from the day of death through the day of the funeral, not to exceed three (3) days.

(2) In the event of death of an employee's wife, husband, daughter, son, mother, father, or legally recognized partner, an employee shall, upon the employee's request, be excused from scheduled time up to an additional five (5) days. Paid individual days may be substituted for these excused days at the employee's option.

b. Pay shall be allowed for necessary scheduled time lost, not to exceed one (1) day, to serve as an active pallbearer for a deceased employee or deceased retired employee, when requested to do so by the family of the deceased.

Section 5. **Illness.**

(For Appendix J employees, refer to Appendix J, Supplemental Statement 7.)

a. Payment shall be made to employees having one (1) or more years of Net Credited Service for absence of at least one (1) session due to illness on scheduled work days, in accordance with the following table:

APP 0065 6201-JZ 00061

-O-BP Document 37 Filed 09/09/26 Page 68 o

| Employees with Net Credited Service of | To Be Paid After Waiting Periods of Consecutive Scheduled Working Days |
|---|---|
| 1 year but less than 5 | Of 2 days |
| 5 years but less than 8 | Of 1 day |
| 8 years and over | No waiting period |

Employees hired prior to April 9, 2017, having (1) or more years of Net Credited Service shall be paid at the basic rate for illness absences on scheduled workdays, up to a maximum of ten (10) paid illness days per calendar year, except that if an employee is absent five (5) or fewer paid illness days during the previous calendar year, that employee may be paid up to an additional five (5) paid illness days in the next calendar year for the sole purpose of providing paid illness days for the five (5) day period leading up to an approved disability benefits absence after the initial ten (10) days absence has been exhausted. Nothing in this paragraph shall be interpreted to provide for paid illness days in excess of ten (10) days in a calendar year except as provided above.

Employees hired on or after April 9, 2017, having one (1) or more years of Net Credited Service shall be paid at the basic rate for illness absences on scheduled workdays, up to a maximum of five (5) paid illness days per calendar year. Nothing in this paragraph shall be interpreted to provide for paid illness days in excess of five (5) days in a calendar year.

b. No payment will be made for any part of the waiting period set out above.

c. A day in the waiting period shall be considered as an absence of at least one (1) session from scheduled time.

APP 0066 6201-JZ 00062

-O-BP Document 37 Filed 09/09/26 Page 69 o

d. No payment hereunder shall be due for any time absent beyond a period of seven (7) consecutive calendar days which includes days on which the employee is absent for at least one (1) session from scheduled time.

e. Payment made for absent time shall consist of basic rates and any extra payments for night work which would otherwise have been received had the regular scheduled tour been worked.

f. For purposes of this Article, tours are the assignments for full days and sessions are the two (2) parts into which tours are divided.

Section 6. **Quarantine.** An employee having two (2) or more years of Net Credited Service shall be allowed pay in accordance with the provisions of Section 5. of this Article for absence from scheduled time determined by the Company to be necessary because of quarantine.

## ARTICLE XII
## SENIORITY

Section 1. Length of service (Net Credited Service [NCS] as determined by the pension plan administrator) shall be taken into account in the treatment of employees insofar as the conditions of the business and the abilities of the employees permit.

Section 2. **NCS Tie-breaker.**

When employees have the same NCS date, the Company will use a common method for determining seniority. The last four digits of the Social Security Number will be used to break NCS ties, with the higher number considered more senior.

If two employees with a common NCS date have the same last four digits, the middle two digits will be used to determine seniority, again with the higher number deemed more senior.

APP 0067 6201-JZ 00063

# ARTICLE XIII
## JOB VACANCY

(For Appendix I employees, refer to Appendix I, Supplemental Statement 5.)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 8.)

Section 1. **Job Vacancy Requests.**

a. An employee may request a change in his/her present job title and/or location by submitting a request for transfer in a Company-provided format. All such requests shall be deemed to be employee-initiated.

b. An employee may submit an unlimited number of requests for transfer. One (1) of them may be a single Surplus Transfer Request as defined in Article XVII, Force Adjustment, Section 2., if the employee is in a work group declared surplus. A request other than a Surplus Transfer Request shall relate to one open requisition.

c. An employee who is offered an opportunity to fill a vacancy, as defined in Section 3.a. below, shall notify the Company of his/her acceptance within one (1) business day of the offer. Failure to so notify the Company shall constitute rejection of the offer.

Section 2. **Time-In-Title and Location.** An employee shall not be eligible for transfer to any other job title or location until such employee has completed the time-in-title and location requirements in the respective job title or classification as set forth below. Time-in-title and location requirements may be waived when required by the conditions of the business or for personal reasons affecting the employee.

-O-BP Document 37 Filed 09/09/26 Page 71 o

| | Time-In-Title | Time-In-Location |
|---|---|---|
| (1) E-1 through E-3 Clerical, including all job titles with a maximum wage rate at or below E-3 Clerical, except for Console Operator and Central Office Assistant. | 6 months | 6 months |
| (2) Console Operator, Central Office Assistant, and all job titles with a maximum wage rate above E-3 Clerical but below Service Representative, except for job titles listed below. | 9 months | 9 months |
| (3) New hires in job titles included in (1) and (2) above. | 12 months | 12 months |
| (4) Technical Associate, CAD Technical Specialist and Fraud Specialist. | 15 months | 15 months |
| (5) Service Representative, Senior Consultant, Central Office Translations Specialist, Leveraged Service Representative and Line Translations Specialist. | 24 months | 24 months |
| (6) All job titles above the maximum wage rate of Service Representative but below Group 1 Craft. | 15 months | 12 months |

APP 0069 6201-JZ 00065

-O-BP Document 37 Filed 09/09/26 Page 72 o

| | | Time-In- Title | Time-In- Location |
|---|---|---|---|
| (7) | All job titles with a maximum wage rate of Group 1 Craft and above. | 24 months | 12 months |
| (8) | Premises Technician. | 30 months | 30 months |
| (9) | Warehouse Assistant. | 30 months | 30 months |
| (10) | Office Coordinator. | 30 months | 30 months |
| (11) | Administrative Support Assistant. | 30 months | 30 months |

Section 3. **Vacancy.**

a. For purposes of this Article, a vacancy shall be deemed to exist when 1) Management determines that a permanent addition to the work force is required; or 2) a position is vacated on a permanent basis and Management determines that such position will not be filled under Section 3.b.

b. No vacancy shall be deemed to exist when Management determines that a position is to be filled:

(1) on a temporary basis;

(2) by an employee returning from a leave of absence, including military leaves of absence, to the same, equivalent, or lower level job;

(3) by the employee initially displaced by the return of an employee from military leave of absence;

(4) by an employee returning from a special Company training program;

(5) by an employee returning from disability absence;

APP 0070 6201-JZ 00066

(6) by reemployment of a laid-off employee;



(7) by Company-initiated laterals or downgrades for force rearrangements within the Force Adjustment Area as defined in Article XVII, Force Adjustment; or

(8) by Company-initiated laterals or downgrades for force adjustments that involve surplus conditions.

Section 4. **Order of Consideration.** When the Company determines that a vacancy, as defined in Section 3.a. above, shall be filled from valid job vacancy requests, those requests shall be considered in the following order of priority:

(1) within the Job Vacancy Scope,

(2) within the State (Texas only),

(3) within the Company.

Section 5. **Selection.**

a. When a vacancy shall be filled in accordance with Section 4 above, the selection of an employee shall be on the basis of length of service [Net Credited Service (NCS)] when demonstrated abilities are substantially equal and the service requirements permit.

b. Within fourteen (14) calendar days of such selection, the Company shall advise the Union of the name, title, NCS date, and location of the individual accepting the job, together with the effective date of the transfer. The Company shall also provide the Union a list of all senior employees whose job vacancy requests were considered by the Company, but who were not offered the job.

Section 6. **Employee Retreats.**



a. An employee who has accepted a transfer under this Article may elect to retreat to the former job, or an equivalent job if the former job is not available, within ninety (90) calendar days following the effective date of transfer.

b. An employee who retreats shall thereafter be required to remain in the title and location for the applicable period of time, as provided in Section 2. above.

Section 7. **Other.**

a. Time-in-title and location requirements shall not apply with respect to any Company-initiated move.

b. Notwithstanding any other provision, the Company shall retain the right to make placements for the purpose of placing an employee when justified by personal reasons affecting the employee.

c. Notwithstanding any other provision, the Company shall retain the right to fill a vacancy with any individual in a manner other than as provided in Section 4 above, for the purpose of:

(1) employing qualified individuals with disabilities;

(2) complying with affirmative action requirements;

(3) complying with requirements of the law; or

(4) satisfying the demands of the job, provided that prior to hiring from the street to fill the job title of Operator or those job titles currently identified in the E-1 and E-2 Clerical Bands, the Company will first offer to qualified surplus employees having

valid job vacancy requests on file the opportunity of placement therein.



## ARTICLE XIV
## PROMOTIONAL PAY TREATMENT

(For Appendix I employees, refer to Appendix I, Supplemental Statement 6.)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 9.)

Section 1. Each employee promoted from one job in the Bargaining Unit to another job in the Bargaining Unit with a stated Wage Schedule and having a higher-established top rate of pay whether into or within job categories, shall have his or her rate of pay in the higher-rated job determined as follows:

a. Upgrades within a job category shall be at full wage experience credit, or Net Credited Service as determined by the pension plan administrator, if its use is more favorable to the employee.

b. When such upgrade results in a change from one job category to another, the employee shall be placed on the step of the new Wage Schedule as determined by allowing the employee full wage experience credit on the old Wage Schedule, or Net Credited Service as determined by the pension plan administrator, if its use is more favorable to the employee, but not to exceed the wage rate associated with the number of months step down from maximum on the new schedule as listed in Section 4, unless the following Note is applicable:

Note: An employee who had previously been at the maximum step of the new Wage Schedule during the three (3)-year period immediately preceding the upgrade, and who had been subsequently assigned to a position with a lower wage rate as a result of a surplus situation, shall not be subject to any step down.

c. When placement on the new Wage Schedule as a result of such upgrade produces a wage rate below the employee's current wage rate, the new rate should then be determined by placing the employee on the next step of the new Wage Schedule which produces a rate above the employee's current wage rate.

Section 2. Resultant rates following upgrading shall in no case exceed the top rate for the job to which upgraded.

Section 3. Progression following upgrading shall be in accordance with the appropriate provisions of Article IV, Basis of Compensation, Section 2.d., in each Appendix applicable to the job titles included in job classifications contained therein.

Section 4 The following table establishes the number of months step down from maximum referred to in Section 1.b.:

| | Upgraded to Job Titles and Categories | No. of Months Step Down From Top Rate |
|---|---|---|
| I. | Business Representative<br>Communications Consultant<br>Customer Representative<br>Customer Service Representative II<br>Pay Telephone Consultant | 12 |
| II. | Group 1 Craft<br>Air Conditioning Specialist<br>Motor Equipment Inspector/Maintainer | 12 |
| III. | Outside Plant Technician<br>Systems Analyst | 6 |
| IV. | Building Mechanic<br>Frame Attendant | 6 |

| Upgraded to Job Titles and Categories | | No. of Months Step Down From Top Rate |
|---|---|---|
| V. | S-2 Clerical Band | 6 |
| | S-1 Clerical Band | |
| | SS-2 Clerical Band | |
| | SS-1 Clerical Band | |
| | Assistant Customer Service Technician | |
| | Business Services Instructor | |
| | Business Systems Representative | |
| | CAD Technical Specialist | |
| | Central Office Clerk | |
| | Central Office Translations Specialist | |
| | Circuit Design Specialist | |
| | Coin Counter | |
| | Customer Services Representative | |
| | Customer Service Representative I | |
| | Customer Services Specialist | |
| | Driver-Tractor Trailer | |
| | Facilities Specialist | |
| | Field Assistant | |
| | Graphics Specialist | |
| | Installation Coordinator | |
| | Leveraged Service Representative | |
| | Line Translations Specialist | |
| | Marketing Assistant | |
| | Office Coordinator | |
| | Pay Telephone Technician | |
| | Premises Technician | |
| | Revenue Management Representative | |
| | Senior Consultant | |
| | Service Assistant | |
| | Service Representative | |
| | Supplies Attendant | |
| | Technical Associate | |
| | Warehouse Assistant | |

| | Upgraded to Job Titles and Categories | No. of Months Step Down From Top Rate |
|---|---|---|
| VI. | E-3 Clerical Band<br>Administrative Support Assistant<br>Customer Clerk<br>Sales and Service Consultant<br>Teller | 0 |
| VII. | E-2 Clerical Band<br>E-1 Clerical Band<br>Sales Agent<br>Sales Clerk | 0 |
| VIII. | Operator | 0 |
| IX. | Building Maintainer<br>Garage Attendant<br>House Service Attendant<br>House Service Maintainer | 0 |
| X. | Central Office Assistant<br>Console Operator | 0 |

## ARTICLE XV
## TEMPORARY WORK IN HIGHER POSITIONS

(For Appendix I employees, refer to Appendix I, Supplemental Statement 7.)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 10.)

Section 1. **Temporary Upgrade for Clerical Employees.**

a. A temporary upgrade for purposes of this Section shall mean a temporary change in assignment of a Clerical employee to another clerical position with a higher established maximum rate of pay either to fill an absent employee's assignment or to fill a temporary assignment.

-O-BP Document 37 Filed 09/09/26 Page 79 o

b. Employees shall be selected on the basis of length of service when qualifications of the employees are substantially equal and the conditions of the business permit.

c. When the Company determines that it is necessary to temporarily upgrade a Clerical employee and such upgrade is for a period of fourteen (14) or more consecutive calendar days, the following wage treatment shall apply:

For the period of the temporary assignment the selected employee shall be upgraded to the higher job classification with change of title and promotional pay treatment as provided for in Article XIV, Promotional Pay Treatment.

d. Employees who are temporarily upgraded under this Section shall be returned to their regular classification and rate of pay when Management determines the temporary assignment is no longer required.

Section 2. **Temporary Work in Higher Position — Craft.**

a. A Group 2 Craft employee other than a Frame Attendant, who has a basic wage rate lower than the Group 1 Craft rate, who is temporarily scheduled or assigned to and works throughout two (2) or more full tours in a work week in a Group 1 Craft occupation, except for purposes of training, shall receive for each full tour worked in the Group 1 Craft occupation a Classification Differential equal to one-fifth ($^1/_5$) of the amount of the weekly upgrade increase to which the employee would be at that time entitled if the employee were actually upgraded to the higher classification at the employee's regular location.

b. A Frame Attendant, who has been at the applicable Group 2-A maximum basic rate for six (6) months or longer, who is temporarily scheduled or assigned to and

APP 0077 6201-JZ 00073

-O-BP Document 37 Filed 09/09/26 Page 80 o

works throughout two (2) or more full tours in a work week in either a Group 1 Craft or Group 2 Craft occupation, except for purposes of training, shall receive for each full tour worked in such occupation, a Classification Differential equal to one-fifth (1/5) of the amount of the weekly wage progression increase to which the employee would at that time be entitled if the employee were actually changed to the higher applicable classification at the employee's regular location.

Section 3. **Temporary Work in Higher Position — Noncraft.** A Supplies Attendant who is temporarily scheduled or assigned to and works throughout one (1) full tour as a Driver-Tractor Trailer, except for purposes of training, shall receive for each such full tour, a Classification Differential of five (5) dollars.

Section 4 **Temporary Upgrading-Operating Employees.**

a. Temporary upgrading (changes to positions within Appendix D with higher established top rates of pay) shall be determined by the requirements of the service and the abilities of the employees.

b. Management will consider all employees in the office involved in order of their seniority for any vacancy determined by Management to be filled on a temporary basis.

c. An employee who is temporarily upgraded and works or is being trained for two (2) days or more in a calendar week in a classification covered by Appendix D with an established higher top rate of pay, shall receive for each full tour paid during that calendar week, a Classification Differential equal to one-fifth (1/5) of the amount of the weekly wage progression increase to which the employee would at the time be entitled if the employee were actually changed to the higher applicable classification at the employee's regular location.

APP 0078 6201-JZ 00074

-O-BP Document 37 Filed 09/09/26 Page 81 o

d. Employees receiving the Classification Differential described in Section 4. above, shall be returned to their regular rate of pay in inverse order of seniority when Management determines the temporary assignment(s) is no longer required.

Section 5. **Relief Differential for Employees Whose Job Titles are Shown in Appendix B–Contact and Appendix I–Contact.**

a. A relief differential consisting of ten (10) percent of one-fortieth ($^1/_{40th}$) of the employee's current applicable weekly wage rate will be paid to any employee in a service center where customer calls are handled, who is assigned to relieve or assist a manager, for each hour the employee performs this work or receives associated training.

b. These assignments may involve planning, distributing, directing, coordinating, and training responsibilities.

c. In no event shall such assigned employee have any involvement in discipline or performance evaluation of other employees.

d. An employee involved in such training and/or assignment as described in a. above, shall continue to be subject to all applicable provisions of this Agreement.

Section 6. **Bilingual Differential.**

a. A Bilingual Differential consisting of twenty-five (25) dollars per week payable at one-fifth ($^1/_5$) per day for each full tour worked when being assigned to speak in a foreign language to customers is the preponderance of duties for the following employees:

(1) Employees whose job titles are shown in Appendix B–Contact and who work in a service center where customer calls are handled.

APP 0079 6201-JZ 00075

(2) Customer Services Representatives who work in customer service bureaus and maintenance centers.

(3) Operating employees, Console Operators and Central Office Assistants.

b. A Bilingual Differential consisting of twenty-five (25) dollars per week payable at one-fortieth ($^1/_{40}$th) per hour to any employee referenced in paragraph a. above, for each hour worked when being assigned to speak in a foreign language to customers is less than the preponderance of his/her duties.

Section 7. **All Other Temporary Work in a Higher Position.**

a. A qualified employee not otherwise covered by the provisions of Sections 1. through 5. above, who is temporarily scheduled or assigned and does work in a position with a higher established maximum rate of pay throughout a period of two (2) or more full tours in a work week, except for the purposes of training, shall receive for each full tour worked in such position a Classification Differential equal to one-fifth ($^1/_5$) of the amount of the weekly wage progression increase to which the employee would at the time be entitled if the employee were actually changed to the higher applicable classification at the employee's regular location.

b. Employees receiving the Classification Differential described in Section 7.a. above, shall be returned to their regular rate of pay when Management determines the temporary assignment is no longer required.

Section 8. Nothing herein shall be construed as requiring the Company to make replacements of absent employees.

APP 0080 6201-JZ 00076

-O-BP Document 37 Filed 09/09/26 Page 83 o

# ARTICLE XVI
## TRAVEL
(Effective January 1, 2018, except as otherwise noted)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 11.)

Note: For Travel provisions applicable prior to January 1, 2018, refer to Article XVI, Travel, of the 2013 Departmental Agreement.

Section 1. **General.**

a. The purpose of this Article is to provide a means of compensating employees who are assigned to report for duty, or be released from duty, on a temporary basis, at a location other than their Regular Place of Reporting (referred to throughout this Article as the "RPR".)

b. Management will determine and designate the location at which employees will be required to report for duty and the location at which employees will be released from duty. Such locations may include, but are not limited to, an administrative office, a business office, a central office, an equipment location, a garage or work center, or the location at which work is performed.

c. Except as otherwise specifically provided in Article XV, Temporary Work In Higher Positions, an employee working away from the RPR will continue at his/her basic wage rate.

Section 2. **Definitions.**

a. Regular Place of Reporting (RPR) is the location at which an employee normally is assigned to work, i.e., where the employee normally is required to report for duty and is released from duty.

APP 0081 6201-JZ 00077

b. Regular Reporting Zone is the circular area having a radius of three (3) airline miles from the employee's RPR.

-O-BP Document 37 Filed 09/09/26 Page 84 o

c. For purposes of this Article, an employee's Residence is the location at which the employee's discounted (concession) telephone service is provided, or the location of the non-Company telephone service for which the employee is being reimbursed by the Company. If the employee does not receive either concession service or reimbursement for non-SWBT telephone service, then the residence will be the address then currently contained in the employee's service record.

d. A Same Day Temporary Assignment is one which requires the employee to report for duty at the beginning of the work period, or to be released from duty at the end of the work period, at a location outside the employee's Regular Reporting Zone and within sixty (60) odometer miles from the employee's residence.

e. An Overnight Temporary Assignment is one which requires the employee to report for duty at the beginning of the work period, or to be released from duty at the end of the work period, at a location outside the employee's Regular Reporting Zone and more than sixty (60) odometer miles from the employee's residence.

Note 1: The Company reserves the right in cases of emergency or long-term service difficulties to require an employee to remain overnight at or near the location of the temporary assignment, regardless of 2.d. and 2.e. above.

Note 2: In those unusual cases where 1) an employee reports for a Same Day Temporary Assignment as described in d. above, but is released at the end of the work period at a location beyond the limits of a Same Day Temporary Assignment, and not in his/her Regular Reporting Zone or 2) a temporary assignment be-

APP 0082 6201-JZ 00078

lieved in good faith to be located within the limits of a Same Day Temporary Assignment later is discovered to be located beyond such limits and not in his/her Regular Reporting Zone, the employee will receive the Same Day Travel Allowance for both the reporting trip and the return trip. In these cases, the employee will not be entitled to any Per Diem Allowance for such day.

-O-BP Document 37 Filed 09/09/26 Page 85 o

Note 3: In unusual circumstances beyond the employee's control, such as inclement weather or assignment to the AT&T Center for Learning, an employee on a Same Day Temporary Assignment may, upon request and with the supervisor's approval, remain away from home overnight and be treated accordingly under the provisions of Section 4., Overnight Temporary Assignment, below.

f. Travel Day means the day the employee begins travel to the Overnight Temporary Assignment location and the day the employee begins travel to return from his/her Overnight Temporary Assignment to his/her home location, including authorized trips home as discussed in Section 4.a.(3) below.

Section 3. **Same Day Temporary Assignment.** When an employee, as directed by the supervisor, reports for or returns from a Same Day Temporary Assignment, the employee will be entitled to a Same Day Travel Allowance at the rate of ninety-two (92) cents per odometer mile based on the distance between the employee's residence and the location of the temporary assignment. Effective January 1, 2018, the Same Day Travel Allowance will be increased to ninety-three (93) cents per odometer mile; effective January 1, 2019 it will be increased to ninety-four (94) cents per odometer mile; effective January 1, 2020 it will be increased to ninety-five (95) cents per odometer mile; and effective January 1, 2021 it will be increased to ninety-six (96) cents per odometer mile. The Company will treat as taxable

APP 0083 6201-JZ 00079

-O-BP Document 37 Filed 09/09/26 Page 86 o

income to the employee only that portion of this allowance which exceeds the IRS maximum allowable personal vehicle reimbursement.

Note 1: The Same Day Travel Allowance will not be granted for more than fourteen (14) consecutive calendar days in a situation where an employee is offered the opportunity to work in a temporary assignment that involves work in a higher position at another location and the employee accepts the offer.

Note 2: In situations which relate to efforts to stabilize the work force within a given geographical area and are not covered in Note 1 above, mutually agreed-upon modifications with respect to application of the Same Day Travel Allowance may be negotiated between local Union and Management representatives. (“Union” shall mean the Vice President of District 6, CWA, or his/her designated representative.) Any such agreed-upon modification will apply to that particular situation only and will not serve as a precedent for other current or future temporary assignments.

Transportation prior to reaching the place of reporting for duty and after leaving the place of release from duty will be the responsibility of the employee. Transportation associated with travel during the work period (the time for which is treated as work time) will be furnished by the Company or will be by means of other transportation approved by the Company. If public transportation (such as a bus or taxicab, for example) is used, the Company will reimburse the employee for the associated out-of-pocket expense. If the employee requests and receives permission from the supervisor to drive his/her personal car instead, the Company will reimburse the employee as provided in Section 5. below.

Section 4 **Overnight Temporary Assignment.**

a. **Per Diem Allowance.**

(1) Excluding Travel Days, days on which all three (3)

APP 0084 6201-JZ 00080

-O-BP Document 37 Filed 09/09/26 Page 87 o

meals are provided by the Company while on the Overnight Temporary Assignment, and days for which the employee receives an Overnight Travel Allowance as provided in Section 4c. below, when an employee, as directed by the supervisor, reports for an Overnight Temporary Assignment, the employee will be entitled to a Per Diem Allowance, as follows:

(a) If the Overnight Temporary Assignment location is within the five-state Company operating area, an amount equal to the IRS maximum Meals & Incidental Expenses (M&IE) Allowances but not to exceed forty-five (45) dollars. The Overnight Temporary Assignment Allowance will be increased from forty-five (45) dollars to forty-six (46) dollars effective January 1, 2018 and to forty-seven (47) dollars effective January 1, 2019.

Note: The Per Diem Allowance in the Dallas (Dallas County), Fort Worth (Tarrant County), Houston (Harris County), Kansas City, Kansas (Johnson and Wyandotte Counties), Kansas City, Missouri (Clay, Jackson, and Platte Counties), San Antonio (Bexar County) and St. Louis (St. Charles and St. Louis Counties) Exchanges will be the IRS maximum, but not to exceed fifty-five (55) dollars. The Per Diem Allowance will be increased from fifty-five (55) dollars to fifty-six (56) dollars effective January 1, 2018 and to fifty-seven (57) dollars effective January 1, 2019.

(b) If the Overnight Temporary Assignment location is outside the five-state Company operating area, an amount equal to the IRS maximum M&IE Allowance.

APP 0085 6201-JZ 00081

(2) Excluding Travel Days, days on which all three (3) meals are provided by the Company while on the Overnight Temporary Assignment, days for which the employee receives an Overnight Travel Allowance and except as provided in Section 4.a.(3) below, the Per Diem Allowance will be paid on a seven (7)-day basis. The allowance is to cover all expenses of the employee for the duration of the temporary assignment, except for the cost of:

(a) lodging;

(b) telephone calls home, as provided in Section 6. of this Article;

(c) round-trip intercity public transportation (airplane, train and/or bus);

(d) local transportation between the employee's residence and the home city's public transportation terminal, as designated by Management [to be reimbursed at the Same Day Travel Allowance rate of ninety-two (92) cents per odometer mile if the distance is sixty (60) odometer miles or less, and at the rate of one dollar and thirty cents ($1.30) per odometer mile if the distance is more than sixty (60) odometer miles];

Note 1: Effective January 1, 2018 , the Same Day Travel Allowance, if the distance is sixty (60) odometer miles or less, will be increased to ninety-three (93) cents per odometer mile; effective January 1, 2019 it will be increased to ninety-four (94) cents per odometer mile; effective January 1, 2020 it will be increased to ninety-five (95) cents per odometer mile; and effective January 1, 2021 it will be increased to ninety-six (96) cents per odometer mile.

Note 2: Effective January 1, 2018 , the Same Day Travel Allowance, if the distance is more than sixty (60) odometer miles, will be increased to one dollar and thirty-one cents ($1.31) per odometer mile; effective January 1, 2019 it will be increased to one dollar and thirty-two cents ($1.32) per odometer mile; effective January 1, 2020 it will be increased to one dollar and thirty-three cents ($1.33) per odometer mile; and effective January 1, 2021 it will be increased to one dollar and thirty-four cents ($1.34) per odometer mile.

(e) parking within the five-state reporting area at the home city's public transportation terminal, in the designated "Long Term Parking Facility," will be reimbursed up to, but not to exceed twelve (12) dollars per each day of the Overnight Temporary Assignment, beginning on the day the employee begins travel to the temporary location and ending on the day the employee returns to the home location. The Company may designate what is to be considered the "Long-Term Parking Facility," so long as there is shuttle service from the parking facility to the airport terminal and reasonable security provided for parked vehicles;

Note: Expenses for parking in a designated parking facility outside the five-state operating area, when directed by Management, will be reimbursed at actual cost.

(f) laundry expenses at the rate of five dollars and twenty-five cents ($5.25) per day when a Per Diem Allowance, a Partial Per Diem Allowance or an Overnight Travel Allowance is not applicable, and laundry facilities are not provided free of charge, for each day the overnight assignment exceeds one (1) week excluding authorized trips home [see (3) below];

(g) local transportation expense between the distant city's public transportation terminal and the designated place of lodging; and

(h) local transportation expense, if required and transportation is not otherwise provided by the Company, between the designated place of lodging and the location of the temporary assignment.

Reimbursement for the expenses listed in (a) through (h) above, will be made only if the expenditures are actually incurred. The Company will determine the manner of reimbursement for telephone calls home, referred to in (b) above.

(3) When the assignment requires the employee to remain away from home overnight for a continuous period of four (4) weeks or more, the employee may elect to return home on weekends as follows:

| Length of Assignment | Return Trip Home |
|---|---|
| Less than 4 Weeks | None |
| 4 through 6 Weeks | One—normally at end of third week. |
| 7 Weeks or More | Normally, one at end of each third week. |

APP 0088 6201-JZ 00084

The Company will reimburse the employee for the costs of the round-trip intercity public transportation and local transportation as described in (2)(c), (d), and (g) above, only if the employee actually makes the trip. Travel time so spent is neither directed nor required by the Company and is, therefore, not to be paid time. The Per Diem Allowance in (1) above, will not be paid for such days (normally Saturday, Sunday and, in some cases, a contiguous Authorized Holiday).

b. **Partial Per Diem Allowance.** The employee will be entitled to a Partial Per Diem Allowance for M&IE on Travel Days in connection with an Overnight Temporary Assignment (including authorized trips home) as follows:

Traveling To
Temporary Location
(Departure Time)

| | **Current** | **1/1/2018** | **1/1/2019** |
|---|---|---|---|
| Departure: 12 a.m. - 6:59 a.m. | $5 | $6 | $7 |
| Departure 7 a.m. - 10:59 a.m. | $36 | $37 | $38 |
| Departure: 11 a.m. - 11:59 p.m. | $23 | $24 | $24 |

Returning To
Home Location
(Arrival Time)

| | **Current** | **1/1/2018** | **1/1/2019** |
|---|---|---|---|
| Arrival: 12 a.m. - 10:59 a.m. | $ 9 | $ 9 | $10 |
| Arrival: 11 a.m. - 4:59 p.m. | $22 | $22 | $23 |
| Arrival: 5 p.m. - 11:59 p.m. | $5 | $6 | $7 |

Note: Departure Time is that time when the employee is reasonably expected to begin traveling to the Overnight Temporary Assignment. Arrival Time is that time the employee would reasonably be expected to arrive at the home work location or his/her Residence, whichever is applicable. No more than one (1) Partial Per Diem Allowance will be payable for any given

-O-BP Document 37 Filed 09/09/26 Page 92 o

Travel Day; if both the Departure and the Arrival take place on the same day, the employee will receive the greater of the two (2) applicable payments.

c. **Overnight Travel Allowance.**

(1) An employee on an Overnight Temporary Assignment may elect either to stay in lodging provided by the Company or to travel (on his/her own time and at his/her own expense) between his/her Residence and the temporary assignment location. If the employee elects not to stay in Company-provided lodging, and subject to the conditions set forth in (2) below, the employee will receive an Overnight Travel Allowance of forty-eight (48) dollars each day on which work is performed and will not be entitled to any Per Diem Allowance or Partial Per Diem Allowance for such day.

(2) In order to be eligible for the Overnight Travel Allowance described in (1) above, an employee must notify his/her supervisor prior to the beginning of the temporary assignment and early enough to avoid an obligation by the Company to pay for lodging not taken. Once elected, the Overnight Travel Allowance will continue for the duration of the assignment, unless the employee notifies his/her supervisor of a change in his/her election and requests Company-provided lodging. Subsequent changes in the employee's election will be permitted only upon the supervisor's approval.

(3) The Company will furnish the transportation for the initial trip to the location of the Overnight Temporary Assignment and for the final trip back to the employee's RPR at the conclusion of the assignment. Normally such transportation will be by Company vehicle in that the vehicle will be needed during the work day. If the Company vehicle is not

APP 0090 6201-JZ 00086

used, the employee may request to drive his/her personal car instead. If the supervisor gives such permission, the Company will reimburse the employee at the rate provided in Section 5. below, for such travel as well as for any authorized incidental use of the personal car on Company business during the temporary assignment. The time spent in traveling on these initial and final trips will be counted as work time.

-O-BP Document 37 Filed 09/09/26 Page 93 o

d. **Time Spent Traveling.** Time spent traveling between the home city's public transportation terminal and the designated place of lodging in the distant city, except for authorized trips home, shall be paid as work time, including a reasonable amount of time spent at the home city's or distant city's terminal due to public transportation delays beyond the employee's control. When en route sleeping accommodations are paid for by the Company, no payment will be made for the hours from 11 p.m. to 7 a.m.

e. **Transportation.** The Company will furnish all means of transportation or specify what transportation shall be used for Company business and will reimburse the employee for necessary fares.

f. **Use of Personal Car.** If the employee is offered public transportation but requests and receives permission from the supervisor to drive his/her personal car instead:

(1) The paid travel time shall be the amount of time which would have been spent in traveling by public transportation from the home city's public transportation terminal to the distant city's public transportation terminal plus one (1)-hour's pay at the employee's basic hourly wage rate (and vice versa) or the time actually spent in traveling by personal car, whichever is less.

APP 0091 6201-JZ 00087

(2) Transportation reimbursement shall be equal to the round-trip intercity public transportation fare which otherwise would have been furnished by the Company or at the rate provided in Section 5. below, whichever is less.

(3) If the employee uses his/her personal car on authorized Company business during the temporary assignment, the employee will be reimbursed for such usage at the rate provided in Section 5. below.

(4) In no case will any Per Diem Allowance or Partial Per Diem Allowance payments exceed the amount that would have been paid had the employee utilized Company-provided public transportation.

Section 5. **Reimbursement Rate for Authorized Use of Personal Car on Company Business.** Authorized use of an employee's personal vehicle on Company business shall be reimbursed at the Internal Revenue Service (IRS) reimbursement rate for mileage. In the event the IRS changes the reimbursement rate for mileage, the Company will adjust the mileage reimbursement rate to the maximum allowable, effective on the first of the month following the effective date of the change by the IRS.

Section 6. **Telephone Calls Home.** When an employee must remain away from home overnight while on Company business, the Company will assume the cost of toll charges on the employee's residence telephone bill for telephone calls (station-to-station) made by the employee to his/her city of residence or received by an employee from his/her city of residence in an amount not to exceed an average of fifteen (15) minutes for each night the employee is away from home. With prior Management approval, these calls may originate or terminate outside of the employee's city of residence. Any unused time may be accumulated from day-to-day but not beyond a calendar week (Sunday through Saturday). In the event that the total number of minutes exceeds the applicable

-O-BP Document 37 Filed 09/09/26 Page 95 o

fifteen (15)-minute increment (15, 30, 45, etc.), the number of calls for which toll charges are to be assumed shall be reduced until the number of minutes is below the applicable fifteen (15)-minute increment. For this purpose the Company will assume the cost of total individual calls only, not portions thereof.

Section 7. **Calls for Special Duty.** The provisions of Article VI, Hours of Work, Section 7., Callout Time, rather than the provisions of this Article, will apply in cases of calls for special duty ("callout time").

Section 8. **Motor Vehicle Usage Program.** An employee who is participating in this Program shall not be accorded treatment under any other provisions of this Article when such treatment would represent a duplication of compensation or reimbursement received under this Program.

Section 9. **Changes in IRS Maximum Amounts.** As used in this Article, "IRS Maximum" means the maximum nontaxable M&IE and personal vehicle reimbursement amounts stated in IRS regulations, rulings, and procedures applicable to employee business travel expenses. If, during the term of this Agreement, the IRS raises these maximum amounts, the Company will adjust the affected payments accordingly (except as specifically limited elsewhere in this Article) on the first day of the month next following the effective date of the IRS adjustment.

## ARTICLE XVII
FORCE ADJUSTMENT
(For Appendix I employees, refer to Appendix I, Supplemental Statement 8.)
(For Appendix J employees, refer to Appendix J, Supplemental Statement 12.)

Section 1. **General.** The purpose of this Article is to provide the method of effecting force adjustments that reduce the number of employees. The Company shall decide the nu-

APP 0093 6201-JZ 00089

cessity for and shall determine the extent of any force adjustment.

-O-BP Document 37 Filed 09/09/26 Page 96 o

Changes in employee job titles in the normal course of operations of the business, either at the employee's request or as a Management-initiated action, shall not constitute a force adjustment as contemplated by this Article.

Section 2. **Definitions.**

a. **Seniority**—Seniority is an employee's Net Credited Service as determined by the pension plan administrator.

b. **Lateral Transfer**—A lateral transfer is a change to another place of reporting with the same job title or to another job title, for which the maximum rate of pay is within plus or minus five dollars (+/– $5) of the established maximum rate of pay for the employee's prior job title, excluding the changes to jobs whose maximum rates of pay are below the maximum rate for E-3 Clerical titles.

c. **Downgrade**—A downgrade is a change to a job title with: 1) an established maximum rate of pay which is more than five (5) dollars lower than the employee's prior job title; or 2) an established maximum rate of pay which is below the maximum rate for E-3 Clerical titles and the maximum rate of pay for the employee's prior job title.

d. **Maximum Rate of Pay**—The maximum rate of pay is the highest basic wage rate for a job title.

e. **Surplus Work Group**—A Surplus Work Group, as determined by the Company, is the Work Group in which the surplus exists.

f. **Job Group**—A Job Group, the parameters of which are defined in Appendix G, is identified alphabetically and is comprised of a cluster of job titles.

APP 0094 6201-JZ 00090

-O-BP Document 37 Filed 09/09/26 Page 97 o

g. **Force Adjustment Area**—The Force Adjustment Area comprises the Exchange in which the Surplus Work Group is located and those contiguous Exchanges within the same state. (An Exchange is the territory designated for exchange telephone service for a city or town and its environs. Appendix F to this Agreement lists those Exchanges.)

Note 1: The Kansas City, Missouri Exchange and all contiguous Missouri Exchanges, and the Kansas City, Kansas Exchange and all contiguous Kansas Exchanges, shall be considered as part of the same Force Adjustment Area.

Note 2: The Kansas City metro area (the Kansas City, Missouri Exchange and the Kansas City, Kansas Exchange) shall have both the state of Missouri and the state of Kansas as its Job Vacancy Scope.

h. **Expanded Force Adjustment Area**—An Expanded Force Adjustment Area comprises the Force Adjustment Area and those Exchanges contiguous to the Force Adjustment Area within the same state.

i. **Surplus Transfer Request**—A Surplus Transfer Request is a transfer request that affords a surplus employee the opportunity to receive consideration for any available nonmanagement position at any location within the Company and priority consideration for any lateral or downgrade placement.

j. **Voluntary Severance Candidate Request**—Any regular full-time, nonsurplus employee who has met time-in-title requirements may express his/her interest in receiving a Voluntary Severance Payment by submitting a Voluntary Severance Candidate Request. Such a Candidate shall have two (2) business days following a Voluntary Severance Payment offer to confirm acceptance of the offer. Failure to confirm acceptance within this

APP 0095 6201-JZ 00091

time frame shall result in the Request being cancelled. In such a case, a new Request may not be submitted for thirty (30) calendar days following the cancellation of the prior Request. A former surplus employee who has been placed on a lateral or upgrade position vacated by the acceptance of a Voluntary Severance Payment by a Voluntary Severance Candidate must reestablish time-in-title prior to submitting a Voluntary Severance Candidate Request.

Section 3. **Force Adjustment Procedures.**

a. When the Company determines that a force surplus exists pursuant to this Article, it shall, prior to notifying the affected employees, advise the Union in writing with respect to the Work Group(s) involved, job title(s) and approximate number of employees affected, the location(s) or geographical area(s), and the anticipated force disposition date. Notification to the affected employees shall be made as soon as practicable, but no later than sixty (60) calendar days prior to the anticipated force disposition date. No affected employee shall be involuntarily terminated prior to ninety (90) calendar days following such notification unless he/she has received a job offer in the Force Adjustment Area.

Surplus orientation meetings shall be held with affected employees as soon as practicable. During these meetings the procedures and due dates described in this Article shall be explained.

b. The Company shall first attempt to reduce or eliminate the surplus within the Surplus Work Group by:

(1) Offering lateral transfers, by order of seniority, to employees in the work group.

(2) Offering downgrades, by order of seniority, to employees in the work group.

APP 0096 6201-JZ 00092

(3) Making lateral transfers, by inverse seniority, of employees within the work group to fill any available job openings therein.

c. An affected employee shall notify the Company of his/her acceptance of any "follow-the-work" job offer, where applicable, within thirty (30) calendar days following the affected employee's surplus notification or by such later date as is determined by Management. Failure to so notify the Company by the deadline date shall constitute rejection of the offer.

Note: Whenever a surplus situation exists which requires that employees within the Surplus Work Group have the opportunity to "follow the work" to another work group, the employees from both work groups shall be considered on a "pooled-seniority basis" to fill available jobs within the then-consolidated work group.

d. In the event a surplus remains, the Company next shall offer to eligible employees in the Surplus Work Group, in seniority order and to the extent necessary to eliminate the surplus, the opportunity to voluntarily terminate from the Company and receive a Severance Payment in accordance with Section 2.b. of Article XVIII, Severance Payments.

(1) Voluntary Severance Payments shall be offered to affected employees in the Surplus Work Group no earlier than twenty-eight (28) calendar days following the affected employees' surplus notification. At-risk employees who have not submitted a Surplus Transfer Request within this time frame shall be considered to have elected to voluntarily terminate from the Company and accept a Voluntary Severance Payment. Failure on the part of an employee who has filed a Surplus Transfer Request to respond to the offer of a Voluntary Severance Payment

within four (4) business days shall constitute a rejection of the offer.

-O-BP Document 37 Filed 09/09/26 Page 100 of

(2) Employees seeking to voluntarily terminate shall be required to remain with the Company until the force disposition date or such earlier date as to which Management may agree.

e. In the event that a surplus remains following the application of d. preceding, the Company shall canvass nonsurplus employees who have filed Voluntary Severance Candidate Requests for confirmation that they are willing to accept Voluntary Severance Payments under Article XVIII, Severance Payments, Section 2.b., and voluntarily terminate from the Company.

(1) Voluntary Severance Payments shall be offered to nonsurplus Voluntary Severance Candidates beginning no earlier than thirty-two (32) calendar days following the affected employees' surplus notification. Such a Candidate shall have two (2) business days following a Voluntary Severance Payment offer to confirm acceptance of the offer.

(2) The canvassing of Severance Candidates and the placement of qualified surplus employees in the vacancies thus created, shall be in seniority order and in the following order of consideration with reference to Appendix G:

(a) the same job title in the Force Adjustment Area (Tier 1);

(b) the same job title in the Expanded Force Adjustment Area (if a surplus employee has expressed an interest in the position on his/her Surplus Transfer Request) (Tier 1);

APP 0098 6201-JZ 00094

(c) a lateral position in the same Job Group within the Force Adjustment Area (Tier 2);

(d) a lateral position in the same Job Group within the Expanded Force Adjustment Area (if a surplus employee has expressed an interest in the position on his/her Surplus Transfer Request) (Tier 2);

(e) a downgrade in the same Job Group first, within the Force Adjustment Area and second, within the Expanded Force Adjustment Area (if a surplus employee has expressed an interest in the position on his/her Surplus Transfer Request) (Tier 2);

Note: A surplus employee who, within the two (2) years preceding the surplus notification, had successfully performed in a job title outside his/her current Job Group, and who has expressed an interest in returning to this previous title, may be placed, if qualified, in such a vacancy created through the offering of a Voluntary Severance Payment to a Voluntary Severance Candidate after lateral and downgrade opportunities within the surplus employee's current Job Group have been exhausted and before consideration is given as to placement in a Tier 3 Job Group.

(f) a lateral position in a Tier 3 Job Group, in successive order, within the Force Adjustment Area;

(g) a lateral position in a Tier 3 Job Group, in successive order, within the Expanded Force Adjustment Area (if a surplus employee has ex-

pressed an interest in the position on his/her Surplus Transfer Request);

(h) a downgrade in a Tier 3 Job Group, in successive order, first, within the Force Adjustment Area and second, within the Expanded Force Adjustment Area (if a surplus employee has expressed an interest in the position on his/her Surplus Transfer Request); and

Note: For Job Groups J and K, Tier 3 Job Groups shall consist of those Job Groups specified on Appendix G with respect to the process described in (f), (g), and (h) above. In addition to these steps, for Job Groups J and K, an upgrade in a Tier 3 Job Group first, within the Force Adjustment Area and second, within the Expanded Force Adjustment Area will be considered prior to upgrade positions in Tier 4 Job Groups (if a surplus employee has expressed an interest in the position on his/her Surplus Transfer Request).

(i) an upgrade in a Tier 4 Job Group first, within the Force Adjustment Area and second, within the Expanded Force Adjustment Area (if a surplus employee has expressed an interest in the position on his/her Surplus Transfer Request).

(3) If a surplus employee refuses a job offer under this Section 3.e., no further job offers for that title and location shall be made to the employee.

f. Any surplus employee who does not receive a job offer under Section 3. may elect to replace the most senior Voluntary Severance Candidate (for whose job the surplus employee is qualified) who has confirmed his/her interest in accepting the Voluntary Severance Payment

and who holds the same job title as the surplus employee first, within the Job Vacancy Scope and second, within the State.

-O-BP Document 37 Filed 09/09/26 Page 103 o

g. Any surplus employee who has filed a Surplus Transfer Request within the requisite time frame, but has not received a job offer by the force disposition date, and for whom no Severance Candidates were identified in accordance with Section 3.e. or f. above, shall be entitled by order of seniority, to displace the most junior employee with his/her same job title within the Force Adjustment Area, who performs similar job functions and possesses essentially the same skills. [The displaced employee shall be subject to layoff fourteen (14) calendar days following notification of displacement.]

h. If a surplus remains after application of Section 3.g. preceding, any remaining surplus employees within the Surplus Work Group may, upon his/her election, displace, if such displacement can be achieved with limited or no training, the least-senior temporary or occasional employee within the Expanded Force Adjustment Area.

Note 1: The surplus employee who displaces a temporary or occasional employee shall assume that employee's work completion date and the surplus employee's force disposition date shall be extended to coincide with the work completion date. The employee shall also retain surplus status and job title up to the date of the extended force disposition date.

Note 2: The Company, when filling regular vacancies for the job title of Operator and those job titles included in the Clerical Bands currently identified as E-1 and E-2, shall consider qualified surplus employees who have filed a valid Surplus Transfer Request therefore prior to hiring from the street.

APP 0101 6201-JZ 00097

i. At the force disposition date, any remaining surplus employees within the Surplus Work Group who have not previously accepted a Voluntary Severance Payment in accordance with Section 3.d. above, shall be laid off by inverse seniority order until the surplus is eliminated. Such employees shall receive Involuntary Severance Payments in accordance with Article XVIII, Severance Payments, Section 2.a.

Section 4 **Wage Treatment.**

a. Wage progression increases for employees who accept or receive jobs in accordance with Section 3. above, shall be based on the Wage Schedule applicable to the new job classification, and the progression on that schedule shall be determined by the employee's wage length of service as follows:

(1) If employees are assigned to vacancies where the current rate of pay of the employee's regular job is below the rate for the appropriate wage step under the new schedule, the employee's rate of pay shall be raised to the applicable rate.

(2) **Reassignment Pay Protection Plan.** An eligible employee (including an employee returning from a Surplus Leave of Absence) who, because of a force surplus adjustment, is assigned to a position where the rate of pay for the new position is less than the surplus employee's former rate of pay in the Surplus Work Group will, upon reporting to the new position, receive a payout in accordance with the following table:

(Effective January 1, 2019 . For RPPP Payout provisions applicable prior to January 1, 2019 , refer to Article XVII, Force Adjustment, of the 2013 Departmental Agreement. RPPP Payouts that began before January 1, 2019 are not changed by the new table.)

APP 0102 6201-JZ 00098

-O-BP Document 37 Filed 09/09/26 Page 105 o

## RPPP PAYOUT TABLE
## ASSIGNMENT TO LOWER WAGE RATE

| Weekly Difference | | Years Of Net Credited Service <10 | 10<15 | 15<25 | 25+ |
|---|---|---|---|---|---|
| $ 0.50 | $ 4.50 | 80 | 140 | 670 | 790 |
| 5.00 | 9.50 | 100 | 360 | 1,410 | 1,700 |
| 10.00 | 14.50 | 130 | 520 | 2,140 | 2,590 |
| 15.00 | 19.50 | 240 | 730 | 2,880 | 3,470 |
| 20.00 | 24.50 | 260 | 910 | 3,620 | 4,350 |
| 25.00 | 29.50 | 320 | 1,090 | 4,360 | 5,240 |
| 30.00 | 34.50 | 360 | 1,290 | 5,110 | 6,130 |
| 35.00 | 39.50 | 400 | 1,460 | 5,850 | 7,010 |
| 40.00 | 44.50 | 460 | 1,650 | 6,590 | 7,910 |
| 45.00 | 49.50 | 500 | 1,830 | 7,320 | 8,800 |
| 50.00 | 54.50 | 580 | 2,020 | 8,060 | 9,680 |
| 55.00 | 59.50 | 630 | 2,200 | 8,810 | 10,580 |
| 60.00 | 64.50 | 670 | 2,390 | 9,540 | 11,450 |
| 65.00 | 69.50 | 730 | 2,590 | 10,290 | 12,350 |
| 70.00 | 74.50 | 760 | 2,760 | 11,020 | 13,230 |
| 75.00 | 79.50 | 820 | 2,950 | 11,760 | 14,130 |
| 80.00 | 84.50 | 870 | 3,130 | 12,500 | 15,020 |
| 85.00 | 89.50 | 950 | 3,320 | 13,240 | 15,900 |
| 90.00 | 94.50 | 980 | 3,490 | 13,990 | 16,790 |
| 95.00 | 99.50 | 1,040 | 3,690 | 14,730 | 17,690 |
| 100.00 | 104.50 | 1,080 | 3,860 | 15,470 | 18,550 |
| 105.00 | 109.50 | 1,140 | 4,060 | 16,220 | 19,460 |
| 110.00 | 114.50 | 1,180 | 4,230 | 16,950 | 20,350 |
| 115.00 | 119.50 | 1,230 | 4,440 | 17,700 | 21,240 |
| 120.00 | 124.50 | 1,300 | 4,600 | 18,430 | 22,120 |
| 125.00 | 129.50 | 1,350 | 4,800 | 19,180 | 23,000 |
| 130.00 | 134.50 | 1,400 | 4,970 | 19,920 | 23,920 |
| 135.00 | 139.50 | 1,450 | 5,170 | 20,650 | 24,790 |
| 140.00 | 144.50 | 1,480 | 5,340 | 21,400 | 25,690 |
| 145.00 | 149.50 | 1,560 | 5,540 | 22,130 | 26,560 |
| 150.00 | 154.50 | 1,600 | 5,720 | 22,880 | 27,450 |
| 155.00 | 159.50 | 1,670 | 5,910 | 23,630 | 28,350 |
| 160.00 | 164.50 | 1,710 | 6,090 | 24,360 | 29,230 |
| 165.00 | 169.50 | 1,760 | 6,280 | 25,100 | 30,130 |
| 170.00 | 174.50 | 1,810 | 6,460 | 25,830 | 31,010 |
| 175.00 | 179.50 | 1,860 | 6,640 | 26,570 | 31,890 |
| 180.00 | 184.50 | 1,900 | 6,830 | 27,320 | 32,800 |
| 185.00 | 189.50 | 1,970 | 7,010 | 28,050 | 33,670 |
| 190.00 | 194.50 | 2,020 | 7,190 | 28,800 | 34,570 |
| 195.00 | 199.50 | 2,080 | 7,400 | 29,540 | 35,440 |

APP 0103 6201-JZ 00099

## RPPP PAYOUT TABLE

### ASSIGNMENT TO LOWER WAGE RATE

| Weekly Difference | | Years Of Net Credited Service | | | |
|---|---|---|---|---|---|
| | | <10 | 10<15 | 15<25 | 25+ |
| 200.00 | 204.50 | 2,120 | 7,560 | 30,280 | 36,340 |
| 205.00 | 209.50 | 2,180 | 7,770 | 31,020 | 37,230 |
| 210.00 | 214.50 | 2,220 | 7,930 | 31,750 | 38,120 |
| 215.00 | 219.50 | 2,270 | 8,140 | 32,500 | 39,010 |
| 220.00 | 224.50 | 2,330 | 8,300 | 33,240 | 39,900 |
| 225.00 + | | 2,390 | 8,500 | 33,980 | 40,770 |

Note 1: In those cases where the total payout the employee is to receive exceeds five thousand (5,000) dollars, an initial payment of five thousand (5,000) dollars shall be made at the time the employee reports to the new position. Subsequent payments of five thousand (5,000) dollars (or a portion thereof) shall continue to be made at six (6)-month intervals until the total amount is paid to the employee, provided the following three (3) conditions are met:

(i) the employee has a valid transfer request on file to return to the same job level he/she held in the Surplus Work Group immediately prior to his/her placement on the new position;

(ii) the employee has not rejected a job offer at that prior job level; and

(iii) the employee has not been returned to a job at that prior job level.

Note 2: An employee returning from a Surplus Leave of Absence shall have the amount of monthly Voluntary Severance Payments received during the leave deducted from any RPPP payout.

Any former surplus employee so assigned may immediately submit a transfer request to return to his/her prior job level and shall receive priority consideration for such vacancies for a period of two (2) years following his/her placement in the new position.

(Nothing in this Section 4.a.(2) shall apply to surplus employees who accept an assignment to the titles of Sales Clerk, Sales Agent, Console Operator or Central Office Assistant.)

b. Surplus employees assigned to the Console Operator and Central Office Assistant titles from a position with a higher rate of pay will be eligible for a Transition Allowance in accordance with the table below:

**Transition Allowance**
**Console Operator and Central Office Assistant**

| | | Years of Net Credited Service | | |
|---|---|---|---|---|
| Weekly Difference | | <10 | 10<25 | 25+ |
| $ 0.50 | $ 99.50 | $260 | $1,050 | $ 3,150 |
| 100.00 | 149.50 | 350 | 1,320 | 4,250 |
| 150.00 | 199.50 | 450 | 1,660 | 5,750 |
| 200.00 | 249.50 | 600 | 2,090 | 7,770 |
| 250.00+ | — | 790 | 2,630 | 10,500 |

Payment of the allowance is subject to the same conditions specified in Note 1 in paragraph a.(2) preceding.

c. Nothing in this Section shall apply to employees engaged or reengaged as occasional or temporary employees.

Section 5. **Surplus Transfers.**

a. Upon receiving notification as provided in Section 3.a. above, a surplus employee may file one (1) Surplus Transfer Request and shall receive consideration pursuant

-O-BP Document 37 Filed 09/09/26 Page 108 o

to Article XIII, Job Vacancy, Section 3.b.(8). If the employee refuses four (4) job offers generated as a result of the Surplus Transfer Request, excluding offers resulting from the Voluntary Severance Candidate process outlined in Section 3.e. above, the request shall be cancelled forthwith.

b. Any surplus employee who has been relocated pursuant to this Article may submit a transfer request to return to a job in the employee's former Force Adjustment Area. The transfer request shall remain in effect for three (3) years following the placement necessitating the employee's relocation and shall, in order of seniority with other employees similarly situated, be placed first in order of consideration for laterals and downgrades. The employee shall not receive reimbursement for relocation expenses back to his/her former Force Adjustment Area.

Section 6. **Geographic Scope Modifications.** The force surplus disposition procedures herein shall not preclude limited, mutually-agreed to, local Union/Management modifications with respect to the geographic scope of the Force Adjustment Area and Expanded Force Adjustment Area. ("Union" shall mean the Vice President of District 6, CWA, or his/her designated representative. "Management" shall mean the Vice President-Labor Relations, or his/her designated representative.) Any such modifications will apply on a one-time basis and will not serve as precedent for other current or future force surplus treatment procedures.

Section 7. **Relocation.** Surplus employees who accept or receive transfers and who are required to relocate their residence as a result thereof, shall be reimbursed by the Company for reasonable moving expenses incurred.

-O-BP Document 37 Filed 09/09/26 Page 109 o

Section 8. **Reemployment.**

a. During the twelve (12) months following their date of termination, former surplus employees who file employment applications and who have been involuntarily laid off shall be recalled to available openings in their former job titles within the Force Adjustment Area, if qualified, in the inverse order in which such employees were laid off, provided there are no currently qualified surplus candidates for that job title who have priority consideration.

b. Former surplus employees who have been involuntarily laid off and who file employment applications shall be given priority consideration over other job applicants for regular and temporary job vacancies within the Force Adjustment Area, provided:

(1) The employee's layoff has not exceeded three (3) years.

(2) The employee is physically able and equipped by training and experience to perform the duties of the work available.

c. Failure on the part of any former employee to notify the Company that its offer of employment is accepted within seven (7) calendar days and to report for duty within fifteen (15) calendar days from the date of such offer shall constitute a rejection of the offer.

d. It shall be the responsibility of former employees who desire to be considered for reemployment under this Section to notify the Company at the employment office of their desire for reemployment and to keep the Company informed of their current address.

APP 0107 6201-JZ 00103

-O-BP Document 37 Filed 09/09/26 Page 110 o

Section 9. **Temporary Layoff.**

a. If an employee, laid off as a result of a force reduction, is reemployed within two (2) years from and after the date of the layoff, the period of the layoff shall be considered as temporary in any case where such employee is reengaged 1) as a regular employee, or 2) as a temporary employee if subsequently reclassified as a regular employee without interruption of service.

b. The employee's wage length of service, whether reengaged as a regular or temporary employee, shall be the same as at the time of the temporary layoff; provided, however, if the employee was formerly at maximum and is reengaged in a job title which has a higher top rate of pay than the employee's former job and in a different job category, as described in Article XIV, then the provisions of that Article, Promotional Pay Treatment, shall be applicable.

## ARTICLE XVIII
SEVERANCE PAYMENTS
(For Appendix J employees, refer to
Appendix J, Supplemental Statement 12.)

Section 1. **Eligibility.** A regular employee shall receive a Severance Payment as provided in Section 2. of this Article when such employee is terminated for one of the following reasons:

a. Laid off after having been declared surplus pursuant to Article XVII, Force Adjustment;

b. Terminated voluntarily pursuant to Article XVII, Force Adjustment;

c. Terminated after a leave of absence when no work is available in the Force Adjustment Area, provided there was every reasonable expectancy at the time the leave

APP 0108 6201-JZ 00104

-O-BP Document 37 Filed 09/09/26 Page 111 of

was granted that the employee would return to work and the employee is willing and able to do so; or

d. Dismissed, except for reasons of misconduct, after having three (3) or more years of Net Credited Service.

Note A: An employee terminated for any other reason, such as retirement on service pension*, death, transfer or resignation**, shall not receive a severance payment.

Note B: Any former surplus employee who is dismissed for unsatisfactory job performance from a position the employee accepted during a surplus condition shall receive a Severance Payment equal to the amount the employee would have received in the former surplus position, according to the Voluntary Severance Payment Table, if the dismissal occurs within six (6) months of placement into the position. Payment under this provision shall be determined as of the date the former surplus employee was placed in the current position.

*An employee terminated as provided in Section 1.a., b., c. or d. above, will receive an appropriate Severance Payment under this Article regardless of his/her service pension eligibility.

**"Resignation" includes the situation of an employee who refuses a lateral assignment within the Force Adjustment Area as defined in Article XVII, Force Adjustment, and who is subsequently terminated.

Section 2. **Amount of Severance Payment.** The amount of the Severance Payment for terminations under Section 1.a., b. and c. above, shall be based on the employee's completed years of Net Credited Service and the Pension Band applicable to the employee's job title as of the effective date of the termination. With regard to terminations in-

APP 0109 6201-JZ 00105

-O-BP Document 37 Filed 09/09/26 Page 112 o

der Section 1.d. above, the amount of the Severance Payment shall be computed based upon the “Basic Wage Rate for Normal Work Week” applicable to the employee at the effective date of termination, except for those employees covered by Note B above. Regular part-time employees shall receive prorated payments, based on their part-time classification as of the effective date of termination.

a. An employee who is terminated as provided in Section 1.a. or 1.c. above, shall receive a Severance Payment in accordance with the table set forth on the following page:

(Effective January 1, 2019. For Involuntary Severance Payment provisions applicable prior to January 1, 2019, refer to Article XVIII, Severance Payments, of the 2013 Departmental Agreement.)

APP 0110 6201-JZ 00106

## INVOLUNTARY SEVERANCE PAYMENT TABLE

| Completed Years of Net Credited Service | Pension Band Up to 107 7A8-707 | Pension Band 108-109 708-709 | Pension Band 110-111 710-711 | Pension Band 112-114 712+ | Pension Band 115-118 | Pension Band 119-120 | Pension Band 121 + |
|---|---|---|---|---|---|---|---|
| 1-3 | $1,920 | $1,990 | $2,180 | $2,340 | $2,660 | $2,720 | $2,900 |
| 4-5 | $3,790 | $3,980 | $4,330 | $4,710 | $5,300 | $5,430 | $5,840 |
| 6-7 | $6,310 | $6,630 | $7,230 | $7,820 | $8,800 | $9,090 | $9,680 |
| 8-9 | $8,800 | $9,270 | $10,140 | $10,950 | $12,340 | $12,710 | $13,500 |
| 10-11 | $12,600 | $13,250 | $14,460 | $15,650 | $17,630 | $18,140 | $19,340 |
| 12-13 | $17,040 | $17,890 | $19,470 | $21,150 | $23,790 | $24,510 | $26,100 |
| 14-15 | $22,050 | $23,200 | $25,310 | $27,350 | $30,890 | $31,810 | $33,870 |
| 16-17 | $27,100 | $28,490 | $31,080 | $33,600 | $37,890 | $39,030 | $41,610 |
| 18-19 | $32,150 | $33,790 | $36,850 | $39,890 | $44,930 | $46,320 | $49,390 |
| 20 | $34,650 | $36,500 | $39,750 | $43,070 | $48,460 | $49,940 | $53,230 |
| 21 | $37,170 | $39,220 | $42,660 | $46,270 | $52,040 | $53,610 | $57,120 |
| 22 | $39,700 | $41,940 | $45,600 | $49,440 | $55,570 | $57,240 | $60,990 |
| 23 | $42,220 | $44,650 | $48,490 | $52,590 | $59,100 | $60,890 | $64,870 |
| 24 | $44,750 | $47,400 | $51,430 | $55,780 | $62,670 | $64,520 | $68,750 |
| 25 | $47,250 | $50,110 | $54,340 | $58,980 | $66,210 | $68,190 | $72,640 |
| 26 | $49,770 | $52,820 | $57,240 | $62,170 | $69,730 | $71,810 | $76,480 |
| 27 | $52,290 | $55,530 | $60,160 | $65,340 | $73,280 | $75,470 | $80,360 |
| 28 | $54,810 | $58,260 | $63,070 | $68,510 | $76,830 | $79,100 | $84,240 |
| 29 and over | $57,330 | $60,960 | $66,010 | $71,690 | $80,360 | $82,760 | $88,130 |

**Wage Progression Treatment**

If on Step 12 through 24 months, the employee shall receive 50% of Table Amount
If on Step 30 through 36 months, the employee shall receive 75% of Table Amount
If on Step 42 months and over, the employee shall receive 100% of Table Amount

-O-BP Document 37 Filed 09/09/26 Page 114 o

b. An employee who is terminated as provided in Section 1.b. above or who is covered by Note B above, shall receive a Severance Payment in accordance with the table set forth below:

**VOLUNTARY SEVERANCE PAYMENT TABLE**

| Completed Years of Net Credited Service | Pension Band Up to 107 7A8-707 | Pension Band 108-109 708-709 | Pension Band 110-111 710-711 | Pension Band 112-114 712 + | Pension Band 115-118 — | Pension Band 119-120 — | Pension Band 121 + — |
|---|---|---|---|---|---|---|---|
| 1-3 | $950 | $1,000 | $1,100 | $1,200 | $1,350 | $1,350 | $1,450 |
| 4-5 | 1,900 | 2,000 | 2,200 | 2,350 | 2,650 | 2,750 | 2,900 |
| 6-7 | 3,150 | 3,350 | 3,650 | 3,950 | 4,450 | 4,550 | 4,850 |
| 8-9 | 4,450 | 4,650 | 5,100 | 5,500 | 6,200 | 6,400 | 6,800 |
| 10-11 | 6,350 | 6,650 | 7,250 | 7,850 | 8,850 | 9,100 | 9,700 |
| 12-13 | 8,550 | 9,000 | 9,800 | 10,600 | 11,950 | 12,300 | 13,150 |
| 14-15 | 11,050 | 11,650 | 12,700 | 13,750 | 15,500 | 15,950 | 17,000 |
| 16-17 | 13,600 | 14,300 | 15,600 | 16,900 | 19,050 | 19,600 | 20,900 |
| 18-19 | 16,150 | 17,000 | 18,500 | 20,050 | 22,600 | 23,250 | 24,800 |
| 20 | 17,775 | 18,750 | 20,375 | 22,100 | 24,875 | 25,600 | 27,300 |
| 21 | 19,400 | 20,500 | 22,250 | 24,150 | 27,150 | 27,950 | 29,800 |
| 22 | 21,025 | 22,250 | 24,125 | 26,200 | 29,425 | 30,300 | 32,300 |
| 23 | 22,650 | 24,000 | 26,000 | 28,250 | 31,700 | 32,650 | 34,800 |
| 24 | 24,275 | 25,750 | 27,875 | 30,300 | 33,975 | 35,000 | 37,300 |
| 25 | 25,900 | 27,500 | 29,750 | 32,350 | 36,250 | 37,350 | 39,800 |
| 26 | 27,525 | 29,250 | 31,625 | 34,400 | 38,525 | 39,700 | 42,300 |
| 27 | 29,150 | 31,000 | 33,500 | 36,450 | 40,800 | 42,050 | 44,800 |
| 28 | 30,775 | 32,750 | 35,375 | 38,500 | 43,075 | 44,400 | 47,300 |
| 29 and over | 32,400 | 34,500 | 37,250 | 40,550 | 45,350 | 46,750 | 49,800 |

**Wage Progression Treatment**

If on Step 12 through 24 months, the employee shall receive 50% of Table Amount
If on Step 30 through 36 months, the employee shall receive 75% of Table Amount
If on Step 42 months and over, the employee shall receive 100% of Table Amount

-O-BP Document 37 Filed 09/09/26 Page 115 of

c. An employee who is dismissed as provided in Section 1.d. above, except for employees covered by Note B above, shall receive a Severance Payment computed as follows:

1 week's pay if the employee has completed three (3) years but has not completed five (5) years of Net Credited Service;

2 weeks' pay if the employee has completed five (5) years but has not completed ten (10) years of Net Credited Service;

10 weeks' pay if the employee has completed ten (10) years but has not completed fifteen (15) years of Net Credited Service;

15 weeks' pay if the employee has completed fifteen (15) years but has not completed twenty (20) years of Net Credited Service;

20 weeks' pay if the employee has completed twenty (20) years but has not completed twenty-five (25) years of Net Credited Service; or

25 weeks' pay if the employee has completed twenty-five (25) or more years of Net Credited Service.

Section 3. **Rehired Employees.** If a former employee who received a Severance Payment in accordance with the above provisions is recalled or rehired within twenty-four (24) months of the effective date of his/her termination, the employee shall be required to repay the amount of the Severance Payment that he/she received less an amount equal to one twenty-fourth ($^{1}/_{24th}$) of the Severance Payment times the number of full months which elapsed between the date of termination and the date of subsequent reemployment. The repayment of such amount shall be made by payroll deductions

APP 0113 6201-JZ 00109

of ten (10) percent of the "Basic Wage Rate For A Normal Work Week" applicable to the job into which the employee is hired until the amount owed has been fully repaid.

## ARTICLE XIX
## GRIEVANCES

Section 1. The Union shall be the exclusive representative of all the employees in the Bargaining Unit for the purposes of presenting to and discussing with the Company grievances of any and all such employees arising from such employment; subject always, however, to the provisions of this Agreement, the current Agreement of General Application between the Union and the Company and of any applicable law.

Section 2.

a. Any employee complaint (except those which contemplate treatment or proceedings inconsistent with the terms of a collective bargaining contract or agreement then in effect including proposals for the modification of, or addition to, any such contract or agreement) which is reduced to writing and delivered by a Union representative in accordance with Section 2. b. following, within forty-five (45) days of the action complained of shall be considered and handled as a formal grievance.

b. The grievance procedure shall normally consist of two (2) successive steps. Notice of grievances and appeals of decisions made at the first step shall be forwarded in accordance with the following:

| Step Number | Company Representative Designated to Receive Grievance |
|---|---|
| 1 | General Management level manager having supervisory authority over the conditions or |

APP 0114 6201-JZ 00110

circumstances which gave rise to the grievance. (In the absence of a General Management level, the Company shall inform the Vice President, CWA, District 6, in writing of the appropriate Company representative who is designated to hear grievances.)

or

Vice President-Labor Relations if the grievance involves employees in more than one General Management level organization. If the grievance is initially filed at this level, there shall be no successive steps.

2 Vice President-Labor Relations.

c. If the grievance involves or affects only employees reporting to a single immediate supervisor, a copy of the notice shall also be forwarded at the same time to such supervisor.

Section 3.

a. The decision made at the first level of the grievance procedure may be appealed to the second level of the grievance procedure provided such appeal is submitted within two (2) weeks of the date the decision is communicated to the Union.

b. A decision at the second level of the grievance procedure or default on the Company's part to meet with the Union, as explained in Section 7., at the second level shall be construed as full completion of the "Formal Grievance" procedure.

c. The decision of the Company as to grievances submitted shall be confirmed in writing to the Union.

-O-BP Document 37 Filed 09/09/26 Page 118 of

Section 4 So that the Union may present formal grievances to the appropriate Company representative, the Company will notify the Union of changes in Company organization that require a change in the then existing manner of presentation.

Section 5. After a notice as set forth in Section 2.b. above, has been received by the Company, the Company will not attempt to adjust the grievance with any employee(s) involved without offering the Union an opportunity to be present.

Section 6. At any meeting held pursuant to Section 2. above, the Company will designate its representative(s) to meet with the aggrieved employee(s), the representative(s) designated by the Union, or both.

Section 7. Meetings at each level of the grievance procedure shall be arranged promptly. If, due to the Company's actions, a mutually agreeable meeting date is not arranged within two (2) weeks of either the Company's receipt of the initial notification or the appeal of the grievance, the Union may present its original grievance to the next higher level of the formal grievance procedure.

Section 8. The place of the meeting at each level of the grievance procedure shall be mutually agreed upon, with each party giving due consideration to the convenience of the other.

Section 9. Those employees of the Company including the aggrieved employee(s) and the employee representative(s) designated by the Union, who shall suffer no loss in pay for time consumed in, and necessarily consumed in traveling to and from, grievance meetings shall not be more than three (3) at any level of the grievance procedure.

Section 10. At any meeting held under this Article for the adjustment of a grievance or complaint, any party present

APP 0116 6201-JZ 00112

(including Union or Company representatives) shall be afforded full opportunity to present any facts and arguments pertaining to the matter(s) under consideration. The decision made upon such facts and arguments shall be made as promptly after conclusion of the presentation as may be reasonably and effectively possible.

-O-BP Document 37 Filed 09/09/26 Page 119 of

Section 11. Any complaint which is not delivered in writing by the Union as specified in Section 2. above, shall be handled by the Company as an informal complaint on an informal basis; provided, however, that nothing in this Article shall preclude the Union and the Company from using any other mutually satisfactory and proper method of presentation, discussion, and disposition of grievances.

## ARTICLE XX
UNION REPRESENTATION

At any meeting between a representative of the Company and an employee in which discipline (including warnings which are to be recorded as such in the personnel file, suspension, demotion, or discharge) is to be announced, a Union representative may be present if the employee so requests. Time spent in such a meeting shall be considered work time.

## ARTICLE XXI
AGENCY SHOP*

Section 1. Each employee who is a member of the Union or who is obligated to tender to the Union amounts equal to periodic dues on the effective date of this Agreement, or who later becomes a member, and all employees entering into the Bargaining Unit on or after the effective date of this Agreement shall, as a condition of employment, pay or tender to the Union amounts equal to the periodic dues applicable to members, for the period from such effective date or, in the case of employees entering into the Bargaining Unit after the

* Where permitted by law.

APP 0117 6201-JZ 00113

-O-BP Document 37 Filed 09/09/26 Page 120 o

effective date, on or after the thirtieth (30th) day of such entrance, whichever of these dates is later, until the termination of this Agreement. For the purpose of this Article, "employee" shall mean any person entering into the Bargaining Unit, except an occasional employee.

Each employee who is a member of the Bargaining Unit on or before the effective date of this Agreement and who on the effective date of this Agreement was not required as a condition of employment to pay or tender to the Union amounts equal to the periodic dues applicable to members, shall, as a condition of employment, pay or tender to the Union amounts equal to the periodic dues applicable to members for the period beginning thirty (30) days after the effective date of this Agreement, until the termination of this Agreement.

Section 2. The condition of employment specified above shall not apply during periods of formal separation* from the Bargaining Unit by any such employee but shall reapply to such employee on the thirtieth (30th) day following his/her return to the Bargaining Unit.

* The term "formal separation" includes transfers out of the Bargaining Unit, removal from the payroll of the Company, and leaves of absence of more than one (1)-month duration.

## ARTICLE XXII
### DEDUCTION OF UNION DUES

Section 1. Subject to the provisions of this Article and the provisions of the written authorizations herein referred to, the Company agrees to make collections twice each month of regular Union dues through payroll deduction from an employee's pay upon receipt of a written authorization complete in all details on the Payroll Allotment Authorization for Union Dues form signed by the individual employee and delivered by the Union to the Company. The Company also

APP 0118 6201-JZ 00114

agrees to remit the amounts so deducted to the order of the Treasurer of Communications Workers of America, and to forward one (1) electronic file per Payroll Office to CWA Headquarters in Washington, D.C., containing dues remittance data for all regular and temporary bargained-for employees on a monthly basis. The electronic file and one (1) check per file, will be forwarded by the fifth (5th) work day of the month following the month in which the deductions were made. Any manual corrections necessary to bring the file totals into balance with the remittance check will also be forwarded at that time. The Company shall not be required to fill special requests for employee data on a local basis.

Section 2. Any authorization of dues deduction shall not be subject to revocation except that an employee may revoke the authorization during the period beginning fourteen (14) days prior to each anniversary date of the current Collective Bargaining Agreements. These periods are March 26 through April 8 for years 2018, 2019, and 2020; and March 27, 2021 through April 9, 2021, all dates inclusive. Revocation of dues must be accomplished as follows:

a. Each employee who desires to revoke his or her dues deduction authorization must advise his or her Payroll Office by an individually signed letter. There shall be only one (1) letter per envelope.

b. The letter to the Payroll Office must be sent by Registered or Certified Mail.

c. Each such letter not postmarked within the specified time limits and in accordance with the above procedure will be considered void and the employee will be so advised by the Company.

d. The Company will send copies of the letters and associated envelopes to the District Headquarters of the Union on a daily basis.

-O-BP Document 37 Filed 09/09/26 Page 122 of

Section 3. The Company shall not be required to deduct or remit any such amount or amounts where it has received notice of the claim of any employee from whom dues deductions are being made that such amount or amounts are being deducted from such employee's pay without proper authority.

Section 4 The Company shall bear the full cost of its undertaking hereinabove set forth except that the Union agrees to print at the Union's expense the dues deduction authorization cards in a form and according to specifications approved by the Company and the Union.

Section 5. The application of provisions of this Article shall continue so long as permitted by law.

## ARTICLE XXIII
## NOTICE OF PROMOTIONS AND TRANSFERS OF UNION OFFICERS, ELECTED STEWARDS, AND DESIGNATED REPRESENTATIVES

Section 1. The Union agrees to furnish the Company, and revise from time to time, correct lists of the names, Union titles, and locations of Company employees who are Union officers, elected Union Stewards, or Union representatives specifically designated by the Vice President of the Union for the purposes of this Article.

Section 2. Where practicable, the Company shall give the Union prior notice of its intention to promote to a supervisory position, when the tenure of position is expected to be more than one (1) month, or to transfer to a location outside the jurisdiction of the employee's Local any such employee named on a list furnished to the Company under Section 1. of this Article.

Section 3. The notice by the Company to the Union shall be given to the Local President where the employee involved is an elected Steward, to the CWA Representative where the

APP 0120 6201-JZ 00116

employee involved is a Local officer, and to the Vice President of the Union where the employee involved is any other Union officer or a representative who has been designated for the purposes hereof.

-O-BP Document 37 Filed 09/09/26 Page 123 o

## ARTICLE XXIV
## SAFETY AND HEALTH

Safety and health is a mutual concern of the Company and the Union. It benefits all parties to have employees work in safe and healthful environments and for employees to perform their work safely and in the interests of their own health. It is also necessary to promote a better understanding and acceptance of the principles of safety and health on the part of all employees, in order to provide for their own safety and health and that of their fellow employees, customers and the general public.

To achieve the above principles, the Company and the Union agree to establish for the duration of this contract an advisory committee on safety and health principles at the Company's headquarters level. The committee shall consist of not more than five (5) representatives each from the Company and the Union (to be appointed by the Company and the Union, respectively). This committee shall meet from time to time as required, but at least four (4) times per year.

This committee shall be charged with the responsibility to develop facts and recommendations so that both parties can make well-informed decisions regarding occupational safety and health matters.

The committee shall focus on all matters pertaining to occupational safety and health, including ergonomic concerns in the workplace. It shall also consider existing practices and rules relating to safety and health and formulate suggested changes in design and adoption of new practices and rules.

APP 0121 6201-JZ 00117

In connection with any Safety and Health Committee meetings under this Article, the employee representative(s) designated by the Union shall suffer no loss in pay for time consumed in, and necessarily consumed in traveling to and from, these meetings.

In addition, the Company will reimburse employee members for the cost of round-trip coach airfare for attending Safety and Health Committee meetings. The number of employee members reimbursed on this Committee shall not exceed the number of employee members as of April 5, 1998.

## ARTICLE XXV
CONTRACT WORK
(For Appendix J employees, refer to Appendix J, Supplemental Statement 13.)

Section 1. The Union and the Company agree there shall be no lockout, stoppage, interruption, slowdown or failure to carry out assigned duties for employees whose job titles are shown in Appendix C because of allocation of work to contractors as outlined below where such contracting of work to others does not involve the layoff or part-timing of regular employees.

The work associated with aerial and underground outside plant comprised of conduit construction and rearrangements, tree cutting and trimming, drayage, and the following pole line construction work:

a. The staking of pole lines.

b. Unloading and hauling material.

c. Pole hole digging.

-O-BP Document 37 Filed 09/09/26 Page 125 o

d. Pole placing on a new line or a line in a new location, consisting of more than ten poles, or extensive replacement on existing rural pole lines.

e. The placing before erection of the pole of brackets or one crossarm (excluding transposition brackets) on only those pole lines covered by paragraph d.

Section 2. It is the policy of this Company that traditional telephone work will not be contracted out if it will currently and directly cause either layoffs or part-timing of regular employees.

## ARTICLE XXVI
PRIOR AGREEMENTS

Section 1. This Agreement supersedes and cancels the 2013 Departmental Agreement and all amendments and supplements thereto.

Section 2. The following agreements applicable to appropriate job titles included in job classifications as shown in Appendix C made by the Southwestern Telephone Workers Union, Southwestern Division No. 20 CWA, and/or the Union, with the Company shall remain in effect until superseded, terminated in accordance with their terms, or until proper notice of their termination from either party to the other:

a. Supplemental Statements, dated April 9, 2017

b. Memorandum of Agreement dated August 25, 1974.

c. The provisions of those other related Union-Company agreements and understandings in effect on June 3, 1951, which by their terms were to be effective solely within the Plant Group of the Union as constituted on June 3, 1951.

-O-BP Document 37 Filed 09/09/26 Page 126 of

# ARTICLE XXVII
## DURATION

This Agreement shall become effective April 9, 2017, and shall continue until 11:59 p.m., on April 10, 2021, at which time it will terminate unless extended by mutual agreement in writing prior to said termination date.

IN WITNESS WHEREOF, Communications Workers of America and Southwestern Bell Telephone Company, AT&T Services, Inc., and DIRECTV, LLC have caused this Agreement to be executed by their respective officers and representatives, duly authorized, as of the day and year first above written.

COMMUNICATIONS WORKERS OF AMERICA

BY Claude Cummings, Jr.
Vice President
District 6

APPROVED
BY Christopher M. Shelton
President, Communications Workers of America

SOUTHWESTERN BELL TELEPHONE COMPANY
AT&T SERVICES, INC.
DIRECTV, LLC

BY Joe Croci
Vice President-
Labor Relations

-O-BP Document 37 Filed 09/09/26 Page 127 o

## 1.01 a. CLERICAL CLASSIFICATIONS AND JOB TITLES

**E-1 CLERICAL BAND:** Employee who performs simple clerical work which includes answering telephones, serving as a messenger, handling mail, filing, routine typing, etc.

Office Clerical Assistant-A

**E-2 CLERICAL BAND:** Employee who may perform various clerical work of less advanced nature than that involved in E-3 Clerical.

Benefit Clerk
Mail Clerk-A
Office Service Clerk
Posting Clerk
Ticket Clerk
Typist-A

**E-3 CLERICAL BAND:** Employee who performs work which requires specialized training and ability.

Copy Machine Operator
Draft Records Clerk
Key Entry Operator
Records Clerk-A
Senior Typist
Service Order Clerk
Stenographer-A

**SS-1 CLERICAL BAND:** Employee who performs clerical work which requires a still higher degree of specialized training and ability.

Balancing Clerk

APP 0125 6201-JZ 00121

Computer Attendant-A
Editing Clerk
Mail Attendant
Senior Records Clerk-A
Senior Stenographer-A
Ticket Record Clerk
Travel Specialist

**SS-2 CLERICAL BAND:** Employee who performs complex clerical work which requires specialized training and ability.

Advanced Computer Attendant
Benefit Clerical Assistant
Head Clerk-A
Senior General Clerk-A
Service Order Correction Clerk

**S-1 CLERICAL BAND:** Employee who performs work requiring a thorough knowledge of procedure in specialized branches of finance or information technology.

Accounting Clerk
Cash Control Clerk
Draft Reconciliation Clerk
Fraud Specialist
Technical Assistance Center Administrator

**S-2 CLERICAL BAND:** Employee who reviews and analyzes various types of field reports or who prepares and analyzes the most important accounting records and reports, the nature of whose work requires an intimate knowledge of Company routines, practices and organization, and frequently a thorough knowledge of accounting principles and a knowledge of legal and regulatory requirements.

Audit Clerk

Claims Representative
General Financial Clerk
Senior Accounting Clerk
Senior Treasury Clerk

b. **GRAPHICS CLASSIFICATION**

Graphics Specialist-A

1.02 Wage Schedules for job titles shown in paragraph 1.01 preceding, shall be applied in accordance with Sections 1. and 2. in Article IV, Basis of Compensation, of the 2017 Departmental Agreement. Applicable Wage Schedules are included as Appendix E for job titles in 1.01 a. preceding, and in this Appendix for the job title in 1.01 b. preceding.

## APPENDIX A

### WAGE PROGRESSION SCHEDULES
### GRAPHICS AND DRAFTING CLASSIFICATION

**Basic Wage Rates for Normal Work Week**

**GRAPHICS SPECIALIST - A**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $289.50 | $290.00 | $291.50 | $292.00 |
| " 12 " | $350.50 | $352.50 | $355.00 | $357.00 |
| " 18 " | $424.00 | $428.00 | $432.50 | $436.50 |
| " 24 " | $513.50 | $519.50 | $527.50 | $533.50 |
| " 30 " | $621.50 | $631.00 | $643.00 | $652.00 |
| " 36 " | $752.50 | $766.50 | $783.50 | $796.50 |
| " 42 " | $910.50 | $930.50 | $955.00 | $973.50 |
| " 48 " | $1,102.50 | $1,130.00 | $1,164.00 | $1,190.00 |
| Pension Band | 108 | 108 | 108 | 108 |

-O-BP Document 37 Filed 09/09/26 Page 130 of

1.01 a. **CLERICAL CLASSIFICATIONS AND JOB TITLES**

**E-1 CLERICAL BAND:** Employee who performs simple clerical work which includes answering telephones, serving as a messenger, handling mail, filing, routine typing, etc.

Office Clerical Assistant-B

**E-2 CLERICAL BAND:** Employee who may perform various clerical work of less advanced nature than that involved in E-3 Clerical.

Assistant Clerk
Clerk-B
Final Accounts Clerk
Mail Clerk-B
PBX Attendant
Typist-B

**E-3 CLERICAL BAND:** Employee who performs work which requires specialized training and ability.

Business Office Clerk
Directory Distribution Clerk
Records Clerk-B
Stenographer-B

**SS-1 CLERICAL BAND:** Employee who performs clerical work which requires a still higher degree of specialized training and ability.

Data Control Clerk
Data Entry Operator
Data Processing Clerk-B
General Clerk-B

APP0128 6201-JZ 00124

Project Clerk-B
Senior Records Clerk-B
Senior Stenographer-B

**SS-2 CLERICAL BAND:** Employee who performs complex clerical work which requires specialized training and ability.

Directory Composer
Head Clerk-B
Senior General Clerk-B
Service Order Writer-B

b. **CONTACT CLASSIFICATIONS**

**BUSINESS REPRESENTATIVE GROUP**

Business Representative
Field Assistant

**COIN COUNTER GROUP**

Coin Counter

**COMMUNICATIONS CONSULTANT**

Communications Consultant

**CUSTOMER CLERK**

Customer Clerk

**CUSTOMER REPRESENTATIVE GROUP**

Customer Representative
Pay Telephone Consultant

**CUSTOMER SERVICE REPRESENTATIVE II**

Customer Service Representative II

**CUSTOMER SERVICES SPECIALIST**

Customer Services Specialist

**HEAD SERVICE REPRESENTATIVE**

Head Service Representative

**LEVERAGED SERVICE REPRESENTATIVE**

Leveraged Service Representative

**MARKETING OPERATIONS GROUP**

Business Systems Representative
Customer Service Representative I
Installation Coordinator
Marketing Assistant

**REVENUE MANAGEMENT REPRESENTATIVE**

Revenue Management Representative

**SALES CLERK**

Sales Clerk

**SERVICE REPRESENTATIVE**

Service Representative

**TELLER**

Teller

c. **GRAPHICS CLASSIFICATION**

-O-BP Document 37 Filed 09/09/26 Page 133 o

Graphics Specialist-B

1.02 Wage Schedules for job titles shown in paragraph 1.01 preceding, shall be applied in accordance with Sections 1. and 2. in Article IV, Basis of Compensation, of the 2017 Departmental Agreement. Applicable Wage Schedules are included as Appendix E for job titles in 1.01 a. preceding, and in this Appendix for job titles in 1.01 b. and c. preceding.

APP 0131 6201-JZ 00127

# APPENDIX B

## WAGE PROGRESSION SCHEDULES
## CONTACT CLASSIFICATIONS

### Basic Wage Rates for Normal Work Week

**BUSINESS REPRESENTATIVE GROUP**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $290.00 | $290.00 | $290.00 | $290.00 |
| After 6 Months | $341.50 | $342.00 | $343.00 | $344.00 |
| " 12 " | $401.50 | $403.50 | $406.00 | $408.00 |
| " 18 " | $472.50 | $476.50 | $480.50 | $483.50 |
| " 24 " | $556.50 | $562.00 | $568.50 | $573.50 |
| " 30 " | $655.00 | $663.00 | $673.00 | $680.50 |
| " 36 " | $770.50 | $782.00 | $796.00 | $807.00 |
| " 42 " | $907.00 | $923.00 | $942.00 | $957.00 |
| " 48 " | $1,067.50 | $1,088.50 | $1,115.00 | $1,135.00 |
| " 54 " | $1,256.50 | $1,284.50 | $1,319.00 | $1,346.00 |
| " 60 " | $1,478.50 | $1,515.50 | $1,561.00 | $1,596.00 |
| Pension Band | 119 | 119 | 119 | 119 |

**COIN COUNTER**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $273.50 | $273.50 | $273.50 | $273.50 |
| After 6 Months | $321.50 | $322.50 | $323.50 | $324.00 |
| " 12 " | $378.00 | $380.00 | $382.00 | $384.00 |
| " 18 " | $444.50 | $448.00 | $452.00 | $455.00 |
| " 24 " | $522.50 | $528.00 | $534.00 | $539.00 |
| " 30 " | $614.50 | $622.00 | $631.50 | $638.50 |
| " 36 " | $722.50 | $733.50 | $746.50 | $756.50 |
| " 42 " | $849.50 | $864.50 | $882.50 | $896.50 |
| " 48 " | $999.00 | $1,019.00 | $1,043.50 | $1,062.00 |
| " 54 " | $1,174.50 | $1,201.00 | $1,233.50 | $1,258.50 |
| " 60 " | $1,381.00 | $1,415.50 | $1,458.00 | $1,491.00 |
| Pension Band | 116 | 116 | 116 | 116 |

(Continued on next page)

# APPENDIX B

## COMMUNICATIONS CONSULTANT

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $303.00 | $303.00 | $303.00 | $303.00 |
| After 6 Months | $358.50 | $359.50 | $360.50 | $361.50 |
| " 12 " | $424.50 | $426.50 | $429.00 | $431.00 |
| " 18 " | $502.00 | $506.00 | $510.50 | $514.00 |
| " 24 " | $594.50 | $600.50 | $607.50 | $613.00 |
| " 30 " | $703.50 | $712.00 | $723.00 | $731.00 |
| " 36 " | $832.50 | $845.00 | $860.00 | $871.50 |
| " 42 " | $985.00 | $1,002.50 | $1,023.50 | $1,039.50 |
| " 48 " | $1,166.00 | $1,189.50 | $1,217.50 | $1,239.50 |
| " 54 " | $1,380.00 | $1,411.00 | $1,449.00 | $1,478.50 |
| " 60 " | $1,633.00 | $1,674.00 | $1,724.00 | $1,763.00 |
| Pension Band | 123 | 123 | 123 | 123 |

## CUSTOMER CLERK

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $288.00 | $288.50 | $290.00 | $290.50 |
| " 12 " | $346.50 | $349.00 | $351.50 | $353.50 |
| " 18 " | $417.50 | $421.50 | $426.00 | $429.50 |
| " 24 " | $503.00 | $509.00 | $516.50 | $522.50 |
| " 30 " | $605.50 | $615.00 | $626.50 | $635.00 |
| " 36 " | $729.50 | $743.00 | $759.50 | $772.50 |
| " 42 " | $878.50 | $897.50 | $921.00 | $939.00 |
| " 48 " | $1,058.00 | $1,084.50 | $1,117.00 | $1,142.00 |
| Pension Band | 107 | 107 | 107 | 107 |

(Continued on next page)

## APPENDIX B

### CUSTOMER REPRESENTATIVE GROUP

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $295.50 | $295.50 | $295.50 | $295.50 |
| After 6 Months | $348.50 | $349.50 | $350.50 | $351.00 |
| " 12 " | $411.00 | $413.00 | $415.50 | $417.50 |
| " 18 " | $485.00 | $488.50 | $493.00 | $496.00 |
| " 24 " | $572.00 | $578.00 | $584.50 | $590.00 |
| " 30 " | $675.00 | $683.00 | $693.50 | $701.00 |
| " 36 " | $796.00 | $808.00 | $822.50 | $833.50 |
| " 42 " | $939.00 | $955.50 | $975.50 | $990.50 |
| " 48 " | $1,107.50 | $1,129.50 | $1,156.50 | $1,177.50 |
| " 54 " | $1,306.50 | $1,335.50 | $1,372.00 | $1,399.50 |
| " 60 " | $1,541.00 | $1,579.50 | $1,627.00 | $1,663.50 |
| Pension Band | 120 | 120 | 120 | 120 |

### CUSTOMER SERVICE REPRESENTATIVE II

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $276.50 | $276.50 | $276.50 | $276.50 |
| After 6 Months | $328.50 | $329.00 | $330.00 | $331.00 |
| " 12 " | $389.50 | $391.50 | $394.00 | $395.50 |
| " 18 " | $462.50 | $466.00 | $470.00 | $473.50 |
| " 24 " | $549.00 | $554.50 | $561.50 | $566.50 |
| " 30 " | $652.00 | $660.00 | $670.00 | $677.50 |
| " 36 " | $774.00 | $785.50 | $799.50 | $810.50 |
| " 42 " | $919.00 | $935.00 | $954.50 | $969.50 |
| " 48 " | $1,091.00 | $1,112.50 | $1,139.50 | $1,160.00 |
| " 54 " | $1,295.00 | $1,324.50 | $1,360.00 | $1,387.50 |
| " 60 " | $1,537.50 | $1,576.00 | $1,623.50 | $1,660.00 |
| Pension Band | 120 | 120 | 120 | 120 |

(Continued on next page)

## APPENDIX B

### CUSTOMER SERVICES SPECIALIST

| Wage Length of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| | Effective Dates | | | |
| Minimum | $245.00 | $245.00 | $245.00 | $245.00 |
| After 6 Months | $297.50 | $298.00 | $299.50 | $300.00 |
| " 12 " | $360.50 | $363.00 | $365.50 | $367.50 |
| " 18 " | $437.50 | $442.00 | $446.50 | $450.50 |
| " 24 " | $531.00 | $537.50 | $545.50 | $552.00 |
| " 30 " | $644.50 | $654.50 | $666.50 | $676.00 |
| " 36 " | $782.00 | $796.50 | $814.50 | $828.00 |
| " 42 " | $948.50 | $969.50 | $995.00 | $1,014.50 |
| " 48 " | $1,151.00 | $1,180.00 | $1,215.50 | $1,243.00 |
| Pension Band | 110 | 110 | 110 | 110 |

### HEAD SERVICE REPRESENTATIVE

| Wage Length of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| | Effective Dates | | | |
| Minimum | $274.00 | $274.00 | $274.00 | $274.00 |
| After 6 Months | $334.50 | $335.50 | $336.50 | $337.50 |
| " 12 " | $408.00 | $410.50 | $413.50 | $416.00 |
| " 18 " | $497.50 | $502.50 | $508.00 | $512.00 |
| " 24 " | $607.00 | $614.50 | $624.00 | $631.00 |
| " 30 " | $741.00 | $752.50 | $766.50 | $777.00 |
| " 36 " | $904.00 | $920.50 | $941.50 | $957.00 |
| " 42 " | $1,103.00 | $1,127.00 | $1,156.50 | $1,179.00 |
| " 48 " | $1,345.50 | $1,379.00 | $1,420.50 | $1,452.50 |
| Pension Band | 115 | 115 | 115 | 115 |

(Continued on next page)

## APPENDIX B

### LEVERAGED SERVICE REPRESENTATIVE

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $400.00 | $400.00 | $400.00 | $400.00 |
| After 6 Months | $446.00 | $448.00 | $450.00 | $451.50 |
| " 12 " | $497.50 | $501.50 | $506.50 | $510.00 |
| " 18 " | $554.50 | $561.00 | $569.50 | $576.00 |
| " 24 " | $618.00 | $628.50 | $641.00 | $650.00 |
| " 30 " | $689.50 | $703.50 | $721.00 | $734.00 |
| " 36 " | $768.50 | $787.50 | $811.00 | $829.00 |
| Pension Band | 113 | 113 | 113 | 113 |

### MARKETING OPERATIONS GROUP

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $310.00 | $310.00 | $310.00 | $310.00 |
| After 6 Months | $363.50 | $364.50 | $366.00 | $367.00 |
| " 12 " | $426.50 | $429.00 | $432.50 | $434.50 |
| " 18 " | $500.00 | $505.00 | $510.50 | $515.00 |
| " 24 " | $586.50 | $594.00 | $603.00 | $609.50 |
| " 30 " | $688.00 | $699.00 | $712.00 | $722.00 |
| " 36 " | $807.00 | $822.50 | $841.00 | $855.00 |
| " 42 " | $947.00 | $967.50 | $993.00 | $1,012.50 |
| " 48 " | $1,110.50 | $1,138.50 | $1,172.50 | $1,199.00 |
| Pension Band | 109 | 109 | 109 | 109 |

(Continued on next page)

# APPENDIX B

**REVENUE MANAGEMENT REPRESENTATIVE**

| Wage Length of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $291.00 | $292.00 | $293.00 | $294.00 |
| " 12 " | $354.50 | $356.50 | $359.00 | $361.00 |
| " 18 " | $431.50 | $435.50 | $440.50 | $444.00 |
| " 24 " | $525.50 | $532.00 | $540.00 | $546.00 |
| " 30 " | $639.50 | $649.50 | $661.50 | $671.00 |
| " 36 " | $778.50 | $793.50 | $811.00 | $825.00 |
| " 42 " | $948.00 | $969.00 | $994.50 | $1,014.00 |
| " 48 " | $1,154.50 | $1,183.50 | $1,219.00 | $1,246.50 |
| Pension Band | 110 | 110 | 110 | 110 |

Effective Dates apply to the date columns above.

**SALES CLERK**

| Wage Length of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $271.00 | $272.00 | $273.00 | $273.50 |
| " 12 " | $307.50 | $309.00 | $311.50 | $313.00 |
| " 18 " | $348.50 | $351.50 | $355.50 | $358.50 |
| " 24 " | $395.00 | $400.00 | $406.00 | $410.50 |
| " 30 " | $448.00 | $455.00 | $463.50 | $470.00 |
| " 36 " | $508.00 | $517.50 | $529.00 | $538.00 |
| " 42 " | $576.00 | $588.50 | $604.00 | $616.00 |
| " 48 " | $653.00 | $669.50 | $689.50 | $705.00 |
| Pension Band | 96 | 96 | 96 | 96 |

(Continued on next page)

# APPENDIX B

**SERVICE REPRESENTATIVE**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $250.50 | $250.50 | $250.50 | $250.50 |
| After 6 Months | $307.00 | $308.00 | $309.50 | $310.00 |
| " 12 " | $376.50 | $379.00 | $382.00 | $384.00 |
| " 18 " | $462.00 | $466.50 | $471.50 | $475.50 |
| " 24 " | $566.50 | $573.50 | $582.00 | $588.50 |
| " 30 " | $695.00 | $705.50 | $719.00 | $729.00 |
| " 36 " | $852.00 | $868.00 | $887.50 | $902.50 |
| " 42 " | $1,045.00 | $1,068.00 | $1,096.00 | $1,117.50 |
| " 48 " | $1,281.50 | $1,313.50 | $1,353.00 | $1,383.50 |
| Pension Band | 113 | 113 | 113 | 113 |

**TELLER**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $288.00 | $288.50 | $290.00 | $290.50 |
| " 12 " | $346.50 | $349.00 | $351.50 | $353.50 |
| " 18 " | $417.50 | $421.50 | $426.00 | $429.50 |
| " 24 " | $503.00 | $509.00 | $516.50 | $522.50 |
| " 30 " | $605.50 | $615.00 | $626.50 | $635.00 |
| " 36 " | $729.50 | $743.00 | $759.50 | $772.50 |
| " 42 " | $878.50 | $897.50 | $921.00 | $939.00 |
| " 48 " | $1,058.00 | $1,084.50 | $1,117.00 | $1,142.00 |
| Pension Band | 107 | 107 | 107 | 107 |

(Continued on next page)

# APPENDIX B

## WAGE PROGRESSION SCHEDULES
## GRAPHICS AND DRAFTING CLASSIFICATION

### Basic Wage Rates for Normal Work Week

**GRAPHICS SPECIALIST - B**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $289.50 | $290.00 | $291.50 | $292.00 |
| " 12 " | $350.50 | $352.50 | $355.00 | $357.00 |
| " 18 " | $424.00 | $428.00 | $432.50 | $436.50 |
| " 24 " | $513.50 | $519.50 | $527.50 | $533.50 |
| " 30 " | $621.50 | $631.00 | $643.00 | $652.00 |
| " 36 " | $752.50 | $766.50 | $783.50 | $796.50 |
| " 42 " | $910.50 | $930.50 | $955.00 | $973.50 |
| " 48 " | $1,102.50 | $1,130.00 | $1,164.00 | $1,190.00 |
| Pension Band | 108 | 108 | 108 | 108 |

-O-BP Document 37 Filed 09/09/26 Page 142 of

1.01 a. **CLERICAL CLASSIFICATIONS AND JOB TITLES**

**E-1 CLERICAL BAND:** Employee who performs simple clerical work which includes answering telephones, serving as a messenger, handling mail, filing, routine typing, etc.

Office Clerical Assistant-C

**E-2 CLERICAL BAND:** Employee who may perform various clerical work of less advanced nature than that involved in E-3 Clerical.

Combination Clerk
Typist-C

**E-3 CLERICAL BAND:** Employee who performs work which requires specialized training and ability.

Records Clerk-C
Reports Clerk
Right of Way Clerk
Stenographer-C
Supplies Clerk

**SS-1 CLERICAL BAND:** Employee who performs clerical work which requires a still higher degree of specialized training and ability.

Administrative Clerk
Administrative Reports Clerk
Data Processing Clerk-C
Operations Clerk
Personnel Records Clerk
Senior Reports Clerk
Senior Stenographer-C

APP 0140 6201-JZ 00136

**SS-2 CLERICAL BAND:** Employee who performs complex clerical work which requires specialized training and ability.

Advanced Data Processing Clerk
Head Clerk-C
Head Stenographer-C

b. **GROUP 1 CRAFT CLASSIFICATION**

Cable Splicing Technician
Combination Technician
Communications Technician
Customer Services Technician
Data Services Technician
Network Center Technician
RMATS Technician
Systems Technician

c. **GROUP 2 CRAFT CLASSIFICATION**

Frame Attendant (Group 2-A)
Outside Plant Technician
Systems Analyst

d. **NONCRAFT CLASSIFICATION**

Air Conditioning Specialist
Assistant Customer Service Technician
Building Maintainer
(See Note 1 below)
Building Mechanic
CAD Technical Specialist
Central Office Translations Specialist
Circuit Design Specialist
Customer Services Representative
Driver-Tractor Trailer
(See Note 2 below)
Facilities Specialist

Garage Attendant
House Service Attendant
House Service Maintainer
Installation Coordinator
Line Translations Specialist
Motor Equipment Inspector/Maintainer
Pay Telephone Technician
Supplies Attendant
Technical Associate

Note 1: See Section 3.(a) in Article IV, Basis of Compensation, of the 2017 Departmental Agreement.

Note 2: See Section 3.(b) in Article IV, Basis of Compensation, of the 2017 Departmental Agreement.

1.02 Wage Schedules for job titles shown in paragraph 1.01 preceding, shall be applied in accordance with Sections 1. and 2. in Article IV, Basis of Compensation, of the 2017 Departmental Agreement. Applicable Wage Schedules are included as Appendix E for job titles in 1.01 a. preceding, and in this Appendix for job titles in 1.01 b., c., d., and e. preceding.

# APPENDIX C

## WAGE PROGRESSION SCHEDULES
## CRAFT CLASSIFICATIONS

### Basic Wage Rates for Normal Work Week

**GROUP 1**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $276.50 | $276.50 | $276.50 | $276.50 |
| After 6 Months | $328.50 | $329.00 | $330.00 | $331.00 |
| " 12 " | $389.50 | $391.50 | $394.00 | $395.50 |
| " 18 " | $462.50 | $466.00 | $470.00 | $473.50 |
| " 24 " | $549.00 | $554.50 | $561.50 | $566.50 |
| " 30 " | $652.00 | $660.00 | $670.00 | $677.50 |
| " 36 " | $774.00 | $785.50 | $799.50 | $810.50 |
| " 42 " | $919.00 | $935.00 | $954.50 | $969.50 |
| " 48 " | $1,091.00 | $1,112.50 | $1,139.50 | $1,160.00 |
| " 54 " | $1,295.00 | $1,324.50 | $1,360.00 | $1,387.50 |
| " 60 " | $1,537.50 | $1,576.00 | $1,623.50 | $1,660.00 |
| Pension Band | 120 | 120 | 120 | 120 |

**GROUP 2**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $276.50 | $276.50 | $276.50 | $276.50 |
| After 6 Months | $327.00 | $328.00 | $329.00 | $329.50 |
| " 12 " | $387.00 | $389.00 | $391.00 | $393.00 |
| " 18 " | $457.50 | $461.00 | $465.00 | $468.50 |
| " 24 " | $541.50 | $547.00 | $553.50 | $558.00 |
| " 30 " | $640.50 | $648.50 | $658.00 | $665.50 |
| " 36 " | $758.00 | $769.00 | $783.00 | $793.00 |
| " 42 " | $896.50 | $912.00 | $931.00 | $945.50 |
| " 48 " | $1,060.50 | $1,081.50 | $1,107.50 | $1,127.00 |
| " 54 " | $1,254.50 | $1,282.50 | $1,317.00 | $1,343.50 |
| " 60 " | $1,484.00 | $1,521.00 | $1,566.50 | $1,601.50 |
| Pension Band | 119 | 119 | 119 | 119 |

(Continued on next page)

## APPENDIX C

### GROUP 2A

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $276.50 | $276.50 | $276.50 | $276.50 |
| After 6 Months | $329.00 | $329.50 | $331.00 | $331.50 |
| " 12 " | $391.00 | $393.00 | $396.00 | $398.00 |
| " 18 " | $465.00 | $469.00 | $473.50 | $477.00 |
| " 24 " | $553.00 | $559.00 | $566.50 | $572.00 |
| " 30 " | $657.50 | $667.00 | $678.00 | $686.50 |
| " 36 " | $782.00 | $795.00 | $811.00 | $823.00 |
| " 42 " | $930.00 | $948.50 | $970.50 | $987.50 |
| " 48 " | $1,106.00 | $1,131.00 | $1,161.00 | $1,184.50 |
| " 54 " | $1,315.50 | $1,348.50 | $1,389.00 | $1,420.50 |
| Pension Band | 114 | 114 | 114 | 114 |

# APPENDIX C

## WAGE PROGRESSION SCHEDULES
## NONCRAFT CLASSIFICATIONS

### Basic Wage Rates for Normal Work Week

**AIR CONDITIONING SPECIALIST**
**MOTOR EQUIPMENT INSPECTOR MAINTAINER**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $276.50 | $276.50 | $276.50 | $276.50 |
| After 6 Months | $328.00 | $329.00 | $330.00 | $330.50 |
| " 12 " | $389.00 | $391.00 | $393.50 | $395.00 |
| " 18 " | $461.50 | $465.00 | $469.00 | $472.00 |
| " 24 " | $547.50 | $553.00 | $559.50 | $564.50 |
| " 30 " | $649.00 | $657.50 | $667.00 | $674.50 |
| " 36 " | $770.00 | $781.50 | $795.50 | $806.00 |
| " 42 " | $913.50 | $929.50 | $949.00 | $963.50 |
| " 48 " | $1,083.50 | $1,105.00 | $1,131.50 | $1,152.00 |
| " 54 " | $1,285.00 | $1,314.00 | $1,349.50 | $1,376.50 |
| " 60 " | $1,524.50 | $1,562.50 | $1,609.50 | $1,645.50 |
| Pension Band | 120 | 120 | 120 | 120 |

**ASSISTANT CUSTOMER SERVICE TECHNICIAN**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $261.50 | $261.50 | $261.50 | $261.50 |
| After 6 Months | $305.50 | $306.50 | $308.00 | $308.50 |
| " 12 " | $357.50 | $359.50 | $362.50 | $364.50 |
| " 18 " | $418.00 | $421.50 | $426.50 | $430.00 |
| " 24 " | $488.50 | $494.50 | $502.00 | $507.50 |
| " 30 " | $571.00 | $580.00 | $590.50 | $599.00 |
| " 36 " | $667.50 | $680.00 | $695.00 | $707.00 |
| " 42 " | $780.00 | $797.50 | $818.00 | $834.00 |
| " 48 " | $912.00 | $935.00 | $963.00 | $984.50 |
| Pension Band | 103 | 103 | 103 | 103 |

(Continued on next page)

# APPENDIX C

## BUILDING MAINTAINER
## GARAGE ATTENDANT

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $284.00 | $284.50 | $285.50 | $286.50 |
| " 12 " | $337.00 | $339.00 | $341.50 | $343.50 |
| " 18 " | $400.00 | $404.00 | $408.50 | $412.00 |
| " 24 " | $475.00 | $481.00 | $488.00 | $493.50 |
| " 30 " | $564.00 | $573.00 | $583.50 | $592.00 |
| " 36 " | $670.00 | $682.50 | $697.50 | $709.50 |
| " 42 " | $795.50 | $812.50 | $834.00 | $850.50 |
| " 48 " | $944.50 | $968.00 | $997.00 | $1,019.50 |
| Pension Band | 104 | 104 | 104 | 104 |

## BUILDING MECHANIC

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $273.00 | $273.00 | $273.00 | $273.00 |
| After 6 Months | $322.00 | $323.00 | $324.00 | $324.50 |
| " 12 " | $380.00 | $382.00 | $384.00 | $386.00 |
| " 18 " | $448.00 | $451.50 | $455.50 | $458.50 |
| " 24 " | $528.50 | $534.00 | $540.50 | $545.00 |
| " 30 " | $623.50 | $631.50 | $641.00 | $648.00 |
| " 36 " | $735.50 | $746.50 | $760.00 | $770.50 |
| " 42 " | $868.00 | $883.00 | $901.50 | $915.50 |
| " 48 " | $1,023.50 | $1,044.00 | $1,069.00 | $1,088.50 |
| " 54 " | $1,207.50 | $1,234.50 | $1,268.00 | $1,294.00 |
| " 60 " | $1,424.50 | $1,460.00 | $1,504.00 | $1,538.00 |
| Pension Band | 117 | 117 | 117 | 117 |

(Continued on next page)

## APPENDIX C

### CAD TECHNICAL SPECIALIST

| Wage Length of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $290.50 | $291.00 | $292.50 | $293.00 |
| " 12 " | $352.50 | $355.00 | $357.50 | $359.50 |
| " 18 " | $428.00 | $432.50 | $437.00 | $441.00 |
| " 24 " | $520.00 | $526.50 | $534.50 | $540.50 |
| " 30 " | $632.00 | $641.50 | $653.50 | $663.00 |
| " 36 " | $767.50 | $782.00 | $799.50 | $813.00 |
| " 42 " | $932.00 | $952.50 | $977.50 | $997.00 |
| " 48 " | $1,132.00 | $1,160.50 | $1,195.50 | $1,222.50 |
| Pension Band | 109 | 109 | 109 | 109 |

Effective Dates columns: 5/7/2017, 5/6/2018, 5/5/2019, 5/3/2020

### CUSTOMER SERVICES REPRESENTATIVE
### CIRCUIT DESIGN SPECIALIST
### FACILITIES SPECIALIST

| Wage Length of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $249.00 | $249.00 | $249.00 | $249.00 |
| After 6 Months | $303.00 | $304.00 | $305.00 | $306.00 |
| " 12 " | $368.50 | $371.00 | $374.00 | $376.00 |
| " 18 " | $448.50 | $453.00 | $458.00 | $462.00 |
| " 24 " | $546.00 | $552.50 | $561.00 | $567.50 |
| " 30 " | $664.50 | $674.50 | $687.50 | $697.00 |
| " 36 " | $808.50 | $823.50 | $842.00 | $856.50 |
| " 42 " | $983.50 | $1,005.00 | $1,031.50 | $1,052.00 |
| " 48 " | $1,197.00 | $1,227.00 | $1,264.00 | $1,292.50 |
| Pension Band | 111 | 111 | 111 | 111 |

(Continued on next page)

# APPENDIX C

## DRIVER-TRACTOR TRAILER

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Pension Band | 111 | 111 | 111 | 111 |

## HOUSE SERVICE ATTENDANT

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $281.00 | $282.00 | $283.00 | $284.00 |
| " 12 " | $330.50 | $332.50 | $335.00 | $337.00 |
| " 18 " | $388.50 | $392.50 | $397.00 | $400.00 |
| " 24 " | $457.00 | $463.00 | $470.00 | $475.00 |
| " 30 " | $537.50 | $546.00 | $556.50 | $564.00 |
| " 36 " | $632.50 | $644.00 | $658.50 | $670.00 |
| " 42 " | $743.50 | $760.00 | $780.00 | $795.50 |
| " 48 " | $874.50 | $896.50 | $923.50 | $944.50 |
| Pension Band | 102 | 102 | 102 | 102 |

## HOUSE SERVICE MAINTAINER

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $283.00 | $284.00 | $285.00 | $286.00 |
| " 12 " | $335.00 | $337.50 | $340.00 | $341.50 |
| " 18 " | $397.00 | $400.50 | $405.00 | $408.50 |
| " 24 " | $470.00 | $476.00 | $483.00 | $488.50 |
| " 30 " | $557.00 | $565.50 | $576.00 | $584.00 |
| " 36 " | $659.50 | $671.50 | $687.00 | $698.50 |
| " 42 " | $781.00 | $798.00 | $819.00 | $835.00 |
| " 48 " | $925.00 | $948.00 | $976.50 | $998.50 |
| Pension Band | 104 | 104 | 104 | 104 |

(Continued on next page)

# APPENDIX C

## INSTALLATION COORDINATOR

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $310.00 | $310.00 | $310.00 | $310.00 |
| After 6 Months | $363.50 | $364.50 | $366.00 | $367.00 |
| " 12 " | $426.50 | $429.00 | $432.50 | $434.50 |
| " 18 " | $500.00 | $505.00 | $510.50 | $515.00 |
| " 24 " | $586.50 | $594.00 | $603.00 | $609.50 |
| " 30 " | $688.00 | $699.00 | $712.00 | $722.00 |
| " 36 " | $807.00 | $822.50 | $841.00 | $855.00 |
| " 42 " | $947.00 | $967.50 | $993.00 | $1,012.50 |
| " 48 " | $1,110.50 | $1,138.50 | $1,172.50 | $1,199.00 |
| Pension Band | 109 | 109 | 109 | 109 |

## CENTRAL OFFICE TRANSLATION SPECIALIST
## LINE TRANSLATIONS SPECIALIST

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $250.50 | $250.50 | $250.50 | $250.50 |
| After 6 Months | $305.50 | $306.50 | $308.00 | $308.50 |
| " 12 " | $373.00 | $375.50 | $378.00 | $380.50 |
| " 18 " | $455.50 | $459.50 | $465.00 | $468.50 |
| " 24 " | $556.00 | $562.50 | $571.00 | $577.50 |
| " 30 " | $678.50 | $689.00 | $702.00 | $711.50 |
| " 36 " | $828.00 | $843.50 | $862.50 | $877.00 |
| " 42 " | $1,010.50 | $1,032.50 | $1,059.50 | $1,080.50 |
| " 48 " | $1,233.00 | $1,264.00 | $1,302.00 | $1,331.50 |
| Pension Band | 112 | 112 | 112 | 112 |

(Continued on next page)

# APPENDIX C

## PAY TELEPHONE TECHNICIAN

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $273.50 | $273.50 | $273.50 | $273.50 |
| After 6 Months | $322.50 | $323.50 | $324.50 | $325.00 |
| " 12 " | $381.00 | $382.50 | $385.00 | $386.50 |
| " 18 " | $449.50 | $452.50 | $456.50 | $460.00 |
| " 24 " | $530.00 | $535.50 | $542.00 | $546.50 |
| " 30 " | $625.50 | $633.50 | $643.00 | $650.00 |
| " 36 " | $738.00 | $749.50 | $762.50 | $773.00 |
| " 42 " | $871.00 | $886.50 | $905.00 | $919.00 |
| " 48 " | $1,028.00 | $1,048.50 | $1,073.50 | $1,093.00 |
| " 54 " | $1,213.00 | $1,240.00 | $1,273.50 | $1,299.50 |
| " 60 " | $1,431.00 | $1,467.00 | $1,511.00 | $1,545.00 |
| Pension Band | 117 | 117 | 117 | 117 |

## SUPPLIES ATTENDANT

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $291.00 | $291.50 | $293.00 | $293.50 |
| " 12 " | $354.00 | $356.00 | $358.50 | $360.50 |
| " 18 " | $430.50 | $434.50 | $439.50 | $443.00 |
| " 24 " | $524.00 | $530.50 | $538.50 | $544.50 |
| " 30 " | $637.50 | $647.50 | $659.50 | $669.00 |
| " 36 " | $776.00 | $790.50 | $808.00 | $822.00 |
| " 42 " | $944.00 | $964.50 | $990.00 | $1,009.50 |
| " 48 " | $1,149.00 | $1,177.50 | $1,213.00 | $1,240.50 |
| Pension Band | 110 | 110 | 110 | 110 |

(Continued on next page)

## APPENDIX C

### TECHNICAL ASSOCIATE

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $290.50 | $291.00 | $292.50 | $293.00 |
| " 12 " | $352.50 | $355.00 | $357.50 | $359.50 |
| " 18 " | $428.00 | $432.50 | $437.00 | $441.00 |
| " 24 " | $520.00 | $526.50 | $534.50 | $540.50 |
| " 30 " | $632.00 | $641.50 | $653.50 | $663.00 |
| " 36 " | $767.50 | $782.00 | $799.50 | $813.00 |
| " 42 " | $932.00 | $952.50 | $977.50 | $997.00 |
| " 48 " | $1,132.00 | $1,160.50 | $1,195.50 | $1,222.50 |
| Pension Band | 109 | 109 | 109 | 109 |

# APPENDIX C
## SUPPLEMENTAL STATEMENTS
## SUMMARY

| STATEMENT NO. | TITLE |
|---|---|
| 1. | Payment of Group 1 Rate to Employees on Certain Types of Preventive Maintenance Work |
| 2. | Classification of Installation Work Between Group 1 and Group 2 |
| 3. | Lunch Periods |
| 4 | Rotation of Night Work Among Cable Splicing Forces |
| 5. | Use of Employee-Owned Automobiles |
| 6. | Supervisor's Manual |

-O-BP Document 37 Filed 09/09/26 Page 155 o

## SUPPLEMENTAL STATEMENTS

1. PAYMENT OF GROUP 1 RATE TO EMPLOYEES ON CERTAIN TYPES OF PREVENTIVE MAINTENANCE WORK

The purpose of the following is to better define the classification of preventive maintenance work between Group 1 and Group 2 workers:

A. Drop Wire, Inside Wire, and Station Cords

The locating and clearing of trouble indicated by wet weather tests or resulting from subscriber reports and/or tests shall be classified as Group 1 work; however, where such trouble is located and is then cleared on a temporary basis, the later routine replacement of the plant involved shall be classified as Group 2 work. The identification of defective drop wires for the purpose of subsequent clearing of the trouble shall not be considered as "cleared on a temporary basis."

Straight drop wire patrol work involving partial or complete drop wire replacement, rerouting (including the necessary inside wire work on the subscriber's premises), tree trimming, and other drop or inside wire repair work not involving the locating of trouble found through tests, shall be classified as Group 2 work and may be carried out by installers and outside plant technicians.

Repair or replacement of subscriber's station cords resulting from tests from the Central Office desk or in connection with the use of portable electronic test sets or other similar devices shall be classified as Group 1 work. Routine replacement of subscriber station cords on other than a trouble testing basis as above described shall be classified as Group 2 work.

APP 0153 6201-JZ 00149

B. Cable Work

The following shall be Group 1 work:

(a) Cable splicing work.

(b) Locating and clearing cable trouble by opening the sheath and repairing cable conductors.

(c) Cutting in cable terminals, regardless of size or method.

(d) Sheath welding.

All other preventive maintenance work not requiring a Cable Splicing Technician shall be considered as Group 2 work.

C. The general types of work operations listed above and other work associated with preventive maintenance may be carried out by Group 1 employees or by Group 2 employees for training purposes or to such extent as their qualifications permit. Subject to any applicable provisions of Article XIII, which covers Job Vacancy, each employee shall be assigned the appropriate title under Group 1 or Group 2, dependent upon that employee's preponderant duties.

2. CLASSIFICATION OF INSTALLATION WORK BETWEEN GROUP 1 AND GROUP 2
(Work Primarily On The Subscriber's Premises)

In order to better define the classification of installation work between Group 1 and Group 2, lists of typical job assignments are shown below.

-O-BP Document 37 Filed 09/09/26 Page 157 o

A. Install, reinstall, reconnect, rearrange, move, change, disconnect, or remove:

1. Auxiliary signals, push buttons, and buzzers, directly associated with equipment listed hereunder.

2. Cord type PBX.

3. Cordless type PBX.

4 Cord circuit at PBX.

5. PBX trunk jacks, station jacks, and associated switchboard equipment.

6. PBX tie line with associated switchboard or tie line equipment (equipment not in place).

7. Storage battery.

8. Rectifier.

9. Code calling equipment.

10. Conference service equipment.

11. PAX equipment units — all types.

12. 750 or 755 PAX.

13. 750 or 755 PAX key station.

14 Order turrets and call distributors.

15. 1A Interphone System and 2A and 3A Communication Systems.

APP 0155 6201-JZ 00151

-O-BP Document 37 Filed 09/09/26 Page 158 o

16. 1A Key telephone system with visual signalling, or to intercommunicate, or to automatically cut off or exclude.

17. Visual signalling equipment.

18. 102 Key equipment, or key box or line.

19. Secretarial service equipment.

20. No. 4 type Key equipment.

21. 6A Key equipment (dial intercom).

22. Teletype equipment.

23. Telephoto equipment.

24. Paging systems.

25. Volume limiter equipment.

26. Automatic telephone answering equipment.

27. Distant talking microphone set.

28. Interconnect devices directly associated with equipment listed above.

B. Regrade or regroup PAX or multiple PBX trunk circuits.

C. Test and adjust mobile radio station or television equipment.

D. Equalize loops (all types).

E. Maintain, install, and repair equipment arranged for carrier operation.

APP 0156 6201-JZ 00152

-O-BP Document 37 Filed 09/09/26 Page 159 of

A. Install, reinstall, reconnect, rearrange, move, change, disconnect, or remove:

1. Auxiliary signals (other than visual signals), push buttons, and buzzers, directly associated with equipment listed hereunder.

2. Main station.

3. PBX station.

4 Extension station.

5. Jacks for portable station.

6. Private line equipment.

7. Special service circuits.

8. Pay telephone and associated equipment.

9. Telephone booths, shelves, pedestals, and associated equipment.

10. Outside or explosive atmosphere telephone set.

11. Broadcasting and supervisory loops.

12. PBX trunk or tie line (equipment in place).

13. 1A Key telephone system to pick up, hold, or manually cut off or exclude, where visual signalling is not involved.

14 Handsets, including amplifier, push-to-talk, weak speech, shoulder rest, etc.

15. Long cords or special cords.

16. Operator's handset or headset.

17. Line on secretarial service equipment (equipment in place).

18. Illuminated dial telephone set.

19. Recorder coupler.

20. Recorder connector.

21. 106- and 107-type loudspeakers.

22. Interconnect devices directly associated with equipment listed above.

B. Change:

1. Pairing.

2. Class of service.

3. Coin number plate.

4 Grouping for party line fill.

C. Place, connect, move, or remove mobile radio station or television equipment.

D. Restrict, intercept, or remove from intercepting PAX station lines.

E. Place, connect, move or remove equipment arranged for carrier operation, and make necessary tests and adjustments encountered on installation of such equipment.

Note: Drop wire work, inside wire work, and other work of this general type associated with installation work shall be classified as Group 2 work.

3. LUNCH PERIODS

The length of the lunch period for Craft construction forces shall be thirty (30) minutes, unless constant attendance at the post of duty is required. The length of the lunch period for other Craft employees having outside plant maintenance titles may be either forty-five (45) minutes or one (1) hour as desired by the majority of such employees in a particular exchange.

In certain other forces, a thirty (30)-minute lunch period may be permitted if specifically approved by General Management. [This applies particularly to testroom employees who were formerly on a thirty (30)-minute lunch period schedule.]

No change in lunch hour practice is contemplated for other forces.

When an employee is temporarily assigned to a group observing a different lunch period, the employee will be required to follow the lunch hour practice observed by the group to which he or she is temporarily assigned. In such cases where an employee normally works from 8 a.m. to 4:45 p.m. and is temporarily assigned to a group having a one (1)-hour lunch period and working from 8 a.m. to 5 p.m., no overtime payment will be involved.

4. ROTATION OF NIGHT WORK AMONG CABLE SPLICING FORCES

It is agreed that night cable splicing work over an extended period will be rotated among the available cable splicing forces so that a given employee will not be regu-

-O-BP Document 37 Filed 09/09/26 Page 162 of

larly scheduled for consecutive night tours for more than a thirty (30) day period. After such a period of consecutive night tours, the employee will be assigned to day tours for a period of not less than thirty (30) days before reassignment to night tours on a regular basis.

5. USE OF EMPLOYEE-OWNED AUTOMOBILES

Employee-owned and driven automobiles may be used incident to the Company's business for the convenience of the employee provided that the employee carries adequate insurance coverage with an approved insurance company, and the necessary authorization is obtained through lines of organization in accordance with the existing instructions.

Information concerning the procedure in obtaining authorization to drive employee-owned automobiles on Company time may be secured through the immediate supervisor.

The extent to which personal cars may be used on Company business must of necessity be determined in the areas, and this statement is not intended as indicating any viewpoint as to whether such usage in any locality should or should not be increased.

The safe operation of non-Company automobiles on Company time by employees is a responsibility of the Company even though the automobiles may be used primarily for the convenience of the employee.

6. SUPERVISOR'S MANUAL

The Company will furnish the Union, for informational purposes, copies of the Supervisor's Manual when revised.

-O-BP Document 37 Filed 09/09/26 Page 163 o

## APPENDIX D

1.01 a. **CLERICAL CLASSIFICATIONS AND JOB TITLES**

**E-1 CLERICAL BAND:** Employee who performs simple clerical work which includes answering telephones, serving as a messenger, handling mail, filing, routine typing, etc.

Office Clerical Assistant-D

**E-2 CLERICAL BAND:** Employee who may perform various clerical work of less advanced nature than that involved in E-3 Clerical.

Miscellaneous Summaries Clerk
Typist-D

**E-3 CLERICAL BAND:** Employee who performs work which requires specialized training and ability.

Force Reports Clerk
Records Clerk-D
Service Results Clerk
Stenographer-D

**SS-1 CLERICAL BAND:** Employee who performs clerical work which requires a still higher degree of specialized training and ability.

Computer Attendant-D
DAS/C Data Base Clerk
Force Adjustment Clerk
General Clerk-D
Payroll Change Clerk
Senior Records Clerk-D
Senior Stenographer-D

APP 0161 6201-JZ 00157

**SS-2 CLERICAL BAND:** Employee who performs complex clerical work which requires specialized training and ability.

Head Clerk-D
Head Stenographer-D
Senior General Clerk-D
Service Evaluator

b. **CENTRAL OFFICE ASSISTANT CLASSIFICATION**

Central Office Assistant

c. **CONSOLE OPERATOR CLASSIFICATION**

Console Operator

d. **CONTACT CLASSIFICATION**

Business Services Instructor

e. **OPERATING CLASSIFICATION**

Central Office Clerk
Operator
Service Assistant

1.02 Wage Schedules for job titles shown in paragraph 1.01 preceding, shall be applied in accordance with Sections 1. and 2. in Article IV, Basis of Compensation, of the 2017 Departmental Agreement. Applicable Wage Schedules are included as Appendix E for job titles in 1.01 a. preceding, and in this Appendix for job titles in 1.01 b., c., d., and e. preceding.

# APPENDIX D

## WAGE PROGRESSION SCHEDULES
## CENTRAL OFFICE ASSISTANT CLASSIFICATION

### Basic Wage Rates for Normal Work Week

**CENTRAL OFFICE ASSISTANT**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $245.00 | $245.00 | $245.00 | $245.00 |
| After 6 Months | $298.00 | $299.00 | $300.50 | $301.50 |
| " 12 " | $362.50 | $365.00 | $368.00 | $370.50 |
| " 18 " | $441.00 | $445.50 | $451.50 | $455.50 |
| " 24 " | $536.50 | $544.00 | $553.00 | $560.50 |
| " 30 " | $652.50 | $664.00 | $678.00 | $689.00 |
| " 36 " | $793.50 | $810.50 | $831.50 | $847.50 |
| " 42 " | $965.50 | $989.50 | $1,019.00 | $1,042.00 |
| Pension Band | 105 | 105 | 105 | 105 |

# APPENDIX D

## WAGE PROGRESSION SCHEDULES
## CONSOLE OPERATOR CLASSIFICATION

### Basic Wage Rates for Normal Work Week

**CONSOLE OPERATOR**

| Wage Length | Effective Dates | | | |
|---|---|---|---|---|
| of Service | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $289.00 | $290.00 | $291.00 | $292.00 |
| " 12 " | $349.00 | $351.50 | $354.50 | $356.50 |
| " 18 " | $421.50 | $426.00 | $431.50 | $435.50 |
| " 24 " | $509.50 | $517.00 | $525.50 | $532.50 |
| " 30 " | $615.50 | $626.50 | $640.00 | $650.50 |
| " 36 " | $744.00 | $760.00 | $779.50 | $794.50 |
| " 42 " | $899.00 | $921.50 | $949.00 | $970.50 |
| Pension Band | 103 | 103 | 103 | 103 |

# APPENDIX D

## WAGE PROGRESSION SCHEDULES
## CONTACT CLASSIFICATION

### Basic Wage Rates for Normal Work Week

**BUSINESS SERVICES INSTRUCTOR**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $261.50 | $261.50 | $261.50 | $261.50 |
| After 6 Months | $315.50 | $316.50 | $317.50 | $318.50 |
| " 12 " | $380.50 | $383.00 | $386.00 | $388.00 |
| " 18 " | $459.50 | $463.50 | $469.00 | $473.00 |
| " 24 " | $554.50 | $561.00 | $569.50 | $576.00 |
| " 30 " | $669.00 | $679.50 | $692.00 | $701.50 |
| " 36 " | $807.00 | $822.00 | $840.50 | $854.50 |
| " 42 " | $974.00 | $995.00 | $1,021.00 | $1,041.50 |
| " 48 " | $1,175.00 | $1,204.50 | $1,240.50 | $1,268.50 |
| Pension Band | 110 | 110 | 110 | 110 |

# APPENDIX D

## WAGE PROGRESSION SCHEDULES
## OPERATING CLASSIFICATIONS

### Basic Wage Rates for Normal Work Week

**CENTRAL OFFICE CLERK**
**SERVICE ASSISTANT**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $249.00 | $249.00 | $249.00 | $249.00 |
| After 6 Months | $300.50 | $301.50 | $302.50 | $303.00 |
| " 12 " | $362.50 | $364.50 | $367.50 | $369.50 |
| " 18 " | $437.00 | $441.00 | $446.00 | $450.00 |
| " 24 " | $527.00 | $533.50 | $541.50 | $548.00 |
| " 30 " | $636.00 | $646.00 | $658.00 | $667.00 |
| " 36 " | $767.00 | $781.50 | $799.00 | $812.50 |
| " 42 " | $925.00 | $945.50 | $970.50 | $989.50 |
| " 48 " | $1,116.00 | $1,144.00 | $1,178.50 | $1,205.00 |
| Pension Band | 109 | 109 | 109 | 109 |

**OPERATOR**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $288.50 | $289.50 | $290.50 | $291.50 |
| " 12 " | $348.50 | $350.50 | $353.00 | $355.00 |
| " 18 " | $421.00 | $424.50 | $429.50 | $433.00 |
| " 24 " | $508.00 | $514.50 | $522.00 | $528.00 |
| " 30 " | $613.50 | $623.00 | $634.50 | $643.50 |
| " 36 " | $741.00 | $755.00 | $771.50 | $784.50 |
| " 42 " | $895.00 | $914.50 | $938.00 | $956.50 |
| " 48 " | $1,080.50 | $1,107.50 | $1,140.50 | $1,166.00 |
| Pension Band | 108 | 108 | 108 | 108 |

# APPENDIX E

## WAGE PROGRESSION SCHEDULES
## CLERICAL CLASSIFICATIONS

### APPENDICES A, B, C, and D

### Basic Wage Rates for Normal Work Week

**E-1 CLERICAL**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $281.50 | $282.50 | $283.50 | $284.50 |
| " 12 " | $332.00 | $334.00 | $336.50 | $338.50 |
| " 18 " | $391.50 | $395.00 | $399.50 | $403.00 |
| " 24 " | $461.50 | $467.50 | $474.00 | $479.50 |
| " 30 " | $544.00 | $552.50 | $563.00 | $570.50 |
| " 36 " | $641.00 | $653.50 | $668.00 | $679.00 |
| " 42 " | $756.00 | $772.50 | $793.00 | $808.50 |
| " 48 " | $891.00 | $913.50 | $941.00 | $962.00 |
| Pension Band | 103 | 103 | 103 | 103 |

**E-2 CLERICAL**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $286.50 | $287.50 | $288.50 | $289.50 |
| " 12 " | $344.00 | $346.00 | $348.50 | $350.50 |
| " 18 " | $412.50 | $416.50 | $421.00 | $424.50 |
| " 24 " | $494.50 | $501.00 | $508.50 | $514.00 |
| " 30 " | $593.50 | $602.50 | $614.00 | $622.50 |
| " 36 " | $711.50 | $725.00 | $741.50 | $754.00 |
| " 42 " | $853.50 | $872.50 | $895.00 | $913.00 |
| " 48 " | $1,024.00 | $1,049.50 | $1,081.00 | $1,105.50 |
| Pension Band | 106 | 106 | 106 | 106 |

(Continued on next page)

## APPENDIX E

### E-3 CLERICAL

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $288.00 | $288.50 | $290.00 | $290.50 |
| " 12 " | $346.50 | $349.00 | $351.50 | $353.50 |
| " 18 " | $417.50 | $421.50 | $426.00 | $429.50 |
| " 24 " | $503.00 | $509.00 | $516.50 | $522.50 |
| " 30 " | $605.50 | $615.00 | $626.50 | $635.00 |
| " 36 " | $729.50 | $743.00 | $759.50 | $772.50 |
| " 42 " | $878.50 | $897.50 | $921.00 | $939.00 |
| " 48 " | $1,058.00 | $1,084.50 | $1,117.00 | $1,142.00 |
| Pension Band | 107 | 107 | 107 | 107 |

### SS-1 CLERICAL

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $288.50 | $289.50 | $290.50 | $291.50 |
| " 12 " | $349.00 | $351.00 | $353.50 | $355.50 |
| " 18 " | $421.50 | $425.00 | $430.00 | $433.50 |
| " 24 " | $509.00 | $515.50 | $523.00 | $529.00 |
| " 30 " | $615.00 | $624.50 | $636.00 | $645.00 |
| " 36 " | $743.00 | $756.50 | $773.50 | $787.00 |
| " 42 " | $897.50 | $917.00 | $941.00 | $959.50 |
| " 48 " | $1,084.00 | $1,111.00 | $1,144.50 | $1,170.50 |
| Pension Band | 108 | 108 | 108 | 108 |

(Continued on next page)

## APPENDIX E

### SS-2 CLERICAL

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $290.00 | $291.00 | $292.00 | $292.50 |
| " 12 " | $351.50 | $354.00 | $356.50 | $358.50 |
| " 18 " | $426.50 | $430.50 | $435.50 | $439.00 |
| " 24 " | $517.50 | $524.00 | $531.50 | $537.50 |
| " 30 " | $627.50 | $637.50 | $649.00 | $658.50 |
| " 36 " | $761.00 | $775.50 | $793.00 | $806.00 |
| " 42 " | $923.50 | $943.50 | $968.50 | $987.00 |
| " 48 " | $1,120.00 | $1,148.00 | $1,182.50 | $1,209.00 |
| Pension Band | 109 | 109 | 109 | 109 |

### S-1 CLERICAL

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $245.00 | $245.00 | $245.00 | $245.00 |
| After 6 Months | $297.50 | $298.00 | $299.50 | $300.00 |
| " 12 " | $360.50 | $363.00 | $365.50 | $367.50 |
| " 18 " | $437.50 | $442.00 | $446.50 | $450.50 |
| " 24 " | $531.00 | $537.50 | $545.50 | $552.00 |
| " 30 " | $644.50 | $654.50 | $666.50 | $676.00 |
| " 36 " | $782.00 | $796.50 | $814.50 | $828.00 |
| " 42 " | $948.50 | $969.50 | $995.00 | $1,014.50 |
| " 48 " | $1,151.00 | $1,180.00 | $1,215.50 | $1,243.00 |
| Pension Band | 110 | 110 | 110 | 110 |

(Continued on next page)

# APPENDIX E

## S-2 CLERICAL

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $254.50 | $254.50 | $254.50 | $254.50 |
| After 6 Months | $308.50 | $309.50 | $310.50 | $311.50 |
| " 12 " | $374.00 | $376.50 | $379.50 | $381.50 |
| " 18 " | $453.50 | $458.00 | $463.00 | $467.00 |
| " 24 " | $550.00 | $557.00 | $565.00 | $571.50 |
| " 30 " | $667.00 | $677.50 | $690.00 | $699.50 |
| " 36 " | $808.50 | $823.50 | $842.00 | $856.00 |
| " 42 " | $980.50 | $1,002.00 | $1,028.00 | $1,048.00 |
| " 48 " | $1,189.00 | $1,218.50 | $1,255.00 | $1,283.00 |
| Pension Band | 111 | 111 | 111 | 111 |

# APPENDIX F
## EXCHANGES AND JOB VACANCY SCOPES

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Arkansas** | Altheimer | Jacksonville* |
| | Arkadelphia | Jessieville |
| | Ashdown | Jonesboro |
| | Batesville | Lake Village |
| | Beebe | Little Rock |
| | Benton | Lonoke |
| | Bentonville | Magnolia |
| | Blytheville | Malvern |
| | Brinkley | Marianna |
| | Camdem | McGehee |
| | Cash | Mena |
| | Cave City | Monticello |
| | Center Ridge | Morrilton |
| | Chidester | Nashville |
| | Concord | Newark |
| | Conway | Newport |
| | Dermott | Osceola |
| | Earle | Paragould |
| | El Dorado | Parkin |
| | Eudora | Pine Bluff |
| | Eureka Springs | Portland |
| | Fayetteville | Rogers |
| | Forrest City | Russellville* |
| | Fort Smith | Searcy |
| | Grady | Smackover |
| | Gravette | Springdale |
| | Gurdon | Stamps |
| | Hamburg | Stephens |
| | Harrisburg | Strong |
| | Heber Springs | Van Buren |
| | Helena | Walnut Ridge |
| | Hickory Ridge | Warren |
| | Hindsville | West Memphis |
| | Hope | Wilson |
| | Hot Springs | Wynne |
| | Hughes | |

*Non-Company-Owned Exchange.

-O-BP Document 37 Filed 09/09/26 Page 174 o

# EXCHANGES AND JOB VACANCY SCOPES
(Continued)

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Kansas** | Abilene | Larned |
| | Anthony | Lawrence |
| | Arkansas City | Leavenworth/Lansing |
| | Atchison | Liberal |
| | Atwood | Lincoln |
| | Belleville | Lindsborg |
| | Beloit | Lyons |
| | Blue Rapids | Manhattan |
| | Bucklin | Mankato |
| | Caney | Marion |
| | Chanute | Marysville |
| | Chase | McPherson |
| | Cheney | Meade |
| | Cherryvale | Medicine Lodge |
| | Clay Center | Minneapolis |
| | Coffeyville | Neodesha |
| | Colby | Newton |
| | Coldwater | Norton |
| | Concordia | Oakley |
| | Cottonwood Falls | Oberlin |
| | DeSoto | Ottawa |
| | Dodge City | Paola |
| | El Dorado | Parsons |
| | Ellsworth | Peabody |
| | Emporia | Phillipsburg |
| | Erie | Pittsburg |
| | Eureka | Plainville |
| | Fort Scott | Pratt |
| | Garden City | Sabetha |
| | Goodland | Salina |
| | Great Bend | Scott City |
| | Greensburg | Sedan |
| | Halstead | Seneca |
| | Harper | Smith Center |
| | Hays | St. Francis |
| | Herington | Stafford |
| | Howard | Stockton |
| | Hoxie | Sublette |
| | Hutchinson | Tonganoxie |
| | Independence | Topeka |
| | Iola | Washington |
| | Kansas City, KS | Wellington |
| | Kansas City, MO | Wichita |
| | Kingman | Winfield |
| | Kinsley | Yates Center |
| | LaCrosse | |

APP 0172 6201-JZ 00168

-O-BP Document 37 Filed 09/09/26 Page 175 o

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Missouri** | Adrian | Herculaneum/Pevely |
| | Advance | High Ridge |
| | Antonia | Hillsboro |
| | Arbela** | Imperial |
| | Ash Grove | Ironton |
| | Billings | Jackson |
| | Bismarck | Jefferson City* |
| | Bonne Terre | Joplin |
| | Boonville | Kansas City, KS |
| | Bowling Green | Kansas City, MO |
| | Brookfield | Kennett |
| | Cabool* | Kirksville |
| | Camdenton | Knob Noster |
| | Cape Girardeau | Lake Ozark/Osage Beach |
| | Carrollton | Lamar |
| | Carthage | Lancaster |
| | Caruthersville | Linn |
| | Cedar Hill | Lockwood |
| | Chaffee | Louisiana |
| | Charleston | Malden |
| | Chillicothe | Mansfield* |
| | Columbia* | Marble Hill |
| | DeSoto | Marceline |
| | Dexter | Marionville |
| | East Prairie | Marshall |
| | Edina | Maryville* |
| | Eldon | Mexico |
| | Elsberry | Moberly |
| | Excelsior Springs | Monett |
| | Fair Grove | Montgomery City |
| | Farmington | Neosho |
| | Fayette | Nevada |
| | Festus/Crystal City | New Madrid |
| | Flat River | Nixa |
| | Fredericktown | Oran |
| | Fulton | Pacific |
| | Glasgow | Perryville |
| | Gravois Mills | Poplar Bluff |
| | Gray Summit | Portage Des Sioux |
| | Hannibal | Portageville |
| | Harrisonville* | Puxico |
| | Hayti | |

*Non-Company-Owned Exchange.
**Repeater Station.

APP 0173 6201-JZ 00169

-O-BP Document 37 Filed 09/09/26 Page 176 of

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Missouri** (continued) | Qulin | Stanberry |
| | Republic | Ste. Genevieve |
| | Richmond | Strafford |
| | Rogersville | Sullivan* |
| | Rolla* | Trenton |
| | Scott City | Union |
| | Sedalia | Van Buren* |
| | Senath | Versailles |
| | Sikeston | Vienna |
| | Slater | Washington |
| | Smithville | Webb City |
| | Springfield | Wellsville |
| | St. Clair | Wentzville* |
| | St. Joseph | Willard |
| | St. Louis*** | |
| **Oklahoma** | Ada | Davis |
| | Afton | Drumright |
| | Altus | Duncan |
| | Alva | Durant |
| | Anadarko | El Reno |
| | Antlers | Eldorado |
| | Ardmore | Elk City |
| | Atoka | Enid |
| | Bartlesville | Eufaula |
| | Billings | Fairview |
| | Binger | Fort Cobb |
| | Blackwell | Fort Gibson |
| | Bristow | Grove |
| | Cache | Guthrie |
| | Chandler | Harrah |
| | Chelsea | Hartshorne |
| | Cherokee | Healdton |
| | Chickasha | Henryetta |
| | Claremore | Hobart |
| | Cleveland | Holdenville |
| | Clinton | Hooker* |
| | Coalgate | Hugo |
| | Collinsville | Idabel |
| | Cordell | Ketchum |
| | Cushing | Kingston |

*Non-Company-Owned Exchange.
***Includes St. Louis County Exchanges, Maxville, St. Charles and Harvester.

APP 0174 6201-JZ 00170

-O-BP Document 37 Filed 09/09/26 Page 177 of

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Oklahoma** (continued) | Konawa<br>Lawton<br>Madill<br>Mangum<br>Marietta<br>Marlow<br>McAlester<br>Medford<br>Miami<br>Minco<br>Muldrow<br>Muskogee<br>Newkirk<br>Noble<br>Nowata<br>Okemah<br>Oklahoma City<br>Okmulgee<br>Pauls Valley<br>Pawhuska<br>Pawnee<br>Perry<br>Ponca City<br>Pryor<br>Rush Springs<br>Sallisaw<br>Sayre | Seminole<br>Shawnee<br>Skiatook<br>Spiro<br>Stigler<br>Stillwater<br>Stratford<br>Stroud*<br>Tahlequah<br>Talihina<br>Tishomingo<br>Tonkawa<br>Tulsa<br>Vinita<br>Walters<br>Waurika<br>Weatherford<br>Weleetka<br>Westville<br>Wetumka<br>Wewoka<br>Wilburton<br>Wilson<br>Woodward<br>Wynnewood<br>Yale |
| **Central & West Texas and South Texas** | Abilene<br>Alamo/Pharr/San Juan<br>Albany<br>Alice<br>Alpine<br>Amarillo<br>Anson<br>Austin<br>Bandera<br>Bartlett<br>Bastrop<br>Beeville<br>Belton<br>Big Spring<br>Borger<br>Bracketville | Brownsville<br>Cameron<br>Canadian<br>Canyon<br>Carrizo Springs<br>Castroville<br>Colorado City<br>Corpus Christi<br>Cotulla<br>Crane<br>Crystal City<br>Cuero<br>Del Rio*<br>Devine<br>Donna<br>Eagle Pass |

*Non-Company-Owned Exchange.

-O-BP Document 37 Filed 09/09/26 Page 178 o

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Central & West Texas and South Texas** (continued) | Edcouch | Monahans |
| | Edinburg | New Braunfels |
| | Edna | Odessa |
| | El Paso | Pampa |
| | Elgin | Pearsall |
| | Flatonia | Pipe Creek |
| | Floydada | Plainview |
| | Fort Stockton | Pleasanton |
| | Freer | Port Isabel |
| | Goldsmith | Poteet |
| | Goliad | Refugio |
| | Gruver | Rio Hondo |
| | Hale Center | Rockdale |
| | Hallettsville | Rockport |
| | Hamlin | Rotan |
| | Harlingen | San Angelo* |
| | Hebbronville | San Antonio |
| | Hereford | San Benito |
| | Hillsboro | San Diego |
| | Hondo | Sanderson |
| | Karnes City | Seguin |
| | Kenedy | Seminole |
| | Kermit | Shamrock |
| | Kerrville* | Shiner |
| | Kingsville | Sinton |
| | Lampasas | Slaton |
| | Laredo | Smithville |
| | Lockhart | Snyder |
| | Lockney | Stamford |
| | Los Fresnos | Stanton |
| | Lubbock | Sweetwater |
| | Luling | Taylor |
| | Marfa | Teague |
| | Marlin | Temple |
| | Mathis | Terminal |
| | McAllen | Uvalde |
| | McCamey | Victoria |
| | McLean | Waco |
| | Mercedes | Woodsboro |
| | Meridian | Yoakum* |
| | Mexia | Yorktown |
| | Midland | Zapata |
| | Mission | |

*Non-Company-Owned Exchange.

APP.0176 6201-JZ 00172

-O-BP Document 37 Filed 09/09/26 Page 179 o

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Dallas/Fort Worth** | Allen<br>Alvarado<br>Atlanta<br>Aubrey<br>Bowie<br>Breckenridge<br>Burkburnett<br>Carthage<br>Celina<br>Childress<br>Cisco<br>Cleburne<br>Corsicana<br>Dallas<br>Denison<br>Denton<br>Eastland<br>Ennis<br>Farmersville<br>Fort Worth<br>Frisco<br>Gainesville<br>Graham<br>Granbury<br>Greenville<br>Henrietta<br>Honey Grove<br>Italy<br>Jacksboro<br>Jacksonville* | Jefferson<br>Jewett<br>Lindale<br>Longview<br>Marshall<br>McKinney<br>Midlothian<br>Mineola<br>Mineral Wells<br>Mt. Pleasant<br>Paris<br>Pittsburg<br>Pottsboro<br>Princeton<br>Quanah<br>Ranger<br>Red Oak<br>Rockwall<br>Royse City<br>Sherman*<br>Strawn<br>Terrell<br>Texarkana*<br>Tyler<br>Vernon<br>Waxahachie<br>Weatherford<br>Wichita Falls<br>Wills Point<br>Wolfe City |
| **Houston & Southeast Texas** | Alvin<br>Angleton<br>Bay City<br>Beaumont<br>Bellville<br>Brenham<br>Bridge City<br>Bryan*<br>Buna<br>Center<br>Cleveland | Clute/Lake Jackson<br>Columbus<br>Corrigan<br>Dayton<br>Deweyville<br>Dickinson*<br>Eagle Lake<br>El Campo<br>Fannett<br>Freeport<br>Galveston |

*Non-Company-Owned Exchange.

APP 0177 6201-JZ 00173

-O-BP Document 37 Filed 09/09/26 Page 180 o

| Scope | Exchanges Within Scope | |
|---|---|---|
| **Houston & Southeast Texas** | Hearne | Richmond/Rosenberg |
| | Hempstead | San Augustine |
| | Houston | Sealy |
| | Huntsville | Silsbee |
| | Jasper | Sour Lake |
| | Kirbyville | Splendora |
| | Kountze | Spring |
| | Liberty | Spurger |
| | Lufkin* | Texas City/Lamarque |
| | Lumberton | Timpson |
| | Madisonville | Tomball |
| | Mauriceville | Vidor |
| | Nacogdoches | Waller |
| | Nederland/Pt. Neches | Warren |
| | Orange | Westbury |
| | Port Arthur/Groves | Wharton |
| | Port Bolivar | Woodville |
| | Prairie View | |

*Non-Company-Owned Exchange.

APP 0178 6201-JZ 00174

# APPENDIX G

## JOB GROUPS LIST

| | Job Titles | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|---|
| GROUP A | Communications Technician<br>Network Center Technician<br>RMATS Technician<br>Systems Analyst*<br>Systems Technician | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |
| GROUP B | Business Representative<br>Communications Consultant<br>Customer Representative<br>Customer Service Representative II<br>Field Assistant<br>Pay Telephone Consultant | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |
| GROUP C | Cable Splicing Technician<br>Combination Technician<br>Customer Services Technician<br>Data Services Technician<br>Outside Plant Technician | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |
| GROUP D | Air Conditioning Specialist<br>Building Mechanic<br>Motor Equipment Inspector/Maintainer | Same Title | Same Job Group | Remaining Job Groups In Descending Order | Group C |

## JOB GROUPS LIST

| | Job Titles | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|---|
| GROUP E | Coin Counter<br>Driver-Tractor Trailer<br>Pay Telephone Technician<br>Supplies Attendant | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |
| GROUP F | Central Office Translations Specialist<br>Circuit Design Specialist<br>Customer Services Representative<br>Facilities Specialist<br>Frame Attendant<br>Line Translations Specialist | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |
| GROUP G | Business Services Instructor<br>Business Systems Representative<br>Customer Service Representative I<br>Head Service Representative<br>Installation Coordinator<br>Leveraged Service Representative<br>Marketing Assistant<br>Senior Consultant<br>Service Representative | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |

## JOB GROUPS LIST

| | Job Titles | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|---|
| GROUP H | CAD Technical Specialist<br>Central Office Clerk<br>Customer Services Specialist<br>Graphics Specialist<br>Revenue Management Representative<br>Sales and Service Consultant<br>Service Assistant<br>SS-1 Titles<br>SS-2 Titles<br>S-1 Titles<br>S-2 Titles<br>Technical Associate | Same Title | Same Job Group | Remaining Job Groups In Descending Order | NA |
| GROUP I | Customer Clerk<br>E-3 Titles<br>Operator<br>Teller | Same Title | Same Job Group | Remaining Job Groups In Descending Order | Group J |
| GROUP J | Assistant Customer Service Technician<br>Building Maintainer<br>Garage Attendant<br>House Service Attendant<br>House Service Maintainer | Same Title | Same Job Group | Group K | Group L |

## JOB GROUPS LIST

| | Job Titles | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|---|
| GROUP K | Central Office Assistant<br>Console Operator<br>E-1 Titles<br>E-2 Titles<br>Sales Agent<br>Sales Clerk | Same Title | Same Job Group | Group J | Group I |

-O-BP Document 37 Filed 09/09/26 Page 185 o

## APPENDIX I

1.01 a. **CLERICAL CLASSIFICATIONS AND JOB TITLES**

**E-1 CLERICAL BAND:** Employee who performs simple clerical work which includes answering telephones, serving as a messenger, handling mail, filing, routine typing, etc.

Office Clerical Assistant-I

**E-2 CLERICAL BAND:** Employee who may perform various clerical work of less advanced nature than that involved in E-3 Clerical.

Clerk-I

**E-3 CLERICAL BAND:** Employee who performs work which requires specialized training and ability.

Records Clerk-I

**SS-1 CLERICAL BAND:** Employee who performs clerical work which requires a still higher degree of specialized training and ability.

Project Clerk-I
Senior Records Clerk-I
Senior Reports Clerk-I
Senior Stenographer-I

**SS-2 CLERICAL BAND:** Employee who performs complex clerical work which requires specialized training and ability.

Head Clerk-I
Senior General Clerk-I
Service Order Writer-I

APP 0183 6201-JZ 00179

b. **CONTACT CLASSIFICATIONS**

**SALES AGENT**

Sales Agent

**SALES AND SERVICE CONSULTANT**

Sales and Service Consultant

**SENIOR CONSULTANT**

Senior Consultant

1.02 Wage Schedules for job titles shown in paragraph 1.01 preceding, shall be applied in accordance with Sections 1. and 2. of the Basis of Compensation Supplemental Statement set forth in this Appendix.

# APPENDIX I

## WAGE PROGRESSION SCHEDULES
## CLERICAL CLASSIFICATIONS

### Basic Wage Rates for Normal Work Week

**E-1 CLERICAL**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $281.50 | $282.50 | $283.50 | $284.00 |
| " 12 " | $331.50 | $333.50 | $336.00 | $338.00 |
| " 18 " | $390.50 | $394.50 | $398.50 | $402.00 |
| " 24 " | $460.00 | $466.00 | $472.50 | $478.00 |
| " 30 " | $542.00 | $550.50 | $560.50 | $568.50 |
| " 36 " | $638.50 | $650.50 | $665.00 | $676.00 |
| " 42 " | $752.00 | $768.50 | $788.50 | $804.00 |
| " 48 " | $886.00 | $908.00 | $935.00 | $956.00 |
| Pension Band | 703 | 703 | 703 | 703 |

**E-2 CLERICAL**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $286.50 | $287.50 | $288.50 | $289.00 |
| " 12 " | $343.00 | $345.50 | $348.00 | $349.50 |
| " 18 " | $411.00 | $415.00 | $419.50 | $423.00 |
| " 24 " | $492.50 | $499.00 | $506.00 | $512.00 |
| " 30 " | $590.50 | $599.50 | $610.50 | $619.00 |
| " 36 " | $707.50 | $720.50 | $736.50 | $749.00 |
| " 42 " | $847.50 | $866.00 | $888.50 | $906.00 |
| " 48 " | $1,015.50 | $1,041.00 | $1,072.00 | $1,096.00 |
| Pension Band | 706 | 706 | 706 | 706 |

(Continued on next page)

# APPENDIX I

## E-3 CLERICAL

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $287.50 | $288.50 | $289.50 | $290.50 |
| " 12 " | $346.00 | $348.50 | $351.00 | $353.00 |
| " 18 " | $416.50 | $420.50 | $425.00 | $428.50 |
| " 24 " | $501.00 | $507.50 | $515.00 | $521.00 |
| " 30 " | $603.00 | $612.50 | $624.00 | $633.00 |
| " 36 " | $726.00 | $739.50 | $756.00 | $769.00 |
| " 42 " | $873.50 | $892.50 | $916.00 | $934.00 |
| " 48 " | $1,051.00 | $1,077.50 | $1,110.00 | $1,135.00 |
| Pension Band | 707 | 707 | 707 | 707 |

## SS-1 CLERICAL

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $288.50 | $289.50 | $290.50 | $291.50 |
| " 12 " | $348.00 | $350.50 | $353.00 | $355.00 |
| " 18 " | $420.50 | $424.00 | $429.00 | $432.50 |
| " 24 " | $507.50 | $513.50 | $521.50 | $527.00 |
| " 30 " | $612.50 | $622.00 | $633.50 | $642.50 |
| " 36 " | $739.00 | $753.00 | $770.00 | $783.00 |
| " 42 " | $892.50 | $912.00 | $935.50 | $954.00 |
| " 48 " | $1,077.00 | $1,104.00 | $1,137.00 | $1,162.50 |
| Pension Band | 708 | 708 | 708 | 708 |

(Continued on next page)

# APPENDIX I

## SS-2 CLERICAL

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $239.00 | $239.00 | $239.00 | $239.00 |
| After 6 Months | $289.50 | $290.50 | $291.50 | $292.50 |
| " 12 " | $351.00 | $353.50 | $356.00 | $358.00 |
| " 18 " | $425.50 | $429.50 | $434.50 | $438.00 |
| " 24 " | $516.00 | $522.00 | $530.00 | $536.00 |
| " 30 " | $625.00 | $635.00 | $646.50 | $655.50 |
| " 36 " | $757.50 | $772.00 | $789.00 | $802.50 |
| " 42 " | $918.50 | $938.50 | $963.00 | $982.00 |
| " 48 " | $1,113.00 | $1,141.00 | $1,175.00 | $1,201.50 |
| Pension Band | 709 | 709 | 709 | 709 |

# APPENDIX I

## WAGE PROGRESSION SCHEDULES
## CONTACT CLASSIFICATIONS

### Basic Wage Rates for Normal Work Week

**SALES AGENT**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $279.50 | $279.50 | $279.50 | $279.50 |
| After 6 Months | $315.00 | $316.00 | $317.00 | $318.00 |
| " 12 " | $354.50 | $357.00 | $359.50 | $361.50 |
| " 18 " | $399.50 | $403.00 | $407.50 | $411.00 |
| " 24 " | $450.00 | $455.50 | $462.50 | $467.50 |
| " 30 " | $506.50 | $514.50 | $524.00 | $531.50 |
| " 36 " | $570.50 | $581.50 | $594.50 | $604.50 |
| " 42 " | $643.00 | $657.00 | $674.00 | $687.00 |
| " 48 " | $724.00 | $742.00 | $764.50 | $781.50 |
| Pension Band | 7A8 | 7A8 | 7A8 | 7A8 |

**SALES AND SERVICE CONSULTANT**

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $302.50 | $302.50 | $302.50 | $302.50 |
| After 6 Months | $341.00 | $342.00 | $343.50 | $344.50 |
| " 12 " | $385.00 | $387.00 | $390.00 | $392.50 |
| " 18 " | $434.00 | $438.00 | $443.00 | $446.50 |
| " 24 " | $489.50 | $495.50 | $503.00 | $508.50 |
| " 30 " | $552.00 | $560.50 | $571.00 | $579.50 |
| " 36 " | $622.50 | $634.50 | $648.50 | $659.50 |
| " 42 " | $702.00 | $717.50 | $736.50 | $751.00 |
| " 48 " | $792.00 | $812.00 | $836.50 | $855.50 |
| Pension Band | 700 | 700 | 700 | 700 |

(Continued on next page)

# APPENDIX I

**SENIOR CONSULTANT**

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $250.50 | $250.50 | $250.50 | $250.50 |
| After 6 Months | $305.50 | $306.50 | $307.50 | $308.50 |
| " 12 " | $372.50 | $375.00 | $377.50 | $379.50 |
| " 18 " | $454.50 | $458.50 | $463.50 | $467.50 |
| " 24 " | $554.00 | $561.00 | $569.00 | $575.50 |
| " 30 " | $675.50 | $686.00 | $698.50 | $708.50 |
| " 36 " | $824.00 | $839.00 | $858.00 | $872.00 |
| " 42 " | $1,004.50 | $1,026.50 | $1,053.00 | $1,074.00 |
| " 48 " | $1,225.00 | $1,255.50 | $1,293.00 | $1,322.00 |
| Pension Band | 712 | 712 | 712 | 712 |

# APPENDIX I

## SUPPLEMENTAL STATEMENTS SUMMARY

| STATEMENT NO. | TITLE |
|---|---|
| 1. | Basis of Compensation |
| 2. | Hours of Work |
| 3. | Holidays |
| 4 | Vacations |
| 5. | Job Vacancy |
| 6. | Promotional Pay Treatment |
| 7. | Temporary Work in Higher Positions |
| 8. | Force Adjustment |
| 9. | Job Groups List (Appendix G) |

# APPENDIX I

## SUPPLEMENTAL STATEMENTS

1. BASIS OF COMPENSATION

In lieu of Article IV, Basis of Compensation, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix I:

Section 1. **Rates of Pay**.

a. The Wage Schedules for all job titles shall be as set forth in Appendix I.

b. **Minimum Rates**. Each employee who enters the service of the Company shall begin employment at the minimum wage rate for the appropriate job title and schedule, except that appropriate allowance over such minimum rate may be made by the Company for an employee who has had previous experience or training considered to be of value.

c. **Maximum Rates**. The applicable maximum rates are set forth in the Wage Schedules included as Appendix I.

Section 2. **Progression Plan**. Progression increases shall be in accordance with the following:

a. Increase to the next higher rate as provided for in the applicable Wage Schedules included as Appendix I shall be after a progression interval equal to the difference in months between 1) the wage length of service shown by the applicable Wage Schedule for such next higher rate, and 2) that shown for the employee's current wage rate.

-O-BP Document 37 Filed 09/09/26 Page 194 o

b. Increase dates will be at six (6) month intervals, or at such other intervals as may be specified in the applicable Wage Schedules.

c. No wage increase shall become effective during a period of total disability which is continuous for eight (8) days or more.

d. **Progression Following Upgrading**. The length of consideration intervals for progression increases following upgrading shall be as provided in the Wage Schedules for the classification or job to which upgraded. The consideration interval for the first progression increase following upgrading shall begin with the date previously established for progression on the schedule of the job or classification from which upgraded except that if the wage rate step is established as the result of a step down from maximum as provided in Article XIV, Promotional Pay Treatment, of the 2017 Departmental Agreement, a new progression date shall be established in accordance with paragraph b. preceding.

Section 3. **Overtime at One and One-Half Times the Basic Hourly Rate.**

a. Compensation at the rate of one and one-half (1½) times the basic hourly rate shall be paid to employees for time worked outside of scheduled tours if in excess of eight (8) hours in a day or forty (40) hours worked on scheduled tours (except on an Authorized Holiday for a full-time employee) in any calendar week (except as may be otherwise required by law).

Note: Time worked less than ten (10) minutes in excess of scheduled tours shall be treated as normal trade time; and the time shall not be accounted for on work reports. This is in recognition of the fact that because of practical considerations or uncontrollable circum-

stances, employees occasionally will quit work a few minutes before or after the end of their scheduled tour. Such differences in work time shall be "traded out" on days following, in the same week. Trade time must be made up within the calendar week or else paid for as work time.

Trade time applies also to that travel time defined as work time. If employees are returned to a designated place of reporting less than ten (10) minutes after the close of a scheduled tour, such time, defined as work time, may be traded out during that current week. Trade time not traded out during the current week shall be paid for as work time.

It is the general policy of the Company to avoid the necessity of using trade time as far as practicable.

b. **Authorized Holidays**. For all employees, either all scheduled time worked, or time not worked but excused, without loss of pay, up to the length of a normal tour, whichever is greater, on an Authorized Holiday observed Monday through Saturday, shall be considered as work time for the purpose of determining hours in excess of the number of hours that constitute a normal work week at the basic rate in the calendar week; provided, however, that such treatment shall not apply where the employee is an "absentee" as defined in Article VIII, Section 4, Holidays, of the 2017 Departmental Agreement, or is treated as absent on the Holiday under Article XI, Absences From Duty, of the 2017 Departmental Agreement.

c. **Overtime at Two Times the Basic Hourly Rate**. Where an employee, at the Company's request, works overtime for which the rate of one and one-half ($1^1/_2$) times the basic hourly rate is otherwise applicable under Section 3., paragraph a., preceding, and such over-

time worked exceeds nine (9) hours in a calendar week, compensation for such overtime in excess of nine (9) hours in that week shall be paid, instead, at the rate of two (2) times the basic hourly rate.

Section 4 **Night Differentials**.

a. A night differential shall be paid to employees for each scheduled hour, or fraction thereof, worked after 10 p.m. in the amount of ten (10) percent of the employee's basic hourly rate.

b. **Night Differentials–Company Schools**. Night differentials to the extent normally applicable shall be paid to an employee regularly scheduled for night tours, for scheduled tours paid within the first week when assigned by the Company on scheduled day tours in a Company school.

2. HOURS OF WORK

In lieu of Article VI, Hours of Work, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix I:

Section 1. **Normal Work Week.** Forty (40) hours consisting of five (5) scheduled tours of eight (8) hours each shall constitute the normal work week; however, if service requirements demand, the forty (40) scheduled hours may be spread over any six (6) days in the calendar week. Tours may fall on any days of the week necessary to meet service requirements.

Section 2. **Normal Tour.**

a. A tour for full-time employees shall be considered as consisting of two (2) sessions, each of which shall not be less than three (3) hours, nor more than five (5) hours in length, exclusive of overtime periods. When the na-

ture of the employee's assignment requires constant attention at the post of duty, the tour is assumed to be divided into two (2) sessions.

b. A work day shall be the day on which a tour or session shall start. All time scheduled, assigned, or worked during or contiguous to a tour shall be considered as falling on the day the tour started.

Section 3.

a. **Full-time Tours**. Full-time tours of work shall be divided into two (2) sessions.

b. **Part-time Tours**. Part-time tours may be assigned. Such tours shall not be less than three (3) hours in length. Subject to employee consent, these tours may be more than eight (8) hours.

c. **Day Tours**. A day tour shall be one which falls wholly within the period from 6 a.m. to 10 p.m.

d. **Night Tours**. A night tour shall be one which falls wholly or partially between the hours of 10 p.m. and 6 a.m.

Section 4 **Assignment of Nonworking Days.** Assignment of nonworking days shall take into account both the service requirements and the preferences of the employees.

Section 5. **Callout Time.**

a. Employees who report for special duty at the Company's request on a scheduled day off or fifteen (15) minutes or more after release at the completion of their regular scheduled tour, shall be paid at the rate ap-

plicable to such work time for a minimum of two (2) hours except that this minimum shall not apply if the special time worked on such duty immediately precedes regular scheduled tours.

b. If an employee is required to report for special duty at a designated hour and adequate notice is given, the time between notification and the time required to reach the place of reporting for the job shall not be counted as work time unless such notification is given between 12 midnight and 5 a.m. If called between midnight and 5 a.m., work time shall be counted from the time called. A telephone call to anyone at the employee's place of residence shall constitute sufficient notice.

c. When an employee is called outside of scheduled hours for immediate special duty involving service emergencies, work time shall begin at the time of notification and shall include the necessary travel time going to the job and returning home after release on the job; provided, however, that if the special duty extends into the employee's next scheduled tour, the time required to return home shall not be so included.

d. Without changing the provisions of paragraphs a., b., or c. preceding, covering "callouts" for special duty, an employee who is directed by the Company to report for work on a day not scheduled as a work day shall be entitled to perform any work which he or she may be directed to do by the supervisor throughout the hours specified in such direction in each case where such employee reports for duty at the appointed time, weather conditions permit the performance of the work, the physical condition and conduct of the employee permit such employee to satisfactorily perform the work, and a sufficient period of time for adequate rest has elapsed since the employee last worked.

e. **Adequate Rest**. Paragraph d. preceding, and Article VII, Work Schedules, both provide that the employee shall be entitled to work provided that the physical condition and conduct of the employee permit such employee to satisfactorily perform the work, and a sufficient period of time for adequate rest has elapsed since the employee last worked.

It is not possible to specifically evaluate "a sufficient period of time for adequate rest," as this is dependent upon the nature of the work being performed, the conditions under which the work is performed, and the employee's physical condition. In general, under ordinary circumstances, sixteen (16) hours of work may be performed without an intervening period of rest. Normally eight (8) hours should be allowed for adequate rest between such a work period and the next work period.

The following examples illustrate how this clause might reasonably be applied for a normal person under ordinary circumstances:

Example 1
An employee works his or her regular tour from 8 a.m. to 5 p.m. He or she is needed to carry out emergency work and continues to work, with only meal time intervening, until 12 midnight, at which time the employee is released. A sufficient time for adequate rest would be from 12 midnight until 8 a.m. the next morning. In the same instance, if the employee had continued to work beyond midnight until 3 a.m., then that employee would not be expected to work his or her normal tour from 8 a.m. to 5 p.m., but would be permitted to come on duty at 11 a.m. and work the remainder of the tour (with adequate time out for meal) until 5 p.m.

Example 2

If an employee who normally works from 8 a.m. to 5 p.m. is called out at 4 a.m. and works until 8 a.m., the employee will, of course, be expected to work his or her normal tour in addition to the period from 4 a.m. to 8 a.m.

f. **Standby Duty**. An employee required by the Company to remain on standby duty on Company premises during an emergency, as determined by the Company, shall be paid until released, at the rate applicable to such work time.

Section 6. **Assigned Overtime**. Excluding work on an Authorized Holiday, an employee will not be assigned to work overtime, either on a scheduled day or a nonscheduled day, in excess of ten (10) hours in a calendar week during seven (7) months in a calendar year or in excess of fifteen (15) hours in a calendar week during five (5) months in a calendar year unless the employee consents to such overtime assignment, with the following exceptions:

a. in case of emergency — such as an event of national, state, or local importance, fire, explosion, or other catastrophe, severe weather conditions, major cable or equipment failure, or an act of God, etc.;

b. long-term service difficulties;

c. the employee involved is the "employee on job;" or

d. the employee is directed or assigned to work on a day not scheduled as a work day, in which case the employee will remain on duty as required during the hours so directed.

The Company shall specify the months, which need not be contiguous, by Department and location, in which the overtime limitations referred to above shall apply.

Section 7. **Relief Periods**.

a. Employees shall be assigned or allowed one (1) fifteen (15)-minute relief period to start not less than one (1) hour from the beginning or end of each session when working in Company buildings unless unusual conditions develop.

b. Employees shall be assigned or allowed one (1) fifteen (15)-minute relief period during each session of overtime worked which is more than two (2) consecutive hours in excess of an employee's regularly scheduled tour when working in Company buildings unless unusual conditions develop. Such relief period shall be scheduled by management.

Section 8. **Extra Payments on Divided Tours**. When an employee works both sessions of a divided tour in which the sessions are separated by three (3) hours or more, the Company will reimburse the employee in the amount of two (2) dollars per tour for transportation expense.

3. HOLIDAYS

In lieu of Section 1, Note, of Article VIII, Holidays, of the 2017 Departmental Agreement, the following Note is modified for Appendix I to provide:

Note: Each employee who could complete six (6) months of service within the calendar year shall be eligible for one (1) Designated Holiday and two (2) Floating Holidays. An eligible employee will designate three (3) days in the same calendar year, or prior to April 1 of the following year, other than another Authorized Holiday, for the days to be observed as the employee's Designated Holiday and Floating Holidays. Unlike other Authorized Holidays, Management cannot require an employee to work on his/her Designated Holiday or Floating Holidays. The Designated

Holiday and Floating Holidays may be scheduled in two (2) hour increments.

-O-BP Document 37 Filed 09/09/26 Page 202 o

4 VACATIONS

Section 8.c.(1) of Article IX, Vacations, of the 2017 Departmental Agreement is modified for Appendix I to allow employees to schedule day-at-a-time vacations in two (2) hour increments.

5. JOB VACANCY

Section 2.(5) of Article XIII, Job Vacancy, of the 2017 Departmental Agreement is modified for Appendix I to treat a Senior Consultant in the same manner as a Service Representative for time-in-title and location purposes under this Article.

6. PROMOTIONAL PAY TREATMENT

Section 4of Article XIV, Promotional Pay Treatment, of the 2017 Departmental Agreement is modified for Appendix I as follows:

Senior Consultant shall be included in Job Category V. Sales and Service Consultant shall be included in Job Category VI. Sales Agent shall be included in Job Category VII.

7. TEMPORARY WORK IN HIGHER POSITIONS

Section 5. of Article XV, Temporary Work in Higher Positions, of the 2017 Departmental Agreement is modified for Appendix I Contact employees to provide a Relief Differential.

Section 7.a. of Article XV, Temporary Work in Higher Positions, of the 2017 Departmental Agreement is modified for Appendix I to provide:

APP 0200 6201-JZ 00196

-O-BP Document 37 Filed 09/09/26 Page 203 o

a. A qualified employee not otherwise covered by the provisions of Sections 1. through 5. above, who is temporarily scheduled or assigned and does work in a position with a higher established maximum rate of pay for less than 30 days, shall receive for each hour worked in such position a Classification Differential equal to one-fortieth ($^1/_{40}$th) of the amount of the weekly wage progression increase to which the employee would at the time be entitled if the employee were actually changed to the higher applicable classification at the employee's regular location.

b. When the Company determines that it is necessary to temporarily upgrade a Contact employee and such upgrade is for more than 30 consecutive calendar days, the following wage treatment shall apply:

For the period of the temporary assignment the selected employee shall be upgraded to the higher job classification with change of title and promotional pay treatment as provided for in Article XIV, Promotional Pay Treatment.

Employees who are temporarily upgraded under this Section shall be returned to their regular classification and rate of pay when Management determines the temporary assignment is no longer required.

8. FORCE ADJUSTMENT

Note 2 in Section 4.a.(2) of Article XVII, Force Adjustment, of the 2017 Departmental Agreement is modified for Appendix I as follows:

(Nothing in this Section 4.a.(2) shall apply to surplus employees who accept an assignment to the Sales Agent title.)

APP 0201 6201-JZ 00197

9. JOB GROUPS LIST (APPENDIX G)

-O-BP Document 37 Filed 09/09/26 Page 204 o

Appendix G, Job Groups List, of the 2017 Departmental Agreement is modified for Appendix I as follows:

Group G shall include Senior Consultant. Group H shall include Sales and Service Consultant. Group K shall include Sales Agent.

APP 0202 6201-JZ 00198

-O-BP Document 37 Filed 09/09/26 Page 205 o

**1 . 01CLASSIFICATION**

Premises Technician

Warehouse Assistant

Office Coordinator

Administrative Support Assistant

1.02 Wage Schedules for job titles shown in paragraph 1.01 preceding, shall be applied in accordance with Sections 1. and 2. of the Basis of Compensation Supplemental Statement set forth in this Appendix.

# APPENDIX J

## WAGE PROGRESSION SCHEDULES

### Basic Wage Rates for Normal Work Week

#### PREMISES TECHNICIAN

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $514.00 | $514.00 | $514.00 | $514.00 |
| After 6 Months | $547.50 | $549.00 | $550.50 | $551.50 |
| " 12 " | $583.50 | $586.00 | $589.50 | $592.00 |
| " 18 " | $621.50 | $626.00 | $631.50 | $635.50 |
| " 24 " | $662.00 | $668.50 | $676.00 | $682.50 |
| " 30 " | $705.00 | $713.50 | $724.00 | $732.50 |
| " 36 " | $751.00 | $762.00 | $775.50 | $786.00 |
| " 42 " | $800.00 | $814.00 | $830.50 | $844.00 |
| " 48 " | $852.00 | $869.00 | $889.50 | $905.50 |
| " 54 " | $908.00 | $928.00 | $953.00 | $972.00 |
| " 60 " | $967.00 | $991.00 | $1,020.50 | $1,043.50 |

#### WAREHOUSE ASSISTANT

| Wage Length of Service | Effective Dates | | | |
|---|---|---|---|---|
| | 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
| Minimum | $490.50 | $490.50 | $490.50 | $490.50 |
| After 6 Months | $509.00 | $510.50 | $512.00 | $513.00 |
| " 12 " | $528.50 | $531.50 | $534.50 | $537.00 |
| " 18 " | $549.00 | $553.00 | $558.00 | $561.50 |
| " 24 " | $570.00 | $575.50 | $582.50 | $587.50 |
| " 30 " | $591.50 | $599.00 | $608.00 | $615.00 |
| " 36 " | $614.00 | $623.50 | $634.50 | $643.00 |
| " 42 " | $637.50 | $649.00 | $662.50 | $673.00 |
| " 48 " | $662.00 | $675.50 | $691.50 | $704.00 |
| " 54 " | $687.50 | $703.00 | $722.00 | $736.50 |
| " 60 " | $713.50 | $731.50 | $753.50 | $770.50 |

# APPENDIX J

## OFFICE COORDINATOR

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $500.00 | $500.00 | $500.00 | $500.00 |
| After 6 Months | $518.00 | $519.50 | $521.00 | $522.00 |
| " 12 " | $537.00 | $539.50 | $542.50 | $545.00 |
| " 18 " | $556.50 | $560.50 | $565.50 | $569.50 |
| " 24 " | $576.50 | $582.00 | $589.00 | $594.50 |
| " 30 " | $597.50 | $605.00 | $614.00 | $620.50 |
| " 36 " | $619.00 | $628.00 | $639.50 | $648.00 |
| " 42 " | $641.50 | $652.50 | $666.50 | $677.00 |
| " 48 " | $664.50 | $678.00 | $694.00 | $706.50 |
| " 54 " | $688.50 | $704.00 | $723.00 | $738.00 |
| " 60 " | $713.50 | $731.50 | $753.50 | $770.50 |

## ADMINISTRATIVE SUPPORT ASSISTANT

| Wage Length of Service | Effective Dates 5/7/2017 | 5/6/2018 | 5/5/2019 | 5/3/2020 |
|---|---|---|---|---|
| Minimum | $449.50 | $449.50 | $449.50 | $449.50 |
| After 6 Months | $463.00 | $464.00 | $465.50 | $466.50 |
| " 12 " | $477.00 | $479.00 | $482.00 | $484.00 |
| " 18 " | $491.00 | $495.00 | $499.00 | $502.50 |
| " 24 " | $506.00 | $511.00 | $517.00 | $521.50 |
| " 30 " | $521.00 | $527.50 | $535.50 | $541.50 |
| " 36 " | $536.50 | $544.50 | $554.50 | $562.00 |
| " 42 " | $553.00 | $562.50 | $574.00 | $583.00 |
| " 48 " | $569.50 | $580.50 | $594.50 | $605.50 |
| " 54 " | $586.50 | $599.50 | $615.50 | $628.00 |
| " 60 " | $604.00 | $619.00 | $637.50 | $652.00 |

-O-BP Document 37 Filed 09/09/26 Page 208 of

# APPENDIX J

## SUPPLEMENTAL STATEMENTS SUMMARY


| STATEMENT NO. | TITLE |
|---|---|
| 1. | Classification of Employees |
| 2. | Basis of Compensation |
| 3. | Work Schedules |
| 4. | Holidays |
| 5. | Vacations |
| 6. | Personal Days |
| 7. | Absences from Duty |
| 8. | Transfers |
| 9. | Promotional Pay Treatment |
| 10. | Relief Differential |
| 11. | Travel |
| 12. | Force Adjustment |
| 13. | Subcontracting |
| 14. | Additional Payments |
| 15. | Work Apparel |
| 16. | Employment Security |
| 17. | Monitoring |
| 18. | Global Positioning System (GPS) |
| 19. | Home Dispatch |

# APPENDIX J

## SUPPLEMENTAL STATEMENTS

1. CLASSIFICATION OF EMPLOYEES

Section 2 of Article II, Classification of Employees, of the 2017 Departmental Agreement, is modified for Appendix J to add the following:

d. **Term Employees**. A term employee is one who is engaged for a specific project or a limited period, with the definite understanding that his or her employment is to terminate upon completion of the project or at the end of the period, and whose employment is expected to continue for more than three (3) consecutive months, but not more than thirty-six (36) months. If a Term employee covered by Appendix J attains thirty-six (36) months of service, the employee shall either be work completed or converted to a Regular Employee at the Company's discretion. If the employee is converted to a Regular Employee, the employee will continue to be covered by the terms, conditions and benefits provided by Appendix J.

Section 3 of Article II, Classification of Employees, of the 2017 Departmental Agreement, is modified for Appendix J employees to add "term employees" to the employees who are classified as either full-time or part-time.

2. BASIS OF COMPENSATION

In lieu of Article IV, Basis of Compensation, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Rates of Pay**.

a. The Wage Schedules for all job titles shall be as set forth in Appendix J.

b. Employees may be hired anywhere on the Wage Schedule, as determined by management.

Section 2. **Progression Plan**. Progression increases shall be in accordance with the following:

a. Increase to the next higher rate as provided for in the applicable Wage Schedules included as Appendix J shall be after a progression interval equal to the difference in months between 1) the wage length of service shown by the applicable Wage Schedule for such next higher rate, and 2) that shown for the employee's current wage rate.

b. Increase dates will be at six (6) month intervals, or at such other intervals as may be specified in the applicable Wage Schedules.

c. No wage increase shall become effective during a period of total disability which is continuous for eight (8) days or more.

d. **Progression Following Upgrading**. The length of consideration intervals for progression increases following upgrading shall be as provided in the Wage Schedules for the classification or job to which upgraded. The consideration interval for the first progression increase following upgrading shall begin with the date previously established for progression on the schedule of the job or classification from which upgraded except that if the wage rate step is established as the result of a step down from maximum as provided in Article XIV, Promotional Pay Treatment, of the 2017 Departmental Agreement, a

-O-BP Document 37 Filed 09/09/26 Page 211 of

new progression date shall be established in accordance with paragraph a. preceding.

Section 3. **Overtime**. Employees may be required to work overtime subject to the needs of the business. Employees scheduled to work overtime will be paid in accordance with applicable Federal and/or State Laws. Employees will not be scheduled or assigned overtime in excess of fourteen (14) hours in a work week unless either the employee consents to such overtime assignment or, as determined by management, there exists a service emergency (e.g., an event of national, state or local importance, fire, explosion, or other catastrophe, severe weather conditions, long-term service difficulties or an act of God, etc.).

Section 4. **Shift Differentials**. Employees who are scheduled to work an evening or night assignment in which more than fifty (50) percent of the time falls between the hours of 6:00 p.m. and 6:00 a.m., will receive a daily premium payment of ten (10) percent of their base wages for each day worked. Shift differentials will be included in the employee's rate of pay for purposes of computing payments during periods of vacation and holidays, if the following conditions are met: an employee works one (1) full work week of evening or night assignments before his/her vacation or holiday and is scheduled to work one (1) full work week of evening or night assignments, following his/her vacation or holiday.

Section 5. **Sunday Premium Payments**. Employees who work on a Sunday shall receive the rate of one and one-half (1½) times the employee's base wages, up to a maximum of eight (8) hours per day. Employees who are excused from work with pay during scheduled hours on Sunday shall be paid at straight time for the excused absence.

Section 6. **Meal Periods**. Unpaid meal periods will normally be scheduled for thirty (30), forty-five (45) or sixty (60) minutes, as determined by the Company.

APP 0209 6201-JZ 00205

3. WORK SCHEDULES

-O-BP Document 37 Filed 09/09/26 Page 212 of

In lieu of Article VI, Hours of Work and Article VII, Work Schedules, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Work Schedules**. The Company will determine and post the work schedules. Insofar as the service requirements and abilities of the employees will permit, as determined by management, employee preference in order of seniority shall be taken into account in the assignment of tours. Employee's scheduled work hours may start at any time of the day, on any day of the week and may be spread over any six (6) days of the week. Work schedules will be posted for a minimum period of one (1) week and are subject to change, with forty-eight (48) hours notice to the employee. All employees will have the opportunity to work thirty-two (32) hours in a week. Any time off from otherwise scheduled work will be counted toward the thirty-two (32) hours.

Section 2. **Change of Hours**. If an employee is notified less than twelve (12) hours before the originally scheduled start time of a change in work hours, the affected employee will receive two (2) hours of pay at the straight time rate.

Section 3. **Cancellation of Hours**.

a. If an employee is notified less than twelve (12) hours before the originally scheduled start time that the scheduled hours are canceled, the affected employee will receive two (2) hours of pay at the straight time rate.

b. If an employee begins work at the scheduled time on a scheduled workday the employee's scheduled workday cannot be canceled.

Section 4 **Split Workdays**. The Company may schedule employees to work a split workday. A split workday is a divided workday, with hours off in between.

APP 0210 6201-JZ 00206

-O-BP Document 37 Filed 09/09/26 Page 213 o

In lieu of Article VIII, Holidays, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Paid Holidays**. Seven (7) paid holidays shall be observed as follows:

New Year's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Day After Thanksgiving
Christmas Day

Holidays that fall on a Sunday will be observed on the following Monday. When a holiday falls on a Saturday, employees will be given another day off in a subsequent week or a preceding week as determined by the Company. All time off earned in the previous vacation year must be taken before any time off in the current vacation year can be taken.

Section 2. **Working on a Holiday**. Employees who work on a holiday will not be given a day off to be taken at a later date. Employees who work on a holiday will be paid eight (8) hours at straight time for the holiday and at time and one half (1 ½) for each hour worked on the holiday.

Section 3. **Holidays During a Vacation Week**. When a holiday falls during a week in which an employee is on vacation, the day will be treated as a holiday, not as a day of vacation.

Section 4 **Holiday Tours**. Holiday tours are those which begin on the Authorized Holiday.

APP 0211 6201-JZ 00207

-O-BP Document 37 Filed 09/09/26 Page 214 o

5. VACATIONS

In lieu of Article IX, Vacations, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Vacation Year**. The year in which vacation and Personal Days off may be taken shall be known as the "vacation year." The vacation year is defined as a period of time beginning December 31st and ending on December 30th of the following year. Employees must be active on the payroll (not on a leave of absence or on disability) and must physically report to work for at least one (1) day in the vacation year to be eligible for vacation and Personal Days Off. However, employees may be granted vacation for which they are otherwise eligible in a vacation year without performing any work for the Company in that year, provided they are not on a leave of absence or disability and such vacation is contiguous to and continues with their vacation for the preceding year or such vacation begins during the first seven (7) days of the vacation year.

Section 2. **Vacation Eligibility**. Employees shall be eligible for vacation, based on their Net Credited Service (NCS) with the Company, as follows:

a. One (1) week of vacation upon completion of six (6) months of service.

b. Two (2) weeks of vacation upon completion of twelve (12) months of service. This provision cannot be combined with the above to result in more than two (2) weeks of vacation entitlement in the same vacation year.

c. Three (3) weeks of vacation to any employee who could complete seven (7) years of service or more but less than fifteen (15) years of service within the vacation year.

-O-BP Document 37 Filed 09/09/26 Page 215 o

d. Four (4) weeks of vacation to any employee who could complete fifteen (15) years of service or more but less than twenty-five (25) years of service within the vacation year.

e. Five (5) weeks of vacation to any employee who could complete twenty-five (25) years of service or more within the vacation year.

Section 3. **Carry-over Vacation**. All employees are encouraged to take all of their vacation time during the vacation year. However, a maximum of one (1) week of vacation may be carried over into the next vacation year. A vacation week that is carried over must be taken by April 30th. The Company may at its discretion place employees on vacation and require them to take vacation at a specified time. The number of weeks management may place employees on vacation is limited to not more than one (1) week in a vacation year. Should the need to place employees on vacation occur, the Company will provide thirty (30) days notice to the affected employees.

Section 4. **Vacation Selection**. Employees may select their vacation in full weeks and on a day-at-a-time basis during the vacation selection process. Vacations shall be selected in a work group as determined by the Company, based on seniority. The Company shall determine periods available for selection and the number of employees allowed off on vacation.

6. PERSONAL DAYS

In lieu of Article X, Excused Work Days, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Personal Days Off**. Employees are allowed flexibility through the use of Personal Days Off to be off

APP 0213 6201-JZ 00209

work with pay, subject to approval by management. Each employee who has completed six (6) months of service will be eligible for seven (7) paid Personal Days Off each vacation year. The Company may at its discretion place employees on Personal Days Off and require them to take Personal Days Off at a specified time. The number of Personal Days Off that management may place employees on is limited to not more than one (1) in each vacation year. Should the need to place employees on a Personal Day Off occur, the Company will provide thirty (30) days notice to the affected employees.

Section 2. **Carry-over of Personal Days Off**. All employees are encouraged to take all of their Personal Days Off during the vacation year. However, Personal Days Off may be carried over into the next vacation year. Personal Days Off that are carried over must be taken by April 30th of the year in which they are carried over.

Section 3. **Selection of Personal Days Off**. All Personal Days Off shall be selected based on seniority within a work group as determined by the Company. Employees may be permitted to take all of their Personal Days Off in two (2)-hour increments. The Company shall determine periods available for selection and the number of employees allowed off on Personal Days Off.

7. ABSENCES FROM DUTY

Section 5, Illness, of Article XI, Absences From Duty, of the 2017 Departmental Agreement, is replaced for Appendix J as follows:

Section 5. **Absence**. Employees having one (1) or more years of Net Credited Service shall be paid at the basic wage rate for illness absences on scheduled workdays, up to a maximum of five (5) paid illness absence days per calendar year. Employees must notify their supervisor before their scheduled start time that they will be absent from work due to illness.

8. TRANSFERS

-O-BP Document 37 Filed 09/09/26 Page 217 o

Article XIII, Job Vacancy, of the 2017 Departmental Agreement, is modified for Appendix J to add the following note:

Note: The Company may at its discretion hire employees off the street or from outside of the Bargaining Unit to fill vacancies.

Regular employees with at least thirty (30) months of time-in-title, unless waived by the Company, and who have satisfactory attendance and work performance, may transfer to titles included in Appendices A, B, C, D, E and I at the discretion of management.

The Company retains its discretion to make force rearrangements per Article XIII, Job Vacancy, Section 3.b.(7).

The Surplus Transfer Request (STR) process will not apply to employees in titles listed in Appendix J.

9. PROMOTIONAL PAY TREATMENT

Section 4of Article XIV, Promotional Pay Treatment, of the 2017 Departmental Agreement is modified for Appendix J as follows:

Premises Technician, Warehouse Assistant and Office Coordinator shall be included in Job Category V. Administrative Support Assistant shall be included in Job Category VI.

10. RELIEF DIFFERENTIAL

In lieu of Article XV, Temporary Work in Higher Positions, Section 5, Relief Differential for Employees Whose Job Titles are Shown in Appendix B-Contact and Appendix I-Contact, paragraph a, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

APP 0215 6201-JZ 00211

-O-BP Document 37 Filed 09/09/26 Page 218 of

Section 5. **Relief Differential**.

a. Employees will be paid a differential of eight dollars ($8.00) when in addition to their normal duties they relieve or assist a manager for four (4) hours or more. Relief Differential assignments specifically exclude administering discipline to other employees.

11. TRAVEL

In lieu of Article XVI, Travel, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Travel and Temporary Work Locations**.

a. The Company will either furnish all means of transportation or specify what transportation shall be used for travel on Company business.

b. Employees who agree to use their personal vehicles for Company business will be reimbursed at the then current IRS reimbursement rate for mileage.

c. Employees may be assigned to work at a temporary work location. When employees are assigned to work at a temporary work location, the employee will be reimbursed for travel time and transportation expenses to and from the temporary work location in excess of that required for the employee's normal commute.

d. Transportation expenses include, but are not limited to, mileage, bridge toll, parking, airfare, and bus fare.

Section 2. **Overnight Trips**. If the Company determines that overnight travel is required, the employee will be reimbursed for expenses, which are supported by receipts as follows:

APP 0216 6201-JZ 00212

a. Transportation expenses as described in Section 1.

b. Lodging, approved in advance by the Company.

c. Meals, not to exceed thirty-seven dollars ($37) per day, unless management approves a higher amount in advance.

d. The Company will determine when overnight trips are required. Insofar as the service requirements and abilities of the employees will permit, as determined by management, employee preference in order of seniority shall be taken into account in the assignment of overnight trips.

## 12. FORCE ADJUSTMENT

In lieu of Article XVII, Force Adjustment and Article XVIII, Severance, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

Section 1. **Relocation Of Work**. When work is to be relocated, the Company may, if it deems appropriate, offer the affected employees the opportunity to follow their work to the new location. Transfers of employees who elect to follow their work to the new location will be considered as employee-initiated transfers.

Section 2. **Force Adjustment**. Whenever force conditions as determined by the Company are considered to warrant a surplus and the possible layoff of employees, the Company shall notify the Union in writing prior to notifying the affected employees. The Company will determine how the surplus process will be administered. If a layoff is necessary, affected employees shall be laid off by inverse seniority order. The surplus employees designated for layoff will be notified a minimum of three (3) weeks prior to the layoff date, unless otherwise provided by law.

Section 3. **Layoff Allowance**. Employees who are laid off will be paid a layoff allowance based on their seniority and their basic weekly wage rate in effect at the time of the layoff, in accordance with the following:

| Length of Service | Layoff Allowance |
|---|---|
| 0 - 12 Months | 1 week of pay |
| 13 - 24 Months | 2 weeks of pay |
| 25 - 47 Months | 3 weeks of pay |
| 48 - 71 Months | 4 weeks of pay |
| 72 - 95 Months | 5 weeks of pay |
| 96 Months or More | 6 weeks of pay |

Section 4. **Priority Rehire.** An employee who is laid off with satisfactory attendance and work performance and who applies for re-employment in the same position from which he/she was laid off, will receive priority consideration for rehire over new applicants for twenty-four (24) months from his/her layoff date.

13. SUBCONTRACTING

In lieu of Article XXV, Contract Work, of the 2017 Departmental Agreement, the following terms and conditions apply to Appendix J:

It is the Company's objective to consider carefully the interests of both the customer and employee along with other considerations essential to management of the business in a highly competitive and dynamic environment. While the Company believes it is in its best interests to utilize its own employees, the Company does use contractors, as it deems necessary in order to respond to a highly unpredictable marketplace. For various reasons where the needs of the business require, the Company may subcontract work.

14. ADDITIONAL PAYMENTS

Section 1. **Discretionary Lump Sum Payments.** A lump sum payment of up to five (5) percent of an employee's annualized fifty-two (52) week wage rate may be granted to individual employees at the Company's discretion.

Section 2. **Additional Cash Awards.** The Company may provide employees with additional cash awards. The se-

lection of employees and the amounts of the cash awards will be made at the discretion of management.

-O-BP Document 37 Filed 09/09/26 Page 221 of

15. WORK APPAREL

Section 1. **Appearance Guidelines.** The Company may, at its sole discretion, implement appearance standards and/or a dress code consistent with State and Federal laws. The Company may change the standards and code at its discretion.

Section 2. **Branded Apparel Program**. For the employees in Appendix J, participation in the AT&T Branded Apparel Program (BAP) is mandatory.

The Company can modify or discontinue the BAP at its discretion. In the event the BAP is discontinued for the employees listed in Appendix J, the Company will give the employees a minimum notice of thirty (30) days prior to such discontinuance.

16. EMPLOYMENT SECURITY

The provisions of the Memorandum of Agreement – Employment Security Commitment effective April 9, 2017 shall not apply to employees in titles listed in Appendix J.

17. MONITORING

The Company, at its discretion, may monitor and/or record calls of those employees in Appendix J in accordance with State and Federal laws.

18. GLOBAL POSITIONING SYSTEM (GPS)

The Company, at its discretion, may use GPS technology with those employees in Appendix J in accordance with State and Federal laws.

19. HOME DISPATCH

The Company has sole discretion to assign Appendix J employees to participate in the AT&T Home Dispatch Program.

APP 0219 6201-JZ 00215

-O-BP Document 37 Filed 09/09/26 Page 222 o

THIS AGREEMENT is made as of March 2, 2017, and effective as of April 9, 2017, by and between COMMUNICATIONS WORKERS OF AMERICA (hereinafter called the "Union"), and SOUTHWESTERN BELL TELEPHONE COMPANY, a Delaware corporation, AT&T SERVICES, INC., a Delaware corporation, and DIRECTV, LLC, a California limited liability company (hereinafter collectively called the "Company" or "Management"), which Union is recognized by the Company as sole collective bargaining agent for the Company employees in the Bargaining Unit as set forth in the 2017 Departmental Agreement. The Union and the Company agree, subject to any applicable provisions of the 2017 Settlement Agreement, as follows:

## ARTICLE I
## COLLECTIVE BARGAINING PROCEDURE

Section 1. All negotiation of proposals for changing, adding, removing, renewing, or superseding any provision or provisions in the 2017 Departmental Agreement between the Company and the Union effective as of April 9, 2017, shall be between representatives designated and so authorized respectively by the parties thereto.

Section 2. All negotiation of proposals for changing, adding, removing, renewing, or superseding any provision or provisions in this Agreement shall be between representatives designated and so authorized by the Vice President of the Union, and representatives designated and so authorized by the Vice President-Labor Relations of the Company.

Section 3. Neither the Union nor the Company shall be required to meet or discuss any proposal covered by Sec-

APP 0220 6201-JZ 00216

tion 1. or Section 2. of this Article if such proposal is to be made effective prior to April 11, 2021.

-O-BP Document 37 Filed 09/09/26 Page 223 o

Section 4 Meetings under this Article shall be held in Austin, Texas, unless the parties agree otherwise.

Section 5. The Company shall compensate up to six (6) employee Union representatives for attending collective bargaining meetings under this Article. Such compensation shall be at the employee's basic wage rate for a normal scheduled work day. The total days for payment by the Company for each employee for negotiation of proposals, as covered in Sections 1. and 2. above, shall not exceed thirty (30) days. No time spent in attending collective bargaining meetings under this Article shall be work time. The expenses of all Union representatives shall be borne by the Union and the compensation and expenses of all Company representatives shall be borne by the Company.

## ARTICLE II
### SERVICE INTERRUPTION

The Company and the Union recognize their responsibility in the interests of the public and the employees to avoid interruptions in telephone service. Accordingly, they will process promptly employee complaints and grievances which are subject to handling under the grievance procedures for the purpose of avoiding interruption of telephone service to the public and economic loss to employees from work stoppages.

Any employee complaint or grievance which is subject to handling under the grievance procedures shall be presented and heard promptly in accordance with the provisions of those procedures and the arbitration procedures, where applicable.

As to those employee grievances which are subject to arbitration, the Union, its officers, or representatives will not order or sanction a work stoppage or slowdown at any time

APP 0221 6201-JZ 00217

-O-BP Document 37 Filed 09/09/26 Page 224 o

As to those employee complaints and grievances which are not subject to arbitration, the Union, its officers, or representatives will not order or sanction a work stoppage or slowdown while the matter is being processed through the Grievance procedures.

## ARTICLE III
## UNUSUAL GRIEVANCES

Whenever the Vice President of the Union (or in his or her absence, the Assistant to Vice President) informs the Vice President-Labor Relations of the Company, or a representative designated by the Vice President-Labor Relations, that a complaint or grievance exists which in the opinion of the Vice President of the Union involves a condition which constitutes a serious and immediate threat to the health or safety of an employee or group of employees and which in his or her opinion requires prompt handling, and it is mutually agreed that such a question of health or safety is in fact involved, then such complaint or grievance may be presented and heard at such level of the Grievance Procedure as the Vice President of the Union may select. The first meeting with respect to such complaint or grievance shall be held at a time and place to be agreed upon and as promptly as conditions permit; the two (2)-week time limitation set forth in the Grievance Procedure shall be applicable. There shall be no obligation on the part of the Union to appeal such complaint or grievance to any higher level, and the grievance if arbitrable shall then be subject to the provisions of the arbitration procedures of this Agreement.

## ARTICLE IV
## ARBITRATION

Section 1. If, during the term of this Agreement, with respect to the 2017 Departmental Agreement effective April 9, 2017, between the Union and the Company, and subsequent agreements which by specific reference therein are made subject to this Article, a difference shall occur between the

APP0222 6201-JZ 00218

-O-BP Document 37 Filed 09/09/26 Page 225 of

Union and the Company, and continue after all steps in the "Formal Grievance" procedure established in the 2017 Departmental Agreement shall have been undertaken and completed, regarding:

a. the true intent and meaning of any specific provision or provisions thereof (except as such provision or provisions relate, either specifically or by effect, to prospective modifications or amendments of such agreement), or

b. the application of any provision or provisions thereof to any employee or group of employees, and grievances arising from such application, or

c. the dismissal for just cause of any employee with more than one (1) completed year's Net Credited Service, or

d. the disciplinary suspension for just cause of any employee, or

e. the demotion of any employee with more than one (1) completed year's Net Credited Service,

then in any such event, either the Union or Management may submit the issue of any such matter to arbitration for final decision in accordance with the procedure hereinafter set forth or, where applicable, in accordance with Article V of this Agreement.

Section 2. In the event that either party hereto, within sixty (60) days after completion of the Formal Grievance procedure aforesaid, elects to submit a matter described in the preceding section to arbitration, the parties agree that the matter shall be so submitted and agree that such submission shall be to one (1) arbitrator. The parties shall endeavor in each instance within a three (3)-week period to agree upon the arbitrator, but if unable to so agree, the arbitrator shall be des-

APP 0223 6201-JZ 00219

ignated by the American Arbitration Association upon the written request of either party. In either such event the arbitration shall be conducted under the then obtaining rules of the Voluntary Labor Arbitration Tribunal of the American Arbitration Association. Each party shall pay for the time consumed by and the expenses of its representatives, and shall be equally responsible for the fees of the American Arbitration Association, the compensation, if any, of the arbitrator, and any such other general administrative expense that may occur.

After an election to arbitrate, if within one hundred and fifty (150) days following completion of the "Formal Grievance" procedure no arbitrator has been agreed upon and no written request has been made upon the American Arbitration Association to designate an arbitrator, then no such matter shall continue to be arbitrable.

Section 3. The arbitrator shall be confined to the subjects submitted for decision, and may in no event, as a part of any such decision, impose upon either party any obligation to arbitrate on any subjects which have not herein been agreed upon as subjects for arbitration; nor may the arbitrator, as a part of any such decision, effect reformation of the contract, or of any of the provisions thereof.

Section 4 The decision of any arbitrator, selected in accordance with Section 2. hereof, shall be final, and the parties agree to be bound and to abide by such decision.

Section 5. If and when notice of termination of this Agreement is given as provided in the Duration Article hereof, any existing dispute described in Section 1. hereof, as an appropriate subject for arbitration which is in the process of Formal Grievance negotiation of record prior to the service of such notice of termination, or, if such an existing dispute appropriate under Section 1. hereof, shall become a matter of record in the process of Formal Grievance negotia-

APP 0224 6201-JZ 00220

-O-BP Document 37 Filed 09/09/26 Page 227 o

tion in the manner and within the time limit prescribed for filing Formal Grievances, then in either such event any such matter may be carried to a conclusion under this Article without regard to the termination of this Agreement.

## ARTICLE V
EXPEDITED ARBITRATION

Section 1. In lieu of the procedures specified in Article IV of this Agreement, any grievance involving the suspension of an individual employee including a Decision Making Leave (DML), or the demotion of any employee with more than one (1) completed year's Net Credited Service, except those which also involve an issue of arbitrability, contract interpretation, or work stoppage (strike) activity, and those which are also the subject of an administrative charge or court action, shall be submitted to arbitration under the expedited arbitration procedure hereinafter provided within fifteen (15) calendar days after the filing of a request for arbitration. In all other disciplinary or contract application grievances which are specifically subject to arbitration under Article IV of this Agreement, both parties may, within fifteen (15) calendar days after the filing of the request for arbitration, elect to use the expedited arbitration procedure. The election shall be in writing and, when signed by authorized representatives of the parties, shall be irrevocable unless a subsequent related administrative charge or court action is filed by or on behalf of the grievant(s). In such event, the election may be revoked by either party, in writing, within fifteen (15) calendar days after that party's receipt of actual notice of the charge or court action. If no election to proceed with expedited arbitration is timely made, or if the election is revoked as provided above, the arbitration procedure in Article IV shall be followed.

Section 2. As soon as possible after this Agreement becomes final and binding, a panel of twelve (12) expedited arbitrators shall be selected by the parties. Each arbitrator shall serve until the termination of this Agreement unless his

APP 0225 6201-JZ 00221

or her services are terminated earlier by written notice from either party to the other. The arbitrator shall be notified of his or her termination by a joint letter from the parties. The arbitrator shall conclude his or her services by settling any grievance previously heard. A successor arbitrator shall be selected by the parties. Arbitrators shall be assigned cases in rotating order designated by the parties. If an arbitrator is not available for a hearing within thirty (30) calendar days after receiving an assignment, the case will be passed to the next arbitrator. If no one can hear the case within thirty (30) calendar days, the case will be assigned to the arbitrator who can hear the case on the earliest date.

Section 3. The procedure for expedited arbitration shall be as follows:

a. As soon as possible, but no later than thirty (30) calendar days after the filing of the demand for arbitration (in suspension, DML, or demotion cases), or after the agreement to utilize the provisions of this Article (in all other cases), the parties shall notify the arbitrator by telephone of, and confirm in writing, his or her selection to settle the grievance by expedited arbitration. The parties and the arbitrator shall confer and agree upon the date, time and place of the hearing, which the arbitrator shall confirm to the parties in writing.

b. The parties may submit to the arbitrator prior to the hearing a written stipulation of all facts not in dispute.

c. The hearing shall be informal without formal rules of evidence and without a transcript. However, the arbitrator shall satisfy himself or herself that the evidence submitted is of a type on which he or she can rely, that the hearing is in all respects a fair one, and that all facts necessary to a fair settlement and reasonably obtainable are brought before the arbitrator.

d. Within fourteen (14) calendar days after the hearing, each party may submit to the arbitrator a brief written summary of the issues raised at the hearing and arguments supporting its position. A copy of any such brief submitted to the arbitrator also shall be provided at the same time to the opposing party. Unless specifically waived at the hearing, each party shall have the option to submit a reply brief within seven (7) calendar days after receipt of the opposing party's initial brief. Any reply brief shall be confined to responses to the issues, facts and arguments discussed in the opposing party's initial brief.

e. The arbitrator shall give his or her award, in the form of a brief written statement including the reasons supporting the award, within fourteen (14) calendar days after his or her receipt of the parties' initial (or, if applicable, reply) briefs.

f. The arbitrator's award shall apply only to the instant grievance. The award shall not constitute a precedent for other cases or grievances and may not be cited or used as a precedent in other arbitration matters between the parties unless the award or a modification thereof is adopted by the written concurrence of the representatives of each party at the final step of the grievance procedure.

g. The time limits set forth in this Article may be extended by agreement of the parties and/or at the arbitrator's request, but in either case only in emergency situations beyond the control of the parties or the arbitrator. Such extensions shall not circumvent the purpose of this procedure.

h. In any grievance arbitrated under the provisions of this Article, the Company shall under no circumstances be liable for back pay for more than six (6) months (plus

-O-BP Document 37 Filed 09/09/26 Page 230 of

any time that the processing of the grievance or arbitration was delayed at the specific request of the Company) after the date of the action complained of in the grievance. [In cases of alleged "continuing violations", the six (6)-month limit will run beginning forty-five (45) days prior to the filing of the grievance at the first step of the Formal Grievance procedure.] Delays requested by the Union in which the Company concurs shall not be included in such additional time.

i. The arbitrator shall be confined to the issue(s) submitted for decision, and shall have no authority to add to, subtract from or modify any provisions of this Agreement.

j. The decision of the arbitrator will settle the grievance, and the Company and the Union agree to abide by such decision. The compensation and expenses of the arbitrator and the general expenses of the arbitration shall be borne by the Company and the Union in equal parts. Each party shall bear the expense of its representatives and witnesses.

k. The time limit for requesting arbitration under this Article shall be the same as set forth in Article IV, Arbitration, of this Agreement.

## ARTICLE VI
## LEAVES OF ABSENCE FOR UNION REPRESENTATIVES ON UNION BUSINESS

Section 1. Employees of the Company in the Bargaining Unit who are either elected officers of the Union, or are designated in accordance with Section 3. of this Article as its representatives, will be excused from regular work with the Company or be granted formal leaves of absence to attend to business matters pertaining to the Union (AFL-CIO in addi-

APP 0228 6201-JZ 00224

tion to Communications Workers of America), subject to the following provisions:

Section 2. The Union recognizes that service requirements as determined by the Company must be taken into account in determining the number of employees to be excused or granted leaves of absence during any one time from the Bargaining Unit. Except where it is impossible because of time or other circumstances, such Union officer, steward, or designated representative shall give his or her supervisor one (1) week's prior notice of his or her intention to be absent from duty for Union business.

Section 3.

a. Subject to the limitations in Sections 1. and 2. above, any such Union officer included on a list or lists furnished to the Company by the Union, or where specifically designated by a CWA Representative to the Senior Manager of the Department involved, or by the Vice President of the Union to the Company Vice President-Labor Relations, any elected or designated Union steward or representative may, upon request to his or her supervisor, be excused without pay from assignment to Company duty for intervals aggregating not in excess of sixty (60) normally scheduled work days during any calendar year, and during the same period not more than a total of one hundred (100) Union officers and representatives from the Bargaining Unit, specifically designated by the Vice President of the Union to the Company Vice President-Labor Relations, may upon request be excused without pay from assignment to Company duty for intervals aggregating not in excess of one hundred and forty-five (145) normally scheduled work days during such year.

b. (1) Where, under the provisions of this Agreement, an employee representative of the Union is engaged in

meetings with the Company with respect to Collective Bargaining (as defined in Article I hereof); or



(2) Where, under the provisions of the 2017 Departmental Agreement between the Union and the Company, an employee is protected against loss of pay for time consumed in meetings with the Company with respect to complaints or grievances, then neither the time spent in any such meeting nor the time necessarily consumed in traveling to or from such meeting shall be taken into account in computing absence covered by this Section 3.

Note: None of the provisions of this Section 3. shall apply to any full-time CWA staff member.

Section 4. Subject to the limitations in Sections 1. and 2. of this Article and in this Section 4, when an officer or designated representative of the Union requires time off from assigned Company duties to attend solely to Union matters, either before or after exhausting the time allowed without pay provided in Section 3. above, he or she will be granted a leave of absence without pay either upon the initiative of the Company or upon the request of the Vice President of the Union to the Vice President-Labor Relations of the Company, provided that:

a. no such leave of absence shall be for an initial period of less than thirty (30) calendar days or more than one (1) year, nor shall the total cumulative period of all such leaves of absence for any one (1) employee exceed twenty-one (21) years; and

b. no more than a total of thirty-five (35) Union officers and designated representatives may be granted such leaves of absence at any one time at the request of the Union.

Section 5. All leaves of absence granted under this Article will be granted with the following conditions:

a. During the absence the employee shall retain eligibility, if any, according to term of service, for the Medical Plan, the CarePlus Plan, the Dental Plan, the Group Life and Accidental Death or Dismemberment Insurance, and the Vision Plan, provided that:

   (1) The employee shall pay his or her share of the premiums for the Medical Plan, the CarePlus Plan, the Dental Plan and the Vision Plan; and

   (2) The Company shall pay the premium for the Group Life and Accidental Death or Dismemberment Insurance.

b. During the absence the employee shall retain eligibility, if any, according to term of service, to:

   (1) payments subject to the 2017 Departmental Agreement for absence due to illness during first seven (7) days after expiration of the leave,

   (2) disability benefits beginning on the eighth (8th) day after expiration of the leave,

   (3) death benefits and pension.

c. The period of absence will not be deducted in computing term of employment, and the period of absence will not be credited for wage progression purposes.

d. The pension base shall not in any manner be affected by a leave of absence granted pursuant to this Article. Should an employee on such leave elect to retire at the termination thereof, the employee's pension base, if any, shall be computed as if the employee were continually employed during the period of leave.

-O-BP Document 37 Filed 09/09/26 Page 234 o

Section 6. A leave of absence granted under the terms of this Article will be terminated 1) whenever the Union shall cease to be the bargaining representative for the employee or the Bargaining Unit, or 2) upon expiration of the period for which the leave is granted, or 3) prior to such expiration, upon the date an employee shall return to work following assignment by the employee's supervisor.

Section 7. Any employee excused from duty or granted a leave of absence under this Article will be restored to the status of an active employee at the termination of his or her absence, provided that, had the employee remained in active service during the period of the absence, such employee would be qualified and eligible to retain his or her former position or an equivalent position.

No physical or occupational examination shall be required as a requisite of reemployment except where an obvious physical or mental condition exists which requires medical advice regarding job placements or fitness for work.

The rate of pay upon return shall be that rate at the same point on the Wage Schedule the employee occupied when he or she left; that is, any modification in Wage Schedules effected while the employee is on leave which changes the occupational rate in effect at the time of the leave, will be applicable to the employee upon his or her return.

Section 8. All rights of an employee under a leave of absence granted under this Article shall terminate if the employee resigns his or her employment with the Company or accepts employment with a new or different employer other than the Union, prior to the expiration of the leave.

Section 9. An employee returning to work during the vacation year at the expiration of a leave of absence under this Article which began on or prior to the first day of the vacation year, will be eligible for such vacation to which his or

APP 0232 6201-JZ 00228

her term of service entitles the employee for the year during which he or she returns to work, provided that such return to work be before November 1 and provided further that an employee on a leave of absence which began on or prior to the first day of the vacation year taken under the provisions of Section 3. or Section 4 of this Article, or combination thereof, shall not interrupt that absence for the purpose of taking his or her vacation at Company expense.

Section 10. Nothing herein shall be deemed to affect any leave of absence hereinbefore granted in accordance with the Agreement Covering Leaves of Absence for Union Representatives dated September 1, 1949, as amended, or in accordance with the provisions of Article IV of the 1949, 1950, 1951, or 1952 Agreement of General Application or Article VI of the 1953, 1954, 1955, 1956, 1957, 1959, 1960, 1963, 1967, 1968, 1977, 1980, 1983, 1986, 1989, 1992, 1995, 1998, 2001, 2004, 2009, or 2013 Agreement of General Application or Article VII of the 1971 Agreement of General Application or Article V of the 1974 Agreement of General Application and for all purposes each such leave regardless of the date of its issuance or expiration, shall be deemed to have been issued under the provisions of this Article.

## ARTICLE VII
## PENSIONS, DISABILITY BENEFITS, AND DEATH BENEFITS

During the term of this Agreement, no change may be made without the consent of the Union in the existing AT&T Pension Benefit Plan-Bargained Program, or the AT&T Disability Income Plan which would reduce or diminish the benefits or privileges provided thereunder. Any claim that such benefits or privileges have been so diminished or reduced may be presented as a grievance and if not resolved by the parties under their grievance machinery may be submitted to arbitration pursuant to the provisions of Article IV hereof but in any such case any decision or action of the Company shall

APP 0233 6201-JZ 00229

-O-BP Document 37 Filed 09/09/26 Page 236 of

be controlling unless shown to have been discriminatory or in bad faith and only the question of bad faith or discrimination shall be subject to the grievance procedure or arbitration.

## ARTICLE VIII
RESPONSIBLE UNION-COMPANY RELATIONSHIP

The Company and the Union recognize that it is in the best interests of both parties, the employees, and the public that all dealings between them continue to be characterized by mutual responsibility and respect. To ensure that this relationship continues and improves, the Company and the Union and their respective representatives at all levels will apply the terms of this Agreement fairly in accord with its intent and meaning and consistent with the Union's status as exclusive bargaining representative of all employees in the Bargaining Unit. Each party shall bring to the attention of all employees in the Bargaining Unit, including new hires, their purpose to conduct themselves in a spirit of responsibility and respect and the measures they have agreed upon to ensure adherence to this purpose. Further, during the orientation of new hires, each party will bring to the attention of new employees the relationship between the parties and the Union's role as the bargaining representative of employees.

## ARTICLE IX
NONDISCRIMINATION

In the desire to restate their respective policies, neither the Company nor the Union shall unlawfully discriminate against any employee because of such employee's race, color, religion, sex, age, or national origin or because he or she is a qualified individual with a disability, a disabled veteran, or a veteran of the Vietnam era.

The Company and the Union further reaffirm their commitment that none of the terms of the collective bargaining agreements shall expressly or in effect unlawfully discrimi-

APP 0234 6201-JZ 00230

-O-BP Document 37 Filed 09/09/26 Page 237 o

nate against qualified individuals with disabilities as defined by the Americans With Disabilities Act (ADA). For this reason, nothing in the 2017 Departmental Agreement or the 2017 Agreement of General Application shall be applied or interpreted to restrict either party from taking whatever action it deems reasonably necessary to fully comply with the ADA.

## ARTICLE X
## TECHNOLOGY CHANGE

The Company and the Union recognize that technological changes in equipment, organization, or methods of operation may affect job security, the nature of the work to be performed and the skills necessary to work in the new environment. The parties, therefore, will attempt to diminish or eliminate the detrimental effects of any such technological changes by expanding the role of the Technology Change Committee in an effort to identify Human Resources issues as early in the planning process as possible and recommend solutions to these problems as set forth below.

The purpose of the committee, which will consist of three (3) representatives of both the Union and the Company, is to provide a “core” group of Human Resources leaders where meaningful discussion of major technological changes (including changes in equipment, organization, or methods of operation) which may affect employees represented by the Union, can take place. To accomplish the goal of developing a skilled work force necessary for the Company to effectively compete in the Twenty-first Century, this “core” group of the Technology Change Committee will meet semiannually and discuss items such as training, testing procedures, deployment of technology and Human Resources trends. This group will also review recommendations from teams with bargaining unit members that may be used to provide input on new technology applications. The second of the semiannual meetings will emphasize reviewing work brought about by new technology that is being performed outside the Bargaining Unit and to consider whether methods and procedures can be developed

APP 0235 6201-JZ 00231

-O-BP Document 37 Filed 09/09/26 Page 238 o

that would allow some or all of that work to be performed by Bargaining Unit members. In addition, annually the Company will provide a forum for up to an additional four (4) representatives of the Union to participate in a Technology Change Human Resources Planning Conference in which technological and operational changes that will materially affect the Company's Human Resources needs can be discussed. Unless the Company and the Union mutually agree to a change in date, the semiannual meetings will be held on the second Tuesday of January and the third Tuesday in September and the Human Resources Planning Conference will be held on the second Tuesday in May.

The annual conference will focus on issues such as new organizational structures, new methods of operation, the introduction of new technology and new applications of existing technology that will require a more well-educated, more skilled work force in the future.

The Company further commits to continue the practice of notifying the Union in ad hoc Technology Change implementation meetings of planned major technological changes when firm details are available.

The impact and effect of such changes on the employees shall be appropriate matters for discussion in the meetings. The Company will discuss with the Union:

a. What steps might be taken to provide continued employment to affected employees:

   (1) in the same locality or other localities in jobs which may be available in occupations covered by the collective bargaining agreements between the parties;

   (2) in other associated companies; and

   (3) in other occupations in the Company, not covered by the contract.

APP 0236 6201-JZ 00232

b. The applicability of various Company programs and contract provisions relating to force adjustment plans and procedures, including Voluntary Separation procedures, Reassignment Pay Protection Plan, Severance Payments, retirement, transfer procedures and the like.

c. The feasibility of the Company providing training for other assignment for the employees affected. (Example: Sponsorship of keyboard skill training on Company time.)

Attendees at the annual Technology Change Human Resources Planning Conference, the "core" group of Technology Change Committee members, or attendees at the Technology Change implementation meetings shall not formulate policy or arrive at binding decisions or agreements, but rather shall be charged with the responsibility to develop facts and recommendations on how future Human Resources needs can be met so that the parties can make well-informed decisions regarding the matters covered by this provision. In connection with any Technology Change meetings under this Article, the employee representative(s) designated by the Union shall suffer no loss in pay for time consumed in, and necessarily consumed in traveling to and from these meetings. In addition, the Company will reimburse employee representatives for the cost of round trip coach airfare, for attending Technology Change meetings. The number of employee representatives reimbursed on this committee shall not exceed the number of employee representatives as of April 5, 1998.

## ARTICLE XI
## COMMON INTEREST FORUMS

Recognizing that rapid changes are occurring and will continue to occur in the information and telecommunications industries, the parties express their intent that forums of common interest be held at appropriate operational levels in order to promote the principles of a cooperative Union-

Management business alliance. Specifically, Common Interest Forums will serve the following purposes:

1. Establish a business alliance by providing a framework for early communication and discussion between the parties on business developments of mutual interest and concern to the parties and their constituencies, including regulatory and legislative issues.

2. Discuss and review innovative approaches to equip the Company to maintain historic levels of excellence and success in the face of rapidly increasing competition in both traditional and newly emerging telecommunications markets thereby improving employees' competitive responsiveness, while protecting and enhancing opportunities for employment security.

3. Promote Participative Management Employee Involvement (PMEI) at every level of the organization in ways that increase shareowner value and maximize employees' satisfaction with their jobs' content and operating environment by:

   a. delegating authority, responsibility, and accountability to meet customers' needs at the point of contact;

   b. adopting innovative methods of operation which modify traditional workplace relationships; and

   c. increasing Union and employee participation in local workplace decisions.

4. Improve understanding of and relationships between the parties and thereby avoid unnecessary disputes by cooperatively addressing significant changes and developments in both the Union and Company environments.

-O-BP Document 37 Filed 09/09/26 Page 241 o

5. Provide an opportunity for the Union to discuss various work operations being contracted out and to offer suggestions as to how employees in a particular location might perform this same work in a practical and effective manner which meets the cost and completion time objectives of the business. The Company must consider such suggestions and, as appropriate, the parties may mutually agree that such discussions be continued between designated local Management and Union representatives.

Equal numbers of key Union and Management persons shall constitute the Forum. It is anticipated that Management members of the Forum will include at least one (1) Senior Manager with operations responsibilities and one (1) upper-level Manager with legislative and/or regulatory responsibilities. Union members of the Forum will include Local Presidents and/or CWA Staff Representatives whose positions within the CWA influence a broad range of responsibilities. Meetings will be convened by the parties at mutually agreeable places and times but no less often than quarterly, unless mutually agreed. Otherwise, the members of the Forum shall determine its composition, structure, agenda, and operation.

It is intended that each Forum support the collective bargaining process, the established contractual dispute resolution procedures, and existing joint Union-Management committees.

## ARTICLE XII
TRAINING/RETRAINING

In the present environment of fast-paced technological developments and structural changes, the parties recognize the benefits in offering to employees training and retraining programs for personal or career development or in the event their existing jobs are displaced. Accordingly, the Company will continue to offer at Company expense, training and retraining programs to its employees for personal or career devel-

APP 0239 6201-JZ 00235

opment, and to employees being displaced to qualify for job vacancies as anticipated by the Company. Any employee laid off while participating in one (1) or more courses pursuant to a Program shall be permitted to complete the course at Company expense on the same terms and conditions as had the layoff not occurred.

The personal or career development training and the job displacement retraining programs contemplated by this Article will be generic in nature and separate and distinguished from the current job specific training instruction.

A Training Advisory Board comprised as set forth below will continue to assist and advise in the training efforts encompassed by these programs.

**Personal or Career Development Training**

Personal or career development training programs will be designed as an educational self-development aid to assist employees in their personal development or preparing themselves for career progression opportunities or job changes within the Company.

Training under such program will be generic in nature as opposed to job specific and will cover technical, sales, clerical, and other fundamental skills.

Any regular employee with at least one (1) year of Net Credited Service will be eligible to participate in such training program under the terms of such program.

Participation by employees in the personal or career development training program will be voluntary, and time spent by employees in such training will be outside scheduled working hours and not paid or considered as time worked for any purpose.

-O-BP Document 37 Filed 09/09/26 Page 243 o

Successful completion by an employee of any training or courses offered pursuant to such program will be taken into account by the Company when considering the employee for an upgrade or transfer.

### Job Displacement Training

Job displacement training programs will be designed to prepare employees whose jobs are being displaced or whose jobs are being restructured to a wage schedule with a lower maximum wage rate to enhance their ability to qualify for anticipated job vacancies within the Company.

Employees will be informed of potential displacements as soon as possible and, depending on the number of any anticipated job openings, will be offered training, if necessary, which is intended to enable them to qualify for such job openings in the Company.

All regular employees who are notified of potential displacement of their current jobs or restructuring to a lower rate will be eligible to participate in such training program regardless of length of service.

Participation by employees in the job displacement training program will be voluntary, and time spent by employees in such training will be outside scheduled working hours and not paid or considered as time worked for any purpose unless the Company determines it appropriate in specific instances to permit the employees to receive such training during working hours.

### Training Advisory Board

The Training Advisory Board will consist of three (3) Union representatives and three (3) Management representatives (one of whom will be the person in the Company responsible for training) who will meet periodically and have responsibility for:

APP 0241 6201-JZ 00237

a. furnishing advice to the Company on personal or career development and job displacement training courses and curricula;

b. reviewing and making recommendations regarding training delivery systems (e.g., technical schools, community colleges, home study programs, etc.) available to be used by the Company;

c. evaluating the effectiveness of such training programs and courses and the delivery systems utilized; and

d. encouraging employees to participate in and successfully complete the available training courses.

The Union and the Company will each be responsible for the respective costs and expenses of their representatives' participation on the Training Advisory Board and will share equally in the joint costs and expenses incurred by the Board; however, the Company will reimburse employee members for the cost of round trip coach airfare, for attending Training Advisory Board meetings. The number of employee members reimbursed on this Board shall not exceed the number of employee members as of April 5, 1998. However, the employee representative(s) involved in Training Advisory Board meetings shall suffer no loss in pay for time consumed in, and necessarily consumed in traveling to and from these meetings.

Nothing in this program will supersede any applicable promotion or transfer provisions of this contract.

## ARTICLE XIII
PRIOR AGREEMENT

This Agreement supersedes and cancels the 2013 Agreement of General Application.

## ARTICLE XIV
## DURATION

This Agreement shall become effective as of April 9, 2017 , and shall continue until 11:59 p.m., on April 10, 2021, at which time it will terminate, unless extended by mutual agreement in writing prior to said termination date.

IN WITNESS WHEREOF, Communications Workers of America and Southwestern Bell Telephone Company, AT&T Services, Inc., and DIRECTV, LLC have caused this Agreement to be executed by their respective officers and representatives thereunto duly authorized as of the day and year first above written.

COMMUNICATIONS WORKERS OF AMERICA

BY Claude Cummings, Jr.
Vice President
District 6

APPROVED
BY Christopher M. Shelton
President, Communications Workers of America

SOUTHWESTERN BELL TELEPHONE COMPANY
AT&T SERVICES, INC.
DIRECTV, LLC

BY Joe Croci
Vice President-Labor Relations

## MEMORANDUM OF UNDERSTANDING REGARDING PART-TIME EMPLOYEES

## PART-TIME EMPLOYEES EFFECTIVE JANUARY 1, 1981

A part-time employee is one who is employed and normally scheduled to work less hours per average month than a comparable full-time employee in the same job title, classification, and work group working the same normal daily tour.

## CLASSIFICATION AND TREATMENT OF PART-TIME EMPLOYEES

1. Except for payment for overtime hours worked, all hours worked by a part-time employee in PhoneCenter Stores, Customer Service Centers, Phone Booths (Kiosks), DM/DR (Direct Marketing/Direct Response) Centers and any equivalent retail sales or service center operation, and any employee who is transferred to or employed by any new unregulated subsidiary or affiliated entity in the AT&T System shall be paid at the equivalent basic hourly rate for a comparable full-time employee working a normal daily tour in the same job title, classification, and work group. Payment to a part-time employee for hours worked in excess of an equivalent normal daily tour or work week for a comparable full-time employee shall be at the applicable overtime rate for a comparable full-time employee based on such part-time employee's basic hourly rate. Any regular employee who is on the active payroll of the Company as of December 31, 1980, and who works part-time on or after January 1, 1981, shall thereafter continue, during the current term of employment, to be paid on the same basis as was applicable to such a part-time employee on December 31, 1980.

2. The classification of a part-time employee is based on the employee's "part-time equivalent work week" which shall be

-O-BP Document 37 Filed 09/09/26 Page 247 of

initially determined by dividing the employee's anticipated scheduled hours per month by 4.35 and rounding the result to the next higher whole number. (Illustration: 68 hours per month divided by 4.35 equals 15.6, rounded to a "part-time equivalent work week" classification of 16.)

3. The "part-time equivalent work week" classification of each part-time employee shall be recalculated by the Company no less often than every six (6) months on April 1 and October 1 of each year, based on the actual average number of hours worked per month during the preceding six (6)-month period. The recalculated "part-time equivalent work week" classification, shall be placed in effect if it differs by more than plus or minus three (+/–3) hours from the employee's current "part-time equivalent work week" classification, or if it would change the employee's current premium payment percentage for the Medical, Dental and Vision Plans, as described in paragraph 5., a., b., and c. below. Any hours worked which are paid at the overtime rate shall not be counted in computing the average number of hours worked.

4. For employees, who are hired on or after January 1, 1981, and who work as regular part-time employees, payments to a regular part-time employee for disability or death benefits under the "Pension Benefit Plan or the Disability Income Plan," vacations, holidays, anticipated disability leave, sickness absence (not under the "Disability Income Plan"), or termination allowance (or its equivalent) shall be prorated based on the relationship of the individual part-time employee's "part-time equivalent work week" to the normal work week of a comparable full-time employee in the same job title, classification, and work group. A part-time employee shall not be paid for time not worked on a holiday or for absence due to sickness (not under the "Disability Income Plan") unless such holiday or absence due to sickness occurs on a day of the week on which the employee is normally scheduled to work. Regular employees who are on the active payroll of

APP 0245 6201-JZ 00241

the Company as of December 31, 1980, and who work part-time on or after January 1, 1981, shall thereafter continue, during the current term of employment, to receive payments for the benefits and other items listed above on the same basis as was applicable to a part-time employee on December 31, 1980.

5. Employees who are hired on or after January 1, 1981, and who work as part-time employees shall, if otherwise eligible to participate under the terms of such plans, be eligible for coverage under the Medical Plan, Dental Plan, and Vision plan as follows:

a. For the Medical Plan:

(1) Employees whose part-time equivalent work week classification is less than seventeen (17) hours shall be eligible by enrollment and payment of one hundred (100) percent of the premiums for such coverage.

(2) Employees whose part-time equivalent work week classification is at least seventeen (17) hours but less than twenty-five (25) hours shall be eligible by enrollment and payment of fifty (50) percent of the premiums for such coverage.

(3) Employees whose part-time equivalent work week classification is greater than or equal to twenty-five (25) hours shall be eligible by enrollment and pay the same as full-time employees.

(4) Regular employees who are on the active payroll of the Company as of December 31, 1980, shall continue to be eligible for such

coverage on the same basis as a regular full-time employee regardless of classification.

-O-BP Document 37 Filed 09/09/26 Page 249 of

b. For the Dental Plan and Vision Plan:

(1) Employees working twenty (20) or more hours a week pay fifty (50) percent of the full cost of coverage.

(2) Employees working less than twenty (20) hours a week pay one hundred (100) percent of the full cost of coverage.

6. Effective January 1, 1981, part-time employees regardless of classification, shall be eligible for Excused Work Days on a pro rata basis based upon the ratio of any such part-time employee's equivalent work week to the normal work week of a comparable full-time employee.

7. This Memorandum is the result of national bargaining and expresses the general principles governing the treatment of part-time employees. These principles are incorporated, as appropriate, in the various Agreements between Southwestern Bell Telephone Company, AT&T Services, Inc., and DIRECTV, LLC and the CWA and will expire or be changed through future amendments to those particular Agreements.

| For the Union: | For the Company: |
| --- | --- |
| Claude Cummings, Jr. | Joe Croci |
| Vice President | Vice President- |
| District 6 | Labor Relations |

APP 0247 6201-JZ 00243

-O-BP Document 37 Filed 09/09/26 Page 250 o

1. There will be established a Motor Vehicle Usage Program to provide, in those administrative work units where implemented, that employees who participate will be assigned a motor vehicle for use in their work and for traveling between their work locations and places of residence or other designated places for the vehicle storage. The Company will administer the Motor Vehicle Usage Program based on this agreement and the "Home Dispatch: Technician Course."

2. The Motor Vehicle Usage Program will be implemented only within administrative work units where some or all of the employees normally use a Company-provided motor vehicle in order to perform their work. The decision to implement and to continue the program within any such administrative work unit will be within Management's discretion.

3. When the Motor Vehicle Usage Program is introduced within an administrative work unit, all employees within that unit who normally use a Company-provided motor vehicle in the performance of their work assignment will be eligible to participate. Participation by any such employees will be on a voluntary basis. If an employee elects not to participate, Management will determine where the motor vehicle assigned to that employee is to be stored and that location will become the employee's work reporting location.

4. Employees who participate in the program will be expected to provide normally secure and legal storage for the vehicle at their places of residence. If the vehicle cannot be properly stored at an employee's place of residence, the Company may arrange for appropriate storage at its expense.

5. Operating and maintenance costs will be at the Company's expense. The Company will make arrangements for maintenance of the vehicle; however, it will be the responsibility of the employee to whom the vehicle is assigned to assure that the vehicle is properly maintained.

APP 0248 6201-JZ 00244

-O-BP Document 37 Filed 09/09/26 Page 251 o

6. For employees who participate in the Motor Vehicle Usage Program, a work reporting area will be established on a local basis before implementation. Such work reporting area will be designed so as to serve the interests of the customer, reasonably accommodate the employee, and be satisfactory to Management and the Union. The work reporting area normally will be a circular geographic area. In large congested metropolitan locations or where natural barriers render a circular work reporting area impractical, other suitable parameters will be established.

7. Each participating employee will be expected to begin and end the work tour at any assigned location within the established work reporting area. Prior to implementation of the Program, the Company and Union will determine a method of compensation for employees who begin or end a work tour outside an established work reporting area.

8. Employees participating in the Motor Vehicle Usage Program may be subject to removal from the Program on an individual basis for any reason. Any employee participating in the Program shall have the right to arbitrate the issue of just cause for such removal. Only the issue of just cause shall be subject to arbitration, not whether the Company has the right to remove the employee or set productivity standards.

APP 0249 6201-JZ 00245

# MEMORANDUM OF AGREEMENT

This Memorandum shall apply, effective April 9, 2017, to the extent set forth below, to employees of SOUTHWESTERN BELL TELEPHONE COMPANY, AT&T SERVICES, INC., and DIRECTV, LLC hereinafter called the "Company") included in any recognized or certified Bargaining Unit, who enter active duty in the armed forces of the United States as defined in the Uniformed Services Employment and Reemployment Rights Act of 1994, effective October 13, 1994, and supersedes all practices heretofore applicable to such employees entering active duty in the armed forces of the United States.

## SECTION I. LEAVE OF ABSENCE

A leave of absence will be granted to any employee, excluding occasional employees, leaving a position to enter active duty in the armed forces who:

(a) is inducted under the Uniformed Services Employment and Reemployment Rights Act of 1994,

(b) is subject to induction under said Act and enlists for the minimum enlistment period of the branch of the armed forces involved,

(c) is a member of the reserve component of the armed forces (as defined in the Uniformed Services Employment and Reemployment Rights Act of 1994) and is ordered or called into active military service, or

(d) is not subject to induction under said Act and enlists for the minimum enlistment period of the branch of the armed forces involved.

This leave shall be subject to the conditions hereinafter stated and shall cover such employee's necessary absence on active duty in the armed forces of the United States.

**SECTION II.** BENEFIT STATUS

1. An employee on such leave who has reemployment rights under the Uniformed Services Employment and Reemployment Rights Act of 1994 and who makes application for reinstatement within the period provided in the Act, will receive upon reinstatement, full service credit for the period of absence on active duty in the armed forces.

2. Such leave will be with eligibility to death benefits and with eligibility to disability benefits at the termination of the leave if the employee is then incapacitated, all in accordance with the terms of the Disability Income Plan and the Pension Benefit Plan.

3. In death cases occurring during such leave, sickness death benefits, where payable, shall be based upon the Net Credited Service at the time the leave was granted plus the elapsed time on such leave to the date of death, and shall be computed at the rate of Company pay in effect at the time the leave began.

4. Disability benefits, where payable, shall be based upon the Net Credited Service at the time such leave was granted plus the elapsed time on such leave to the termination of the leave of absence, and shall be computed on the basis of the rate of Company pay in effect at the time of the employee's reinstatement.

**SECTION III.** MILITARY PAY ALLOWANCE

1. Employees granted leaves of absence under the provisions of Section I (a), (b), or (c) above, except for leaves for Public Health Services and any other category designated by

the President of the United States in time of war or emergency, will (where their Company Pay is greater) receive the difference between their Government Pay and their Company Pay for the first six (6) months of military service or for any shorter period of such service.



2. Employees granted leaves of absence under the provisions of Section I (d) above, except for leaves for Public Health Services and any other category designated by the President of the United States in time of war or emergency, will (where their Company Pay is greater) receive the difference between their Government Pay and their Company Pay for the first two (2) weeks of military service or for any shorter period of such service.

**SECTION IV.** DETERMINATION OF GOVERNMENT PAY AND COMPANY PAY

1. Government Pay shall, for the purpose of this Agreement, include basic pay, and, for those with dependents, the excess of quarters allowances established for members of the armed forces with dependents over those established for members of the armed forces of equal rank without dependents, and shall be computed as of the time the employee so enters military service. Where difference in pay for two (2) weeks is involved, Government Pay shall be fourteen thirtieths ($^{14}/_{30th}$) of the monthly rate as determined above.

2. Company Pay for the purpose of computing military pay allowances shall be based upon the employee's rate (including any night, or unlocated differentials, to the extent normally applicable) in effect at the time of such employee's entry into military service.

**SECTION V.** REEMPLOYMENT

All employees who are granted leaves of absence to enter active duty in the armed forces and have reemployment rights under the law, and all others who have such reemployment rights will be reinstated in accordance with the provisions of the law.

**SECTION VI.** VACATION TREATMENT

A lump-sum payment in lieu of any unused vacation to which the employee may be entitled at the date on which his/her leave of absence begins shall be made at that time.

**SECTION VII.** DURATION

The procedures established by this Memorandum shall continue in force and effect until April 10, 2021, and thereafter until terminated by thirty (30) days' notice in writing from either party to the other; provided however, that no such termination shall affect any rights under any leave of absence granted hereunder which is in effect on the day prior to the effective date of such termination. Notice of termination may be given at any time on or after March 11, 2021, and shall be sufficient with respect to the Union if addressed to the Vice President, District 6, Communications Workers of America, and with respect to the Company if addressed to the Vice President-Labor Relations.

IN WITNESS WHEREOF, Communications Workers of America and Southwestern Bell Telephone Company, AT&T Services, Inc., and DIRECTV, LLC have caused this Agreement to be executed by their respective officers and representatives thereunto duly authorized, as of the day and year first above written.

-O-BP Document 37 Filed 09/09/26 Page 256 of

COMMUNICATIONS WORKERS OF AMERICA
BY Claude Cummings, Jr.
Vice President
District 6

SOUTHWESTERN BELL TELEPHONE COMPANY
AT&T SERVICES, INC.
DIRECTV, LLC
BY Joe Croci
Vice President-
Labor Relations

APP 0254 6201-JZ 00250

# MONTHLY BENEFIT TABLES

Pension benefit amounts will be determined using the appropriate Monthly Benefit Tables as shown on the subsequent pages according to the following:

| For Pension Effective Dates: | Use Table: |
|---|---|
| • On or after January 1, 2018 AND before January 1, 2019 | A |
| • On or after January 1, 2019 AND before January 1, 2020 | B |
| • On or after January 1, 2020 AND before January 1, 2021 | C |
| • On or after January 1, 2021 | D |

Note: Use tables below for Appendix I employees

| For Pension Effective Dates: | Use Table: |
|---|---|
| • On or after January 1, 2018 AND before January 1, 2019 | E |
| • On or after January 1, 2019 AND before January 1, 2020 | F |
| • On or after January 1, 2020 AND before January 1, 2021 | G |
| • On or after January 1, 2021 | H |

-O-BP Document 37 Filed 09/09/26 Page 258 of

**MONTHLY BENEFIT TABLE A**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2018**
**AND BEFORE JANUARY 1, 2019**

| Increase = | 1% |
|---|---|
| **PENSION BAND NUMBERS** | **ANY AGE** |
| 94 | $27.27 |
| 95 | $28.91 |
| 96 | $30.53 |
| 97 | $32.14 |
| 98 | $33.76 |
| 99 | $35.38 |
| 100 | $37.02 |
| 101 | $38.64 |
| 102 | $40.26 |
| 103 | $41.94 |
| 104 | $43.56 |
| 105 | $45.16 |
| 106 | $46.77 |
| 107 | $48.46 |
| 108 | $50.11 |
| 109 | $51.73 |
| 110 | $53.34 |
| 111 | $54.98 |
| 112 | $56.55 |
| 113 | $58.27 |
| 114 | $59.86 |
| 115 | $61.45 |
| 116 | $63.11 |
| 117 | $64.71 |
| 118 | $66.38 |
| 119 | $67.99 |
| 120 | $69.64 |
| 121 | $71.26 |
| 122 | $72.91 |
| 123 | $74.52 |
| 124 | $76.16 |
| 125 | $77.80 |
| 126 | $79.40 |
| 127 | $81.06 |
| 128 | $82.67 |
| 129 | $84.32 |
| 130 | $85.91 |
| 131 | $87.60 |
| 132 | $89.19 |
| 133 | $90.80 |
| 134 | $92.48 |
| 135 | $94.07 |

**MONTHLY BENEFIT TABLE B**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2019**
**AND BEFORE JANUARY 1, 2020**

| Increase = | 1% |
|---|---|
| **PENSION BAND NUMBERS** | **ANY AGE** |
| 94 | $27.54 |
| 95 | $29.20 |
| 96 | $30.84 |
| 97 | $32.46 |
| 98 | $34.10 |
| 99 | $35.73 |
| 100 | $37.39 |
| 101 | $39.03 |
| 102 | $40.66 |
| 103 | $42.36 |
| 104 | $44.00 |
| 105 | $45.61 |
| 106 | $47.24 |
| 107 | $48.94 |
| 108 | $50.61 |
| 109 | $52.25 |
| 110 | $53.87 |
| 111 | $55.53 |
| 112 | $57.12 |
| 113 | $58.85 |
| 114 | $60.46 |
| 115 | $62.06 |
| 116 | $63.74 |
| 117 | $65.36 |
| 118 | $67.04 |
| 119 | $68.67 |
| 120 | $70.34 |
| 121 | $71.97 |
| 122 | $73.64 |
| 123 | $75.27 |
| 124 | $76.92 |
| 125 | $78.58 |
| 126 | $80.19 |
| 127 | $81.87 |
| 128 | $83.50 |
| 129 | $85.16 |
| 130 | $86.77 |
| 131 | $88.48 |
| 132 | $90.08 |
| 133 | $91.71 |
| 134 | $93.40 |
| 135 | $95.01 |

APP 0256 6201-JZ 00252

-O-BR Document 37 Filed 09/09/26 Page 259 o

**MONTHLY BENEFIT TABLE C**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2020**
**AND BEFORE JANUARY 1, 2021**

Increase = 1%

| PENSION BAND NUMBERS | ANY AGE |
|---|---|
| 94 | $27.82 |
| 95 | $29.49 |
| 96 | $31.15 |
| 97 | $32.78 |
| 98 | $34.44 |
| 99 | $36.09 |
| 100 | $37.76 |
| 101 | $39.42 |
| 102 | $41.07 |
| 103 | $42.78 |
| 104 | $44.44 |
| 105 | $46.07 |
| 106 | $47.71 |
| 107 | $49.43 |
| 108 | $51.12 |
| 109 | $52.77 |
| 110 | $54.41 |
| 111 | $56.09 |
| 112 | $57.69 |
| 113 | $59.44 |
| 114 | $61.06 |
| 115 | $62.68 |
| 116 | $64.38 |
| 117 | $66.01 |
| 118 | $67.71 |
| 119 | $69.36 |
| 120 | $71.04 |
| 121 | $72.69 |
| 122 | $74.38 |
| 123 | $76.02 |
| 124 | $77.69 |
| 125 | $79.37 |
| 126 | $80.99 |
| 127 | $82.69 |
| 128 | $84.34 |
| 129 | $86.01 |
| 130 | $87.64 |
| 131 | $89.36 |
| 132 | $90.98 |
| 133 | $92.63 |
| 134 | $94.33 |
| 135 | $95.96 |

**MONTHLY BENEFIT TABLE D**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2021**

Increase = 1%

| PENSION BAND NUMBERS | ANY AGE |
|---|---|
| 94 | $28.10 |
| 95 | $29.78 |
| 96 | $31.46 |
| 97 | $33.11 |
| 98 | $34.78 |
| 99 | $36.45 |
| 100 | $38.14 |
| 101 | $39.81 |
| 102 | $41.48 |
| 103 | $43.21 |
| 104 | $44.88 |
| 105 | $46.53 |
| 106 | $48.19 |
| 107 | $49.92 |
| 108 | $51.63 |
| 109 | $53.30 |
| 110 | $54.95 |
| 111 | $56.65 |
| 112 | $58.27 |
| 113 | $60.03 |
| 114 | $61.67 |
| 115 | $63.31 |
| 116 | $65.02 |
| 117 | $66.67 |
| 118 | $68.39 |
| 119 | $70.05 |
| 120 | $71.75 |
| 121 | $73.42 |
| 122 | $75.12 |
| 123 | $76.78 |
| 124 | $78.47 |
| 125 | $80.16 |
| 126 | $81.80 |
| 127 | $83.52 |
| 128 | $85.18 |
| 129 | $86.87 |
| 130 | $88.52 |
| 131 | $90.25 |
| 132 | $91.89 |
| 133 | $93.56 |
| 134 | $95.27 |
| 135 | $96.92 |

APP 0257 6201-JZ 00253

-O-BP Document 37 Filed 09/09/26 Page 260 o

**MONTHLY BENEFIT TABLE E**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2018**
**AND BEFORE JANUARY 1, 2019**

| Increase = | 1% |
|---|---|
| **PENSION BAND NUMBERS** | **ANY AGE** |
| 7A8 | $33.76 |
| 7A9 | $35.38 |
| 700 | $37.02 |
| 701 | $38.64 |
| 702 | $40.26 |
| 703 | $41.94 |
| 704 | $43.56 |
| 705 | $45.16 |
| 706 | $46.77 |
| 707 | $48.46 |
| 708 | $50.11 |
| 709 | $51.73 |
| 710 | $53.34 |
| 711 | $54.98 |
| 712 | $56.55 |

**MONTHLY BENEFIT TABLE F**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2019**
**AND BEFORE JANUARY 1, 2020**

| Increase = | 1% |
|---|---|
| **PENSION BAND NUMBERS** | **ANY AGE** |
| 7A8 | $34.10 |
| 7A9 | $35.73 |
| 700 | $37.39 |
| 701 | $39.03 |
| 702 | $40.66 |
| 703 | $42.36 |
| 704 | $44.00 |
| 705 | $45.61 |
| 706 | $47.24 |
| 707 | $48.94 |
| 708 | $50.61 |
| 709 | $52.25 |
| 710 | $53.87 |
| 711 | $55.53 |
| 712 | $57.12 |

**MONTHLY BENEFIT TABLE G**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2020**
**AND BEFORE JANUARY 1, 2021**

| Increase = | 1% |
|---|---|
| **PENSION BAND NUMBERS** | **ANY AGE** |
| 7A8 | $34.44 |
| 7A9 | $36.09 |
| 700 | $37.76 |
| 701 | $39.42 |
| 702 | $41.07 |
| 703 | $42.78 |
| 704 | $44.44 |
| 705 | $46.07 |
| 706 | $47.71 |
| 707 | $49.43 |
| 708 | $51.12 |
| 709 | $52.77 |
| 710 | $54.41 |
| 711 | $56.09 |
| 712 | $57.69 |

**MONTHLY BENEFIT TABLE H**
**FOR PENSION EFFECTIVE DATES**
**ON OR AFTER JANUARY 1, 2021**

| Increase = | 1% |
|---|---|
| **PENSION BAND NUMBERS** | **ANY AGE** |
| 7A8 | $34.78 |
| 7A9 | $36.45 |
| 700 | $38.14 |
| 701 | $39.81 |
| 702 | $41.48 |
| 703 | $43.21 |
| 704 | $44.88 |
| 705 | $46.53 |
| 706 | $48.19 |
| 707 | $49.92 |
| 708 | $51.63 |
| 709 | $53.30 |
| 710 | $54.95 |
| 711 | $56.65 |
| 712 | $58.27 |

### Statement of Renewed Commitment to the Principles of Cooperative Union-Management Relations

The Company and the Union recognize that significant benefits have been derived and will continue to derive from cooperative Union-Management relations. Through such cooperation, the parties have been able to explore innovative methods of operation which seek to modify traditional workplace relationships in ways designed to enhance the Company's effectiveness and competitiveness, increase Union and employee participation in local workplace decisions, and maximize employees' satisfaction with their work.

The parties also recognize that the 1996 Telecommunications Act and associated legislation changed the market place from heavily regulated to highly competitive. Therefore, achieving mutual goals of competitive excellence and employment security in this new environment will present ever-increasing challenges.

In light of these challenges, the parties realize that the need for effective and mutually respectful cooperation between the Union and Management at all levels of the business is more important now than ever before. Therefore, the Company and the Union hereby renew and strengthen their commitment to the following Principles of Cooperative Union-Management Relations:

1. Participative Management Employee Involvement (PMEI) is based on the tenet that employees are responsible, trustworthy and capable of making contributions when equipped with the necessary business information and train-

ing. In this regard, the Company and the Union will promote strategies designed to:

- educate employees and all levels of Union and Management leadership to promote PMEI efforts and increase understanding of the link between PMEI and improvement in both bottom-line results and job satisfaction; and

- provide access to relevant business information to improve employees' level of competitive responsiveness and their ability to make well-informed, customer-focused decisions.

2. The principles of PMEI require engaging employees and Company and Union leadership at all levels in meaningful opportunities for participation in and contribution to business decisions that affect their work. The parties will promote the goals of increasing shareowner value and enriching jobs by actively soliciting employees' input and by recognizing their contributions to these objectives.

3. The Company and the Union agree to uphold and promote PMEI principles and to encourage and support implementation of PMEI processes in a consistent and effective manner at every level of their respective organizations. The parties recognize that effectiveness and productivity can and will be enhanced by delegating authority, responsibility, and accountability to employees closer to the actual work process, resulting in greater pride and satisfaction with the work, as well as increased personal growth.

4The PMEI Companywide Steering Committee will continue to guide, support, and promote PMEI efforts to increase shareowner value and enrich jobs. The Steering Committee will also serve as a forum to explore and exchange innovative ideas and successful applications of PMEI concepts using both internal and external sources. The Companywide Steering Committee, with input from operations Steering

-O-BP Document 37 Filed 09/09/26 Page 264 o

Committees, will continue to plan, evaluate, and introduce training and developmental programs to facilitate and enhance PMEI efforts.

5. PMEI efforts will continue to be viewed as a supplement to the collective bargaining process. The integrity of the collective bargaining process, the contractual rights of the parties, and the workings of the grievance procedure must be upheld and maintained.

6. Process improvement is based on the belief that improved quality leads to improved productivity, decreased costs, and increased market share, all of which allow the Company to provide more jobs and increase shareowner value. The Company and the Union recognize that a continuous quality improvement process is in their mutual best interest, and that a PMEI approach should be used to gain commitment to and support of such improvements. For example, the principles of PMEI can be applied from the beginning of, and throughout, implementation of the process improvement methodology, thus becoming the key link in obtaining input from bargaining unit employees for use in improving the business operations in which they are involved. The Company will encourage all levels of Management to utilize a participative approach in forming process improvement committees when involvement of bargaining unit employees is desired.

7. Employment security will continue to be a major concern of the Company and the Union. Innovations which result from the PMEI processes will not result directly in the layoff of any regular employee or negatively affect the pay or seniority status of any Union-eligible employee, whether or not he or she is a participant in the process. In addition, process improvement committees on which bargaining unit employees serve will not undertake activities or make recommendations that could be expected to result directly in the layoff of any regular employee or negatively affect the pay

APP 0262 6201-JZ 00258

or seniority status of any Union-eligible employee, whether or not he or she is a participant in the process.

-O-BP Document 37 Filed 09/09/26 Page 265 o

8. The parties recognize that genuine involvement by Management, the Union and all employees is essential for the success of these mutual efforts. The parties agree, therefore, to encourage all levels of their respective organizations to cooperate in the design, development, and implementation of PMEI efforts that foster a business alliance in the spirit of mutuality and responsible leadership. PMEI remains a process; there is no universal or one best approach.

COMMUNICATIONS WORKERS OF AMERICA

*/s/ Claude Cummings, Jr.*

Claude Cummings, Jr.
Vice President, District 6

*/s/ Sylvia J. Ramos*

Sylvia J. Ramos
Assistant to Vice President

SOUTHWESTERN BELL TELEPHONE COMPANY
AT&T SERVICES, INC.
DIRECTV, LLC

*/s/ Joe Croci*

Joe Croci
Vice President-Labor Relations

**APP 0263** **6201-JZ 00259**

## 2017

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## 2018

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## 2019

### JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### FEBRUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

### MARCH

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### APRIL

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### MAY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

### JULY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### AUGUST

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### SEPTEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

### OCTOBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### NOVEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### DECEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## 2020

### JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### FEBRUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

### MARCH

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### APRIL

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### MAY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### JULY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### AUGUST

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### SEPTEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### OCTOBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### NOVEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

### DECEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## 2021

### JANUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### FEBRUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | | | | | | |

### MARCH
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### APRIL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

### MAY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### JUNE
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### JULY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### AUGUST
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### SEPTEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### OCTOBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### NOVEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### DECEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## 2022

### JANUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### FEBRUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |

### MARCH
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### APRIL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### MAY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### JUNE
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### JULY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### AUGUST
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### SEPTEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

### OCTOBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### NOVEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### DECEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## *NOTES*

*NOTES*

NOTES

# ATTACHMENT 2

# CWA CONSTITUTION

AS AMENDED
August 2025

CWA

PERMANENT RULES GOVERNING CONDUCT OF CWA CONVENTION AND INTERNAL APPEALS PROCEDURE

# CWA Constitution as Amended August 2025

## *Article I—Name*

This organization, hereinafter referred to as the Union, shall be known as the Communications Workers of America and shall be identified by the initials CWA.

## *Article II—Jurisdiction*

The Union shall have jurisdiction of all communications work and of the persons engaged therein. The Union shall also include those workers who wish to become part of the Union regardless of their field of endeavor. There shall be no geographical limitation on the jurisdiction of the Union.

## *Article III—Objects*

The objects of the Union shall be:

(a) To unite the workers within its jurisdiction in a single cohesive labor union for the purpose of collective effort;

(b) To improve the conditions of the workers with respect to wages, hours, working conditions and other conditions of employment;

(c) To disseminate information among the workers respecting economic, social, political and other matters affecting their lives and welfare;

(d) To advance the interests of the workers by advocating the enactment of laws beneficial to them and the defeat or repeal of laws detrimental to them;

Preamble:

We, the Communications Workers of America, believing that as an integral part of society we are entitled to an equitable share in the products of our labor and realizing that our welfare can best be protected and advanced through the united effort of all workers, do, through this Constitution, under God, seek to form a more perfect means of securing for ourselves, and labor generally, full employment of the inherent rights and dignities which our institutions were ordained to preserve.

(e) To do all things which may be necessary or proper to secure for the workers the enjoyment of their natural rights.

(f) To fight discrimination and harassment in all its forms, through the incorporation of the CWA Policy on Mutual Respect into this Constitution.

## *Article IV—Organizational Structure*

The structure of the organization shall consist of the following, all hereinafter described:

1. The Convention;
2. The Executive Board;
3. District;
4. Chartered Locals;
5. The Canadian Region

## *Article V—Membership*

### *Section 1—Eligibility*

(a) All persons engaged in the communications field and other fields of endeavor, both public and private sectors, excepting those excluded by law, shall be eligible for membership in the Union.

(b) All persons who are officers of labor organizations representing workers within the jurisdiction of the Union shall be eligible for membership in the Union.

(c) Members of the Union who are on leaves of absence from their employment or who are employed on a full-time or part-time basis by the Union or a Local or who are or may be retired for any reason may continue to be active members.

(d) No person, otherwise eligible for membership, shall be denied membership in the Union because of sex, race, color, creed or nationality.

(e) No person, otherwise eligible for membership in the Union, shall be admitted to membership if the person has been fined, suspended or expelled by a Local in this Union, until the person has complied with the terms of such fine, suspension or expulsion.

### *Section 2—Applications*

(a) Membership in the Union shall be obtained and maintained through membership in a chartered Local of the Union.

(b) Each application for membership shall be accompanied by the initiation fee established by the Local which shall not be less than two dollars ($2.00) nor more than five dollars ($5.00), without approval of the Executive Board.

(c) The Union's portion of an initiation fee shall be one dollar ($1.00). Each Local shall pay the Union its portion of initiation fees in such manner as required by the Convention or the Executive Board.

(d) The Executive Board may waive the Union's portion of the initiation fee. A Local may waive its portion of the initiation fee with approval of the Executive Board.

(e) In the event an application for membership is denied, the initiation fee shall be refunded to the applicant.

(f) Each Local shall establish a membership committee or membership committees which shall act upon applications for membership. Membership committees shall accept or reject such applications subject to the right of the Local to overrule the committee.

(g) A Local shall not establish qualifications for membership which contravene qualifications set forth in this Constitution.

### *Section 3—Transfers*

(a) The Executive Board shall establish rules and procedures for the transfer of the membership of a member of the Union who changes employment from the jurisdiction of one Local to another.

(b) The transferred member shall not be required to pay an initiation fee if the transfer is initiated not later than thirty (30) days after the effective date of the change in employment.

(c) The member shall be granted such transfer of membership if the member is in good standing.

(d) All Locals shall be supplied with certificate of transfer forms by the Union.

(e) Members of a Local who are or may be retired for any reason, or who are, or who may be on leaves of absence, may elect to continue to be active members or to assume the status of associate members. In the event any such person elects to become an associate member, the person shall lose voting privileges but shall not be required to pay dues.

### *Section 4—Termination*

(a) Membership in the Union shall be terminated when any member shall accept a position which would render the person ineligible for membership, except that a member who temporarily assumes such a position may retain membership for a period not to exceed thirty (30) days, provided during such period such member shall not hold any office within the Union.

(b) Membership may be terminated by expulsion as provided in this Constitution.

(c) A withdrawal card shall be issued by the Local upon application of a member in good standing leaving the jurisdiction of the Union. Should the holder of a withdrawal card later return to the jurisdiction of the Union, that person shall not be required to pay an initiation fee if such card is presented to the Secretary of the Local having jurisdiction of the member within thirty (30) days of that person returning to the Union's jurisdiction. Failure to present the card within the time limit specified herein shall void the rights and privileges granted by such withdrawal card.

(d) Membership in the Union shall be terminated following receipt of a member's written request sent to the Local of the Union in which the membership is maintained.

### *Section 5—Retired Members' Chapter*

(a) All CWA Council Lifetime members shall be eligible to join in a CWA Retired Members' Chapter.

(b) Application for membership in a Chapter shall be made to the Retiree Chapter.

(c) Each member of a Chapter shall pay the membership dues established by the Chapter.

(d) Chapters shall be units of the Union and shall be chartered by the CWA Executive Board.

(e) Chapters shall be identified by number.

(f) Application for Charter shall be in writing upon forms provided by the Secretary-Treasurer of the Union and shall be signed by at least five (5) persons eligible for membership in the Chapter.

(g) Chapters shall adopt bylaws which are consistent with this Constitution and the programs of the Union.

### *Section 6—Retired Members' Council*

(a) All dues paying members of the Union in good standing who are or may be retired by reason of age or disability shall be eligible to become CWA Retired Members' Council Lifetime members.

(b) The Retired Members' Council shall be a unit of the Union and shall consist of lifetime members.

(c) The Council shall adopt bylaws and rules consistent with federal and provincial laws, the Constitution and policies of CWA.

(d) A Council Executive Board shall be elected which will consist of two representatives from each of the CWA Districts and two representatives from each of the Sector/Division members who shall be elected from the Media Sector (consisting of the NABET-CWA and TNG-CWA), the IUE-CWA Division, the AFA-CWA Sector, and the Public, Healthcare and Education Workers Sector. The District representatives on the Council Executive Board shall be elected by secret ballot among the Council Lifetime members within the appropriate CWA District. The Sector and Division representatives shall be elected by secret ballot among the Council Lifetime members who retired from the Media Sector (consisting of the NABET-CWA, and TNG-CWA), the IUE-CWA Division, the AFA-CWA Sector, and the Public, Healthcare and Education Workers Sector. Of the two elected Representatives one shall be known as District or Sector President and one shall be known as District or Sector Vice President. Terms of office shall be consistent with those of International officers. The elections shall be conducted in accordance with Council bylaws, federal and provincial laws and this Constitution. Any challenge to the Council Executive Board elections or Council officers' elections shall be resolved in accordance with the Council bylaws.

(e) The officers of the Retired Members' Council shall be an Executive President, Executive Vice President and Secretary-Treasurer or Secretary and Treasurer. Such officers shall be elected from the Council Executive Board in accordance with Council bylaws. The term of the office for Council officers shall be four years or until their successors have been duly elected and qualified.

(f) The Council Executive Board Presidents shall also serve as delegates to all CWA Conventions during their term of office and shall each carry one (1) vote. As delegates to the CWA Convention, Council Executive Board Presidents shall have the right to vote in elections of the CWA President and Secretary-Treasurer.

(g) The Council shall concern itself with organizing the unorganized, and the social, economic, educational, legislative, and political developments and concerns of its members and the CWA. Consistent with CWA policies and this Constitution, the Council shall engage in organizing, political, legislative, educational, civic, social, economic, and community activities to advance and enhance the interests of its membership and the CWA.

## *Article VI—Dues, Fines and Assessments*

### *Section 1—Membership Dues*

(a) Each member of the Union shall pay the membership dues established by the member's Local. Membership dues shall be collected in the manner as determined by the Convention or the Executive Board.

(b) Locals shall establish membership dues.

(c) The Convention may establish minimum membership dues.

### *Section 2—Per Capita Dues to Union*

(a) The Convention shall establish per capita dues to the Union. Locals shall be required to pay the per capita dues to the Union within the time and in the manner set forth by the Convention or the Executive Board.

### *Section 3—Local Special Assessments*

(a) Locals may levy a special assessment in cases of emergency or when income from dues and initiation fees is inadequate to finance necessary expense of the Local.

(b) Before a Local may levy a special assessment it shall:

(1) Give the reason for the assessment to the member's subject thereto;

(2) Obtain approval by majority vote by secret ballot of the members in good standing voting at a general or special membership meeting, after reasonable notice of the intention to vote upon such question, or by majority vote of the members in good standing voting in a membership referendum conducted by secret ballot.

### *Section 4—Union Special Assessments*

(a) A special assessment may be levied by the Convention. A special assessment may be initiated by the Executive Board, and submitted to referendum in accordance with Article XXII.

(b) The sums collected by assessments under this Section shall be used only for the purposes of the assessments, except that any unexpended surplus of such assessment shall be allocated to the contingency fund of the Union and may be reallocated by the Convention.

(c) A complete record of all monies collected by assessments under this Section shall be kept by the Secretary-Treasurer of the Union, and shall be available for inspection by duly authorized representative(s) of any Local.

### *Section 5—Non-Payment of Dues*

A member in default, without good cause, in the payment of any installment of dues for sixty (60) days from the date such amount becomes due, shall be automatically suspended from the rights of membership and, if the default continues without good cause for an additional thirty (30) days, after notice in writing by the Local Secretary, shall be automatically expelled from the Union. "Good Cause" shall be that which the governing body of the Local determines to be good cause.

### *Section 6 – The Canadian Region*

This Article applies to members of the CWA-SCA Canadian Region, which consists of all CWA Locals within the boundaries of Canada. However, in keeping with the financial autonomy of the Canadian Region, per capita dues paid by Canadian members will remain in Canada and will be administered by CWA-SCA Canada to fund Canadian programs and operations. The Canadian Region shall submit to the International Union its proportionate share of the common costs of the CWA-SCA Sector. CWA-SCA Canada and its Locals will continue to participate in the Members' Relief Fund and the CWA Defense Fund and be governed by the rules applicable to those funds. CWA-SCA Canada will also be eligible to participate in appropriate Strategic Industry Funds and will also be governed by the rules applicable to those funds.

## ***Article VII—Governing Authority***

### *Section 1*

The affairs of the Union shall be governed by its membership in the following manner:

(a) By the Convention as the highest governing authority of the Union, subject to the right of referendum of the membership;

(b) By the Executive Board exercising the authority of the Convention between Biennial Conventions, in accordance with the Constitution and the mandates of the Convention, subject to the right of appeal to the Convention, the referendum and the recall. Article XVI, Section 7, commencing in 2026 and in all non-Convention years the Finance Committee shall review the financial operations of the Union for the preceding year including the audits of the books of the Secretary-Treasurer, and shall report its findings and make recommendations for the succeeding year's budget. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's meeting to be called by CWA Secretary-Treasurer. Except as provided in Article XIII, Section 6, the decisions of the Executive Board must be complied with before the right to appeal can be exercised and such decisions shall remain in effect until reversed or modified;

(c) By the President as the principal executive officer of the Union, who shall have the authority to carry out the policies of the Union in accordance with the Constitution and the mandates of the Convention the report and recommendations of the Finance Committee to delegates to a Local Presidents' meeting called by the CWA Secretary-Treasurer in non-Convention years, and the Executive Board, subject to the right of appeal to the

Convention, the referendum and the recall. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's meeting to be called by CWA Secretary-Treasurer;

(d) By the Locals of the Union conducting their affairs in accordance with this Constitution and Local Bylaws and Rules which they may adopt so long as they do not contravene any provision of this Constitution.

## *Article VIII—Conventions*

### *Section 1— Biennial Conventions*

Beginning in 2011, the Union shall meet in Biennial Conventions at a place selected by the Executive Board or the Secretary-Treasurer when authorized by the Executive Board to do so.

### *Section 2— Special Conventions*

(a) Special Conventions may be called by the Executive Board and shall be called upon the request of twenty percent (20%) of the Locals representing twenty percent (20%) of the membership of the Union.

(b) The date and place of Special Conventions shall be specified on the calls thereof.

(c) Action of a Special Convention shall be confined to the matters for which it was called.

### *Section 3—Convention Call*

(a) Biennial Convention

The Secretary-Treasurer of the Union shall notify in writing all Locals of the date and place of the Biennial Convention not later than ninety (90) days in advance of the opening date of the Convention.

(b) Special Conventions

The Secretary-Treasurer of the Union, within twenty (20) days following the receipt by the Secretary-Treasurer of a sufficient request or direction for a Special Convention, shall issue a call for a Special Convention to be held not later than thirty (30) days after the date of the call.

### *Section 4—Composition of Conventions*

(a) Subject to the provisions of Section 12 of this Article, the Convention shall be comprised of the incumbent officers and Executive Board members of the Union and of delegates elected by the Locals in accordance with their respective Bylaws or Rules. Each Local shall be entitled to:

(1) One delegate if the Local has less than two hundred (200) members in good standing;

(2) Two delegates if the Local has two hundred (200) or more but less than four hundred (400) members in good standing;

(3) Three delegates if the Local has four hundred (400) but less than six hundred (600) members in good standing;

(4) One additional delegate for each four hundred (400) members or major fraction thereof above six hundred (600) members.

(b) Locals shall elect their delegates in accordance with paragraph (a) on the basis of the average number of members on which dues were paid or collected by the International for the twelve (12) months ending the fifth month preceding that in which the Convention begins its session. Locals chartered less than twelve (12) months preceding the fifth month shall each be averaged according to the number of months chartered. Locals chartered after the fifth month preceding the Convention shall be allowed to elect delegates in accordance with this Section on the number of members in the Local at the time it was chartered; provided, however, that duplicate representation because of shift in membership from one Local to another shall not be allowed.

(c) Each Local may elect an alternate delegate for each delegate elected who shall attend the Convention in the event the delegate is unable to attend.

(d) Each Local shall determine the number of its delegates. A Local delegation, however, shall not exceed the maximum number as provided in paragraph (a) of this Section. Each Local shall assign the number of votes to which it is entitled equally among its delegates, except as provided in Section 5. The number of votes which may be left over after such equal division shall be assigned to the Chair of the delegation of the Local.

(e) No Local will be entitled to representation at the Convention and its delegates shall not be seated if the Local is considered to be more than ninety (90) days delinquent in any per capita payments to the International Union at the time of the Convention, except those locals that have established and remained current on a formal payment arrangement with the International Union.

Locals shall be notified of such delinquency not less than ninety (90) days prior to the first day of Convention.

(f) Locals who would see a decrease in voting strength under Section 4 (b) due to participation in a strike authorized in accordance with Article 18 shall not be penalized and shall have their entire membership in the affected bargaining unit recognized for purposes of calculating local's voting strength for the CWA Convention.

### *Section 5—Method of Voting*

(a) A Local delegate shall have one vote in the Convention, District Meeting, a meeting of a bargaining unit, a national unit or sector, except on a roll call vote.

(b) A roll call vote of the Convention, a District Meeting, a meeting of a bargaining unit or a sector may be had upon the request of twenty percent (20%) of the delegates.

(c) Voting by roll call shall be by per capita vote with each delegate casting the number of votes assigned to the delegate by the delegate's Local and approved by the Credentials Committee and the Convention. A Local may designate one or more of its delegation to attend a District Meeting, a meeting of a bargaining unit, a national unit meeting, or a sector meeting in accordance with its Local bylaws and the voting strength shall be equally divided among the delegates so designated. On roll call votes, a delegate shall cast one vote for each member in good standing as assigned to the delegate by the delegate's Local and approved by the Credentials Committee and the Convention.

### *Section 6—Certification of Delegates*

Each Local shall certify to the Secretary-Treasurer of the Union, not less than five (5) days prior to the opening of a Biennial or Special Convention, on credential forms provided by the Union, the names, addresses and voting strength of its delegates and alternates, if any, and the name of the Chair of its delegation.

### *Section 7—Powers of Convention*

The Convention shall have the power to:

(a) Pass upon the credentials and seating of delegates;

(b) Establish the policies to be followed by the Union;

(c) Interpret and amend this Constitution;

(d) Establish the number of Locals and Districts, and determine their jurisdiction and boundaries;

(e) Cause the issuance and revocation of Local Charters subject to the provisions of Article XIII, Section 5;

(f) Determine the number of Vice Presidents and/or At-Large Executive Board Members;

(g) Cause the selection of delegates to AFL-CIO and CLC Conventions;

(h) Do all things necessary for the proper disposition of any matter which may come before it for consideration.

### *Section 8—Order of Business*

The Order of Business at a Convention shall be as follows:

1. Call to Order;
2. Report on Credentials;
3. Reading of Convention Rules;
4. Reports of Officers and Executive Board of the Union;
5. Report of Committees;
6. Unfinished Business;
7. Nomination and Election of Officers;
8. Installation of Officers;
9. New Business;
10. Adjournment.

The order of business may be suspended by a two-thirds (2/3) vote of the delegates present.

### *Section 9—Committees of Convention*

The Executive Board shall have the authority to appoint those committees which are not required by this Constitution or the Convention to be elected; and which may be necessary to promote and achieve the objectives of the Convention and the Union.

### *Section 10—Expenses of Convention*

The Union shall pay the normal and usual expenses incident to the meetings of the Convention together with the expenses of the Executive Board and of those other members or agents whose attendance at the

Convention may be required by the Executive Board. The Locals shall pay the expenses of their respective delegates.

### *Section 11—Attendance, Individual Members*

Any member of the Union in good standing may attend the general meetings of the Convention as an observer.

### *Section 12—Officers at Conventions*

Officers of the Union and Executive Board members shall not be selected as delegates to the Convention. They shall have the privilege of speaking on the Convention floor, but shall not have the right to vote.

### *Section 13—Convention Rules and Procedures*

The Convention shall be governed by the CWA Constitution, Rules adopted by the 10th Annual Convention, and amendments to the Rules which may be adopted by future conventions. In situations where neither the CWA Constitution nor Rules adopted by the Convention are applicable, the Convention shall be governed by Robert's Rules of Order.

## ***Article IX—Executive Board***

### *Section 1*

The Executive Board of the Union shall consist of the following:

(a) The President;

(b) The Secretary-Treasurer;

(c) The Vice Presidents (District; Telecom and Technology; Public, Health Care and Education Workers; TNG-CWA Sector; NABET-CWA Sector; IUE-CWA Division, and AFA-CWA Sector).

(d) Four At-Large Diversity Executive Board Members. The four At-Large Diversity Executive Board members shall represent four separate geographical areas within CWA as follows:

(1) At Large Diversity Executive Board Seat (Northeast Region): Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Newfoundland, Nova Scotia, Prince Edwards Island, New Brunswick, Ontario, Quebec, London, Frankfurt.

(2) At Large Diversity Executive Board Seat (Southeast Region): Alabama, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Pennsylvania, Puerto Rico, South Carolina, Tennessee, Virginia, West Virginia.

(3) At-Large Diversity Executive Board Seat (Central Region): Arkansas, Illinois, Indiana, Kansas, Michigan, Missouri, Ohio, Oklahoma, Texas, and Wisconsin.

(4) At-Large Diversity Executive Board Seat (Western Region): Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Nevada, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming, Alberta, British Columbia, Manitoba, Northwest Territories, Nunavut, Saskatchewan, Yukon Territory, Hong Kong, Narita Tokyo.

(f) The Director of CWA-SCA Canada.

*Section 2*

(a) Except in the case of the President, if a vacancy should occur among the members of the Executive Board, the Executive Board shall designate a successor, having the same constitutional qualifications as the member whose place the person takes and that person shall serve until the next regular Convention, at which time a successor shall be elected for the balance of the unexpired term, if any.

(b) If the office of President becomes vacant, the Executive Board shall designate a successor from among the Executive Board, who shall serve until the next regular Convention at which a successor shall be elected for the balance of the unexpired term, if any.

(c) Notwithstanding paragraph (a) or Article XV, Section 2(e), if a vacancy should occur among the Vice Presidents at least one year prior to the start of the next regular Convention, such vacancy shall be filled by means of a special election of a successor for the balance of the unexpired term. Such election shall be conducted by the Secretary-Treasurer within 60 days after the date of start of the vacancy, under rules approved by the Executive Board. Ballots shall be cast by the presidents of the eligible locals, carrying the voting strength that such locals were assigned at the last regular Convention.

(d) The President shall vote in Executive Board meetings only in the event of a tie vote.

*Section 3*

The Executive Board shall meet not less than two (2) times a year. In the event the President shall refuse to call a meeting of the Executive Board when requested to do so by one-third (1/3) of its members, the Secretary-Treasurer of the Union shall call such a meeting.

*Section 4*

The Executive Board shall have the authority to:

(a) Issue Local Charters;

(b) Remove any officer of a Local only on clear proof of fraud or dishonesty after sworn charges have been made and after a fair trial and opportunity for appeal as provided in this Constitution;

(c) Terminate the service of full-time representatives other than elected representatives of the Union. Such persons dismissed shall have the right to be heard by the Executive Board and a final appeal to the Convention. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA

Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting.

(d) Have an independent audit made of the books of the Secretary-Treasurer of the Union not less than once each year and to publish to the membership the results of such audit;

(e) Cause an inspection to be made of the financial records of any Local and order an independent audit of the books of any Local when convinced that such audit is necessary and proper to protect the membership of the particular Local and the interest of the Union and to publish to the members affected the results of such audit; the cost of such audit to be borne by the Union;

(f) Establish and maintain organizing, publicity, educational and research departments and to establish and maintain such other departments as the Convention may authorize to promote the purposes of the Union. In no such case shall less than ten percent (10%) of the overall annual budget of the National Union be dedicated to organizing, effective July 1, 1997.

(g) Approve the employment of personnel not elected which may be necessary to carry out the objectives and to effectuate the policies of the Union and to fix the compensation of such personnel within the limitations of the budget approved by the Convention;

(h) Approve strikes called by a Local or Locals and render financial and other assistance in connection therewith as hereinafter more fully set forth;

(i) Call for strikes in the manner specified in this Constitution;

(j) Call a meeting of any Local or its governing board, in which meeting the Executive Board or its representatives may participate, when the Local has been requested to call such a meeting and has refused or failed to do so. The Executive Board may take this action only under one or more of the following conditions:

(1) When so directed by the Convention;

(2) When the Executive Board has received written charges that the Officers of a Local are withholding from their members information necessary for the effectuation of current policy or the achieving of important objectives of the Union;

(3) When a Local is pursuing a course of action which, if continued, would warrant its expulsion or the appointment of a temporary administrator as provided in Article XIII.

(k) The Executive Board shall interpret this Constitution, except as it may have been interpreted by the Convention, subject to referendum;

(l) The Executive Board may order the repeal of any Bylaw or Rule of a Local inconsistent with this Constitution. The affected Local may appeal to the Convention. However, the order of the Executive Board shall be effective pending such appeal. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting.

### *Section 5*

The Executive Board shall have authority to establish and dissolve organizing committees upon such terms and conditions as may be deemed for the best interest of the Union. Such organizing committees may be granted all of the rights and privileges of Locals under this Constitution. No organizing committee shall be granted jurisdiction which conflicts with that of any chartered Local of the Union.

### *Section 6*

The Executive Board shall have authority to provide for the affiliation of any labor organization with such rights and privileges and under such terms and conditions as may be acceptable to the Executive Board, subject to the right of appeal to the Convention. The rights, privileges, terms and conditions of affiliation shall not be required to be uniform for such affiliated labor organizations. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting.

### *Section 7—Appeal Procedure*

(a) The Executive Board of the Union shall establish reasonable appeal procedures within the structure of the Union to review complaints of members which allege violation of the Constitution, Local Bylaws or the rights and privileges of members.

(b) Commencing immediately after the 2011 CWA Convention, any appeals arising in a non-Convention year may be heard and resolved by delegates to a Local Presidents' Meeting. The CWA Secretary-Treasurer shall provide 90 days' advance notice to Local Presidents. Appeals arising during a Convention year will continue to be heard and resolved by the Convention in accordance with the provisions of the CWA Constitution, the CWA Internal Appeals Procedures and past practice.

(c) The meeting of Local Presidents to be held in non-Convention years to hear and resolve any pending appeals shall be attended by the President of each CWA Local in good standing or their designee. The President or their designee shall carry the same per capita voting strength as was certified for the Local at the prior year's Convention, calculated in accordance with the provisions of Article VIII.

(d) Each Local delegate to the Presidents' Meeting shall have one vote. A roll call vote of the Presidents' Meeting may be had upon request of twenty percent (20%) of the delegates. Voting by roll call shall be per capita vote with each delegate casting the number of votes approved for the Local by the preceding Convention.

(e) At the option of the appellant, final resolution of any appeal involving matters of internal CWA governance may be deferred until the next CWA Biennial Convention. Any appellant wishing to exercise such option shall notify the CWA Secretary-Treasurer of such intent in writing, no later than thirty (30) days before the non-Convention year Local Presidents' Meeting.

## *Article X—Executive Committee*

There shall be an Executive Committee of the Union consisting of the President and the Secretary-Treasurer who shall have such administrative powers, duties and authorities as may be assigned by the Convention or the Executive Board.

## *Article XI—Districts and the Canadian Region*

### *Section 1*

The Districts established under this Constitution shall be administrative units of the Union.

### *Section 2*

(a) Delegates representing the Locals within each District shall meet at least once every four years in conjunction with the Union Convention for the purpose of electing a Vice President.

(b) Representatives of Locals within each District shall meet at least once in each calendar year at the call of the Vice President.

(c) In addition, the Vice President shall call meetings of representatives of the Locals in particular states or other appropriate geographical areas within the District not less than once in each calendar year.

### *Section 3*

District, State and Area meetings shall be conducted by the respective Vice Presidents or their authorized representatives. Attendance of Locals at such meetings shall be required.

### *Section 4*

Representation at District meetings held in conjunction with Conventions shall be determined in accordance with the credentials approved by the Convention. Voting strength of representatives to other District, State and Area meetings shall be determined in accordance with the credentials approved by the most recent Convention.

### *Section 5*

No Local shall have representation in more than one District. A Local whose jurisdiction crosses District lines shall be assigned to the District in which it maintains its Local headquarters.

### *Section 6*

Expenses incidental to District, State and Area meetings shall be borne by the Union. Expenses of Local delegates to District, State or Area meetings shall be borne by the Locals.

### *Section 7*

District, State and Area meetings shall review total Union programs established by the Convention or Executive Board, discuss matters of common interest and concern, and shall have the authority to initiate and approve programs and policies not in conflict with the programs and policies established by higher policy making levels within the Union, for implementation only within that District, State or Area. Dues and

assessments, however, may be established and levied only by the Convention and Locals as provided in Article VI of this Constitution.

### *Section 8 — The Canadian Region*

CWA-SCA Canada shall operate as an autonomous entity within the TNG-CWA Sector and the CWA, through a Canadian Region, with regard to governance, policy and operational decisions affecting Canadian members. The Canadian Region will be financially self-sufficient and all expenses incurred by the operations of the Region will be borne by the Region. CWA-SCA Canada members will have all rights of membership in the

Union and will be eligible for appointment to any Union Committees. CWA-SCA Canada will provide an annual audit report to the CWA Secretary-Treasurer. All financial records and other records pertaining to the Locals of CWA-SCA Canada will be maintained and administered by the Canadian Region. The Canadian Region shall abide by all provisions of the CWA Constitution.

## *Article XII—Duties of Officers and other Executive Board Members*

### *Section 1—The President*

(a) The President, as the principal executive officer of the Union, shall have full authority to execute the policies of the Union as established under this Constitution. Should the President find that the policy of the Union has not been clearly formulated, the President shall poll the members of the Executive Board and the affirmative opinion of a majority of the Board shall have the force and effect of a decision reached in a meeting of the Executive Board and the results of the poll shall be entered in the minutes of the next meeting of the Board.

(b) The President shall preside over the Convention and meetings of the Executive Board and Executive Committee of the Union.

(c) The President shall call regular and special meetings of the Executive Board as required by the Constitution.

(d) The President shall be the official spokesperson for the Union in all its external relations and may authorize counsel or other agents of the Union to speak for the Union in the President's place and stead.

(e) The President shall recommend to the Executive Board the employment of such personnel as may be required in the President's opinion to effectuate the programs of the Union.

(f) The President shall hold no other office in the Union and shall not be engaged in any other employment. The President shall receive the annual salary established for the office by the Convention, payable in twelve (12) equal monthly installments.

### *Section 2—The Secretary-Treasurer*

The Secretary-Treasurer shall act under the direction of the President and the Executive Board and shall:

(a) Attend all meetings of the Convention, the Executive Board and the Executive Committee and shall cause a faithful record to be made of the proceedings;

(b) Keep all contracts, books, records, monies, securities and all other property of the Union not otherwise given by this Constitution to someone else;

(c) Have the custody of the Union Seal and cause it to be impressed upon such documents as the Executive Board of the Union shall direct;

(d) Supervise the maintenance of such membership lists as may be required by the International and shall cause the collection of per capita dues, initiation fees, assessments and all other monies due to the Union;

(e) Cause the President of a Local to be notified whenever such Local becomes delinquent for a period of thirty (30) days in the payment of any financial obligation to the Union;

(f) Cause the funds belonging to the Union to be deposited in a bank or banks approved by the Executive Board of the Union;

(g) Cause the payment of proper bills and expenses of the Union, when evidenced by satisfactory statements or vouchers, by checks countersigned by the President or by such other persons who may be thereunto authorized by the Executive Board of the Union;

(h) Invest the funds of the Union as instructed by the Convention or by the Executive Board in the absence of such instructions by the Convention;

(i) Prepare, publish and distribute to the Executive Board a quarterly financial statement which shall list the total assets, liabilities, receipts and disbursements of the Union;

(j) Make loans to locals when authorized by the Executive Board of the Union and when secured by promissory note or other evidence of obligation therefore drawn and signed by the Officers of the borrowing Local;

(k) Cooperate with the auditor in the annual audit of the Secretary-Treasurer’s books and such other audits as may be directed by the Executive Board;

(l) Give bond in an amount to be determined by the Executive Board for the faithful performance of the trust in the Secretary-Treasurer reposed, the cost thereof to be borne by the Union;

(m) Turn over all funds, books, records and all other documents and property of the Union in the Secretary-Treasurer’s custody to the Secretary-Treasurer’s successor in office;

(n) Perform all duties imposed upon the Secretary-Treasurer by this Constitution and such other duties as shall from time-to-time be assigned to the Secretary-Treasurer by the Convention, the President or the Executive Board;

(o) The Secretary-Treasurer shall hold no other office in the Union and shall not be engaged in any other employment. The Secretary-Treasurer shall receive the annual salary established by the Convention for the office, payable in twelve (12) equal monthly installments.

### *Section 3—Vice Presidents—District; Telecom and Technology; Public, Health Care and Education Workers; TNG-CWA; NABET-CWA; IUE-CWA; and AFA-CWA Sectors*

The Vice President shall:

(a) Act under the direction of the President and perform such duties as may be assigned by the President or the Executive Board;

(b) Recommend to the President the employment of such personnel as may be required;

(c) Recommend to the President that services of such personnel as may be assigned to the Vice President be terminated for cause;

(d) Supervise full-time and part-time personnel as may be assigned to the Vice President and employ and terminate the employment of clerical forces subject to the limitations of the budget;

(e) Preside at meetings;

(f) Hold no other office in the Union and shall not be engaged in any other employment. The Vice President shall receive the annual salary established for the office of the Vice President by the Convention, payable in twelve (12) equal monthly installments.

### *Section 4—Vice Presidents—District, Telecom and Technology*

The Vice President shall:

(a) Appoint members of the bargaining committees in bargaining units to fill vacancies that may occur and that are not otherwise filled; and to appoint bargaining committees for bargaining units who have failed to select bargaining committees under the provisions of this Constitution;

(b) Supervise the negotiations of contracts and approve or authorize the approval of such contracts in accordance with Executive Board direction;

(c) Designate when necessary one or more Union representatives to assist in the negotiation of each contract negotiated;

(d) Designate when necessary one or more Union representatives to process grievances above the Local level.

### *Section 5—Telecom and Technology Vice President*

For those bargaining units of Telecommunications employees other than AT&T, Verizon, Qwest (d/b/a CenturyLink) and their subsidiaries and affiliates. The Telecom & Technology Vice President shall be responsible, under the direction of the Executive Board, for coordinating matters of common concern and interest with respect to contracts, wages, hours of employment and other working conditions within the units.

The Telecom & Technology Vice President shall be responsible for bargaining in those bargaining units which are system-wide or national in scope as determined by the Executive Board.

### *Section 6—Public, Health Care and Education Workers Vice President*

There shall be elected a Public, Health Care and Education Workers Vice President who shall be responsible under the direction of the Executive Board for coordinating matters of common concern and interest with respect to contracts, wages, hours of employment and other working conditions within the units of public, health care and education workers.

### *Section 7—TNG-CWA Sector Vice President*

The President of the TNG shall also be the TNG-CWA Sector Vice President who shall be responsible under the direction of the Executive Board for coordinating matters of common concern and interest with respect to contracts, wages and hours of employment and other working conditions with the units of the TNG-CWA Sector.

### *Section 8—NABET-CWA Sector Vice President*

The President of the National Association of Broadcast Employees and Technicians, the Broadcasting and Cable Television Workers Sector of the Communications Workers of America, AFL-CIO (NABET-CWA) shall also be the NABET-CWA Sector Vice President who shall be responsible under the direction of the Executive Board for coordinating matters of common concern and interest with respect to contracts, wages, hours of employment and other working conditions with the units of the NABET-CWA Sector.

### *Section 9—IUE-CWA Division Vice President*

The President of the IUE-CWA Division of CWA shall also be the IUE-CWA Division Vice President and shall be responsible, under the direction of the Executive Board, for coordinating matters of common concern and interest with respect to contracts, wages, hours of employment and other working conditions within the units of the IUE-CWA Division.

### *Section 10—AFA-CWA Sector Vice President*

The President of the AFA-CWA Sector of CWA shall also be the AFA-CWA Sector Vice President and shall be responsible under the direction of the Executive Board for coordinating matters of common concern and interest with respect to contracts, wages, hours of employment and other working conditions within the units of the AFA-CWA Sector.

### *Section 11—At-Large Diversity Executive Board Members*

There shall be four At-Large Diversity Executive Board Members. The four At-Large Diversity Executive Board Members shall:

(a) Act under the direction of the President and perform such duties as may be assigned by the President or the Executive Board;

(b) Be responsible, under the direction and with the assistance of other members of the Executive Board, for matters of common concern and interest affecting diversity at all levels within the union;

(c) Attend meetings of the CWA Executive Board, in person or by telephone call, as may be scheduled by the President or the Executive Board;

(d) Evaluate, in conjunction with other members of the Executive Board as assigned by the President, the membership balance within each geographical region represented by the four At-Large Diversity Executive Board seats; and

(e) No full-time, permanent employee of the Union shall be eligible to run for or hold office as an At-Large Executive Board Member. At-Large Executive Board Members shall not be employees of the Union and shall receive no salary or other compensation from the Union for service as an At-Large Executive Board Member. At-Large Executive Board Members shall receive reimbursement for lost-time wages and expenses associated with attending Board meetings and performing other Board responsibilities as assigned by the President.

### *Section 12—Director, CWA-SCA Canada*

The Director of CWA-SCA Canada shall be responsible for coordinating matters of common concern and interest with respect to contracts, wages, hours of employment and other working conditions within the units of the CWA-SCA Canadian Region. The Director of CWA-SCA Canada shall act under the direction of the President and perform such administrative and constitutional obligations and duties as may be assigned by the President or the Executive Board. The Director of CWA-SCA Canada shall be a voting member of the CWA Executive Board. The Canadian Director shall act at all times in the best interests of the Union in accordance with the CWA Constitution.

## ***Article XIII—Locals***

### *Section 1—Charter*

(a) A Local shall be a unit of the Union and shall be chartered by the Executive Board.

(b) Locals shall be identified by number.

(c) Local jurisdiction shall be assigned and described at the time Charters are issued.

(d) No Local Charter shall be issued which grants jurisdiction in conflict with that of another Local except as herein provided.

### *Section 2—Applications*

Application for Charter or change of jurisdiction shall be in writing upon forms provided by the Secretary-Treasurer of the Union and shall be signed by at least five individuals who are eligible for membership in the Local.

*Section 3—Jurisdiction Changes*

(a) The Convention or the Executive Board by an affirmative vote of three-fourths (3/4) may change the jurisdiction of any Local.

(b) Locals may combine or waive jurisdiction by an affirmative vote of a majority of those voting by referendum in each Local affected.

*Section 4—Jurisdiction Disputes*

(a) In jurisdictional disputes between Locals the District Vice President will make every reasonable effort to obtain an agreement among the involved Locals. If no agreement can be reached the matter will be resolved by the following procedure:

1. Upon agreement of the Locals involved, an election shall be conducted in accordance with rules and procedures adopted by the Executive Board and shall be conducted under the supervision of the District Vice President.

2. If the Locals will not agree to an election, the dispute shall be referred to an independent referee appointed by the Executive Board and approved by the Convention. The decision of the referee may be appealed to the CWA Convention within thirty days of receipt of the referee's decision. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting. Such appeals shall be presented to the Convention or President's Meeting by the Appeals Committee. The only responsibility of the Appeals Committee shall be to convey the decision and opinion to the Convention or President's Meeting without making any recommendation.

(b) Where appropriate, the Secretary-Treasurer shall issue a revised charter reflecting the outcome of any of the above procedures.

*Section 5—Causes for Revocation or Suspension of Charter*

The Charter of a Local may be revoked or suspended by the Executive Board for:

(a) Failure to meet any financial obligation to the Union within sixty (60) days after it is due;

(b) Refusing or neglecting to install a successor to any Officer removed by the Union;

(c) Refusing or neglecting to make returns and reports required by the Union;

(d) Refusing or neglecting to bring a member to trial within thirty (30) days after being directed to do so by the Union;

(e) Resorting to a civil suit or criminal action against the Union or any Officer thereof before exhausting remedies within the Union organization;

(f) Refusing or neglecting to conform to or abide by any directions or decisions of the Convention, Executive Board or referendum vote of the membership;

(g) Refusing or neglecting to conform to this Constitution or the policies of the Union as set forth by the Convention.

### *Section 6—Procedure for Revocation*

The Charter of any Local shall not be revoked until the Local has been given proper notice of the charges against it and an opportunity to be heard in its defense. It may be represented by counsel. The Local shall be given at least ten (10) days to prepare its defense after receiving notice from the Secretary-Treasurer of the Union of any charges. The hearing will be conducted before a member or members of the Executive Board of the Union who shall be required to make a report and recommendations thereon to the Executive Board. A vote of at least two-thirds (2/3) of the Executive Board of the Union shall be required for a finding of suspension or revocation of a Charter or any other penalty that may be imposed. In the event penalties other than suspension or revocation are imposed, such findings shall state that if the Local fails to comply with the finding or to appeal within the allotted time, its Charter will be automatically revoked. The findings shall be published to all Locals.

### *Section 7—Appeal of Revocation*

(a) A Local may appeal the findings of the Executive Board to the next Convention by giving written notice to the Secretary-Treasurer of the Union within thirty (30) days after the publication of the findings of the Executive Board of the Union. The findings and decision of the Executive Board shall become effective immediately and the Local placed into temporary administration pending any appeal to the Convention or Presidents' Meeting. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting. Notwithstanding any other provision of this Constitution, any appeal of a decision regarding a Charter Revocation must be made to the next Presidents' Meeting or Convention, whichever occurs sooner.

(b) A two-thirds (2/3) vote of the Convention and/or the delegates voting on appeals at a Local President's Meeting to be held in non-Convention years, as provided in Article IX, Section 7, shall be required to sustain the finding of the Executive Board in the event such finding is appealed.

### *Section 8—Temporary Administration*

(a) Should there be a final decision revoking the Charter of a Local, the Executive Board of the Union may temporarily take control of its affairs through a temporary administrator, who shall take such action, subject to the direction of the Executive Board of the Union, as may be necessary to guarantee the continuance of the Union and protect its interests.

(b) The Executive Board may appoint a temporary administrator to temporarily conduct the affairs of a Local after receiving a request from the Officers or membership of a Local for such action.

In the event the Local or its Officers shall object to the appointment of a temporary administrator, the President shall give notice in writing to the Local of the reasons which were the basis for the appointment of the temporary administrator; shall appoint a member of the Executive Board to hold a hearing for the purpose of determining the reasons for and the objections of the Local or its Officers to the appointment of a temporary administrator. The Local shall be entitled to reasonable notice of the time and place of the hearing which shall not be less than ten (10) days. The Local or its Officers may be represented by Counsel. At the conclusion of

the hearing, the member of the Executive Board holding the hearing shall make a report with recommendations to the Executive Board which shall affirm, reverse or modify the appointment of the temporary administrator.

The decision of the Executive Board may be appealed to the next Union Convention. After the 2011 CWA Convention, as provided more fully in Article IX, Section 7, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting.

(c) By an affirmative vote of two-thirds, the Executive Board may appoint a temporary administrator when there is substantial evidence that a Local Officer is engaging in theft of Union funds or property, where any of these matters are not being adequately addressed by the Local.

### *Section 9—Authority, Duties and Obligations of Locals*

The authority, duties and obligations of chartered Locals, their officers and members, in addition to those otherwise set forth in the Constitution or in their respective Bylaws and rules, shall be:

(a) To represent the workers in their respective jurisdiction relating to Local matters;

(b) To actively implement all Union Programs and carry out the policies established by the District, State or Area meeting at which it is required to be represented;

(c) To abide by the Constitution, the decisions of the Convention, the Executive Board of the Union and the decisions resulting from the referendum procedure;

(d) To adopt Bylaws and Rules not inconsistent with this Constitution and to repeal, amend, or modify such Rules and Bylaws as may be inconsistent therewith, voluntarily, or at the direction of the Executive Board of the Union, subject to the right of appeal to the Convention. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting;

(e) To establish and maintain actively functioning organizing, education, legislative-political, community services, women's, equity, and such other committees as may be necessary to effectuate the policies of the Local, the Union and the District, State or Area;

(f) To participate actively in the political and legislative processes on a city, state, provincial and national level, with special regard to legislation affecting the welfare of the members, and do all things reasonable and necessary to accelerate the adoption of laws which may be beneficial and to encourage defeat or cause the repeal of laws which may be detrimental to the workers;

(g) To respect picket lines of any Local of the Union engaged in a strike authorized and conducted in accordance with this Constitution;

(h) To provide for the bonding of Local Officers and other persons who handle Union funds and property;

(i) To hold Local meetings at such time, place and frequency as the members may decide by vote;

(j) To hold Local elections by secret ballot with provision of reasonable opportunity for all members to vote in accordance with the Bylaws or Rules established by the Local and this Constitution;

(k) To elect by secret ballot delegates and alternate delegates to the Union Convention as provided in this Constitution and to designate the Chair of such delegation;

(l) To establish a quorum and other rules of conduct of Local meetings;

(m) To maintain adequate files and records and have made an annual audit of the financial records of the Local by competent persons; make available Local financial statements to the membership at least annually; furnish to the Union's Secretary-Treasurer in acceptable form, an annual financial statement;

(n) To furnish to the Secretary-Treasurer of the Union with timely notice anytime the U.S. Department of Labor initiates an audit or any other type of review of the Local's finances;

(o) To furnish the Vice President and Secretary-Treasurer of the Union with copies of Bylaws and Rules of the Local and copies of revisions as they may be made;

(p) To require participation of all Local officers and stewards in appropriate training schools and programs;

(q) To establish a program designed to keep rank and file members informed of Union activities;

(r) To process grievances through the step below the top level of the grievance procedure preceding arbitration, where applicable;

(s) To represent the members of the Local at all District, State or Area Meetings, and at quarterly meetings of Local Representatives with their International Staff, at such times and places as may be set by the Vice President, or the Vice President's accredited representative;

(t) To maintain an active internal membership development program;

(u) To maintain an active organizing program and budget monies to support the Local's efforts as well as assisting the Union in reaching a goal of 10% of resources to be spent on growth;

(v) To do all other things necessary for the proper disposition of matters, which may come before the local for consideration.

### *Section 10—Contract Responsibility*

No Local shall be authorized to make contracts or incur liabilities for the Union.

### *Section 11—Assets*

All assets of a Local shall be considered a trust fund of the Union to be held and administered by the Local for the members of the Union belonging to the Local so long as the Local remains a chartered Local of the Union. If the Charter of a Local is revoked, its assets will become the property of the local succeeding to the jurisdiction. If there is no succeeding Local, the assets shall become the property of the Union.

### *Section 12—Prohibition Against Incorporation*

No Local shall be or become incorporated under the laws of any state, territory or country unless otherwise required by law.

## Article XIV—Councils

*Section 1—State and City Councils*

(a) State Councils may be established under the direction of the Vice President(s) in all states where the Union has a significant presence as determined by the Executive Board.

(b) In cities where there is more than one chartered Local, Councils may be established under the direction of the Vice President of the geographical District.

*Section 2*

Each Council shall consist of representatives of Locals within the state or areas of the respective Council.

*Section 3*

Councils shall operate under rules they may adopt which are approved by the Vice President(s).

*Section 4*

Councils shall be financed by participating Locals.

## Article XV—Elections

*Section 1—Union Officers*

The President and Secretary-Treasurer of the Union shall be elected separately by the delegates to the Convention following nominations made from the floor of the Convention. Beginning with the election of 2011 the term of office shall be four years or until their successors have been duly elected and qualified.

*Section 2—Vice Presidents*

(a) District Vice Presidents shall be elected, after nominations from the floor, at a meeting of delegates from the District. Beginning with the 2011 CWA Convention, there shall be elected a Telecom and Technology Vice President for AT&T Legacy T, Avaya, Alcatel-Lucent (d/b/a Nokia), OFS and those bargaining units of telecommunications employees other than AT&T, Verizon, Qwest (d/b/a CenturyLink) and their subsidiaries and affiliates. The Telecom and Technology Vice President, and the Public, Health Care and Education Workers Vice President shall be elected, after nominations from the floor at meetings of delegates representing members of AT&T Legacy T, Avaya, Alcatel-Lucent (d/b/a Nokia), and OFS and other affected telecommunications bargaining units and Public, Health Care and Education workers units respectively.

(b) The duly elected President of the TNG-CWA Sector shall be the TNG-CWA Sector Vice President and shall be elected in accordance with the CWA Constitution and the merger agreement. The duly elected NABET-CWA President shall be the NABET-CWA Sector Vice President and shall be elected by delegates representing NABET-CWA members in accordance with the CWA Constitution and NABET-CWA Sector Bylaws. The duly elected President of the IUE-CWA Division shall be the IUE-CWA Division Vice President and shall be elected in accordance with the IUE-CWA Rules and the CWA Constitution.

The duly elected President of the AFA-CWA Sector shall be the AFA-CWA Sector Vice President and shall be elected in accordance with the AFA-CWA Rules and the CWA Constitution.

(c) Beginning with the election of 2008, each At-Large Diversity Executive Board Member shall be elected by the delegates to the Convention following nominations made from the floor of the Convention. Beginning with the elections held in 2011, the term of office for At-Large Diversity Executive Board Members shall be four years. No candidate shall be permitted to run for more than one of the four At-Large Diversity Executive Board seats. A candidate for an At-Large Diversity Executive Board seat must hold their membership within the region represented by that seat.

(d) Beginning in 2011, the term of office of Vice President shall be four years or until their successors have been duly elected and qualified.

(e) In the event a vacancy occurs in the Office of Vice President or At-Large Diversity Executive Board Member for any reason, an election shall be held at the next regular Convention for the purpose of electing a Vice President or At-Large Diversity Executive Board Member to fill the unexpired term.

### *Section 3—Local Officers*

(a) Local Officers shall be nominated and elected during the months of September, October, November and December.

(b) Officers of a Local shall be at least President, Vice President, and Secretary-Treasurer or Secretary and Treasurer. Beginning with Local elections in 1987, no member shall be permitted to hold more than one such office.

(c) Beginning with the elections held in 1972, the term of office for Local Officers shall be three years or until their successors have been duly elected and qualified.

(d) In case of a vacancy in the office of Local President, the Local Vice President shall immediately assume all responsibilities of that office; provided, however, that where a Local has more than one Vice President, the Local Bylaws or Rules shall provide the procedure for designating one of the Vice Presidents to immediately assume the responsibilities of the Office of President. Vacancies in other Local offices shall be filled either by appointment of the governing body of the Local, subject to approval of the appointment by the Local membership within sixty (60) days or by election in the same manner as that required for regular elections and within sixty (60) days. A Local may provide in its Bylaws or Rules for the appointment of a member to fill temporarily a vacancy until the office is filled by election. A Local may also provide in its Bylaws or Rules for filling a vacancy in the Office of President by election, and in such case, the Local Vice President, as provided above, shall assume all responsibilities of the Office of Local President until a successor Local President has been elected and qualified.

### *Section 4—General Provisions*

(a) Locals shall adopt Bylaws or Rules to govern the nomination and election of officers, members of a governing body, delegates and alternate delegates; the appointment, selection or election of stewards and committee members; and the filling of vacancies. Locals shall select an election committee which shall conduct all elections and referenda in accordance with the Constitution, Local Bylaws or Rules, and Federal or

Provincial Law. All questions concerning the conduct and challenge of elections shall be determined by the election committee subject to the right of appeal to the governing body and membership of the Local. The election committee shall tally the ballots in all elections and notify the membership of its tentative certification of the results. Absent a challenge to the election, the tentative certification shall become final ten days thereafter.

(b) Any challenge to the conduct of an election must be filed in writing with the election committee within 10 days of the tentative certification of the results. The election committee shall rule on any such challenges and shall within 20 days of the tentative certification of the results make a final determination or certification. Such determination or certification shall be subject to the right of appeal to the governing body and to the membership of the Local. Any appellant must exhaust the remedies available within this section. If the appellant has attempted to exhaust such remedies without obtaining a final decision within 60 days of the tentative certification of the results and the appellant wishes to further appeal, the appellant must file an appeal in writing with the appropriate geographical Vice President. Such an appeal shall be filed within 70 days of the tentative certification of the results.

(c) While a challenge to an election is pending, the officers certified by the election committee in its final determination shall be the elected officers of the Local. Those officers shall remain in office unless the election committee's determination is reversed by the Executive Board of the Union or a new determination is made pursuant to the results of a properly ordered rerun election.

(d) Only members of the Union in good standing shall be eligible to vote or hold elective office. No elected officer of the Union or of a Local shall take office unless the elected officer is eligible under the Constitution and Federal or Provincial Law.

(e) The election by Locals of officers, members of a governing body, and delegates and alternate delegates to the Union Convention shall be by secret ballot among the members in good standing. The nominee in any election receiving a majority of the votes cast shall be declared elected; provided, however, that Locals may provide in their Bylaws or Rules for the election of candidates by a plurality of the votes cast in any election, other than an election of Local President, Vice President, Secretary, Treasurer and Secretary-Treasurer.

(f) In the case of elections requiring a majority vote, if no one nominee receives a majority on the first ballot, a run-off election shall be conducted and the two nominees receiving the greatest number of votes on the first ballot shall be the nominees on the second ballot. If no one nominee receives a majority on the first ballot and there is a tie for second place, a run-off election shall be conducted and the person receiving the greatest number of votes on the first ballot and the two persons who tied for second place shall be the nominees on the second ballot.

(g) In the case of elections requiring a plurality vote, if a tie renders the election indecisive for any position, a run-off election shall be conducted and the nominees who tied for such position on the first ballot shall be the nominees on the second ballot.

### *Section 5—Order of Nomination and Election of Officers of the Union*

The sequence of nomination and election of Union Officers shall be as follows:

(a) President;

(b) Secretary-Treasurer;

(c) Vice Presidents;

(d) At-Large Diversity Executive Board Members. The nomination for At-Large Diversity Executive Board Member seats shall be conducted separately. A majority vote shall be required for election to each At-Large seat. If no candidate receives a majority vote for an At-Large Diversity seat on the first ballot, a run-off election shall be conducted and the two nominees receiving the greatest number of votes on the first ballot for that individual seat shall be the nominees on the second ballot for that individual seat.

### *Section 6 – Canadian Region Elections*

Elections for the pos*t* of Director and Deputy Director of CWA-SCA Canada shall be held in full conformity with the requirements of law and the CWA Constitution, as provided in the CWA-SCA Canada Bylaws. The Director and Deputy Director of CWA-SCA Canada shall be elected for four-year terms in the same cycle as the CWA Executive Board.

## *Article XVI—Committees*

### *Section 1—Regular Committees*

The Regular Committees of the Union shall be:

(a) Constitution Committee;

(b) Credentials Committee;

(c) Resolutions Committee;

(d) Legislative-Political Committee;

(e) Building Committee;

(f) Finance Committee;

(g) National Committee on Civil Rights and Equity;

(h) Women's Committee;

(i) Defense Fund Oversight Committee

(j) Appeals Committee

### *Section 2—Constitution Committee*

The Constitution Committee shall be appointed by the President and approved by the Executive Board. It shall consist of five members and be charged with the duty of considering and reporting to the Convention and to the Executive Board on proposals to change this Constitution.

### *Section 3—Credentials Committee*

The Credentials Committee shall consist of not less than seven members appointed by the President and approved by the Executive Board. It shall meet prior to the opening date of each Convention for the purpose of

examining the credentials of delegates and reporting thereon to the Convention. Action taken by the Convention on reports and recommendations of the Credentials Committee shall be final and conclusive.

### *Section 4—Resolutions Committee*

The Resolutions Committee shall consist of not more than seven members, none of whom shall be full-time employees of the Union or members of the Executive Board, appointed by the President and approved by the Executive Board. It shall meet prior to the opening date of the Convention for the purpose of giving consideration to the form and substance of proposed resolutions submitted through the Locals and by members for action by the Convention. The Committee may also originate resolutions for submission to the Convention. The Committee shall serve throughout the Convention.

### *Section 5—Legislative-Political Committee*

The Legislative-Political Committee shall consist of such members as may be appointed by the President and approved by the Executive Board. It shall execute such assignments with regard to legislation as the Executive Board or the Convention may direct.

### *Section 6—Building Committee*

The Building Committee shall be appointed by the President and confirmed by the Executive Board. It shall be composed of five members. The Building Committee shall manage and control, under the direction of the Executive Board and subject to the functions of the Secretary-Treasurer with respect to the making of disbursements connected therewith, any and all real estate which the Union may acquire for use as International or District headquarters or for the furtherance of any legitimate objectives of the Union. The members of the Building Committee for the time being, shall serve as trustees for the Union, under the direction of its Executive Board, for the purpose of acquiring and holding title to, managing, controlling, borrowing money upon, pledging by way of mortgage or deed of trust any loan secured thereon, leasing, letting, subletting and conveying in fee simple or in any lesser estate any and all real estate which may be acquired or otherwise dealt with for or on behalf of the Union. The foregoing powers shall be exercised only at such times and in such manners as the Executive Board may, from time to time, direct by resolution passed by the Executive Board.

The Executive Board shall have the full and irrevocable power to appoint a substitute trustee or trustees to be exercised at any time, from time to time, without notice and without specifying any reason therefore, the trustee or trustees so appointed to become fully vested with identically the same title and estate in and to the land, premises and property forming the subject matter of the trust, with all the rights, powers, trusts and duties of the trustee or trustees or their predecessor in the trust, with like effect as if originally named as one of the trustees.

### *Section 7—Finance Committee*

The Finance Committee shall consist of five members, the Secretary-Treasurer of the Union and four members appointed by the President and approved by the Executive Board. The Secretary-Treasurer shall be the only member of this Committee who is a full-time employee of the Union or a member of the Executive Board and the Secretary-Treasurer shall not serve as Chair of the Committee.

The Committee shall meet prior to the assembling of the regular Convention at the call of its Chair and review the financial operations of the Union for the preceding year including the audits of the books of the Secretary-Treasurer.

The Committee shall make a report of its findings to the Convention and in non-Convention years to the delegates to a Local Presidents' meeting called by the CWA Secretary-Treasurer, and make recommendations to the Convention or Local Presidents' meetingincluding a budget for the succeeding year's operations.

### *Section 8—National Committee on Civil Rights and Equity*

The National Committee on Civil Rights and Equity shall consist of one member from each CWA District, one member from the Public & Healthcare Workers Sector, one member from the Media Sector (consisting of the NABET-CWA, and TNG-CWA), one member from the AFA-CWA Sector, and one member from the IUE-CWA Division. National Committee on Civil Rights and Equity members shall be appointed by the President and approved by the Executive Board. In Convention years, the Committee shall meet at least once a year and also prior to Convention to report to the Convention on its activities and make recommendations. In non-Convention years, the Committee will meet once and prepare a report on its activities and make recommendations which will be distributed to the locals by the President of the Union. The Committee Member from the particular District, Division, or Sector will also report on the Committee's activities at any District, Division, or Sector meetings.

### *Section 9—Women's Committee*

The Women's Committee shall consist of one member from each District, one member from the Public & Healthcare Workers Sector, one member from the Media Sector (consisting of the NABET-CWA, and TNG-CWA), one member from the AFA-CWA Sector, and one member from the IUE-CWA Division. Women's Committee members shall be appointed by the President and approved by the Executive Board. In Convention years, the Committee shall meet at least once a year and also prior to Convention to report to the Convention on its activities and make recommendations. In non-Convention years, the Committee will meet once and prepare a report on its activities and make recommendations which will be distributed to the locals by the President of the Union. The Committee Member from the particular District, Division, or Sector will also report on the Committee's activities at any District, Division, or Sector meetings.

### *Section 10—Defense Fund Oversight Committee*

The Defense Fund Oversight Committee (DFOC) shall consist of one representative from each CWA District, one representative from the Public Workers Sector, one representative from the IUE Division, one representative from the AFA-CWA, one representative from Passenger Services and one representative from the Media Sectors (TNG-CWA and NABET-CWA). The election of the DFOC representatives and their alternates shall be conducted as established by the CWA Convention and shall be for four-year terms. The Committee shall meet at least twice a year and at the Convention. In non-Convention years, the Committee will meet and prepare a report on its activities and make recommendations which will be distributed to the locals by the President of the Union. In accordance with the Rules adopted by the Convention, the Committee is responsible to review receipts, disbursements, educational programs, administration and investment of the

Defense (DF) and Robert Lilja Members' Relief Funds (RLMRF), and shall have oversight for the Strategic Industry Fund (SIF).

### *Section 11—Appeals Committee*

The Appeals Committee shall be appointed by the President and approved by the Executive Board. It shall consist of five members and be charged with the duty of considering and reporting to the Convention or Presidents' Meeting on all pending appeals.

### *Section 12—Other Committees*

The Convention, or the President with the approval of the Executive Board, may appoint such other committees as may from time to time be necessary.

### *Section 13—Vacancies on Committees*

Except as otherwise required by this Constitution, whenever a vacancy occurs on any Committee, the President, with the approval of the Executive Board, may appoint a member to serve for the unexpired term of the Committee.

## *Article XVII—Collective Bargaining*

### *Section 1—Bargaining Authority*

(a) The Communications Workers of America shall be the collective bargaining representative of the members of the Union.

(b) Collective bargaining within the established bargaining unit or units shall be conducted under the direction of the Executive Board of the International Union and all contracts or agreements entered into shall be in the name of the International Union and bear the signature of approval of an authorized agent or representative of the International Union.

(c) Subjects for negotiations through collective bargaining may be initiated by representatives of the bargaining unit or units to be affected but must be approved by the applicable Bargaining Council, the Executive Board or its authorized representative before submission to any employer. This paragraph shall not be construed to restrict the presentation and submission of grievances through established channels of the administrative organization of the Units and the International Union.

### *Section 2—Bargaining Councils*

(a) The Convention or the Executive Board may establish Bargaining Councils. Bargaining Councils will formulate bargaining programs and agendas to apply to a single employer, associated employers or a number of employers, but limited to those agendas and programs affecting bargaining units represented on a Bargaining Council. The Executive Board shall be responsible for the development of bargaining programs for those units or groups for which Bargaining Councils have not been established.

(b) Bargaining Councils shall be composed of one Representative from each Local having members in bargaining units of the Bargaining Council, and they shall be certified to the President of the Union.

(c) At meetings of the Bargaining Council, Local representatives shall vote by a show of hands except that upon the request of twenty percent (20%) of the delegates the vote shall be per capita (based on the number of members of the Local in bargaining units of the Bargaining Council). All necessary expenses of the Local's Bargaining Council members shall be borne by the Local. The officers of the Union and members of the Executive Board may be appointed members of a Bargaining Council as determined by the Convention or the Executive Board.

(d) Bargaining Councils shall meet at the call of the President of the Union. The President may, with the approval of the Executive Board, designate a person to work with the Bargaining Council, and the President or the President's designee shall be the Chair of all Bargaining Council meetings.

### *Section 3—Bargaining Councils in Telecom*

a) The Convention or the Executive Board shall establish Bargaining Councils. Bargaining councils will formulate bargaining programs and agendas to apply to a single employer with bargaining units that cross District or Sector lines, associated employers or a number of employers, but limited to those agendas and programs affecting bargaining units represented on a bargaining council. The Executive Board shall be responsible for the development of bargaining programs for those units or groups for which bargaining councils have not been established.

b) Bargaining councils shall comprise one representative from each local having members in bargaining units of the bargaining council, and they shall be certified to the President of the Union.

c) The bargaining councils will designate certain issues as "National Issues." To be so designated, an issue must affect CWA-represented workers in multiple CWA Districts/Sectors.

d) The bargaining resolution of a National Issue requires the agreement of all District/Sector Vice Presidents of CWA Districts/Sectors with at least one constituent local with a representative on the bargaining council.

e) National Issues shall remain so designated unless all the District/Sector Vice Presidents of all CWA Districts/Sectors with at least one constituent local with a representative on the bargaining council decide otherwise.

f) No District/Sector Vice President may unilaterally accept, change and/or delete any proposal, issue, and/or agenda items designated a National Issue by the bargaining council unless all District/Sector Vice Presidents so agree or the President of the Union overrules the Vice Presidents and so agrees.

g) District/Sector Vice Presidents may not authorize or approve a collective bargaining agreement containing a National Issue if the resolution of that National Issue has not been agreed to by all the District/Sector Vice Presidents with at least one constituent local with a representative on the bargaining council.

h) If the relevant District/Sector Vice Presidents are unable to reach agreement on the resolution of a National Issue, only the President of CWA can end the impasse and decide how to deal with the issue.

i) The elected members of a single-employer National bargaining committee (the regional bargaining committee members who have been selected to negotiate at a national bargaining table) shall also be full participants in the determinations described in sections d through h above.

j) At meetings of the bargaining council, local representatives shall vote by a show of hands except that upon the request of twenty percent (20%) of the delegates the vote shall be per capita (based on the number of members of the local in bargaining units of the bargaining council). All necessary expenses of the local's bargaining council members shall be borne by the local. The officers of the Union and members of the Executive Board may be appointed members of a bargaining council as determined by the Convention or the Executive Board.

k) Bargaining councils shall meet at the call of the President of the Union. The President may, with the approval of the Executive Board, designate a person to work with the bargaining council, and the President or the President's designee shall be the Chair of all bargaining council meetings.

### *Section 4—Bargaining Committees*

(a) The members of a bargaining unit, by popular vote, through delegates representing them at a Convention, or by any other method approved by the Executive Board, may select the members of a Bargaining Committee for its unit to represent the members of the unit in contract negotiations and determine their terms of office, subject to such financial and numerical limitations as may be imposed by the International Union and such other limitations as may be set out in this Constitution. The Bargaining Committee for a unit, for its full term of office, shall be consulted in the negotiation of all agreements entered into between the employer and the Union that amends or augments the agreed upon contract.

(b) All methods used to select Bargaining Committees shall assure fair representation for all segments of the bargaining unit. Disputes over the method used shall be resolved by the Executive Board, subject to appeal to the Convention, with the decision of the Board standing pending final appeal. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting.

### *Section 5—Contract Ratification*

Any contract entered into through collective bargaining, or otherwise dealing with wages, hours, terms of employment or other conditions of employment shall be subject to ratification by secret ballot of the members affected if the delegates to an International Convention representing such members, or representatives at a Bargaining Council meeting, or the members themselves determine ratification to be desirable. Procedures for ratification shall be established by each Bargaining Council, or by the Executive Board for those contracts for which a Bargaining Council has not been established.

## *Article XVIII—Strikes*

### *Section 1—Authorization*

A Local or group of Locals shall strike as provided in this Constitution. Approval of the Executive Board of the Union shall be obtained before strike action may be taken.

*Section 2—Notification*

After a strike vote has been taken by a Local or groups of Locals in a District or Region and a strike is imminent, the Vice President or the Director of the CWA-SCA Canada shall notify the President of the Union in writing.

*Section 3—Executive Board Action*

(a) The Executive Board of the Union shall be advised by the President that a strike is imminent and shall immediately determine the action to be taken;

(b) Within ten (10) days after such notice has been received, the Executive Board of the Union shall determine whether strike action is approved;

(c) In deciding whether to approve strike action, the Executive Board of the Union shall consider all factors connected therewith. If approved, the Executive Board of the Union shall assist therein and direct the support to be given by the Union.

*Section 4—Penalties for Unauthorized Strikes*

(a) Any Local engaged in a strike which is called in violation of this Constitution or without approval of the Executive Board of the Union or the Convention may be denied financial, organizational or other assistance from the Union or any portion thereof.

(b) When a Local continues to engage in a strike that is not approved as provided in this Article or refuses or fails to terminate a strike when so ordered by the Convention or by the Executive Board of the Union, the Executive Board of the Union or the Convention may institute Charter revocation proceedings in accordance with Article XIII of this Constitution with respect to the offending Local.

*Section 5—Convention Approval of Strike*

A strike of a Local or group of Locals may be approved by the Convention.

*Section 6—Procedure for Local Strike Vote*

In taking a strike vote Locals shall act in accordance with the following minimum requirements:

(a) The Locals shall, upon reasonable notice, call a meeting of its members, wherever feasible, and present the issue or issues involved in the proposed strike;

(b) The members present at such meeting shall vote by secret ballot on the question of whether or not a strike shall be called;

(c) Where meetings cannot, feasibly, be called, a secret ballot shall be taken of the members, by mail or otherwise, on the question of whether or not a strike shall be called;

(d) A majority of the members voting shall determine whether or not a strike shall be called;

(e) Copies of notice of the result of strike vote shall be sent to the Vice President or Executive Officer and to the President of the Union.

### *Section 7—Local Strike Assistance*

When Locals, not directly involved in the negotiations, the breakdown of which has caused or is about to cause a strike, desire to aid the striking Local or Locals by strike action, they shall first notify the Vice President or Executive Officer and President of the Union of such desire, and, if they receive approval by the Convention or the Executive Board, they shall proceed according to the provisions of Section 6 of this Article.

### *Section 8—Termination of Local Strikes Within a District*

(a) A Local or Locals engaging in a Local strike may terminate such strike in accordance with Local Bylaws and Rules and approval of the Vice President or Executive Officer.

(b) The Convention or Executive Board may terminate such strike by majority affirmative vote.

### *Section 9—General, Inter-District or Intra-District Strike*

A General, Inter-District or Intra-District strike of all Local or Locals in more than one District may be called following:

(1) Authorization by a majority of the Union members affected who vote on the question, by secret ballot, at special meetings or by mail ballot in those Locals where Local meetings are not feasible.

(2) Authorization by a majority of the Union members affected who vote on the question in a referendum conducted by the Union.

### *Section 10–Conduct and Termination of a General or Inter-District Strike*

(a) Except as provided in (b) below, such strikes shall be conducted under the supervision of the Union and may be terminated by the Convention or Executive Board;

(b) Strikes against a single employer which involve multiple bargaining units and cross district lines shall be conducted under the supervision of the Union and shall be terminated by the Convention or the Executive Board;

(c) Strikes terminated by the Convention or the Executive Board pursuant to (a) or (b) above shall be by majority affirmative vote.

## ***Article XIX—Charges Against Members***

### *Section 1—Specifications of Offenses—Locals*

Members may be fined, suspended and/or expelled by Locals in the manner provided in the Constitution for any of the following acts:

(a) Making false material statements or withholding material information when applying for membership;

(b) Willfully refusing to pay dues or assessments properly established or fines properly imposed or other valid financial obligations to the Union or Local;

(c) Willfully violating the Constitution of the Union, Local Bylaws or Rules;

(d) Disobeying or willfully failing to comply with any lawful decision or order of the Union or Local;

(e) Working without proper Union authorization, during the period of a properly approved strike in or for an establishment which is being struck by the Union or Local;

(f) Instigating or knowingly participating in an unauthorized strike or slowdown;

(g) Willfully violating the adopted standards as to wages, hours or working conditions;

(h) Misappropriating money or property of the Union or Local;

(i) Violating the CWA Policy on Mutual Respect by acting in a discriminatory or harassing way;

(j) For such other offenses, equally serious, which tend to bring the Union or Local thereof into disrepute.

### *Section 2—Specifications of Offenses—Union*

Members may be suspended or expelled by trial courts selected by the Executive Board of the Union in the manner provided in the Constitution for the acts described in Paragraphs (a) and (b) below; and Members may be fined, suspended, expelled, and/or required to take training approved by the Executive Board for acts described in Paragraph (c) below:

(a) Willfully supporting or assisting any other labor organization in connection with a claim of jurisdiction in conflict with the jurisdiction of the Union;

(b) Willfully supporting or assisting any person, group of persons, or organization in any act or activities for the purpose of seeking or obtaining the replacement of the Union as collective bargaining representative.

(c) Violations of the CWA Policy on Mutual Respect that constitute harassment, discrimination, and/or retaliation. An officer of the Union, member of the Executive Board, Local officer or other elected official against whom charges have been filed for conduct set forth in Paragraphs (a), (b), and (c) of Section 2 of this Article may be suspended from office by a two-thirds (2/3) vote of the Executive Board pending final determination of the charges by a trial court or any appeal resulting from such trial, where such suspension is determined by the Executive Board to be in the best interest of the Union.

### *Section 3—Suspension Pending Trial*

An officer of the Union, member of the Executive Board, Local officer or other elected official against whom charges have been filed for conduct set forth in Paragraphs (a) and (b) of Section 2 of this Article may be

suspended from office by a two-thirds (2/3) vote of the Executive Board pending final determination of the charges by a trial court or any appeal resulting from such trial, where such suspension is determined by the Executive Board to be in the best interest of the Union.

### *Section 4—Non-Immunity*

No member of the Union shall be immune from penalty for committing any of the offenses set forth in this Article by reason of the position or office the member may hold in the Union or any Local thereof.

## ***Article XX—Trials and Appeals—General***

### ***Membership and Officers of Locals***

### *Section 1—Persons Subject to Trial*

(a) Members of the Union, including Officers of Locals, shall be tried for any of the offenses listed in Article XIX as provided herein;

(b) Officers of a Local may be removed or suspended from office pursuant to Article IX, Section 4, Paragraph (b) as herein provided, excepting that the Executive Board of the Union may conduct such trials after notice to the Locals involved, on its own initiative in the event of inaction by the Local. The procedure for such trial shall be in conformity with the standards set forth in Sections 2, 3, and 4 of this Article.

### *Section 2—Charges*

(a) Charges made against a member of the Union or an officer of the Local shall be in writing, signed and sworn to by the accuser. Charges of offenses described in Article XIX, Section 1, shall be filed with the recording officer of the Local of which the accused is a member. In the event the accused is such recording officer, the charges shall be filed with the President of the Local. Should both the recording officer and the Local President be involved as a charging party or as a party charged, the charges shall be filed with the Secretary-Treasurer of the Union. All charges of offenses described in Article XIX, Section 2, shall be filed with the Secretary-Treasurer of the Union. In the event the accused is such Secretary-Treasurer, the charges shall be filed with the President of the Union. Trial procedures for all charges filed with the Secretary-Treasurer or the President of the Union shall be in conformance with Section 3(b) of this Article.

(b) Charges must be submitted within sixty (60) days of the time the accuser becomes aware of the alleged offense. The accuser can be a victim of the offense(s), a witness to the offense(s), or someone who learned of the offense(s) after the alleged occurrence;

(c) Charges shall contain an allegation of the facts constituting the offense with which the accused is charged and the approximate date or dates said offense is alleged to have occurred.

### *Section 3—Trials*

(a) The Bylaws or Rules of a Local shall specify the manner in which an accused person shall be tried and must conform with the following minimum standards:

(1) An unbiased court composed of not less than three or more than seven persons, who shall be members of the Local, not parties to the proceeding, shall be selected by the governing body of the Local using a random selection process. The court shall be bound to render a decision and impose a penalty, if the accused be found guilty, without bias or prejudice, based on all the evidence presented;

(2) A prosecutor, who is a member of the Local, but not an accuser, shall be appointed by the governing body of the Local to assist the accuser in the trial and presentation of evidence. If, after investigation, the prosecutor is of the opinion that there is not probable cause to believe that a violation punishable under this Article has been committed, the prosecutor shall report the findings in writing to the governing body of the Local with a recommendation that the charge not be prosecuted. Copies of the findings and recommendations shall be delivered to the accuser and the accused. The recommendation shall become final unless appealed by the accuser within thirty (30) days after receipt of the written notice of the findings, using the procedures established pursuant to Article IX, Section 7, of this Constitution. Such an appeal shall be filed with the Local Secretary or Secretary-Treasurer, and shall be considered pursuant to Section I.B of the CWA Internal Appeals Procedures.

(3) If the prosecutor determines that probable cause does exist, the trial shall be held speedily with due notice to the accused;

(4) The accused shall have the right to select a member of the Local as counsel, the right to produce witnesses and present documentary evidence and to be heard on the accused's own behalf. The accused shall have the opportunity to cross-examine witnesses;

(5) All witnesses shall testify under oath;

(6) A decision shall be reached and written notice of the decision and penalty, if any, shall be given to the person charged within five (5) days after the close of the trial. The requirement of such notice shall be satisfied by personal service or certified mail receipt;

(7) A faithful and accurate record of the proceedings shall be made;

(8) The Local may suspend the accused pending the final decision on an appeal.

(b) Trials conducted by courts selected by the Executive Board of the Union must conform with the following minimum standards:

(1) An unbiased court composed of three persons, who shall be members of the Union not employed by the International Union as Staff personnel and not parties to the proceeding, shall be selected by the Executive Board from a Trial Panel composed of one elected member from each of the geographical Districts by secret ballot, after nominations from the floor at the meeting of the delegates from the District in conjunction with the Union Convention. Beginning with the elections held in 2013, members of the Trial Panel shall serve for four years or until their successors are elected and qualified, except that in the election in 2013, the members of the Trial Panel from Districts 1, 3, 4 and 7 will be elected for two-year terms. Thereafter, the elections of Trial Panel Members shall be staggered. The court shall be bound to render a decision and impose a penalty, if the accused be found guilty, without bias or prejudice, based on all of the evidence presented. In the case of trials based on offenses specified in Article XIX, Section 2, a report shall be placed in the Union's official publication with the name of the accused and decision of the court and the names of the Trial Panel;

(2) A prosecutor, who is a member of the Union, but not an accuser, shall be appointed by the Executive Board of the Union to assist the accuser in the trial and presentation of evidence, and such prosecutor shall have the same authority and discretion granted to Local prosecutors under Section 3 (a) (2) of this Article. An appeal by the accuser of a prosecutor's findings of no probable cause shall be filed with the Secretary-Treasurer of the Union within thirty (30) days after the receipt of the written notice of findings and shall be considered pursuant to Section II.C.6 of the CWA Internal Appeals Procedures;

(3) The trial shall be held speedily, with due notice to the accused, at a time and place determined by the trial court to be fair and reasonable to the accused, and the trial may be by video conference in cases where travel in excess of 100 miles or overnight accommodations would be required for any member of the trial court; if mutually agreed upon by all parties.

(4) The accused shall have the right to select a member of the Union as counsel, the right to produce witnesses and present documentary evidence and to be heard on the accused's own behalf. The accused shall have the opportunity to cross-examine witnesses;

(5) All witnesses shall testify under oath;

(6) Notice of the decision and penalty, if any, shall be given to the person charged within five (5) days after the close of the trial;

(7) A faithful and accurate record of the proceedings shall be made;

(8) The Executive Board of the Union may suspend the accused pending the final decision on an appeal.

### *Section 4—Appeals*

(a) A member or officer of a Local upon being found guilty by a Local court may appeal as provided in this Section:

(1) Have the right to refer the matter to a membership meeting of the Local, within thirty (30) days after being found guilty by a court, which may affirm or reverse the decision or reduce the penalty; provided that where a Local membership meeting is held by sections, units or areas, the appeal shall be to the governing body of the Local;

(2) Have the right to appeal from the final decision of the Local to the Executive Board of the Union within thirty (30) days after such final decision of the Local;

(3) The appeal to the Executive Board of the Union shall be directed, in writing, to the Secretary-Treasurer of the Union, who shall obtain the record of the case. The Executive Board shall review the case and affirm or reverse the decision or reduce the penalty or return the case for a new trial;

(4) Have the right to appeal from the decision of the Executive Board of the Union to the next Convention by giving a notice of appeal in writing within thirty (30) days after the date of receipt of the decision to the Secretary-Treasurer of the Union. If the Executive Board has failed to render a decision within thirty (30) days preceding the Convention, the accused may appeal directly to the Convention which may affirm or reverse the decision or reduce the penalty. As provided more fully in Article IX, Section 7, commencing immediately

after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting.

(b) A member or officer of a Local upon being found guilty by a court selected by the Executive Board of the Union shall have the right to appeal as provided in this Section:

(1) Have the right to appeal from the decision of the trial court to the Executive Board of the Union within thirty (30) days after the date of the trial court's decision.

(2) Have the right to appeal from the decision of the Executive Board of the Union to the next Convention by giving notice of appeal in writing to the Secretary-Treasurer of the Union within thirty (30) days after the decision. As provided more fully in Article IX, Section 7, commencing immediately after the 2011 CWA Convention, all appeals pending in non-Convention years may be heard and resolved by delegates to a Local President's Meeting. If the Executive Board has failed to render a decision within thirty (30) days preceding the Convention, the accused may appeal directly to the Convention which may affirm or reverse the decision or reduce the penalty.

(c) The thirty (30) day time limit provided in this section for filing of appeals from decisions of trial courts may be extended at the discretion of the body to which the appeal is being taken for an additional period not to exceed thirty (30) days, upon showing of justification by the party making the appeal.

### *Section 5—Determination of Appeal*

Decisions on appeal shall be determined by majority vote.

## *Article XXI—Recall Petition Against Persons Holding Elective Office in the Union*

### *Section 1—Petition for Recall of Union Officers and Executive Board Members*

A petition for recall of an officer of the Union or any member of the Executive Board, including At-Large Diversity Executive Board Members and the Director of CWA-SCA Canada:

(1) May be preferred by one-third (1/3) of the full membership of the Executive Board;

(2) May be preferred by twenty percent (20%) of Locals representing twenty percent (20%) of the membership of the Union;

(3) May be preferred against a Vice President of a District by twenty percent (20%) of the Locals representing twenty percent (20%) of the membership within the District, and may be preferred against the Telecom and Technology Vice President; Public, Health Care and Education Workers Vice President; the TNG-CWA Sector Vice President; the NABET-CWA Sector Vice President; the IUE-CWA Division Vice President; the AFA-CWA Sector Vice President, and the Director of CWA-SCA Canada by twenty percent (20%) of the Locals representing twenty percent (20%) of the membership of the units the affected Vice President, or the Director of CWA-SCA Canada represents;

(4) Shall be in writing and signed by the accusing member or members or may be accompanied by attested copies of appropriate resolutions adopted by a Local or Locals;

(5) Shall contain a description of the offense or offenses as specified in Article XIX, Section 1, and the approximate date or dates thereof;

(6) Shall be submitted within sixty (60) days from the time the accusing members became aware of the alleged offense or offenses;

(7) Shall be filed with the Secretary-Treasurer of the Union, provided, however, that a Petition directed against the Secretary-Treasurer shall be filed with the President.

Should the Secretary-Treasurer or the President receiving the petition conclude that the offense or offenses described are too vague or frivolous to warrant submission to a referendum that determination shall be presented in writing to the petitioners and to the accused. The determination shall become final unless appealed by one or more of the petitioners within thirty (30) days after receipt, using the procedures established pursuant to Article IX, Section 7, of the Constitution.

### *Section 2—Recall Petition Against Local Officers*

A petition for recall of an Officer of a Local:

(1) May be preferred by twenty percent (20%) of the membership of a Local;

(2) Shall be in writing and signed by the accusing members;

(3) Shall contain the description of the offense or offenses as specified in Article XIX, Section 1, and the approximate dates thereof;

(4) Shall be submitted within sixty (60) days from the time the accusing members became aware of the alleged offense or offenses;

(5) Shall be filed with the recording officer of the Local, provided, however, that a petition directed against the recording officer shall be filed with the President of the Local. Should both the recording officer and the President of the Local be involved as either accuser or accused the petition shall be filed with the Local election committee;

(6) Should the officer or the election committee receiving the petition determine that the offense or offenses described are too vague or frivolous to warrant submission to a referendum, a report and recommendation to that effect shall be presented in writing to the governing body of the Local. Copies of the report and recommendation shall be served on all petitioners and the accused. Unless reversed by the governing body or
appealed by one or more of the petitioners within thirty (30) days after receipt, the recommendation shall become final. If appealed, the procedures of Article IX, Section 7, shall apply.

### *Section 3— Suspension Pending Determination*

An Officer of the Union, Member of the Executive Board, or Local Officer against whom a petition for recall has been filed for alleged “misappropriating money or property of the Union or Local” may be suspended by a

majority vote of the Executive Board pending the determination of the recall proceedings, and the Union shall cause a substitute to be appointed to serve in the person's stead during the person's suspension.

*Section 4—Recall Proceedings*

The proceedings on a petition for recall shall be in accordance with the provisions of Article XXII.

## *Article XXII—Referendum and Recall*

*Section 1*

The Convention or the Executive Board may order a referendum with respect to any subject or policy within their jurisdiction or as otherwise provided in this Constitution.

*Section 2*

The notice of referendum and requisite number of printed ballots shall be forwarded to each Local by mail by the Secretary-Treasurer of the Union. The notice of referendum and the ballots shall contain the proposition to be voted upon and shall require a return within sixty (60) days from the date of mailing to the Local.

*Section 3*

Upon receipt of the notice of referendum, each Local shall conduct the referendum among its members and shall forward the results to the Secretary-Treasurer of the Union by receipted registered mail.

*Section 4*

All referenda shall be by secret ballot. A majority of the votes cast shall determine the referendum.

*Section 5*

A referendum shall also be ordered by the Executive Board of the Union if twenty percent (20%) or more of the Locals representing twenty percent (20%) or more of the members of the Union, shall certify in writing to the Secretary-Treasurer of the Union their desire for a referendum on any particular subject.

*Section 6*

Any officer or member of the Executive Board, including any At-Large Diversity Executive Board Member, may be recalled by two-thirds (2/3) of those voting at the Convention or in a general referendum if two-thirds (2/3) of the votes cast in such a referendum favor recall.

*Section 7*

(a) A Vice President of a District may be recalled by the Delegates from that District at an International Convention by two-thirds (2/3) vote of those voting on the question, or by a referendum among the members of the Union in the District if two-thirds (2/3) of the votes cast in such referendum favor recall.

(b) The Telecom and Technology Vice President may be recalled by Delegates at an International Convention, who represent the membership of their respective bargaining units, by a two-thirds (2/3) vote of those voting on the question or by a referendum among the members of the Union in the units the Vice President represents, if two-thirds (2/3) of the votes cast in such referendum favor recall.

(c) The Public, Health Care and Education Workers Vice President, the TNG-CWA Sector Vice President, the NABET-CWA Sector Vice President, and the IUE-CWA Division Vice President may be recalled by delegates at an International Convention, who represent the membership of their respective units, by a two-thirds (2/3) vote of those voting on the question, or by a referendum among the members of the Union in the units the affected Vice President, if two-thirds (2/3) of the votes cast in such referendum favor recall.

(d) The AFA-CWA Sector Vice President may be recalled by delegates at an International Convention, who represent the membership of the AFA-CWA Sector, by a majority vote of those voting on the question or by a referendum among the members of the Union in the AFA-CWA Sector, if two-thirds (2/3) of the votes cast in such referendum favor recall.

(e) The Director of CWA-SCA Canada may be recalled by the Delegates from that region, at an International Convention by two-thirds (2/3) vote of those voting on the question, or by a referendum among the members of the Union in the region if two-thirds (2/3) of the votes cast in such referendum favor recall.

### *Section 8*

Local Officers shall be recalled by an affirmative vote of two-thirds (2/3) of the members voting on the question in a referendum which shall be conducted in accordance with Article XV, Section 4 (a), of the Constitution.

### *Section 9*

All recall votes of the membership must meet the procedural requirements which apply to the election of officers.

## ***Article XXIII—Quorum***

### *Section 1*

A majority of the delegates to the Union Convention shall constitute a quorum.

### *Section 2*

A majority of its members shall constitute a quorum of the Executive Board or any committee of the Union.

### *Section 3*

A majority of the delegates within a District shall constitute a quorum for District meetings held in conjunction with the Union Convention.

*Section 4*

A majority of the delegates within a Bargaining Unit shall constitute a quorum for Bargaining Unit meetings.

*Section 5*

A majority of the Locals required to be present within the geographical area covered shall constitute a quorum at all other District, State or Area Meetings.

*Section 6*

Each chartered Local shall provide in its Bylaws or Rules for the quorum necessary to hold meetings of the Local.

## *Article XXIV—Proxy Voting*

There shall be no voting by proxy, except that a Local composed of less than 200 members may assign its vote to a delegate from another Local attending the Convention. No Local shall be allowed to vote more than one such assignment.

## *Article XXV—Gender*

Words in this Constitution indicating the masculine gender shall be deemed also to refer to the feminine gender.

## *Article XXVI—Union Publication*

The Union shall print, publish and distribute to its members an official publication. Said publication shall be sent to all members and shall contain matters pertaining to Union functions, policies and activities as well as matters of labor and public interest generally.

## *Article XXVII—Affiliation*

The affiliation or disaffiliation of the Union with any other labor organization shall be accomplished solely by referendum of the entire membership.

## *Article XXVIII—Amendments*

*Section 1*

This Constitution may be amended by the Convention or by referendum submitted to the members as provided in Article XXII.

*Section 2*

Any proposed amendment of this Constitution, that is submitted to the Constitution Committee sixty (60) or more days in advance of the Convention, will be reported to the Locals by the Constitution Committee fifty-three (53) days in advance of the Convention. All proposed amendments so submitted shall require a majority vote of the approved delegates at the Convention to effectuate such proposed amendments.

*Section 3*

Any amendment proposed at the Convention shall require a three-fourths (3/4) vote of those voting there-upon at the Convention to effectuate such proposed amendment, but in no event shall the three-fourths (3/4) vote of those voting thereupon be less than a majority vote of the approved delegates at the Convention.

*Section 4*

Any amendment submitted by referendum to the members shall require a majority vote of those voting thereon.

*Section 5*

Repeal of any provision of this Constitution shall be by amendment procedure.

*Section 6*

Amendments adopted in a Convention shall become effective on the thirtieth (30th) day following the adjournment of the Convention, provided, the Convention does not specify a later date, or unless within thirty (30) days a referendum vote on the amendment or repeal is initiated, in which event, the amendment or repeal shall not become effective unless it is sustained by such referendum. Amendments or repeals adopted or sustained by referendum procedure shall become effective on the thirtieth (30th) day following such action or on a later date if so specified.

# PERMANENT RULES GOVERNING CONDUCT OF CWA CONVENTIONS

## Rule I—Source of Rules

The CWA Convention shall be conducted in accordance with these rules and the CWA Constitution and if these rules and the CWA Constitution do not specifically cover a matter, Robert's Rules of Order shall apply.

## Rule II—Delegates to the Convention

*Section 1—Certification*

Each Local shall certify to the Secretary-Treasurer of the Union, not less than five (5) days prior to the opening date of a Biennial or Special Convention, on credential forms provided by the Union, the names, addresses and voting strength of its delegates and alternates, if any, and the name of the Chair of its delegation.

*Section 2—Seating of Delegates*

Delegates to a Convention shall be seated prior to the exercise of any other rights and privileges of the delegates. They shall be seated by acting on the Credentials Committee Report.

(a) In the event there is a protest within a Local over the seating of delegates from a Local, the delegates under dispute shall not vote on the question of their seating.

## Rule III—Voting at Conventions

A delegate shall vote in the Convention, District meeting, or a meeting of a bargaining unit in accordance with Article VIII, Section 5, of the Constitution which reads as follows:

(a) A Local delegate shall have one vote in the Convention, District Meeting or a meeting of a Bargaining Unit, except on a roll call vote.

(b) A roll call vote of the Convention, District Meeting, or a meeting of a Bargaining Unit may be had upon the request of twenty percent (20%) of the delegates.

(c) Voting by roll call shall be by per capita vote with each delegate casting the number of votes assigned to the delegate by the delegate's Local and approved by the Credentials Committee and the Convention. On roll call votes, a delegate shall cast one vote for each member in good standing as assigned to the delegate by the delegate's Local and approved by the Credentials Committee and the Convention.

## Rule IV—Alternate Delegates and Visitors to the Convention

All persons, other than delegates and alternate delegates certified by the Credentials Committee and approved by the Convention, shall be permitted to attend the Convention upon the following conditions:

(a) They present themselves to the Credentials Committee and secure approval of the Committee;

(b) They not be permitted in the section of the Convention reserved for voting delegates and shall be allowed to speak on questions before the Convention when recognized by the Chair.

## Rule V—Conduct During the Convention

The Chair shall be responsible for maintaining order in the Convention. The Chair may request the Convention to act on the question of expelling a person for misconduct. A delegate may request the Chair to have the Convention act on expelling a person for misconduct. A majority of delegates voting shall decide the question of expulsion for misconduct.

## Rule VI—Hours of Convention

The hours of the Convention, recesses and other arrangements relating to the Convention shall be established by resolution or motion by each Convention.

## Rule VII—Microphones

*Section 1—Microphones*

There shall be one of each of the following microphones on the floor of the Convention which shall be placed in the most convenient locations possible.

(a) Privileged Microphone

(b) Questions Microphone

(c) Motions Microphone

(d) "For" Microphone

(e) "Against" Microphone

*Section 2—Use of Privileged Microphone*

The following motions are the only motions that can be made at the Privileged Microphone and are listed in the order of their rank:

(a) ADJOURN (Undebatable—Majority vote required).

This motion loses its privileged character and is a main motion if in any way qualified, or if its effect, if adopted, is to dissolve the Biennial Convention.

(b) TAKE A RECESS (Undebatable—Majority vote required).

This motion is privileged only when other business is pending before the Convention.

(c) RAISE A QUESTION OF PRIVILEGE—The question can only be raised when a delegate wishes to:

1. Rise to a point of personal privilege.
2. Request the Chair to explain the parliamentary situation at the time.
3. Appeal a decision of the Chair.

(d) CALL FOR THE ORDERS OF THE DAY (Undebatable).

It is a demand that the Convention conform to its program or order of business. It requires no second, and is in order when another delegate has the floor, even though it interrupts a speech, as a single member has a right to demand that the order of business be conformed to. A call for the orders of the day cannot be debated or amended or have any subsidiary motion applied to it.

(e) RAISE A POINT OF ORDER (Undebatable).

*Section 3—Recognition at Privileged Microphone*

A delegate requesting recognition at the privileged microphone shall use the telephone to advise the platform of the delegate's name and Local number. A parliamentarian shall be connected directly by telephone with the privileged microphone and shall make a parliamentary ruling on whether or not the person at the microphone has a privileged motion or question. In the event the parliamentarian determines the person has a privileged motion or question, the parliamentarian shall notify the Chair and the person shall be recognized. If the

parliamentarian determines the person does not have a privileged question or motion, the delegate shall relinquish the microphone unless the delegate notifies the parliamentarian that the delegate desires to appeal the parliamentarian's ruling. In the event of a notice of a desire to appeal, the parliamentarian shall notify the Chair and the delegate shall be recognized to present the delegate's appeal.

### *Section 4—Use of Motions Microphone*

The motions microphone shall be used in the following manner:

(a) A delegate desiring to make a motion shall, by the use of the telephone, notify the platform of the delegate's name and Local number, and if it is a motion which is in order, or, is a motion of higher rank than the one before the Convention, the delegate shall be recognized to make a motion and after it is seconded, the delegate shall be permitted to speak from that microphone in favor of the delegate's motion. After the maker of the motion, if the delegate chooses, has spoken, the Chair shall recognize the "Against," microphone and shall proceed to rotate as provided in Section 7, Paragraph (h) of the Rules.

(b) If there is not a delegate waiting to use any of the microphones in the Convention, motions can be made from any microphone on the floor of the Convention.

(c) A parliamentarian shall be connected directly by telephone with the motions microphone when needed for the purpose of making a parliamentary ruling on the rank or priority of the motion. If the parliamentarian determines the person has a priority motion, the parliamentarian shall notify the Chair and the person shall be recognized. If the parliamentarian determines the person does not have a motion that would have priority over other motions waiting at the microphone, the delegate shall relinquish the microphone unless the delegate notifies the parliamentarian that the delegate desires to appeal from the parliamentarian's ruling. In the event of a notice of a desire to appeal, the parliamentarian shall notify the Chair and the delegate shall be recognized to present the delegate's appeal at the motions microphone.

### *Section 5—Use of "For" and "Against" Microphones*

These microphones shall be known as the debating microphones and shall be used in the following manner:

(a) A delegate wishing to speak for or against a motion or subject on the Convention floor, shall approach the appropriate microphone and shall use the telephone to inform the platform of the delegate's name and Local number.

### *Section 6—Use of Questions Microphone*

The questions microphone shall be used only for the purpose of asking questions of clarification of a report, motion, resolution or other matter before the Convention. The questions microphone shall be placed in rotation with the "for" and "against" microphones and shall be used in the following manner:

(a) A delegate having questions of clarification shall use a telephone at this microphone, which is connected directly with the platform, to advise the platform of the delegate's name and Local number.

(b) No person shall be permitted to ask more than two (2) questions before relinquishing the person's place at the microphone and the Chair shall rotate to the next microphone in order.

(c) In the event a person at the "questions" microphone only asks one question, the Chair shall rotate to the next microphone in order.

### *Section 7—General Provisions*

General provisions relating to the use of the microphones and recognition of delegates are as follows:

(a) When a delegate is in line to use a particular microphone the delegate shall use the telephone to advise the platform of the delegate's name and Local number. This procedure will materially assist in having delegates recognized without loss of time.

(b) Each day the Chair shall appoint two observers from the delegates to witness the tabulation of telephone calls from the floor of the Convention to the platform.

(c) No person shall be permitted to speak a second time on any question as long as any delegate who has not spoken on the subject desires to do so. No person shall be recognized a second time at the "questions" microphone as long as any delegate who has not asked questions desires to do so.

(d) No person shall speak more than five (5) minutes at one time on a question before the Convention. The Chair shall give each person one minute notice of the expiration of the person's five (5) minute time limit. This provision shall not apply to the parties involved in an appeal made in compliance with Article XX, Section 4, of the Constitution.

(e) A person wishing to address the Convention on any matter, having been recognized by the Chair, shall provide identification as a member of the Executive Board, delegate, alternate delegate or visitor and shall give their Local number and the state in which their Local is located.

(f) When a motion is made to table, and there are amendments appended to the original motion, the motion to table then shall apply only to the amendment or amendments, and it shall require a new motion to table the original motion.

(g) When a delegate intends to make a motion to table, warning of the maker's intent must be given, and the motion to table shall not be made until the introducer of the motion is given five (5) minutes to speak on the question, if the delegate so desires.

(h) The Chair shall rotate between the "for" microphone, the "against" microphone and "questions" microphone in that order. The Chair shall not pass up the rotation of microphones in those cases where a person is out of order.

(i) Any delegate wishing to raise a point of order may use the privileged microphone or rise and upon saying "point of order" in a loud voice, approach any microphone on the Convention floor where the delegate shall be recognized for the purpose of stating the delegate's point.

(j) That a vote will not be taken on any issue before the Convention until at least two (2) delegates have had the opportunity to speak for a question and two (2) delegates have had the opportunity to speak against a question.

## Rule VIII—General Information and Committee Booth

There shall be a booth established in a convenient place within the Convention building to be known as "General Information and Committee Booth" which shall be utilized by all delegates to seek information or ask questions with regard to any matter before the Convention. Each Committee of the Convention shall have a representative in the Booth, or available to come to the Booth immediately upon request. The Booth shall be open during the Convention hours and also one hour before and after regular established Convention sessions where feasible.

### Rule IX—Convention Committees

Regular committees of the Union, the Rules Committee and any other committee established to serve the Convention, shall be required to make themselves available between the hours of 2:00 p.m. and 6:00 p.m. on the two days preceding the Convention with the purpose of establishing a uniform schedule for those delegates wishing to appear before such committee.

All committees of the Convention shall notify delegates who appear before them as to the results of the committees' action upon any suggestion or request the delegate made of the committee. This shall be done as expeditiously as possible by the committee.

### Rule X— Suspension of Rules

Any one or all of these rules may be temporarily suspended for any subject before the Convention by a majority of the delegates voting on the question.

### Rule XI—Amendments

These rules, upon adoption, may be amended in the following manner:

(a) Proposed amendments submitted to the Rules Committee prior to or during the Convention shall require action of a majority of the delegates voting on the proposition.

(b) Proposed amendments not submitted to the Rules Committee shall require a three-fourths (3/4) vote of the delegates voting on the proposition.

(c) Amendments shall be effective immediately upon their adoption.

## INTERNAL APPEALS PROCEDURES

The purpose of these appeal procedures is to provide reasonable regulations for the consideration and review of complaints of members regarding actions of the Union or Local, or Union or Local Officers or governing bodies, which are alleged to be in violation of the Union Constitution, Local Bylaws, rights and privileges of members. These procedures are not available to challenge a Local's decision on membership eligibility.

The appeal procedures set forth herein are in addition to those provided in the Union Constitution which govern (1) appeals from decisions of the Executive Board—Article VII, Section 1, Paragraph (b); (2) appeals from revocations of Local charters—Article XIII, Section 6; and (3) appeals from decisions of trial courts—Article XX, Section 4; and are also in addition to any other appeal procedures provided in Local Bylaws or rules.

The authority for these appeal procedures is set forth in the Union Constitution, Article IX, Section 7:

"The Executive Board of the Union shall establish reasonable appeal procedures within the structure of the Union to review complaints of members which allege violation of the Constitution, Local Bylaws or the rights and privileges of members."

Appeals from the decision of a Local with reference to the conduct and challenge of Local elections under Article XV, Section 4 of the Union Constitution shall be governed by Section 1(c) of these appeal procedures.

A Local, with Executive Board approval, that negotiates contracts, handles all grievances, arbitration cases, legal expenses and dues collection in those bargaining units that do not exceed 150 potential members may be rebated 70% of the dues collected for that bargaining unit. These Locals are known as '70/30 split Locals.' Where a "70/30" split Local makes a decision not to arbitrate a grievance, the grievant shall have no internal appeal rights under these procedures and the Local shall so advise the grievant.

## I. Complaints against the Local, its officers or governing body

*A. The Complaint*

1. All complaints shall be:

(a) In writing;

(b) Signed by the complainant;

(c) Filed with the Secretary or Secretary-Treasurer of the Local of which the complainant is a member; however, if the complaint is about the action of such officer, then it shall be filed with the Local President; and

(d) Submitted within sixty (60) days of the time the complainant became aware of the alleged violation.

2. The complaint shall also:

(a) Contain an allegation of the facts on which the complaint is based, including applicable dates;

(b) Specify the nature of relief sought; and

(c) Shall state that it is filed in good faith.

*B. Consideration of the complaint*

1. The complaint shall be placed on the agenda of the next regular Local general membership meeting after the date the complaint is filed, provided, however, that where such a meeting is not scheduled, or otherwise will not be held, within thirty (30) days after the filing date, or where Local membership meetings are held by areas, sections or units, the complaint shall be placed on the agenda of the next regular meeting of the governing body of the Local. In the event the complaint is not considered by either the Local membership or the Local governing body within ninety (90) days, the complaint may be filed directly with the President of the Union within one hundred twenty (120) days from the date of original filing.

In the event the complainant demonstrates that there is a willful refusal by the Local officers, the Local membership or the Local governing body to consider the complaint, a copy of the complaint may be filed with the President of the Union by the complainant. Complaints filed directly with the President may be referred by the President to the appropriate geographical Vice President for handling under the provisions of Section I

(C)(2) of these Appeals Procedures or in the discretion of the President retained for handling under Section II(B)(1) and II(C)(1) of these Appeals Procedures.

2. Upon consideration of the complaint, either at a general membership meeting or meeting of the governing body, it shall be determined what action, if any, is to be taken with reference to the complaint, and the complainant shall be so notified in writing within five (5) days of the date of decision.

3. Regardless of which body considers the complaint, the decision reached shall be recognized as being the decision of the Local.

*C. Appeal*

1. The decision of the Local may be appealed in writing to the appropriate geographical Vice President within thirty (30) days following the date of the notice of the Local's decision.

2. The Vice President shall take whatever steps are deemed necessary to secure the facts of the matter complained about, which may include investigation and the obtaining of all records of the matter in possession of the Local, its officers or governing body.

3. The Vice President shall review the complaint and within thirty (30) days affirm, reverse or modify the decision of the Local, or return the complaint to the Local with such direction or order as may be determined to be appropriate. He or she shall notify interested parties of his or her action.

4. The decision of the Vice President may be appealed in writing by the complainant or the Local to the President of the Union within thirty (30) days following the date of the notice of the Vice President's action.

5. The President shall take whatever steps are deemed necessary to secure the facts of the matter complained about, which may include an investigation and the obtaining of all records of the matter in the possession of the Vice President, the Local, its officers or governing body.

6. The President shall review the complaint and within thirty (30) days affirm, reverse or modify the decision of the Vice President, or return the complaint to the Vice President with such direction or order as may be determined to be appropriate. He or she shall notify interested parties of his or her action.

7. The decision of the President may be appealed in writing by the complainant, the Vice President or the Local to the Executive Board of the Union within thirty (30) days following the date of the notice of the President's decision. The appeal shall be filed with the Secretary-Treasurer of the Union.

8. The Executive Board shall review the complaint and affirm, reverse or modify the decision of the President.

9. The Executive Board shall base its decision upon the record of the matter, including such statements as may be filed by the complainant, the Local, the Vice President or the President, and any other facts that may be developed.

10. There shall be no right to appear personally before the Union Executive Board, except at the invitation of the Executive Board.

11. Interested parties shall be notified in writing of the decision and action of the Executive Board.

12. The decision of the Executive Board may be appealed to the next Convention or President's Meeting by giving notice of appeal in writing to the Secretary-Treasurer of the Union within 30 days after the decision. As provided more fully in Article IX, Section 7 of the CWA Constitution, commencing immediately after the 2011 CWA Convention, all appeals of Executive Board decisions pending in non-Convention years may be heard and resolved by delegates to a Local President's meeting to be called by CWA Secretary-Treasurer. If the Executive Board's decision is issued less than 30 days before the Convention or President's Meeting, the appellant shall have the option of filing an appeal prior to that President's Meeting or Convention or exercising the full 30 day appeal period and waiting until the next scheduled Convention or President's Meeting for a decision.

## II. Complaints against the Union, its officers or Executive Board

*A. The Complaint*

1. All complaints shall be:

(a) In writing;

(b) Signed by the complainant;

(c) Filed with the President of the Union; however, if the complaint is about the action of such officer, then it shall be filed with the Union Secretary-Treasurer and considered by the Executive Committee subject to appeal to the Executive Board and to the CWA Convention and/or, in non-Convention years, subject to appeal to the delegates to a Local President's meeting called by the CWA Secretary-Treasurer, as provided more fully in Article IX, Section 7; and

(d) Submitted within sixty (60) days of the time the complainant became aware of the alleged violation.

2. The complaint shall also:

(a) Contain an allegation of the facts on which the complaint is based, including applicable dates;

(b) Specify the nature of relief sought; and

(c) Shall state that it is filed in good faith.

*B. Consideration of the complaint*

1. The President shall determine what action, if any, is to be taken within thirty (30) days and notify interested parties.

2. In the event such complaint is against the President, the Executive Committee shall determine what action, if any, is to be taken within thirty (30) days and cause interested parties to be notified.

*C. Appeal*

1. The decision of the President may be appealed to the Executive Committee of the Union in writing within thirty (30) days of the notice of the President's decision, and shall be filed with the Union Secretary-Treasurer.

2. The complaint shall be placed on the agenda of the next Executive Committee meeting after the date the appeal is filed.

3. The Executive Committee shall review the appeal and affirm, reverse or modify the decision of the President within thirty (30) days and cause interested parties to be notified.

4. The decision of the Executive Committee may be appealed in writing to the Executive Board within thirty (30) days of notice of the Executive Committee decision, and shall be filed with the Union Secretary-Treasurer.

5. The complaint shall be placed on the agenda of the next Executive Board meeting after the date the appeal is filed.

6. Upon consideration of the appeal, the Executive Board shall determine what action, if any, is to be taken with reference to the complaint, and interested parties shall be so notified in writing.

7. There shall be no right to appear personally before the Union Executive Board, except at the invitation of the Executive Board.

8. The decision of the Executive Board may be appealed to the next Convention or President's Meeting by giving notice of appeal in writing to the Secretary-Treasurer of the Union within 30 days after the decision. As provided more fully in Article IX, Section 7 of the CWA Constitution, commencing immediately after the 2011 CWA Convention, all appeals of Executive Board decisions pending in non-Convention years may be heard and resolved by delegates to a Local President's meeting to be called by CWA Secretary-Treasurer. If the Executive Board's decision is issued less than 30 days before the Convention or President's Meeting, the appellant shall have the option of filing an appeal prior to that President's Meeting or Convention or exercising the full 30 day appeal period and waiting until the next scheduled Convention or President's Meeting for a decision.

## III. Arbitration Complaints

In the event a Vice President determines not to arbitrate a grievance, either the Local or the grievant(s) may file a complaint.

In the event the Local does not file the initial arbitration complaint of a Vice President's decision not to arbitrate a grievance, the Local's right to file a complaint or to appeal at any level of the Internal Appeals Procedures shall be extinguished.

In cases where either the Local or the National Union settles a grievance, the grievant will have no further right to appeal pursuant to these appeals procedures.

*A. The Complaint*

1. A complaint of a Vice President's decision not to arbitrate a grievance shall be:

(a) In writing;

(b) Signed by the complainant;

(c) Filed with the President of the Union; and

(d) Submitted within thirty (30) days of the notice of the Vice President's decision.

*B. Consideration by the President of the complaint*

(1) The President shall take whatever steps are deemed necessary to secure the facts of the matter complained about which may include an investigation and the obtaining of all records of the matter in the possession of the Vice President, the Local, its officers or governing body.

(2) The President shall review the complaint and within thirty (30) days affirm, reverse or modify the decision of the Vice President, or return the case to the Vice President with such direction or order as may be determined to be appropriate. He or she shall notify interested parties of his or her action.

*C. Appeal of President's decision*

1. The decision of the President may be appealed in writing by the grievant(s), the Vice President or the Local, if otherwise appropriate, to the Executive Board of the Union within thirty (30) days following the date of the notice of the President's decision. The appeal shall be filed with the Secretary-Treasurer of the Union.

2. The Executive Board shall review the appeal and affirm, reverse or modify the decision of the President.

3. The Executive Board shall base its decision upon the record of the matter, including such statements as may be filed by the grievant(s), the Local, the Vice President or the President, and any other facts that may be developed.

4. There shall be no right to appear personally before the Union Executive Board, except at the invitation of the Executive Board.

5. Interested parties shall be notified in writing of the decision and action of the Executive Board.

6. The decision of the Executive Board on an appeal by a grievant shall be final and the grievant shall have no further right of appeal.

7. The decision of the Executive Board may be appealed by a Local or the Vice President, if otherwise appropriate to the next Convention or President's Meeting by giving notice of appeal in writing to the Secretary-Treasurer of the Union within 30 days after the decision. As provided more fully in Article IX, Section 7 of the CWA Constitution, commencing immediately after the 2011 CWA Convention, all appeals of Executive Board decisions pending in non-Convention years may be heard and resolved by delegates to a Local President's meeting to be called by CWA Secretary-Treasurer. If the Executive Board's decision is issued less than 30 days before the Convention or President's Meeting, the appellant shall have the option of filing an appeal prior to that President's Meeting or Convention or exercising the full 30-day appeal period and waiting until the next scheduled Convention or President's Meeting for a decision.

*Motion: Move that the appeals procedures as amended be adopted. Adopted: By the CWA Executive Board, April 19, 2012*

## NOTICE REGARDING UNION SECURITY AGREEMENTS AND AGENCY FEE OBJECTIONS

As a general matter, employees covered by a collective bargaining agreement containing a union security clause are required, as a condition of employment, to pay an agency fee equal to normal union dues (and,

where applicable, initiation fees). While the wording of these clauses is not perfectly uniform, none requires more than the payment of this agency fee to retain employment.

The Communications Workers of America policy on agency fee objections is the Union's means of meeting its legal obligations to employees covered by union security clauses and of effectuating those employees' legal rights as stated in the applicable decisions of the United States Supreme Court (including Beck v. CWA) and the companion lower court and labor agency decisions. Under the CWA policy, employees who are not members of the Union, but who pay agency fees pursuant to a union security clause, may request a reduction in that fee based on their objection to certain kinds of union expenditures.

The policy provides an objection period each year during May, followed by a reduction in the objector's fee for the 12 months beginning with July and running through June of the following year.

Briefly stated, CWA's objection policy works as follows:

1. The agency fee payable by objectors will be based on the Union's expenditures for those activities or projects "germane to collective bargaining, contract administration, and grievance adjustment" within the meaning of applicable United States Supreme Court decisions.

Among these "chargeable" expenditures are those going for negotiations with employers, enforcing collective bargaining agreements, informal meetings with employer representatives, discussion of work-related issues with employees, handling employees' work-related problems through the grievance procedure, administrative agencies, or informal meetings, and union administration. In the past, approximately 70-75 percent of the International Union's expenditures have gone for such activities. The percentages of Local Union expenditures on "chargeable" activities have generally been higher.

Among the expenditures treated as "nonchargeable," which objectors will not be required to support, are those going for community service (including participating in charitable events), legislative activity, cost of affiliation with non-CWA organizations, support of political candidates, participating in political events, recruitment of members to the Union, and members-only benefits (including members-only social events). In the past, approximately 25-30 percent of the International Union's expenditures have gone for such "nonchargeable" expenditures. The percentages of Local Union expenditures on "nonchargeable" activities have generally been lower.

2. Objectors will be given a full explanation of the basis for the reduced fee charged to them. That explanation will include a more detailed list of the categories of expenditures deemed to be "chargeable" and those deemed to be "nonchargeable," and the independent certified public accountants' report showing the union's expenditures on which the fee is based. In addition to any other avenue of relief available under the law, objectors will have the option of challenging the Union's calculation of the reduced fee before an impartial arbitrator appointed by the American Arbitration Association, and a portion of the objector's fee shall be held in escrow while he or she pursues that challenge. Details on the method of making such a challenge and the rights accorded to those who do so will be provided to objectors along with the explanation of the fee calculation.

3. Objections for the period of July through June must be sent during May. Objections will be honored for one year unless the objection specifically states that it is continuing in nature. Continuing objections will be honored for as long as the agency fee payer remains in the bargaining unit. Agency fee payers who are new to

the bargaining unit, or who are returning to the bargaining unit, may object within thirty days of receiving this notice. In addition, employees who resign Union membership may object within thirty days of becoming an agency fee payer. Employees filing these objections in either circumstance should so state that circumstance in their letter of objection. New bargaining unit members are to receive this notice prior to any demand being made upon them for the payment of agency fees. If, however, for any reason a new unit member begins paying agency fees prior to the receipt of this notice, he or she may object retroactively to the commencement of such payments and for the duration of the current annual objection period.

The letter of objection should include their name, address, social security number, CWA Local number, and employer.

Objections must be sent to the Agency Fee Administrator, CWA, 501 Third Street, NW, Washington, DC 20001-2797.

## CWA POLICY ON MUTUAL RESPECT

The CWA Policy on Discrimination is as follows:

1. The Communications Workers of America reaffirms its commitment as a matter of principle and policy that all forms of discrimination, for whatever reason, be vigorously opposed until all vestiges of discrimination are eliminated from society.

2. Freedom from discrimination within our Union is a right and privilege of all CWA members. Any abridgement of this right and privilege shall be subject to a complaint under the CWA Internal Appeals Procedures and should be investigated immediately without fear of reprisal and retaliation.

3. In restating our policy for conduct within our Union, it is equally important that our employers reflect this policy so that neither the Company nor the Union shall unlawfully discriminate against a person on account of race, color, gender, religion, age, marital/parental status, political beliefs, sexual orientation, gender identity or expression, national origin, or because a person is handicapped, a disabled veteran, or a veteran of the military service. This means what it says: “No form of Discrimination will be tolerated at any level of CWA.”

4. Any matter which relates to the field of discrimination should be immediately and appropriately handled by the appropriate level of the Union that comes across the allegation of discrimination. It should be handled thoroughly in an honest and positive manner.

5. It is a matter of principle that no one member is more equal than another. The handling of the representation of our members at all levels of CWA should be done in an evenhanded way with no fear; no preference; no favorites.

6. Local Equity and Women’s Committees can play a positive role by providing continuous education training assistance and by reporting to the members of the Local on the ways and means of eliminating discrimination in its entirety.

7. CWA Constitutional Committees should be representative of the Union. Local CWA Constitutional Committees should be representative of all the Local membership and should be active committees, not paper committees.

8. The Union policy to have a job steward for each fifteen members should be fully implemented and should be reflective and representative of the entire membership of each Local.

(Adopted by the CWA Executive Board June 11, 2002; revised December 17, 2009)

# INDEX


| | PAGE |
|---|---|
| **Affiliations** | 43 |
| **Agency Fee Objections** | 55 |
| **Appeals Procedure** | 49 |
| **Assets** | 23 |
| **Bargaining** | 30 |
| Authority | 30 |
| Councils | 30 |
| Committees | 32 |
| Telecom Councils | 31 |
| **Canadian Region** | 6 |
| **Charges Against Members** | 35 |
| **Charter** | 19 |
| Revocation/Suspension | 20 |
| **Committees** | 27 |
| Constitution | 27 |
| Credentials | 27 |
| Resolutions | 28 |
| Legislative-Political | 28 |
| Building | 28 |
| Finance | 28 |
| Civil Rights and Equity | 29 |
| Women's | 29 |
| Defense Fund Oversight | 29 |
| Appeals | 30 |
| **Complaints** | 50 |
| **Conventions** | 7 |
| Method of Voting | 8 |
| Powers | 9 |
| Rules | 10, 44 |
| Voting Strength | 8 |
| **Constitutional Amendments** | 43 |
| **Contract Ratifications** | 32 |

| | PAGE |
|---|---|
| **Councils, State and City** | 24 |
| **Districts** | 14 |
| District Meetings | 14 |
| **Dues** | **5** |
| Non-Payment of Dues | 6 |
| Per Capita Dues | 5 |
| Special Assessments | 5 |
| **Elections, Officers** | 24 |
| **Executive Board** | 10 |
| Authority | 11 |
| Vacancies | 11 |
| At-Large Diversity Board Member Duties | 10, 18 |
| Director, CWA-SCA Canada Duties | 19 |
| Presidents Duties | 15 |
| Secretary-Treasurer Duties | 16 |
| Vice President Duties | 17 |
| **Executive Committee** | 14 |
| **Initiation Fee** | 3 |
| **Jurisdictional Changes** | 20 |
| Jurisdictional Disputes | 20 |
| **Locals, Authority, Duties, Obligations** | 22 |
| **Membership** | 2 |
| Termination | 3 |
| Transfer | 3 |
| **Mutual Respect Policy** | 56 |
| **Objects of Union** | 1 |
| **Organizing Committees** | 13 |
| **Preamble** | 1 |
| **Presidents Meeting** | 13 |

# INDEX

**PAGE**


| | |
|---|---|
| **Proxy Voting** | 43 |
| **Publications** | 43 |
| **Quorum** | 42 |
| **Referendum and Recalls** | 41 |
| **Retired Members Council** | 4 |
| **Strikes** | 33 |
| **Structure of CWA** | 2 |
| **Temporary Administration** | 21 |
| **Trials** | 36 |

## CWA District Map




## CWA Districts

| | | | |
|---|---|---|---|
| District 1 | New York City, NY | District 6 | Austin, TX |
| District 2-13 | Philadelphia, PA | District 7 | Denver, CO |
| District 3 | Atlanta, GA | District 9 | Sacramento, CA |
| District 4 | Cleveland, OH | Canadian Region | Ottawa, ON |

CWA

**Communications Workers of America**
**501 Third Street N.W**
**Wshington D.C. 20001**